JUDGE ROBINSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COASTAL SALES ASSOCIATES, INC.,

a New York domestic business corporation,

Plaintiff

v.

KEEPJOY INDUSTRIAL COMPANY, LIMITED,

a China business entity; and LILY LEE, a foreign individual;
ABC CORPORATIONS I-V; XYZ LIMTED LIABILITY COMPANIES I-
V; BLACK PARTNERSHIPS I-V; WHITE BUSINESS ENTITIES I-V;

JOHN AND JANE DOES I-V,

Defendants.

Case No. 20082626

April 14, 2008

**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Defendants, Keepjoy Industrial Company, Limited, a limited liability company duly
organized and formed under the laws of China(P.R.), and Lily Lee, an individual and
lawful resident and citizen of China, the defendants in the above entitled cause, hereby
file this Notice of Removal of the above-described action to the United States District
Court for the Southern District of New York from the Supreme Court of the State of New
York County of Orange where the action is now pending under the provisions of Title 28,
U.S.C.A. § 1441, et seq. and state:

1. The above-entitled action was commenced in the Supreme Court of the State of
New York County of Orange and is now pending in that court. Process was served on
Defendants on March 18, 2008. A copy of the plaintiff's summons and complaint setting
forth the claim for relief upon which the action is based was received on that same date.

2. There are no defendants to this action except Defendant Keepjoy Industrial
Company, Limited, duly organized and formed under the laws of China(P.R.), having its
principal place of business at 28E Wenjin Bldg., Chunfeng Road, Luohu District,
Shenzhen City, China, and Lily Lee, an individual and lawful resident and citizen of
China, having a residence at Room 201, Bldg. No. 2, Yahaoxuan, Jian'an Road, Baoan
District, Shenzhen City, China. ABC Corporations I-V, XYZ Limited Liability

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

COASTAL SALES ASSOCIATES,
INC., a New York domestic
business corporation,

        Plaintiff,

    vs.

KEEPJOY INDUSTRIAL
COMPANY, LIMITED, a China
business entity; and LILY LEE, a
foreign individual; ABC
CORPORATIONS I-V; XYZ
LIMITED LIABILITY
COMPANIES I-V; BLACK
PARTNERSHIPS I-V; WHITE
BUSINESS ENTITIES I-V; JOHN
AND JANE DOES I-V,

        Defendants.

Index No.    **2008   2626**

**SUMMONS**

Date Index No. Purchased:

To the above-named Defendant(s):

Keepjoy Industrial Company, Limited, PMB 368, 14150 NE 20th St. –Fl,
Bellevue, WA 98007, USA; and

Lily Lee, PMB 368, 14150 NE 20th St. –Fl, Bellevue, WA 98007, USA

You are hereby summoned and required to serve upon Plaintiff's attorney
an answer to the complaint in this action within twenty days after service of this
summons, exclusive of the day of service, or within thirty days after service is
complete if this summons is not personally delivered to you within the State of
New York. Take notice that the nature of this action and the relief sought is to

1

enjoin Defendants preliminarily and permanently from using confusingly similar trade dress and recover Plaintiff's actual damages, punitive damages, exemplary damages, treble damages, Defendant's profits, pre-judgment interest, post-judgment interest, costs and attorney's fees for deceptive trade practices, trade dress infringement and unfair competition. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

The basis of venue designated is the residence of the Plaintiff, Coastal Sales Associates, Inc., 62 Leone Lane, Chester, New York 10918.

Dated: March 13, 2008
      New York

SCHMEISER, OLSEN & WATTS

By:

ALBERT L. SCHMEISER
AUTONDRIA S. MINOR
Attorneys for Plaintiff,
    Coastal Sales Associates, Inc.
22 Century Hill Drive, Suite 302
Latham, New York 12110
Telephone: (518) 220-1850
Facsimile: (518) 220-1857

2

Albert L. Schmeiser - #040758
Autondria S. Minor - #4323028
SCHMEISER, OLSEN & WATTS, LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Telephone: (518) 220-1850
Facsimile: (518) 220-1857

Attorneys for Plaintiff

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

| | |
|---|---|
| COASTAL SALES ASSOCIATES, INC., a New York domestic business corporation, | Index No. |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| KEEPJOY INDUSTRIAL COMPANY, LIMITED, a China business entity; and LILY LEE, a foreign individual; ABC CORPORATIONS I-V; XYZ LIMITED LIABILITY COMPANIES I-V; BLACK PARTNERSHIPS I-V; WHITE BUSINESS ENTITIES I-V; JOHN AND JANE DOES I-V, | |
| Defendants. | |

Plaintiff Coastal Sales Associates, Inc. (hereinafter "CSA"), through

undersigned counsel, alleges as follows:

1

## PARTIES

1.      Plaintiff CSA is a New York domestic business corporation with a principal office at 62 Leone Lane, Chester, New York 10918, USA, Plaintiff CSA is located in Orange County, New York and Plaintiff CSA conducts business in Orange County, New York.

2.      Upon information and belief, Defendant Keepjoy Industrial Company, Limited (hereinafter "Keepjoy") is a business entity organized under the laws of China with an office at PMB 368, 14150 NE 20th St. - F1, Bellevue, WA 98007, USA and conducting business in Orange County, New York, among other locations.

3.      Upon information and belief, Defendant Lily Lee is a Chinese national who, individually and as a representative of Defendant Keepjoy, is conducting business in Orange County, New York, among other locations Arizona.

4.      ABC Corporations, XYZ Limited Liability Companies, Black Partnerships, White Business Entities and John and Jane Does are fictitious business entities or individuals who are or may be associated, affiliated, owned or controlled by Defendants, collectively or individually, and who may bear all or part of any liability of Defendants, individually or collectively, for the claims herein. The true names of these business entities and/or individuals are currently unknown and Plaintiff will amend or supplement this pleading when their true names are ascertained.

## NATURE OF CLAIMS

5.      This is an action for deceptive trade practices, common law trade dress infringement, unfair competition, unfair business practices and unjust enrichment.

6.      Plaintiff seeks monetary and injunctive relief for Defendants' knowing and willful acts of trade dress infringement, unfair competition, unfair business practices and unjust enrichment as outlined below.

7.      Specifically, Plaintiff seeks monetary and injunctive relief for trade dress infringement, unjust enrichment, unfair competition  and unfair business practices against Defendants based on the following:  (a) Plaintiff retained Defendants, and each of them, to manufacture certain items (see Exhibit 1 hereto) and Defendants did manufacture those certain items exclusively for Plaintiff; (b) Plaintiff has developed significant goodwill and established significant secondary meaning in its distinctive, non-functional trade dress; (c) Defendants, individually or in concert, are displaying and offering products for sale in Orange County, New York (via direct sales and via the Internet) that have or bear a trade dress that is confusingly similar to the trade dress adopted and used exclusively by Plaintiff; (d) Plaintiff has not authorized, licensed, assigned or transferred, either expressly or impliedly, any right in its distinctive trade dress to any third party; (e) Defendants, and each of them, are aware of Plaintiff's prior and exclusive ownership of the distinctive trade dress; and (f) Defendants' use, individually or in concert, of Plaintiff's trade dress, or confusingly similar trade dress, creates unfair competition by "passing off" their products as if Defendants' products were connected with, authorized or otherwise endorsed by Plaintiff, when that is not the

case, causing damage to the Plaintiff's business and consumer confusion.

## JURISDICTION AND VENUE

8.     This court has personal jurisdiction over the Defendants under CPLR §§ 301, 302 because Defendants individually and collectively, are present and doing business in the State of New York, Defendants are transacting business in the State of New York, Defendants are contracting to supply goods or services to the State of New York, Defendants have committed tortious acts within the State of New York, Defendants have committed tortious acts without the State of New York causing injury to Plaintiff's property within the State of New York, Defendants regularly do or solicit business in the State of New York, Defendants derive substantial revenue from goods used or consumed or services rendered in the State of New York, or Defendants expect or should reasonably expect Defendants' acts to have consequences in the State of New York and Defendants derive substantial revenue from interstate or international commerce. Defendants, individually and collectively, caused an event to occur in Orange County, New York, out of which this cause of action arises.

9.     Jurisdiction is proper because the amount in controversy exceeds the minimum jurisdiction requirements of this court and exceeds the maximum jurisdictional amount of all lower courts that might otherwise have jurisdiction. Venue is proper in the Orange County Supreme Court pursuant to CPLR § 503(c) because Plaintiff CSA is a domestic corporation authorized to transact business in the State of New York, the principal office of Plaintiff CSA is located in Orange County, New York and Plaintiff CSA is deemed a resident of Orange County, New York.

## BACKGROUND FACTS

10.    Plaintiff retained Defendants to manufacture products bearing Plaintiff's distinctive trade dress, with the understanding that Defendants were retained solely for the purpose of manufacturing said products to Plaintiff's specifications and the further understanding that Defendants acquired no right, title or interest to any intellectual property owned by Plaintiff thereby.

11.    Upon information and belief, Defendants, individually or in concert, have been and continue to offer products for sale that are identical or substantially similar to Plaintiff's products, bearing Plaintiff's unique, non-functional and distinctive trade dress, and offer those confusingly similar copies to customers within the jurisdiction of this court.

12.    Defendants, through their prior association with Plaintiff, knew of Plaintiff's superior claim to the distinctive trade dress and knew of Plaintiff's superior rights therein.

13.    There is a significant likelihood of consumer confusion resulting from Defendants' selection of confusingly similar trade dress regarding the source of the products offered by Defendants.

14.    As a result of such confusion, Plaintiff has been and will continue to suffer economic loss and significant damage to its reputation, which damages and losses continue to accrue.

15.    Defendants' selection and use of the confusingly similar trade dress was done with knowledge of Plaintiff's prior use and of Plaintiff's proprietary rights in the trade dress.  Thus, Defendants' unauthorized use of the Mark was

5

willful and done with the intention of benefiting from the goodwill established in the trade dress by Plaintiff.

## FIRST CLAIM FOR RELIEF
### (Deceptive Trade Practices)

16.     Plaintiff realleges and incorporates each of the foregoing paragraphs as if fully set forth herein.

17.     Defendants' selection and use of confusingly similar trade dress deceives consumers into believing that Defendant's products originate from, are endorsed by, or otherwise affiliated with Plaintiff when that is not the case.

18.     Defendants' selection and use of confusingly similar trade dress constitutes deceptive trade practices in violation of N.Y. Gen. Bus. Laws § 349 (McKinney 2004).

19.     Defendant's violation of Section 349 was willful and knowing.

20.     Plaintiff has been damaged by reason of Defendants' violation of Section 349.

21.     Plaintiff is entitled, pursuant to Section 349, to recover three times its actual damages, in amounts to be proven at trial.

## SECOND CLAIM FOR RELIEF
### (Trade Dress Infringement)

22.     Plaintiff realleges and incorporates each of the foregoing paragraphs as if fully set forth herein.

23.     Plaintiff, through substantial sales and marketing efforts, has developed strong proprietary rights in the distinctive trade dress associated with its

products.

24.    Defendants deliberately selected and used trade dress for its/their products that is the same and/or confusingly similar to the Plaintiff's trade dress.

25.    Plaintiff's trade dress has attained significant secondary meaning in the minds of consumers and Plaintiff has developed a great deal of goodwill in the trade dress.

26.    Defendants' use of the trade dress, or confusingly similar trade dress, creates a likelihood of confusion with Plaintiff's trade dress.

27.    Defendants knowingly and willfully selected and used a confusingly similar trade dress in order to benefit from the established good will associated with the Plaintiff's trade dress.

28.    Plaintiff did not authorize the use of the trade dress by Defendants or any other third party.

29.    Defendants, individually and collectively, have knowingly and willfully infringed Plaintiff's trade dress.

30.    As a direct and proximate result of Defendants' infringement, Plaintiff has incurred damages.

### THIRD CLAIM FOR RELIEF
### (Unfair Competition and Unjust Enrichment)

31.    Plaintiff realleges and incorporates each of the foregoing paragraphs as if fully set forth herein.

32.    Plaintiffs have established secondary meaning in the trade dress associated with the products it markets and sells, such that consumers identify

7

such trade dress as identifying products originating from Plaintiff.

33.     Defendants selected and used the same or confusingly similar trade dress in association with their products.

34.     Defendants' products are inferior to Plaintiff's.

35.     Defendants' selection and use of the same or confusingly similar trade dress on products they know to be inferior to Plaintiff's was done to deliberately "pass off" or falsely represent that Defendant's inferior products originated from, were endorsed by or otherwise affiliated with Plaintiff.

36.     As a result of said consumer confusion, Defendants have been unjustly enriched.

37.     The passing off of Defendants' inferior goods has further caused Plaintiff to incur damages, and continues to damage Plaintiff's reputation.

## FOURTH CLAIM FOR RELIEF

### (Punitive Damages)

38.     Plaintiff realleges and incorporates each of the foregoing paragraphs as if fully set forth herein.

39.     Defendants, individually or in concert, selected and adopted the identical or confusingly similar trade dress knowing of Plaintiff's prior substantial proprietary rights in its distinctive trade dress and of the substantial goodwill Plaintiff has developed in the trade dress.

40.     Defendants' prior knowledge of Plaintiff's substantial prior use and superior rights in the trade dress indicates a knowing and willful intention to

wrongfully appropriate the reputation and goodwill established in the trade dress by Plaintiff.

41.    Defendants' willful, wanton, knowing and deliberate selection and adoption of a confusingly similar trade dress indicates a reckless disregard for the public interest and manifests an evil hand guided by an evil mind.

42.    Punitive or exemplary damages are appropriate to redress Defendants' willful and wanton conduct.

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendants, and each of them, as follows:

1.    For a preliminary injunction enjoining Defendants, and each of them, from use of the trade dress or any confusingly similar trade dress mark in commerce;

2.    For an award to Plaintiff of its actual damages and any profits attributable to Defendants' infringement of Plaintiff's trade dress;

3.    For an award to Plaintiff of three times its actual damages for Defendants' violation of N.Y. Gen. Bus. Laws § 349 (McKinney 2004).

4.    For a finding that Defendants, and each of them, have infringed Plaintiff's trade dress;

5.    For a permanent injunction enjoining Defendants, and each of them, from using the trade dress, or any confusingly similar trade dress;

6.    For an award to Plaintiff for its damages and any profits attributable to Defendants' unfair competition and unjust enrichment;

7.    For an award of taxable costs as permitted by law;

8.    For reimbursement of Plaintiff's reasonable attorneys' fees incurred herein;

9.    Prejudgment and post-judgment interest on any damage award as permitted by law;

10.    Punitive or exemplary damages; and

11.    For such other and further relief that the Court may deem just, proper or necessary under the circumstances.


Dated: March 13, 2008
        New York

                                SCHMEISER, OLSEN & WATTS

                                By:

                                _____
                                ALBERT L. SCHMEISER
                                AUTONDRIA S. MINOR
                                Attorneys for Plaintiff
                                    Coastal Sales Associates, Inc.
                                22 Century Hill Drive, Suite 302
                                Latham, New York 12110
                                Telephone: (518) 220-1850
                                Facsimile: (518) 220-1857

**EXHIBIT 1**

**www.temp-tations.com**





**www.keepjoy.com.cn**



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED. All Rights Reserved.

# CSA/temp-tations®
# K5280 Old World



# Keepjoy
# 5280

Keepjoy Industrial Co.,Ltd

*Keepjoy*

Home

About Us

News

Online Order

Contact Us

< back from list



5280

• 5280

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

http://www.keepjoy.com.cn/product_show.asp?id=762/10/2008 7:35:26 PM

# CSA/temp-tations®
## K5280 Old World

# Keepjoy
## PT0045,PT0046

Keepjoy Industrial Co.,Ltd

*Keepjoy*



| Home | About Us | News | Online Order | Contact Us |

< Back Home net

• PT0045,PT0046

10" + 12" oval baker

With wire holder , rattan trivet.

Dishwasher, microwave, oven, freezer, and refrigerator safe.



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

http://www.keepjoy.com.cn/product_old.asp?ProID=2003 13:38:29 PM

# CSA/temp-tations®
# K5280 Old World

# Keepjoy
# PT0043,PT0044

Keepjoy Industrial Co.Ltd

Home

About Us

News

Online Order



Contact Us

· PT0043,PT0044

10" + 12" oval baker

With wire holder, rattan trivet.

Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

**CSA/temp-tations®**
**K5280 Old World**

**Keepjoy**
**FP0482**





Home

About Us

News

Online Order

Contact Us

FP0482

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K5788 Old World

# Keepjoy
# 5788

Keepjoy Industrial Co.,Ltd.

*Keepjoy®*

Home | About Us | News | Online Order | Contact Us

< back | print out





Ovenware Set: 6" square dish; 7" oval dish; 14" divided dish; 13" rectangular baker; with wire holder, rattan trivet.

Dishwasher, microwave, oven, freezer, and refrigerator safe.

• 5788

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.



# CSA/temp-tations®
## K11078 Old World

# Keepjoy
## PF0096-PF0099



Keepjoy Diamond Co. Ltd.

< Back | logon net

Home

About Us

News

Rolling Code

Contact Us

• PF0096-PF0099

Ovenware Set: 6" square dish; 7" oval dish; 14" divided dish; 13" rectangular baker;
With wire holder, rattan trivet.
Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.



**CSA/temp-tations®**
**K11078 Old World**



**Keepjoy**
**PF0100-PF0103**



Keepjoy Industrial Co.,Ltd.

Home

About Us

News

Online Order

Contact Us

· PF0100-PF0103 ·



Ovenware Set: 9" square dish; 7" oval dish; 14" divided dish; 13" rectangular baker;
With wire holder, rattan trivet.
Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED. All Rights Reserved.

# CSA/temp-tations®
## K11078 Old World

# Keepjoy
## PF0104-PF0107

Keepjoy Intended Co. Ltd

Keepjoy

Abrut Us    News    Online Order

< Back Item.List    Contact Us



• PF0104-PF0107

Ovenware Set: 6" square dish; 7" oval dish; 14" divided dish; 13" rectangular baker;
With wire holder, rattan trivet.
Dishwasher, microwave, oven, freezer, and refrigerator safe.



Copyright © 2007 KEEPJOY INDUSTRIAL Co., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K3805 Old World

# Keepjoy
## BY0047, BY0048



Keepjoy Industrial Co. Ltd.

Home

About Us

News

Online Order

Contact Us

· BY0047,BY0048



6"+5" Mixing Bowls

Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All rights reserved.

# CSA/temp-tations®
## K5825 Old World

# Keepjoy
# 5825

Keepjoy Industrial Co., Ltd

Home

About Us

News

Online Order

Contact Us



5825

· 5825

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K5827 Old World



Keepjoy Industrial Co.,Ltd

Home

< Back login out

# Keepjoy
## 5827

About Us

News

Online Order

Contact Us

5827

5827



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

## CSA/temp-tations®
### K6236 Old World

## Keepjoy
## 6236

Keepjoy Industrial Co., Ltd.

Home
About Us
News
Online Order
Contact Us



6236

6236

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K5812 Floral Embroidery

# Keepjoy
# PY0187,PY0188

Keepjoy Industrial Co. Ltd

*Keepjoy*

Home    About Us    News    Online Order    Contact Us

< back to log-out



PY0187,PY0188

PY0187,PY0188

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K6400 Floral Embroidery

# Keepjoy
# PF0193-PF0195

Keepjoy Industrial Co.,Ltd

Home

About Us

News

Online Order

Contact Us

• PF0193-PF0195

PF0193,PF0194,PF0195

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED. All Rights Reserved.

# CSA/temp-tations®
# K6400 Floral Embroidery

# Keepjoy
# 6400



Keepjoy Industrial Co.,Ltd.

Home

About Us

News

Online Order

Contact Us

· 6400

6400

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K6401 Floral Embroidery

## Keepjoy
## 6401

Home

About Us

News

Online Order

Contact Us



6401

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All rights Reserved.

# CSA/temp-tations®
# K6402 Floral Embroidery

# Keepjoy
# 6402

Keepjoy Industrial Co.,Ltd.

主頁Home

S店家登錄商店

About Us

News

Online Order

Contact Us

6402

6402



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K4315 Floral Embroidery

# Keepjoy
## BTO196,BTO197



Home

About Us

News



Contact Us

· BTO196,BTO197

9"×11" Serving Bowls

Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K5812 Floral Embroidery



# Keepjoy
## PT0212-PT0213

Keepjoy Industries Co.Ltd.

Items

Back to items

About Us

News

· PT0212-PT0213

Online Order



Contact Us

9 3/4" ×12 1/2" oval baker
With wire holder, rattan trivet

Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

http://www.keepjoy.com.cn/product_show/?id=/125/2009-6-03.33 PM

# CSA/temp-tations®
# K5812 Floral Embroidery



## Keepjoy
## PT0108,PT0109

Keepjoy Industrial Co.,Ltd

Home

About Us

News

• PT0198,PT0199

Contact Us

PT0198,PT0199

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K5812 Floral Embroidery



# Keepjoy
## PT0206-PT0208

Keepjoy Industrial Co.,Ltd

Home

< back highlight


*Keepjoy*

About Us

News

Online Order

Contact Us

• PT0206-PT0208

9 3/4" + 12 1/2" + 15 1/4" oval baker
With wire holder, rattan trivet
Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All rights Reserved.

# CSA/temp-tations®
## K5285 Provance



# Keepjoy
# 5285

Keepjoy Industrial Co., Ltd

*Keepjoy*

Home

About Us

News

Online Order

Contact Us

< Back & front half




5285

5285





Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K6403 Provance

# Keepjoy
## 6403



Keepjoy Industrial Co. Ltd.

*Keepjoy*

Home

About Us

News

Online Order

Contact Us

< Back to product list

6403

6403





Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

CSA/temp-tations®
K5803 Provance



Keepjoy
5803

Keepjoy Industrial Co.,Ltd.

Home

About Us

News

Official Online

Contact Us

5803

5803

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

**CSA/temp-tations®**
**K5621 Santo Mauro**

**Keepjoy**
**5621**





Home

About Us

News

Online Order

Contact Us

5621

5621



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

CSA/temp-tations®
K5806 Santo Mauro



Keepjoy
5806



Keepjoy Industrial Co., Ltd.

Home

About Us

News

Online Order

Contact Us

5806

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

CSA/temp-tations®
K5822 Santo Mauro

Keepjoy
5822



Keepjoy Industrial Co.,Ltd.

Home

About Us

News

Online Order

Contact Us

< back index page



5822

· 5822

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K5821 Santo Mauro

## Keepjoy
## 5821

Keepjoy

Home

About Us

News

Contact Us

5821

5821



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K5807 Lisben

# Keepjoy
## 5807

Keepjoy Industrial Co.,Ltd.

Home

About Us

News

Online Order

Contact Us



5807

· 5807



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

http://www.keepjoy.com.cn/product_d.asp?id=1802 2008-4-14 02:54 PM

# CSA/temp-tations®
## K5808 Lisben



# Keepjoy
## 5808

Home

About Us

News

Online Order

Contact Us



5808

· 5808

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All rights reserved.

# CSA/temp-tations®
## K5809 Lisben

# Keepjoy
# 5809



Keepjoy Imterstid Co.,Ltd

Home

About Us

News

· 5809

Online Order

Contact Us

5809



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K6396 Fiesta



# Keepjoy
## 6393




Home

About Us

News

Online Order

Contact Us

6393

· 6393

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K6394 Fiesta

# Keepjoy
# 6394

Keepjoy Internat Co.,Ltd

*Keepjoy*

Home

About Us

News

Online Order

Contact Us

6394



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED. All Rights Reserved.

# CSA/temp-tations®
## K6410 Fiesta

# Keepjoy
## 6410

Keepjoy Industrial Co.,Ltd

*Keepjoy*

< Back Merun out

Home

About Us

News

Online Order

Contact Us

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

6410

• 6410



# CSA/temp-tations® K5810 Candy Stripe

# Keepjoy 5810

Keepjoy Industrial Co.,Ltd

Keepjoy

Home

Check back out

About Us

News

5810

Online Order

Contact Us



5810

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED. All Rights Reserved.

## CSA/temp-tations®
## K5811 Candy Stripe

## Keepjoy
## 5811





Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K5814 Madison



# Keepjoy
## 5814



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K6396 Del Sole



# Keepjoy
## 6396

Keepjoy Harone Co.Ltd

Home

About Us

News

Online Order

Contact Us

6396

· 6396



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED. All Rights Reserved.

# CSA/temp-tations®
## K6397 Del Sole



# Keepjoy
## 6397



Keepjoy Industrial Co. Ltd

Home

About Us

News

Online News

Contact Us

6397

6397

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K6399 Del Sole



**Keepjoy**
**6399**

Keepjoy Internation Co., Ltd.

*Keepjoy*

Home
Check them out

Feature

News



6399

6399



Contact Us

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K6392 Blue Braid



# Keepjoy
## 6392

Home

About Us

News

Online Order

Contact Us




6392

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K4264 Blue Braid

# Keepjoy
## 4264



Home

About Us

News

Contact Us

4264

4264

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K6406 Floral Harmony



# Keepjoy
# 6406

Keepjoy Industrial Co.,Ltd



*Keepjoy*

Home

C-6406 K20WLAND

About Us

News

Online Order

Contact Us

6406

· 6406



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

http://www.keepjoy.com/cnproduct_sub.asp?id=130315/2004 4:45:18 PM

# CSA/temp-tations®
## K5800 Tuscany

# Keepjoy
## PF0142,PF0143



Keepjoy Industrial Co.,Ltd

Home

About Us

News

Contact Us

- PF0142,PF0143



10" x 12" basket
With wire holder, ceramic trivet.
Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
## K5800 Tuscany

# Keepjoy
## PF0140,PF0141



Keepjoy Industrial Co. Ltd.

Home

About Us

News

Online Order

Contact Us

· PF0140,PF0141



10" + 12" baker
With wire holder, ceramic trivel.
Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All rights Reserved.

# CSA/temp-tations®
## K5800 Tuscany

# Keepjoy
## PF0152,PF0153

Keepjoy Internet Co.,Ltd

Home

Contact page

About Us

News

Colour Series



Contact Us

11" x 14" squarebaker

With wire holder, rattan trivet.

Dishwasher, microwave, oven, freezer, and refrigerator safe.

• PF0152,PF0153

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.



# CSA/temp-tations®
## K5800 Tuscany

## Keepjoy
## PF0157-PF0159



Keepjoy Industrial Co.,Ltd

Home

About Us

News

Online Order

Contact Us

• PF0157-PF0159

9" + 10" + 12" rect. baker
With wire holder, metal trivet

Dishwasher, microwave, oven, freezer, and refrigerator safe



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

CSA/temp-tations®
K5800 Tuscany

Keepjoy
PF0181,PF0182



Keepjoy Industrial Co., Ltd.

Home    About Us    News    Contact Us

S. Tuscany Home Page

· PF0181,PF0182



10" + 12" baker

With wire holder, ceramic trivet.

Dishwasher, microwave, oven, freezer, and refrigerator safe.

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.

# CSA/temp-tations®
# K5800 Tuscany

# Keepjoy
# PT0154-PT0156

Keepjoy National Co. Ltd.

Keepjoy

Home

About Us

News

Online Order

Contact Us



- PT0154-PT0156

6"+10"+12" oval baker

With wire holder, rattan trivet

Dishwasher, microwave, oven, freezer, and refrigerator safe

Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All rights reserved.

CSA/temp-tations®
K5798 Vineyard



Keepjoy
PF0266,PF0267



CSA/temp-tations

K5798 Vineyard



keepjoy

PF0140,PF0141

Keepjoy (art) and Co.,Ltd

Home

About Us

News

Online Order

Contact Us



CT0261,CT0262,CT0263



Copyright © 2007 KEEPJOY INDUSTRIAL CO., LIMITED All Rights Reserved.