**JUDGE ROBINSON**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff** <br><br> COASTAL SALES ASSOCIATES, INC. <br><br> -v- <br><br> KEEPJOY INDUSTRIAL COMPANY, LTD. ET AL <br><br> **Defendant** | Case No. <br><br><br> **Rule 7.1 Statement** |



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KEEPJOY INDUSTRIAL COMPANY, LTD et al (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: April 15, 2008

Signature of Attorney

Attorney Bar Code: KT-1478

Form Rule7_1.pdf