## CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

COASTAL SALES ASSOCIATES, INC.,

Plaintiff

v.

KEEPJOY INDUSTRIAL COMPANY, LIMITED, ET AL,

Defendants.

Case No. 20082626

Notice of Removal

I certify that I have served a copy of the foregoing paper upon SCHMEISER, OLSEN & WATTS, Attn: Albert L. Shcmeiser and Autondria S. Minor, attorneys for the Plaintiff, on April 17, 2008, by depositing a copy thereof in the United States mail, postage prepaid, in the envelope addressed to their address as set out in the original complaint, which address is the last known address of the attorneys known to me.

Dated: <u>April 24, 2008</u>

KEVIN KERVENG TUNG, P.C.
Attorneys for Defendant

By_____
Kevin K. Tung, Esq. (KT-1478)
38-21 Main Street, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633

## CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

COASTAL SALES ASSOCIATES, INC.,

Plaintiff

v.

KEEPJOY INDUSTRIAL COMPANY, LIMITED, ET AL,

Defendants.

Case No. 20082626

Notice of Removal

    I certify that I have served a copy of the foregoing paper upon SCHMEISER, OLSEN & WATTS, Attn: Albert L. Shcmeiser and Autondria S. Minor, attorneys for the Plaintiff, on April 17, 2008, by depositing a copy thereof in the United States mail, postage prepaid, in the envelope addressed to their address as set out in the original complaint, which address is the last known address of the attorneys known to me.

Dated: <u>April 24, 2008</u>

                                                  KEVIN KERVENG TUNG, P.C.
                                                  Attorneys for Defendant

By_____
                                                  Kevin K. Tung, Esq. (KT-1478)
                                                  38-21 Main Street, Suite 3D
                                                  Flushing, New York 11354
                                                  Tel: (718) 939-4633