# KEVIN KERVENG TUNG, P.C.

Kevin K. Tung *
Mingli Chen **
Kun Zhao **
Kenji Fukuda **
Lixin Yang **
Wei Sun **

*Attorneys at Law*

38-21 Main Street, Suite 3D
Flushing, New York 11354

(718) 939-4633
Fax: (718) 939-4468

New Jersey Office

1744 Highway 27
Edison, NJ 08817
(732) 819-9222
Fax: (732) 819-9122

\* Member of NY & NJ Bars
\*\* Member of NY Bar Only

Via Fax No. (914) 390-4179
& Regular Mail

**MEMO ENDORSED** April 24, 2008

Honorable Judge Stephen C. Robinson
300 Quarropas Street, Room 633
White Plains, NY 10601

Re: **Request for Extension to Answer Plaintiff's Complaint(Case No.: 08CIV3680)**

Dear Honorable Judge Robinson:

We filed a motion on April 17, 2008(Notice of Removal) with the United States District Court for the Southern District of New York to remove a case from the Supreme Court of the State of New York County of Orange. The case is captioned as ***COASTAL SALES ASSOCIATES, INC v. KEEPJOY INDUSTRIAL COMPANY LTD., et al.*** with the docket no.: 08CIV3680. Because both parties have the intention to resolve their disputes through negotiations, if possible, we would like to request your permission to extend the time within which the defendant must file an answer to the complaint. With your permission, we would like to have until May 1, 2008 for such purposes.

Very Truly Yours

KVIN KERVERNG TUNG, P.C.

By _____
Kevin K. Tung, Esq. (KT-1478)

Attorneys for Defendant

Note: A copy of the letter is sent/faxed to the Plaintiff's attorneys simultaneously and we have their consent to request an extension.

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION
4/25/08