UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action, File Number: 08CIV3680

| | | |
|---|---|---|
| COASTAL SALES ASSOCIATES, INC., | ) | |
| a New York domestic business corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| KEEPJOY INDUSTRIAL COMPANY, LIMITED, | ) | Answer to Complaint |
| a China business entity; and LILY LEE, a foreign individual; | ) | With Counterclaim |
| ABC CORPORATIONS I-V; | ) | |
| XYZ LIMTED LIABILITY COMPANIES I-V; | ) | |
| BLACK PARTNERSHIPS I-V; | ) | |
| WHITE BUSINESS ENTITIES I-V; | ) | |
| JOHN AND JANE DOES I-V, | ) | |
| Defendants. | ) | |

The Defendants for answer to complaint, through their attorney, alleges:

1. Defendants admit the allegation of paragraph 1 of the complaint.

2. Defendants admit the allegation of paragraph 2 of the complaint as to the portion that Keepjoy is a business entity organized under the laws of China. Defendants deny the allegation as to the portion that Keepjoy has an office at PMB 368, 14150 NE 20th Street, F1, Bellevue, WA 98007, USA, and the allegation that Keepjoy conducts business in Orange County, State of New York.

3. Defendants admit the allegation of paragraph 3 of the complaint as to the portion that Defendant Lily Lee is a Chinese national and conducts business as a representative of Defendant Keepjoy. Defendants deny the allegation of

1

paragraph 3 as to the portion that Defendant Lily Lee is conducting business individually.

4. Defendants deny the allegation of paragraph 4 of the complaint in its entirety.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 5 of the complaint.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 6 of the complaint.

7. Defendants deny the allegation of subparagraph (a) of paragraph 7 of the complaint. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of subparagraph (b) of paragraph 7. Defendants deny the allegation of subparagraphs (c) of paragraph 7 of the complaint.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of subparagraphs (d), (e) and (f) of paragraph 7 of the complaint

8. Defendants deny the allegation of paragraph 8 of the complaint.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 9 of the complaint.

10. Defendants deny the allegation of paragraph 10 of the complaint.

11. Defendants deny the allegation of paragraph 11 of the complaint.

12. Defendants deny the allegation of paragraph 12 of the complaint in its entirety.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 13 of the complaint.

14. Defendants deny the allegation of paragraph 14 of the complaint in its entirety.

2

15. Defendants deny the allegation of paragraph 15 of the complaint in its entirety.

16. Defendants deny the allegation of paragraph 16 of the complaint.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 17 of the complaint.

18. Defendants deny the allegation of paragraph 18 of the complaint in its entirety.

19. Defendants deny the allegation of paragraph 19 of the complaint.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 20 of the complaint.

21. Defendants deny the allegation of paragraph 21 of the complaint.

22. Defendants deny the allegation of paragraph 22 of the complaint.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 23 of the complaint.

24. Defendants deny the allegation of paragraph 24 of the complaint in its entirety.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 25 of the complaint.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 26 of the complaint.

27. Defendants deny the allegation of paragraph 27 of the complaint.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 28 of the complaint.

29. Defendants deny the allegation of paragraph 29 of the complaint in its entirety.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 30 of the complaint.

3

31. Defendants deny the allegation of paragraph 31 of the complaint.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 32 of the complaint.

33. Defendants deny the allegation of paragraph 33 of the complaint.

34. Defendants deny the allegation of paragraph 34 of the complaint in its entirety.

35. Defendants deny the allegation of paragraph 35 of the complaint in its entirety.

36. Defendants deny the allegation of paragraph 36 of the complaint.

37. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 37 of the complaint.

38. Defendants deny the allegation of paragraph 38 of the complaint.

39. Defendants deny the allegation of paragraph 39 of the complaint in its entirety.

40. Defendants deny the allegation of paragraph 40 of the complaint in its entirety.

41. Defendants deny the allegation of paragraph 41 of the complaint in its entirety.

42. Defendants deny the allegation of paragraph 42 of the complaint in its entirety.

## COUNTERCLAIM I

(Tortious Appropriation of Property Rights in Trade Dress)

Now comes the Defendants and allege:

1. On or about April, 2004, and in the duration thereafter, Plaintiff CSA placed numerous orders with Defendant Keepjoy for certain ceramic products that are the subject matter of the instant case. See Exhibit A for part of the orders.

2.  Upon information and belief, Defendant Keepjoy was responsible for designing the shape of the products and hand-made drawings on the products(Trade Dress).

4

3. Upon information and belief, Plaintiff only had the name Temp-tations stamped on the bottom of the products.

4. Upon information and belief, Plaintiff has sold or will sell the ordered products to a third party.

5. Such business relationship between Plaintiff and Defendant Keepjoy lasted until end of the year 2006.

6. On or about July 25, 2006, Defendant Keepjoy, through its employee Wei Xiangbin, filed patent applications with the State Intellectual Property Office of the People's Republic of China for the design and hand-made drawings of some of the products(subject matter) that Plaintiff ordered from Defendant Keepjoy. See Exhibit B.

7. Upon information and belief, during the time when Defendant's patent applications were pending, Plaintiff attempted to purchase said property rights in the trade dress which is the subject matter of the instant case.

8. Upon information and belief, Plaintiff's attempt was unsuccessful due to certain restrictions set by the Chinese authority, among other reasons.

9. On or about March 14, 2008, Plaintiff filed a complaint with the Supreme Court of the State of New York County of Orange, claiming trade dress infringement by Defendants, including other claims that are based on it.

10. Upon information and belief, Plaintiff knew or should have known that Defendant Keepjoy filed patent applications with the State Intellectual Property Office of the People's Republic of China for the design and drawings of the products(subject matter).

11. Plaintiff has willfully and intentionally appropriated Defendant's intellectual property rights by filing an action and claimed such rights.

12. Plaintiff's conduct has caused damages to Defendant's reputation and business.

13. Defendant is entitled to an injunctive relief to enjoin Plaintiff from further profiting from Defendant's property rights in trade dress(design and hand-made drawings) under the Lanham Act §43 and at common law of the State of New York..

## COUNTERCLAIM II

### (Breach of Contract)

14. Defendant realleges and incorporates each and every foregoing paragraph as if fully set forth herein.

15. In the duration of the business relationship between the parties, Plaintiff ordered about $5,254,003 worth of the products from Defendant Keepjoy. See Exhibit C for a summary of the transactions.

16. Plaintiff only paid $4,732,627 to Defendant Keepjoy. Plaintiff still owes Defendant the balance in the amount of $522,376 for the products Keepjoy shipped to Plaintiff.

17. Plaintiff breached the contract between the parties by failing to pay the contract price.

18. Plaintiff is unjustly enriched by such nonpayment.

19. Defendant is entitled to the payment in the amount of $522,376, plus interest for both pre- and after-judgment.

Wherefore Defendants demand:

1. That the Court dismiss the Plaintiff's complaint against Defendant Lily Lee as an individual.

2. That the Court dismiss the Plaintiff's complaint against Defendant Keepjoy Industrial Company, Ltd.

3. That the Court dismiss the Plaintiff's complaint against other nonexistent defendants which were created solely by Plaintiff out of some nonexistent Wonderland or Utopia.

4. That the Court order the Plaintiff to cease to utilize Defendant Keepjoy's property rights in trade dress.

5. That the Court order the Plaintiff to pay Defendant Keepjoy the balance of the contract price in the amount of $5,254,003, plus pre- and after-judgment interest.

6. That the Court award to Defendants Keepjoy and Lily Lee as an individual costs and attorney fees for this law suit.

7. That the Court award to the Defendants such other and further relief as the Court may deem just and proper.

Dated: Queens, New York
       May 1, 2008

                                   KEVIN KERVENG TUNG, P.C.
                                        Attorneys At Law

                                   By: _____
                                        Kevin K. Tung, Esq.
                                        Bar# KT-1478
                                        Attorneys for Defendants
                                        Address:
                                        38-21 Main Street, Suite 3D
                                        Flushing, NY 11354
                                        Tel: (718)939-4633
                                        Fax: (718)939-4468

7

TO:
   Albert L. Schmeiser
   Autondria S. Minor
   Attorneys for Plaintiff
   SCHMEISER, OLSEN & WATTS, LLP
   22 Century Hill Drive, Suite 302
   Latham, New York 12110
   Tel:  (518) 220-1850
   Fax: (518) 220-1857
   Email: aschmeiser@iplawusa.com

CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of May, 2008, I electronically filed the foregoing with

the Clerk of the Court using ECF system which will send notification of such filing to the

following:

> Albert L. Schmeiser
> Autondria S. Minor
> Attorneys for Plaintiff
> SCHMEISER, OLSEN & WATTS, LLP
> 22 Century Hill Drive, Suite 302
> Latham, New York 12110
> Tel:  (518) 220-1850
> Fax: (518) 220-1857
> Email: aschmeiser@iplawusa.com

KEVIN KERVENG TUNG, P.C.
Attorneys At Law

By: _____

Kevin K. Tung, Esq.
Bar# KT-1478
Attorneys for Defendants
Address:
38-21 Main Street, Suite 3D
Flushing, NY 11354
Tel:  (718)939-4633
Fax: (718)939-4468

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action, File Number: 08CIV3680

| | | |
|---|---|---|
| COASTAL SALES ASSOCIATES, INC., | ) | |
| a New York domestic business corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| KEEPJOY INDUSTRIAL COMPANY, LIMITED, | ) | Answer to Complaint |
| a China business entity; and LILY LEE, a foreign individual; | ) | With Counterclaim |
| ABC CORPORATIONS I-V; | ) | |
| XYZ LIMTED LIABILITY COMPANIES I-V; | ) | |
| BLACK PARTNERSHIPS I-V; | ) | |
| WHITE BUSINESS ENTITIES I-V; | ) | |
| JOHN AND JANE DOES I-V, | ) | |
| Defendants. | ) | |

The Defendants for answer to complaint, through their attorney, alleges:

1. Defendants admit the allegation of paragraph 1 of the complaint.

2. Defendants admit the allegation of paragraph 2 of the complaint as to the portion that Keepjoy is a business entity organized under the laws of China. Defendants deny the allegation as to the portion that Keepjoy has an office at PMB 368, 14150 NE 20th Street, F1, Bellevue, WA 98007, USA, and the allegation that Keepjoy conducts business in Orange County, State of New York.

3. Defendants admit the allegation of paragraph 3 of the complaint as to the portion that Defendant Lily Lee is a Chinese national and conducts business as a representative of Defendant Keepjoy. Defendants deny the allegation of

1

paragraph 3 as to the portion that Defendant Lily Lee is conducting business individually.

4.  Defendants deny the allegation of paragraph 4 of the complaint in its entirety.

5.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 5 of the complaint.

6.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 6 of the complaint.

7.  Defendants deny the allegation of subparagraph (a) of paragraph 7 of the complaint. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of subparagraph (b) of paragraph 7. Defendants deny the allegation of subparagraphs (c) of paragraph 7 of the complaint.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of subparagraphs (d), (e) and (f) of paragraph 7 of the complaint

8.  Defendants deny the allegation of paragraph 8 of the complaint.

9.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 9 of the complaint.

10. Defendants deny the allegation of paragraph 10 of the complaint.

11. Defendants deny the allegation of paragraph 11 of the complaint.

12. Defendants deny the allegation of paragraph 12 of the complaint in its entirety.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 13 of the complaint.

14. Defendants deny the allegation of paragraph 14 of the complaint in its entirety.

2

15. Defendants deny the allegation of paragraph 15 of the complaint in its entirety.

16. Defendants deny the allegation of paragraph 16 of the complaint.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 17 of the complaint.

18. Defendants deny the allegation of paragraph 18 of the complaint in its entirety.

19. Defendants deny the allegation of paragraph 19 of the complaint.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 20 of the complaint.

21. Defendants deny the allegation of paragraph 21 of the complaint.

22. Defendants deny the allegation of paragraph 22 of the complaint.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 23 of the complaint.

24. Defendants deny the allegation of paragraph 24 of the complaint in its entirety.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 25 of the complaint.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 26 of the complaint.

27. Defendants deny the allegation of paragraph 27 of the complaint.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 28 of the complaint.

29. Defendants deny the allegation of paragraph 29 of the complaint in its entirety.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 30 of the complaint.

3

31. Defendants deny the allegation of paragraph 31 of the complaint.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 32 of the complaint.

33. Defendants deny the allegation of paragraph 33 of the complaint.

34. Defendants deny the allegation of paragraph 34 of the complaint in its entirety.

35. Defendants deny the allegation of paragraph 35 of the complaint in its entirety.

36. Defendants deny the allegation of paragraph 36 of the complaint.

37. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 37 of the complaint.

38. Defendants deny the allegation of paragraph 38 of the complaint.

39. Defendants deny the allegation of paragraph 39 of the complaint in its entirety.

40. Defendants deny the allegation of paragraph 40 of the complaint in its entirety.

41. Defendants deny the allegation of paragraph 41 of the complaint in its entirety.

42. Defendants deny the allegation of paragraph 42 of the complaint in its entirety.

## COUNTERCLAIM I

(Tortious Appropriation of Property Rights in Trade Dress)

Now comes the Defendants and allege:

1. On or about April, 2004, and in the duration thereafter, Plaintiff CSA placed numerous orders with Defendant Keepjoy for certain ceramic products that are the subject matter of the instant case. See Exhibit A for part of the orders.

2. Upon information and belief, Defendant Keepjoy was responsible for designing the shape of the products and hand-made drawings on the products(Trade Dress).

4

3. Upon information and belief, Plaintiff only had the name Temp-tations stamped on the bottom of the products.

4. Upon information and belief, Plaintiff has sold or will sell the ordered products to a third party.

5. Such business relationship between Plaintiff and Defendant Keepjoy lasted until end of the year 2006.

6. On or about July 25, 2006, Defendant Keepjoy, through its employee Wei Xiangbin, filed patent applications with the State Intellectual Property Office of the People's Republic of China for the design and hand-made drawings of some of the products(subject matter) that Plaintiff ordered from Defendant Keepjoy. See Exhibit B.

7. Upon information and belief, during the time when Defendant's patent applications were pending, Plaintiff attempted to purchase said property rights in the trade dress which is the subject matter of the instant case.

8. Upon information and belief, Plaintiff's attempt was unsuccessful due to certain restrictions set by the Chinese authority, among other reasons.

9. On or about March 14, 2008, Plaintiff filed a complaint with the Supreme Court of the State of New York County of Orange, claiming trade dress infringement by Defendants, including other claims that are based on it.

10. Upon information and belief, Plaintiff knew or should have known that Defendant Keepjoy filed patent applications with the State Intellectual Property Office of the People's Republic of China for the design and drawings of the products(subject matter).

11. Plaintiff has willfully and intentionally appropriated Defendant's intellectual property rights by filing an action and claimed such rights.

12. Plaintiff's conduct has caused damages to Defendant's reputation and business.

13. Defendant is entitled to an injunctive relief to enjoin Plaintiff from further profiting from Defendant's property rights in trade dress(design and hand-made drawings) under the Lanham Act §43 and at common law of the State of New York..

### COUNTERCLAIM II

(Breach of Contract)

14. Defendant realleges and incorporates each and every foregoing paragraph as if fully set forth herein.

15. In the duration of the business relationship between the parties, Plaintiff ordered about $5,254,003 worth of the products from Defendant Keepjoy. See Exhibit C for a summary of the transactions.

16. Plaintiff only paid $4,732,627 to Defendant Keepjoy. Plaintiff still owes Defendant the balance in the amount of $522,376 for the products Keepjoy shipped to Plaintiff.

17. Plaintiff breached the contract between the parties by failing to pay the contract price.

18. Plaintiff is unjustly enriched by such nonpayment.

19. Defendant is entitled to the payment in the amount of $522,376, plus interest for both pre- and after-judgment.

Wherefore Defendants demand:

6

1.  That the Court dismiss the Plaintiff's complaint against Defendant Lily Lee as an individual.

2.  That the Court dismiss the Plaintiff's complaint against Defendant Keepjoy Industrial Company, Ltd.

3.  That the Court dismiss the Plaintiff's complaint against other nonexistent defendants which were created solely by Plaintiff out of some nonexistent Wonderland or Utopia.

4.  That the Court order the Plaintiff to cease to utilize Defendant Keepjoy's property rights in trade dress.

5.  That the Court order the Plaintiff to pay Defendant Keepjoy the balance of the contract price in the amount of $5,254,003, plus pre- and after-judgment interest.

6.  That the Court award to Defendants Keepjoy and Lily Lee as an individual costs and attorney fees for this law suit.

7.  That the Court award to the Defendants such other and further relief as the Court may deem just and proper.

Dated: Queens, New York
       May 1, 2008

                                KEVIN KERVENG TUNG, P.C.
                                    Attorneys At Law

                                By: _____
                                    Kevin K. Tung, Esq.
                                    Bar# KT-1478
                                    Attorneys for Defendants
                                    Address:
                                    38-21 Main Street, Suite 3D
                                    Flushing, NY 11354
                                    Tel: (718)939-4633
                                    Fax: (718)939-4468

7

TO:

Albert L. Schmeiser
Autondria S. Minor
Attorneys for Plaintiff
SCHMEISER, OLSEN & WATTS, LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Tel: (518) 220-1850
Fax: (518) 220-1857
Email: aschmeiser@iplawusa.com

CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of May, 2008, I electronically filed the foregoing with

the Clerk of the Court using ECF system which will send notification of such filing to the

following:

    Albert L. Schmeiser
    Autondria S. Minor
    Attorneys for Plaintiff
    SCHMEISER, OLSEN & WATTS, LLP
    22 Century Hill Drive, Suite 302
    Latham, New York 12110
    Tel:  (518) 220-1850
    Fax: (518) 220-1857
    Email: aschmeiser@iplawusa.com

                    KEVIN KERVENG TUNG, P.C.
                      Attorneys At Law

                By: _____

                    Kevin K. Tung, Esq.
                    Bar# KT-1478
                    Attorneys for Defendants
                    Address:
                    38-21 Main Street, Suite 3D
                    Flushing, NY 11354
                    Tel:  (718)939-4633
                    Fax: (718)939-4468

EXHIBIT A

**Standard**
**Chartered** Standard Chartered Bank
SHENZHEN BRANCH
52/F SHEN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel : 86 755 82461688
Fax : 0086 86 755 82465108

FOR BANK USE ONLY:
USER ID : KEE BENG CHING
RM : DT

KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK

485656D
OLD EXIM ID: .

DATE : 8 April 2005
OUR REF : 00675-11-0084572-S
ISSUE DATE:  7Apr05

| L/C NUMBER | I99201410 | L/C EXPIRY DATE: | | 26 May 2005 |
|---|---|---|---|---|
| L/C AMOUNT | USD | 55,776.80 | | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the
transmission of the message.
The terms of this Credit must be strictly observed.  If any of the terms are not in accordance with your
wishes, please take the matter up with the applicant directly without delay as we are unable to vary the
terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no
engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting
our reference number 00675-11-0084572-S




For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs
and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below customer service hot line:
86 755 82461688 ext 888 or our pan-China customer service hot line 86 21 58871230 ext 8888.

**Standard Chartered**

Standard Chartered Bank
SHENZHEN BRANCH
5202 SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel： 86 755 82461688
Fax : 86 755 82465108
User : KEE BENG CHING

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
485656D
OLD EXIM ID: .
RM : DT

Our Reference : 00675-11-0084572-S
L/C No       : I99201410
Date         : 8 April 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| L/C ADVISING COMM | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

**This advice is generated by computerized system and no authorized signature is required.**

Standard
Chartered
渣打银行

*** Authentication Result: Correct with current key ***

————————— Instance Type and Transmission ———————
Copy received from SWIFT
Priority            : Normal
Message Output Reference : 0401 050408SCBLCNSXASHZ2540830323
Correspondent Input Reference : 1543 050407IRVTUS3NAXXX0361810157
—————————— Message Header ————————————
Swift Output  : FIN 700 Issue of a Documentary Credit
Sender     : IRVTUS3NXXX
          BANK OF NEW YORK
          NEW YORK,NY US
Receiver   : SCBLCNSXSHZ
          STANDARD CHARTERED BANK
          (SHENZHEN BRANCH)
          SHENZHEN CN
MUR : DCM0504078943600
—————————— Message Text ——————————
 27: Sequence of Total
   1/3
40A: Form of Documentary Credit
   IRREVOCABLE
 20: Documentary Credit Number
   I00201410
31C: Date of Issue
   050407
31D: Date and Place of Expiry
   050526AT OUR COUNTERS
 50: Applicant
   COORDINATED STRATEGIC ALLIANCE
   52 LEONE LANE
   CHESTER, NY 10918
 59: Beneficiary - Name & Address
   KEEP JOY INDUSTRIAL CO. LIMITED
   RM 801, 8/F, DANNIES HOUSE
   20 LUARD ROAD
   WANCHAI, HONG KONG
32B: Currency Code, Amount
   Currency    : USD (US DOLLAR)
   Amount      :      #55,776.8#
41D: Available With...By... - Name&Addr
   THE BANK OF NEW YORK
   NEW YORK
   BY PAYMENT
42C: Drafts at...
   DRAFTS AT SIGHT
42D: Drawee - Name & Address
   DRAWN ON THE BANK OF NEW YORK
   NEW YORK
43P: Partial Shipments
   PARTIAL SHIPMENTS ARE NOT PERMITTED
43T: Transhipment
   TRANSSHIPMENTS ARE NOT PERMITTED
44A: On Board/Disp/Taking Charge at/f
   SHIPMENT FROM YANTIAN, CHINA
44B: For Transportation to...
   TO US PORT DESIGNATED BY FORWARDER
44D: Shipment Period
   LATEST SHIPMENT DATE -05/05/10
 48: Period for Presentation
   DRAFTS AND DOCUMENTS MUST BE

\*\*\*    PRESENTED NOT LATER THAN 16 DAYS
\*\*\*    AFTER FEB ISSUANCE DATE BUT WITHIN
08/04/05-07:01:06    zzCNDWCS2P01-7229-0396S1   23

\*\*\*    TRANSFER VALIDITY.
\*\*\*    49: Confirmation Instructions
\*\*\*    WITHOUT
\*\*\*    78: Instr to Payg/Accptg/Negotg Bank
\*\*\*    THIS IS A TRANSFER UNDER LETTER OF CREDIT NO. 100363341 WHICH
\*\*\*    MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE RELATING TO
\*\*\*    THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE TRANSFER
\*\*\*    REFERENCE NO. 99201410 INDICATED ABOVE IN REGARD TO ANY
\*\*\*    DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
\*\*\*    TRANSACTION.
\*\*\*    72: Sender to Receiver information
\*\*\*    PLEASE RELAY TO:
\*\*\*    UNIT 1-8 52/F SHUN HING SQUARE
\*\*\*    DIWANG COMMERCIAL CENTRE, NO. 5002
\*\*\*   ————————————— Message Trailer —————————————
\*\*\*   {MAC:55A0F827}
\*\*\*   {CHK:EB6C5FC0FC53}
\*End of Message


Standard
Chartered
渣打银行

*** Authentication Result: Correct with current key ***

------------ Instance Type and Transmission ---------
Copy received from SWIFT
Priority          : Normal
Message Output Reference : 0401 050408SCBLCNSXASHZ2640830324
Correspondent Input Reference : 1543 050407IRVTUS3NAXXX0361810158
------------ Message Header ----------------
Swift Output  : FIN 701 Issue of a Documentary Credit
Sender      : IRVTUS3NXXX
            BANK OF NEW YORK
            NEW YORK,NY US
Receiver    : SCBLCNSXSHZ
            STANDARD CHARTERED BANK
            (SHENZHEN BRANCH)
            SHENZHEN CN
MUR : DCM0504078943600
----------------- Message Text -----------------
27: Sequence of Total
    2/3
20: Documentary Credit Number
    I99201410
45B: Descriptn of Goods &/or Services

    ITEM NO  SKU  SKN  QVC PO   QUANTITY UNIT PRICE
    {                                                    }
    MERCHANDISE DESCRIPTION
    {                              }
    COLOR/SIZE
    {              }
    K5285  000  000  438164   4,936   11.30
    TEMP-TATIONS CERAMIC AND RATTAN 5PC. PROVANCE
         OVENWARE SET

    SHIPPING TERMS FOB YANTIAN, CHINA.
46B: Documents Required

    1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
       ADDRESS. PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
       SET. FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
       WOOD PACKING MATERIAL.

    2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS.

    3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
       QVC, INC. MARKED FREIGHT COLLECT.

    4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
       FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR

         A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
            NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
            MULTIPLE PIECES IN SET. FOB COST AND INDICATION
            THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
         B. ONE COPY OF THE PACKING LIST
         C. ONE COPY OF FORWARDERS CARGO RECEIPT
47B: Additional Conditions

    PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 801, 8/F,
    DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG THAT OF THE
    AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO. I0000363341, THE



Standard
Chartered
渣打银行

ABOVE IN THEIR FAVOR.

UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE.

IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
     FAX NO: 845-469-2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:

   THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION
   HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
   THIS TRANSFER CREDIT.

   A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN,
      SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
      MACAU.

      CENTURY DISTRIBUTION SYSTEMS (HK), LTD.
      610 ASIAN HOUSE, 1 HENNESSY ROAD
      WANCHAI, HONG KONG

      TEL 852 2862 2400
      FAX 852 2862 2411
   B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
      NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN

      CENTURY DISTRIBUTION SYSTEMS (INT'L) LTD
      8, DONG FANG ROAD, 5/F, ROOM C,
      LIANG FENG MANSION,
      LU JIA ZUI FINANCE DISTRICT
      PUDONG, SHANGHAI 205120, CHINA

      TEL 86 21 5888 6646/6648
      FAX 86 21 5888 6775
2. INSURANCE EFFECTED BY THE APPLICANT.

3. COMBINED SHIPMENTS ARE PERMITTED.

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
   WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 438164.

ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
TRANSFEREE.

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
DISCREPANCY     80.00 (IF ANY)
REMITTANCE      30.00 (IF ANY)
TELEX/CABLE     20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVES AT 315-765-4638 OR 315-765-4666

o 07:01:06      zzCNDWC52P01-7228-039053      27

Standard
Chartered
渣打银行

*** *** Authentication Result: Correct with current key ***

*** ——————— Instance Type and Transmission ———————
*** Copy received from SWIFT
*** Priority          : Normal
*** Message Output Reference : 0401 050408SCBLCNSXASHZ2640830325
*** Correspondent Input Reference : 1543 050407IRVTUS3NAXXX0361810159
*** ——————————— Message Header ——————————
*** Swift Output  : FIN 701 Issue of a Documentary Credit
*** Sender        : IRVTUS3NXXX
***                  BANK OF NEW YORK
***                  NEW YORK,NY US
*** Receiver      : SCBLCNSXSHZ
***                  STANDARD CHARTERED BANK
***                  (SHENZHEN BRANCH)
***                  SHENZHEN CN
*** MUR : DCM05040789943600
*** ——————————— Message Text ——————————
***   27: Sequence of Total
***       3/3
***   20: Documentary Credit Number
***       I99201410
***   47B: Additional Conditions
***       OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.

*** ——————————— Message Trailer ——————————
***   {MAC:BC4673BB}
***   {CHK:2579C4BEC52E}
*End of Message

**Standard Chartered**
渣打银行

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : KEE BENG CHING<br>RM : DT |
| KEEP JOY INDUSTRIAL CO.LTD RM 801<br>8/F DANNIES HSE 20 LUARO RD WANCHAI<br>HK<br><br>485656D<br>OLD EXIM ID: . | DATE : 27 May 2005<br>OUR REF : 00675-11-0093731-S<br>ISSUE DATE: 26May05 |

| L/C NUMBER | 499201474 | L/C EXPIRY DATE: | | 1 July 2005 |
|---|---|---|---|---|
| L/C AMOUNT | USD | 61,500.00 | | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the
transmission of the message.
The terms of this Credit must be strictly observed.  If any of the terms are not in accordance with your
wishes, please take the matter up with the applicant directly without delay as we are unable to vary the
terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no
engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting
our reference number 00675-11-0093731-S



For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs
and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.  MAY 2005
This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below customer service hot line:
86 755 82461688 ext 888 or our pan-China customer service hot line 86 21 58871230 ext 8888.

3 0 MAY 2005



**Standard Chartered**
渣打银行

Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel : 86 755 82461688
Fax : 86 755 82465108
User : KEE BENG CHING

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
485656D
OLD EXIM ID: .
RM : DT

Our Reference  : 00675-11-0093731-S
L/C No          : I99201474
Date            : 27 May 2005

<u>Re : Settlement Advice</u>

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| L/C ADVISING COMM | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

**This advice is generated by computerized system and no authorized signature is required.**

--- Instance Type and Transmission ---

Copy (received) from SWIFT

Priority                Account

--- Message Header ---

BANK OF NEW YORK
NEW YORK, NY US

DEPARTMENT OF THE TREASURY
SHENZHEN CN

27. Documentary Credit Number

31C: Date of Issue

31D: Date and Place of Expiry
090201 AT COUNTERS

BELLCOM TANK
CHESTER, NY 10918

CARLTON DANTE S HOUSE
BELLMORE ROAD, WAN HAI, CN

41D: Available With... By... Nominated
THE BANK OF NEW YORK
BY PAYMENT

IT IS AGREED

DRAWN ON THE BANK OF NEW YORK
NEW YORK

43P: Partial Shipments
PARTIAL SHIPMENTS ARE NOT PERMITTED

43T: Transhipment
TRANSSHIPMENTS ARE NOT PERMITTED



DRAFTS AND DOCUMENTS MUST BE


Standard
Chartered
渣打銀行

*** Authentication Result Correct with current key ***

--------------- Instance Type and Transmission ---------------
Copy received from SWIFT
Priority              Normal
Message Output Reference ...
Correspondent Input Reference ...
--------------- Message Header ---------------
Swift Output : FIN 700 Issue of a Documentary Credit
Sender : ...
          BANK OF NEW YORK
          NEW YORK, NY US
Receiver : ...SCBLCNSXSHZ
          STANDARD CHARTERED LTDA
          SHENZHEN BRANCH
          SHENZHEN CN
MUR : ...

27. Sequence of Total

40A. Documentary Credit Number

45A. Description of Goods and Services

MERCHANDISE DESCRIPTION

TERMS: ...
CIF SHANGHAI PORT

46A. Documents Required

1 ...
   NAME AND ADDRESS ...
   ...
   ... PACKING MATERIAL

1. ... COPY OF THE PACKING LIST WITH A ...

2. ONE ORIGINAL FORWARDER'S ...

4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
   FOLLOWING DOCUMENTS ...

Standard Chartered 渣打银行





*** *** Authentication Result: ...

---------------- Instance Type and Transmission ----
Copy received from SWIFT
............          Normal
............. .... ..... .... ......... ......
Correspondent Input Reference : ....
------------------ Message Header ------
Credit Output : FIN 701 Issue of a Documentary Credit
Sender       :
               BANK OF NEW YORK
               NEW YORK NY US
Receiver     :            MSY0012
               STANDARD CHARTERED BANK
               (SHENZHEN BRANCH)
               SHENZHEN CN
MUR : DCM050200230100
                         Msg Seq. No:
27: Sequence of Total
    3/3
29: Documentary Credit Number
    .............
72: Additional Conditions

---------------- Message Trailer ----
{MAC:EDB77EE7A}
{CHK:3DEF8B007073}
End of Message



**Standard Chartered**
渣打银行

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : KEE BENG CHING<br>RM : DT |
| KEEP JOY INDUSTRIAL CO.LTD RM 801<br>8/F DANNIES HSE 20 LUARO RD WANCHAI<br>HK<br><br>485656D<br>OLD EXIM ID: . | DATE : 27 May 2005<br>OUR REF : 00675-11-0093713-S<br>ISSUE DATE: 26May05 |

| L/C NUMBER | I99201472 | L/C EXPIRY DATE: | 1 July 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | | 64,900.00 |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit. Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.

The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.

This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.

As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0093713-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below customer service hot line:
86 755 82461688 ext 888 or our pan-China customer service hot line 86 21 58871230 ext 8888.

27 MAY 2005

3 0 MAY 2005

25/07/11

**Standard**
**Chartered**
渣打银行

Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel : 86 755 82461688
Fax : 86 755 82465108
User : KEE BENG CHING

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
485656D
OLD EXIM ID: .
RM : DT

Our Reference : 00675-11-0093713-S
L/C No        : I99201472
Date          : 27 May 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| L/C ADVISING COMM | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

**This advice is generated by computerized system and no authorized signature is required.**

Standard
Chartered
渣打银行

27. Sequence of Total
    1/1

40A: Form of Documentary Credit
    IRREVOCABLE

20: Documentary Credit Number

31C: Date of Issue

40E: Applicable Rules

31D: Date and Place of Expiry

50: Applicant

59: Beneficiary - Name & Address

32B: Currency Code, Amount
    Currency      USD, US DOLLAR
    Amount        US$

41D: Available With... By... - Name&Addr
    THE BANK OF NEW YORK
    NEW YORK
    BY PAYMENT

42C: Drafts at
    DRAFTS AT SIGHT

42D: Drawee - Name & Address
    DRAWN ON THE BANK OF NEW YORK
    NEW YORK

43P: Partial Shipments
    PARTIAL SHIPMENTS ARE NOT PERMITTED

43T: Transhipment
    TRANSSHIPMENTS ARE NOT PERMITTED

44A: On Board/Disp Taking Charge
    SHIPMENT FROM YANTIAN, CHINA

44F: For Transportation to...
    TO US PORT DESIGNATED BY FORWARDER

44C: Latest Date of Ship
    LATEST SHIPMENT DATE

Standard
Chartered
渣打银行

**Standard Chartered**
渣打银行

27: Sequence of Total
1/1

40A: Form of Documentary Credit
IRREVOCABLE

20: Documentary Credit Number
ISBANX73

31C: Date of Issue

31D: Date and Place of Expiry
USANCE FULL COUNTRYES

50: Applicant

BATTERY LINE
70 STREN, NY 10409

59: Beneficiary - Name & Address

AM GOV. OF BANKE GROUP
20 GUARD ROAD
WANCHAI HK

32B: Currency Code, Amount
Currency      USD (US DOLLAR)
Amount        US$4,900.00

41D: Available With ... By - Name&Addr
THE BANK OF NEW YORK
NEW YORK
BY PAYMENT

42C: Drafts at
DRAFTS AT SIGHT

42D: Drawee - Name & Address
DRAWN ON THE BANK OF NEW YORK
NEW YORK

43P: Partial Shipments
PARTIAL SHIPMENTS ARE NOT PERMITTED

43T: Transhipment
TRANSSHIPMENTS ARE NOT PERMITTED

44A: On Board/Disp Taking Charge at
SHIPMENT FROM YANTIAN, CHINA

44B: For Transportation to
TO US PORT DESIGNATED BY FORWARDER

44C: Latest Date of Shipment
LATEST SHIPMENT DATE 020815

Standard
Chartered
渣打银行

Standard
Chartered
渣打银行

BANK OF NEW YORK
NEW YORK,NY US

STANDARD CHARTERED BANK
SHENZHEN BRANCH
SHENZHEN CN

27: Sequence of Total
1/1

40: Documentary Credit Number

45A: Description of Goods &/or Services

ITEM NO. SKU  SKN  OVC/PO   QUANTITY  UNIT PRICE

MERCHANDISE DESCRIPTION

COLOR SIZE

TEMPTATIONS TERRY CLOTH

SHIPPING TERMS: FOB YANTIAN, CHINA

46A: Documents Required

A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
NAME AND ADDRESS. PRICE BREAKDOWN BY COMPONENT. IF
MULTIPLE PIECES IN SET. FOB COST AND INDICATION

B. ONE COPY OF THE PACKING LIST.

C. ONE COPY OF FORWARDERS CARGO RECEIPT

47A: Additional Conditions

[The body of this page is too faded and illegible to reliably transcribe.]

Standard
Chartered

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEROR'S ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEED(S).



DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
TO: VIA AIRMAIL/COURIER:
THE BANK OF NEW YORK,
101 BARCLAY ST,
TRADE IMAGING DEPT. 8 EAST
NEW YORK, NY 10286.

WHEN RESPONDING TO THE BANK OF NEW YORK PLEASE QUOTE OUR
REFERENCE NUMBER IN YOUR COMMUNICATION OR PAYMENT OF THE
DOCUMENTS.

ANY AMENDMENT TO THIS TRANSFER IS NOT APPLICABLE TO
TRANSFEREE. THE TRANSFER IS SUBJECT TO THE PROVISIONS OF THIS
CREDIT.

THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICE
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE, PUBLICATION NO. 500.

ALL TELECOMMUNICATION FULL CHARGE MAIL TODAY FOR MAIL
CONFIRMATION NOT REQUIRED.

WE HEREBY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONOURED ON PRESENTATION TO
THE DRAWEE.

IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY OFFER A WAIVER OF SUCH DISCREPANCIES. FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT. NOTWITHSTANDING ANY PRIOR

Yours faithfully,

FOR, ATTORNEY,

AUTHORISED SIGNATURE(S)



Authentication Result: Correct with no error [...]

―――――― Instance Type and Transmission ――――――
Copy received from Swift
Priority                : Normal
[...]
[...] Input Notification : Day 0489ABHVHPS9NA0XA040/9256[...]

―――――――――― Message Header ――――――――――
Swift Output : FIN 701 Issue of a Documentary Credit
Sender       : [...]
               BANK OF NEW YORK
               NEW YORK,NY,US
Receiver     : SCBLCNSXSHZ
               STANDARD CHARTERED [...]
               (CHI NZHEN BRANCH)
               SHENZHEN,CN
[...] [...]
               [...] -CN

[...] Evidence of Total
     [...]

[...] Documentary Credit Number
     [...]

[...] Additional Conditions
     COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
     THE PRESENTER'S DISPOSAL UNLESS WE HAVE BEEN INSTRUCTED
     OTHERWISE BY THE PRESENTER PRIOR TO OUR [...]

―――――――――― Message Trailer ――――――――――
[...]
[...]
[...]


Standard
Chartered
渣打銀行

**Standard Chartered 渣打银行**

28 JUN 2005

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : LIM SIN SIEW<br>RM : DT |
| KEEP JOY INDUSTRIAL CO. LIMITED<br>RM 801, 8/F, DANNIES HOUSE 20 LUAR<br>ROAD WANCHAI, HONG KONG<br><br>485656D<br>OLD EXIM ID: . | DATE : 27 June 2005<br>OUR REF : 00675-11-0099708-S<br>ISSUE DATE: 24Jun05 |

| L/C NUMBER | 199201516 | L/C EXPIRY DATE: | | 31 July 2005 |
|---|---|---|---|---|
| L/C AMOUNT | USD | 20,900.00 | | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | | |
| **RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE** | | | | |

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0099708-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.
This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888

25|07011



**Standard**
**Chartered**
渣打银行

| | |
|---|---|
| Standard Chartered Bank | SWIFT: SCBLCNSXSHZ |
| SHENZHEN BRANCH | Tel : 86 755 82461688 |
| 52/F SHUN HING SQUARE, DI WANG COMM | Fax : 86 755 82465108 |
| CENTER, SHEN NAN DONG LU | User : LIM SIN SIEW |
| SHENZHEN 518008, CHINA | |

To:
KEEP JOY INDUSTRIAL CO. LIMITED          Our Reference : 00675-11-0099708-S
RM 801, 8/F, DANNIES HOUSE  20 LUAR       L/C No        : 199201516
ROAD  WANCHAI, HONG KONG                  Date          : 27 June 2005
485656D
OLD EXIM ID: .
RM : DT

### Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| L/C ADVISING COMM | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.



Standard
Chartered
渣打银行

,06:06 07.01.08      zzUNDWC62P01 0746-04/7803      11

*** Authentication Result: Correct with current key ***

------------------ Instance Type and Transmission ------------------
Copy received from SWIFT
Priority              Normal
Message Output Reference : 0413 050625SCBLCN5XA5H22/20020030
Correspondent Input Reference : 1545 050624IRVTUS3NAXXX0405/48966
------------------------- Message Header -------------------------
Swift Output : FIN 700 Issue of a Documentary Credit
Sender       : IRVTUS3NXXX
             BANK OF NEW YORK
             NEW YORK,NY US
Receiver     : SCBLCNSXSHZ
             STANDARD CHARTERED BANK
             (SHENZHEN BRANCH)
             SHENZHEN CN
MUR : DCM05060231021900
------------------- Message Text -------------------
27: Sequence of Total
    1/3
40A: Form of Documentary Credit
    IRREVOCABLE
20: Documentary Credit Number
    199201916
31C: Date of Issue
    050624
31D: Date and Place of Expiry
    050731AT OUR COUNTERS
50: Applicant
    COORDINATED STRATEGIC ALLIANCE
    62 LEONE LANE
    CHESTER, NY 10918
59: Beneficiary - Name & Address
    KEEP JOY INDUSTRIAL CO. LIMITED
    RM 801, 8/F , DANNIES HOUSE
    20 LUARD ROAD
    WANCHAI, HONG KONG
32B: Currency Code, Amount
    Currency    : USD (US DOLLAR)
    Amount      :       #20,900.#
41D: Available With...By... - Name&Addr
    THE BANK OF NEW YORK
    NEW YORK
    BY PAYMENT
42C: Drafts at
    DRAFTS AT SIGHT
42D: Drawee - Name & Address
    DRAWN ON THE BANK OF NEW YORK
    NEW YORK
43P: Partial Shipments
    PARTIAL SHIPMENTS ARE NOT PERMITTED
43T: Transhipment
    TRANSSHIPMENTS ARE NOT PERMITTED
44A: On Board/Disp/Taking Charge at/...
    SHIPMENT FROM YANTIAN, CHINA
44B: For Transportation to...
    TO US PORT DESIGNATED BY FORWARDER
44D: Shipment Period
    LATEST SHIPMENT DATE -05/07/15
48: Period for Presentation
    DRAFTS AND DOCUMENTS MUST BE

Standard
Chartered
渣打银行

PRESENTED NOT LATER THAN 16 DAYS
AFTER LOFT OR ISSUANCE DATE BUT WITHIN

25/06/05-07:01:08     zzCNDWC52P01-9745-4M7893     12

TRANSFER VALIDITY.
49: Confirmation Instructions
WITHOUT
78: Instr to Payg/Accptg/Negotg Bank
THIS IS A TRANSFER UNDER LETTER OF CREDIT NO. 10039597 WHICH
MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE RELATING TO
THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE TRANSFER
REFERENCE NO. 39201516 INDICATES ABOVE IN REGARD TO ANY
DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
TRANSACTION.
---------------- Message Trailer ----------------
{MAC:DFD32F37}
{CHK:18EA2D671379}
End of Message

Standard
Chartered
渣打银行

06/05-07 01:08      zzCNDWC52P01 9746-04/894      1 3

*** Authentication Result Correct with current key ***

------------ Instance Type and Transmission -----------
Copy received from SWIFT
Priority          : Normal
Message Output Reference : 0413 050625SCBLCNSXASH/2/20020330
Correspondent Input Reference : 1545 050624IRVTUS3NAXXX0435748957
----------------- Message Header -----------------
Swift Output : FIN 701 Issue of a Documentary Credit
Sender    : IRVTUS3NXXX
          BANK OF NEW YORK
          NEW YORK,NY US
Receiver   SCBLCNSXSHZ
          STANDARD CHARTERED BANK
          (SHENZHEN BRANCH)
          SHENZHEN CN
MUR : DCM050625101021900
------------------ Message Text -----------------
27: Sequence of Total
    2/3
20: Documentary Credit Number
    I09201516
45B: Description of Goods &/or Services

    ITEM NO SKU  SKN  QVC PO    QUANTITY  UNIT PRICE
    (-----------------------------------------------
    MERCHANDISE DESCRIPTION
    (------------------------------
    COLOR/SIZE
    (--------------------
    K5621   000  000  438629     2,200     9.50
    TEMP-TATIONS CERAMIC AND RATTAN 6PC SANTO MAURO
           OVENWARE SET

    SHIPPING TERMS: FOB YANTIAN, CHINA
46B: Documents Required

    1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
       ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
       SET, FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
       WOOD PACKING MATERIAL

    2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS

    3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
       QVC, INC. MARKED FREIGHT COLLECT

    4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
       FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR:

       A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
          NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
          MULTIPLE PIECES IN SET, FOB COST AND INDICATION
          THAT THE SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
       B. ONE COPY OF THE PACKING LIST.
       C. ONE COPY OF FORWARDERS CARGO RECEIPT.
47B: Additional Conditions
    PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 901, 9/F,
    DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG THAT OF THE
    AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO. I00365291, THE
    BENEFICIARY COORDINATED STRATEGIC ALLIANCES LETTERS QUT



Standard
Chartered
渣打银行

UNLESS OTHERWISE STATED IN THIS TRANSFER LC, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE

IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO COORDINATED STRATEGIC ALLIANCE

        FAX NO. 845-469-2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:

   THE BELOW STATEMENT IS ADDITIONAL FORWARDED INFORMATION
   HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
   THIS TRANSFER CREDIT.

   A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN,
      SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
      MACAU.

      CENTURY DISTRIBUTION SYSTEMS (HK), LTD.
      610 ASIAN HOUSE, 1 HENNESSY ROAD
      **WANCHAI, HONG KONG**

      TEL 852 2862 2400
      FAX 852 2862 2411

   B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
      NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN.

      CENTURY DISTRIBUTION SYSTEMS (INT'L) LTD.
      8, DONG FANG ROAD, 5/F, ROOM C
      LIANG FENG MANSION,
      LU JIA ZUI FINANCE DISTRICT
      **PUDONG, SHANGHAI 205120, CHINA**

      TEL 86 21 5888 6646/6648
      FAX 86 21 5888 6775

2. INSURANCE EFFECTED BY THE APPLICANT

3. COMBINED SHIPMENTS ARE PERMITTED.

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
   WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 1409528

ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
TRANSFEREE

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
**DISCREPANCY       80.00 (IF ANY)**
**REMITTANCE        30.00 (IF ANY)**
**TELEX/CABLE       20.00 (IF ANY)**

NEGOTIATING BANK'S CHARGES, IF ANY, ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE

Standard
Chartered
渣打银行

25/06/05 07:01:08    zzCNDWC52P01-9746-047894    15

( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
( VIA MAIL OR VIA COURIER TO
( THE BANK OF NEW YORK,
( 101 BARCLAY ST,
( TRADE IMAGING DEPT, 8 EAST,
( NEW YORK, NY 10286
(

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE USE SWIFT
ADDRESS IRVTUS3NI CM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT.
IF ANY AMENDMENT TO THIS TRANSFER CREDIT IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED
THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500.
THIS TELECOMMUNICATION IS THE OPERATIVE CREDIT INSTRUMENT. NO
MAIL CONFIRMATION WILL FOLLOW.
WE HEREBY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE HOLDERS
OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS CREDIT THAT
THE SAME SHALL BE DULY HONORED ON PRESENTATION TO THE DRAWEE
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT, NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.
-------------------- Message Trailer --------------------
{MAC:421B72CB}
{CHK:4L45A0241 4L6}
End of Message

**Standard Chartered**
渣打银行

| Standard Chartered Bank | SWIFT: SCBLCNSXSHZ |
|---|---|
| SHENZHEN BRANCH | Tel : 86 755 82461688 |
| 52/F SHUN HING SQUARE, DI WANG COMM | Fax: 86 755 82465108 |
| CENTER, SHEN NAN DONG LU | |
| SHENZHEN 518008, CHINA | FOR BANK USE ONLY: |
| | USER ID : LIM SIN SIEW |
| | RM : DT |

| KEEP JOY INDUSTRIAL CO. LIMITED | DATE : 13 June 2005 |
|---|---|
| RM 801, 8/F, DANNIES HOUSE | OUR REF : 00675-11-0097050-S |
| 20 LUARD ROAD, WANCHAI, HK | ISSUE DATE: 13Jun05 |
| A866656D | |
| OLD EXIM ID : | |

| L/C NUMBER | 199201492 | L/C EXPIRY DATE: | 26 July 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 45,000.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

**RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE**

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit. Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.

The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.

This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.

As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0097050-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888

25107011

**Standard**
**Chartered**
渣打银行

Standard Chartered Bank
SHENZHEN BRANCH
52 F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel : 86 755 82461688
Fax : 86 755 82465108
User : LIM SIN SIEW

To:
KEEP JOY INDUSTRIAL CO. LIMITED
RM 801, 8 F, DANNIES HOUSE
20 LUARD ROAD WANCHAI, HK
4856560
OLD EXIM ID: .
RM : DT

Our Reference : 00675-11-0097050-S
L/C No      : I99201492
Date        : 13 June 2005

#### Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| L C ADVISING COMM | USD | 40.00 | DR |
| TOTAL | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.

Standard
Chartered
渣打银行

--- Instance Type and Transmission ---
Copy received from SWIFT
Priority                    Normal
Message Output Reference : 1502 050613SCBLCNSXUSHXXXXXXXXXX
Correspondent Input Reference : 0152 050613IRVTUS3NAXXX0423385406
--- Message Header ---
Swift Output : FIN 700 Issue of a Documentary Credit
Sender     : IRVTUS3NXXX
           BANK OF NEW YORK
           NEW YORK,NY US
Receiver   : SCBLCNSXSHZ
           STANDARD CHARTERED BANK
           (SHENZHEN BRANCH)
           SHENZHEN CN
MUR : PCW0246100851400
--- Message Text ---
27: Sequence of Total
    1/3
40A: Form of Documentary Credit
    IRREVOCABLE
20: Documentary Credit Number
    I962011492
31C: Date of Issue
    050613
31D: Date and Place of Expiry
    050726 AT OUR COUNTERS
50: Applicant
    COORDINATED STRATEGIC ALLIANCE
    62 LLONE LANE
    CHESTER NY 10918
59: Beneficiary - Name & Address
    KEEPLAY INDUSTRIAL CO. LIMITED
    RM 301 BLK 1 DANNING ROAD
    20 LOARD ROAD
    SHANGHAI HK
32B: Currency Code, Amount
    Currency  : USD (US DOLLAR)
    Amount    : #45,000,#
41D: Available With... By - Name/Addr
    THE BANK OF NEW YORK
    NEW YORK
    BY PAYMENT
42C: Drafts at
    DRAFTS AT SIGHT
42D: Drawee - Name & Address
    DRAWN ON THE BANK OF NEW YORK
    NEW YORK
43P: Partial Shipments
    PARTIAL SHIPMENTS ARE NOT PERMITTED
43T: Transhipment
    TRANSSHIPMENTS ARE NOT PERMITTED
44A: On Board/Disp Taking Charge at
    SHIPMENT FROM YANTIAN, CHINA
44B: For Transportation to...
    TO US PORT DESIGNATED BY FORWARDER
44D: Shipment Period
    LATEST SHIPMENT DATE AT 050710
48: Period for Presentation
    DRAFTS AND DOCUMENTS MUST BE......................

Standard
Chartered
渣打银行

13/06/05-13:45:55     zzCNDWC52P01-9800446340

PRESENTED NOT LATER THAN 15 DAY S
AFTER THE ISSUANCE OF

TRANSFER VALIDITY.

45: Confirmation Instructions
WITHOUT

78: Date to Payg/Accptg Negotg Bank
THIS IS A TRANSFER UNDER LETTER OF CREDIT NO (L/C NO)
WHICH MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE
RELATING TO THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE
TRANSFER REFERENCE NO 9800446340 INDICATED ABOVE IN REGARD TO ANY
DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
TRANSACTION.

72: Sender to Receiver Information
PLEASE RELAY TO
UNIT 1-8 52/F SHUN HING SQUARE
DIWANG COMMERCIAL CENTRE, NO 5002

------------------------------ Message Trailer ------------------------------

{MAC: 7D3483F4}
{CHK:55C81E3EE171}
*End of Message

Standard
Chartered
渣打银行

*06/05 13:45:55    zzCNDW052P01-0302 0463t1    P

```
***    *** Authentication Result Correct with current key ***
***
***    ------------ Instance Type and Transmission ----------
***    Copy received from SWIFT
***    Priority          : Normal
***    Message Output Reference : 1352 050613SCBLCNSAAXXX2729Rd004
***    Correspondent Input Reference : 0132 050613IRVTUS3NAXXX0422035467
***    ---------------- Message Header ----------------
***    Swift Output   : FIN 701 Issue of a Documentary Credit
***    Sender         : IRVTUS3NXXX
***                     BANK OF NEW YORK
***                     NEW YORK,NY US
***    Receiver       : SCBLCNSYSHZ
***                     STANDARD CHARTERED BANK
***                     (SHENZHEN BRANCH)
***                     SHENZHEN CN
***    MUR : DCM0509100651400
***                        Message Text
***    27: Sequence of Total
***        2/3
***    20: Documentary Credit Number
***        100301492
***    45B: Descriptn of Goods &/or Services

***        ITEM NO  SKU  SKN  OVC PO    QUANTITY UNIT PRICE
***        (    .   .
***        MERCHANDISE DESCRIPTION
***        (
***        COLOR/SIZE    (

***        75203   000  000  440042    5,000    4.00
***        TEMP-TATIONS SET OF 2 CERAMIC PROVANCE SERVING
***                    BOWLS

***        SHIPPING TERMS FOB YANTIAN, CHINA
***    46B: Documents Required

***        1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
***           ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
***           SET, FOR COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
***           WOOD PACKING MATERIAL

***        2. ONE COPY OF THE PACKING LIST WITH X W (CAUTION DRAWING)

***        3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
***           OVC, INC. MARKED FREIGHT COLLECT.

***        4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
***           FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OF OGLCOX OUGHT:

***              A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURERS
***                 NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
***                 MULTIPLE PIECES IN SET, FOR COST AND INDICATION
***                 THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL
***              B. ONE COPY OF THE PACKING LIST
***              C. ONE COPY OF FORWARDERS CARGO RECEIPT
***    47B: Additional Condition.
***        PLEASE ADVISE REPLY BY INCLUDING DOCUMENTS IM SET, AT
***        DANNIELS HOUSE, 20 TOARD ROAD, WANCHAI, HONG KONG THAT OF THE
***        AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO. 100304990, THE
***        BENEFICIARY COORDINATED STRATEGIC ALLIANCE 2015 ONE LANE
```

CHESTER, NY THIS MAY HAVE BEEN ISSUED THE TO FOR ANY TRUCKING TO
ABOVE IN THEIR FAVOR.

Case 7:08-cv-03680-SCR    Document 5-3    Filed 05/01/2008    Page 40 of 113

12:06-05-15.45.55    ZZCN0WC52H01-9203:046:201    4


Standard
Chartered
渣打银行

UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE.
IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO COORDINATED STRATEGIC ALLIANCE
    FAX NO: 845-469-7044


1. THE FOLLOWING AGENT OR CONSIGNING-EVALUTED FREE:

    THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION,
    HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
    THIS TRANSFER CREDIT.

    A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN
      SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
      MACAU.

      CENTURY DISTRIBUTION SYSTEMS (HK), LTD.
      616 ASIAN HOUSE, 1 HENNESSY ROAD
      WANCHAI, HONG KONG

      TEL 852 2862 2400
      FAX 852 2862 2411
    B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
      NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN

      CENTURY DISTRIBUTION SYSTEMS (INTL) LTD.
      8, DONG FANG ROAD, 5/F, ROOM C,
      JIANG FENG MANSION,
      LU JIA ZUI FINANCE DISTRICT
      PUDONG, SHANGHAI 200120, CHINA

      TEL 86 21 5888 6646/6648
      FAX 86 21 5888 6775

2. INSURANCE EFFECTED BY THE APPLICANT.

3. COMBINED SHIPMENTS ARE PERMITTED.

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
   WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445842.
ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
TRANSFEREE.

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
DISCREPANCY    30.00 (IF ANY)
REMITTANCE    30.00 (IF ANY)
TELEX/CABLE    20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVES AT 315-765-4029 OR 315-765-4626.

Standard
Chartered
渣打银行

( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
( VIA MAIL
12:05/47; 13:45:55      zzCNLDWC52P01-9593 046391        5

( THE BANK OF NEW YORK.
( 100 BARCLAY ST
( TRADE IMAGING DEPT. 8 EAST,
( NEW YORK, NY 10286.
(

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE QUOTE OUR
ADDRESS INVITUS INFORM TO THE ATTENTION OF THE MAG A (PES TO
DEPARTMENT

IF ANY AMENDMENT TO THIS TRANSFER IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED.
THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500/
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT, NO MAIL
CONFIRMATION WILL FOLLOW.
WE HEREBEY AGREE WITH THE DRAFTERS, ENDORSERS AND BONAFIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THE
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT. NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS

------------------ Message Trailer ------------------
{MAC: AC080347}
{CHK:648324508 7011}
End of Message

Standard
Chartered
渣打银行

/RVTR 18:45:55    zzCNDWO5TP01 9/2 3 14:7 -

*** Authentication Result: Correct with correct key ***

------------ Instance Type and Transmission ------------
Copy received from SWIFT
Priority          Normal
Message Output Reference : 1332 050501 CBLBLCNYYAXHZ0/A00HA795
Correspondent Input Reference : 0152 050501 IRVTUSONAXXXC42T3014488

--------------------- Message Header ---------------------
Swift Output : FIN 701 Issue of a Documentary Credit
Sender        : IRVTUSONXXX
                BANK OF NEW YORK
                NEW YORK,NY US
Receiver      : SCBLCNSXSHZ
                STANDARD CHARTERED BANK
                (SHENZHEN BRANCH)
                SHENZHEN CN
MUR : DCM050010065 1400

---------------------- Message Text ----------------------
27: Sequence of Total
    3/3
20: Documentary Credit Number
    003201443
47B: Additional Conditions

--------------------- Message Trailer ---------------------
{MAC:EDEF1D40}
{CHK:5D5F1B05789 9}
End of Message



05 JUL 2005

| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : LIM SIN SIEW<br>RM : DT |
|---|---|
| KEEP JOY INDUSTRIAL CO. LIMITED<br>RM 801, 8/F, DANNIES HOUSE 20 LUARD<br>ROAD WANCHAI, HK<br><br>485656D<br>OLD EXIM ID: | DATE : 4 July 2005<br>OUR REF : 00675-11-0100992-S<br>ISSUE DATE: 1Jul05 |

| L/C NUMBER | I99201524 | L/C EXPIRY DATE: | 2 August 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 29,400.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0100992-S


For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888

25/c7c11



Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

To:
KEEP JOY INDUSTRIAL CO. LIMITED
RM 801, 8/F, DANNIES HOUSE 20 LUARD
ROAD  WANCHAI, HK
485656D
OLD EXIM ID: .
RM : DT

SWIFT: SCBLCNSXSHZ
Tel： 86 755 82461688
Fax : 86 755 82465108
User : LIM SIN SIEW

Our Reference  : 00675-11-0100992-S
L/C No        : I99201524
Date          : 4 July 2005

<u>Re : Settlement Advice</u>

Please be informed that we have received your payment being our banking charges.
Details as follow:

| L/C ADVISING COMM | USD | 40.00 | DR |
|---|---|---|---|
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.

BENEFICIARY: CONTINENTAL STRATEGIC ALLIANCE OR ELAINE LEMEL

Standard
Chartered
渣打银行

.705 08.09.28    22CNDWU562P01 BU52-040000         /

*** Authentication Result: Correct with current key ***

------------- Instance Type and Transmission -------------
Copy received from SWIFT
Priority          : Normal
Message Output Reference : 0747 050702SCBLCNSXASHZ2727920003
Correspondent Input Reference : 1347 050701IRVTUS3NAXXX044197/312
--------------- Message Header ---------------
Swift Output : FIN 700 Issue of a Documentary Credit
Sender      : IRVTUS3NXXX
            BANK OF NEW YORK
            NEW YORK,NY US
Receiver    : SCBLCNSXSHZ
            STANDARD CHARTERED BANK
            (SHENZHEN BRANCH)
            SHENZHEN CN
MUR : DCM050701127150G
--------------- Message Text ---------------
27: Sequence of Total
    1/2
40A: Form of Documentary Credit
    IRREVOCABLE
20: Documentary Credit Number
    I99201524
31C: Date of Issue
    050701
31D: Date and Place of Expiry
    050802AT OUR COUNTERS
50: Applicant
    COORDINATED STRATEGIC ALLIANCE
    62 LEONE LANE
    CHESTER, NY 10918
59: Beneficiary - Name & Address
    KEEP JOY INDUSTRIAL CO. LIMITED
    RM 801, 8/F, DANNIES HOUSE
    20 LUARD ROAD
    WANCHAI, HK
32B: Currency Code, Amount
    Currency    : USD (US DOLLAR)
    Amount      :      #29,400.#
41D: Available With - By - Name&Addr
    THE BANK OF NEW YORK
    NEW YORK
    BY PAYMENT
42C: Drafts at
    DRAFTS AT SIGHT
42D: Drawee - Name & Address
    DRAWN ON THE BANK OF NEW YORK
    NEW YORK
43P: Partial Shipments
    PARTIAL SHIPMENTS ARE NOT PERMITTED
43T: Transhipment
    TRANSSHIPMENTS ARE NOT PERMITTED
44A: On Board/Disp/Taking Charge a.t
    SHIPMENT FROM YANTIAN, CHINA
44B: For Transportation to...
    TO US PORT DESIGNATED BY FORWARDER
44D: Shipment Period
    LATEST SHIPMENT DATE -05/07/17
48: Period for Presentation
    BENEFICIARY, COORDINATED STRATEGIC ALLIANCE OR KEEP JOY ...

DRAFTS AND DOCUMENTS MUST BE
PRESENTED NOT LATER THAN FIFTEEN (15) DAYS
AFTER L/C ISSUANCE DATE AND WITHIN

02/07/05-08:00:28        zzCNDWC52P01-9982-048609        9

TRANSFER VALIDITY.
49: Confirmation Instructions
WITHOUT
78: Instr to Payg/Accptg/Negotg Bank
THIS IS A TRANSFER UNDER LETTER OF CREDIT NO.100096840
WHICH MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE
RELATING TO THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE
TRANSFER REFERENCE NO 99201524 INDICATED ABOVE IN REGARD TO ANY
DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
TRANSACTION.
72: Sender to Receiver Information
PLEASE RELAY TO:
UNIT 1 & 52/F SHUN HING SQUARE
DIWANG COMMERCIAL CENTRE, NO. 5002

------------------------ Message Trailer ------------------------

{MAC:EEDA3EBD}
{CHK:55A8C482AA37D}

End of Message

Standard
Chartered
渣打银行


Standard
Chartered
渣打银行

```
.07/06 08:09:25    22CNDV/03/P01 002:048610      9
```

*** Authentication Result: Correct with current key ***

------------- Instance Type and Transmission ------------
Copy received from SWIFT
Priority            : Normal
Message Output Reference : 0747 050702SCBLCNSXASH22727058004
Correspondent Input Reference : 1947 050701IRVTUS3NAXXX04419773I3
------------------- Message Header -----------------
Swift Output  : FIN 701 Issue of a Documentary Credit
Sender     : IRVTUS3NXXX
           BANK OF NEW YORK
           NEW YORK,NY US
Receiver   : SCBLCNSXSH2
           STANDARD CHARTERED BANK
           (SHENZHEN BRANCH)
           SHENZHEN CN
MUR : DCM050701127I500
------------------ Message Text ------------------
27: Sequence of Total
    2/2
20: Documentary Credit Number
    I99201524
45B: Descripin of Goods &/or Services

    ITEM NO  SKU  SKN  OVC PO    QUANTITY UNIT PRICE
    (---------------------------
    MERCHANDISE DESCRIPTION
    (-------------
    COLOR/SIZE
    |
    K5521   000  000  445902    5.000    5.88
    TEMP-TATIONS CERAMIC AND RATTAN SANTO MAURO 3PC OVENWARE SET

    SHIPPING TERMS FOB YANTIAN, CHINA
46B: Documents Required

    1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
       ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
       SET, FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
       WOOD PACKING MATERIAL.

    2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS.

    3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
       OVC INC. MARKED FREIGHT COLLECT.

    4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
       FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR:

           A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
              NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
              MULTIPLE PIECES IN SET, FOB COST AND INDICATION
              THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL
           B. ONE COPY OF THE PACKING LIST.
           C. ONE COPY OF FORWARDERS CARGO RECEIPT.
47B: Additional Conditions
    PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 301, 3/F
    DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG THAT OF THE
    AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO. I00363540, THE
    BENEFICIARY, COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE,

CHESTER, NY 10918 HAS TRANSFERRED UP TO THE AMOUNT INDICATED ABOVE IN THEIR FAVOR.

Case 7:08-cv-03680-SCR    Document 5-3    Filed 05/01/2008    Page 48 of 113

Standard
Chartered
渣打銀行

02/07/05-08:00:28    zzCNDWC52P01-9982-048610    10

UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE
IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
     FAX NO: 845 469 2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:

   THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION,
   HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
   THIS TRANSFER CREDIT.
   A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN
      SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
      MACAU:

      CENTURY DISTRIBUTION SYSTEMS (HK) LTD.
      610 ASIAN HOUSE, 1 HENNESSY ROAD
      WANCHAI, HONG KONG

      TEL 852 2862 2400
      FAX 852 2862 2411

   B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
      NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN

      CENTURY DISTRIBUTION SYSTEMS (INT'L) LTD
      8, DONG FANG ROAD, 5/F, ROOM C,
      LIANG FENG MANSION,
      LU JIA ZUI FINANCE DISTRICT
      PUDONG, SHANGHAI 205120, CHINA

      TEL 86 21 5888 0646/9646
      FAX 86 21 5888 0775

2. INSURANCE EFFECTED BY THE APPLICANT.

3. COMBINED SHIPMENTS ARE PERMITTED.

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
   WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445002.
ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
TRANSFEREE.

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS.
DISCREPANCY    80.00 (IF ANY)
REMITTANCE     30.00 (IF ANY)
TELEX/CABLE    20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVE AT 315-765-4650 OR 315-765-4660.

( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
( VIA MAIL OR VIA COURIER TO )

Case 7:08-cv-03680-SCR   Document 5-3   Filed 05/01/2008   Page ... of ...

Standard
Chartered
渣打银行

THE BANK OF NE...
(101 BARCLAY ST.
(TRAD...
07/07/05 03:00:28   ZZCNDWC52P01-0082-048010   11

(NEW YORK, NY 10286.
(
(     )

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE USE SWIFT
ADDRESS IRVTUS3NLCM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT
IF ANY AMENDMENT TO THIS TRANSFER IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED.
THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT, NO MAIL
CONFIRMATION WILL FOLLOW
WE HEREBEY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT, NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.

Message Trailer
{MAC:8D525EE0}
{CHK:20CEF452AE4C}
End of Message

| Standard Chartered Bank | SWIFT: SCBLCNSXSHZ |
|---|---|
| SHENZHEN BRANCH | Tel : 86 755 82461688 |
| 52/F SHUN HING SQUARE, DI WANG COMM | Fax: 86 755 82465108 |
| CENTER, SHEN NAN DONG LU | |
| SHENZHEN 518008, CHINA | FOR BANK USE ONLY: 9 JUL 2005 |
| | USER ID : LIM SIN SIEW |
| | RM /DT |

| KEEP JOY INDUSTRIAL CO.LTD RM 801 | DATE : 18 July 2005 |
|---|---|
| 8/F DANNIES HSE 20 LUARO RD WANCHAI | OUR REF : 00675-11-0103800-S |
| HK | ISSUE DATE: 15Jul05 |
| 485656D | **ORIGINAL** |
| OLD EXIM ID: . | |

| L/C NUMBER | I99201552 | L/C EXPIRY DATE: | 10 August 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 75,000.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.

As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0103800-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888

----- Page Break -----Our Reference: 00675-11-0103800-S ISS 000

Sender: IRVTUS3N
THE BANK OF NEW YORK
TRADE SERVICES, REIMBURSEMENT
DEPT. 6023 AIRPORT ROAD
ORISKANY NY 13424, USA

Message Type: MT700

27   SEQUENCE OF TOTAL
     1/3
40A FORM OF L/C (Y/N/T)
     IRREVOCABLE
20   DOCUMENT CREDIT NO
     I99201552
31C DATE OF ISSUE
     050715
31D DATE AND PLACE OF EXPIRE
     050810AT OUR COUNTERS

25/07 oll

Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel:   86 755 82461688
Fax : 86 755 82465108
User : LIM SIN SIEW

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
485656D
OLD EXIM ID: .
RM : DT

Our Reference : 00675-11-0103800-S
L/C No        : I99201552
Date          : 18 July 2005

ORIGINAL

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.

Details as follow:

| | | | |
|---|---|---|---|
| L/C ADVISING COMM | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.

Standard
Chartered
渣打银行

/05 07:01:12      zzCNDWC052P01 0454 060251          4

***   Authentication Result: Correct with current key   ***

------------------ Instance Type and Transmission ------------------
Copy received from SWIFT
Priority          : Normal
Message Output Reference : 2329 050715SCBLCNSXASH2274004b454
Correspondent Input Reference : 1120 050715IRVTUS3NAXXX0453352452
------------------------- Message Header -------------------------
Swift Output : FIN 700 Issue of a Documentary Credit
Sender    : IRVTUS3NXXX
           BANK OF NEW YORK
           NEW YORK,NY US
Receiver   : SCBLCNSXSHZ
           STANDARD CHARTERED BANK
           (SHENZHEN BRANCH)
           SHENZHEN CN
MUR : DCM050714165040C
----------------------------- Message Text -----------------------------
27: Sequence of Total
    1/3
40A: Form of Documentary Credit
    IRREVOCABLE
20: Documentary Credit Number
    I99201552
31C: Date of Issue
    050715
31D: Date and Place of Expiry
    050810AT OUR COUNTERS
50: Applicant
    COORDINATED STRATEGIC ALLIANCE
    62 LLONE LANE
    CHESTER, NY 10918
59: Beneficiary - Name & Address
    KEEP JOY INDUSTRIAL CO. LIMITED
    RM 801, 8/F , DANNIES HOUSE
    20 LUARD ROAD, WANCHAI H.K.
32B: Currency Code, Amount
    Currency    : USD (US DOLLAR)
    Amount      :        #75,000.#
41D: Available With...By... - Name&Addr
    THE BANK OF NEW YORK
    NEW YORK
    BY PAYMENT
42C: Drafts at...
    DRAFTS AT SIGHT
42D: Drawee - Name & Address
    DRAWN ON THE BANK OF NEW YORK
    NEW YORK
43P: Partial Shipments
    PARTIAL SHIPMENTS ARE NOT PERMITTED
43T: Transhipment
    TRANSSHIPMENTS ARE NOT PERMITTED
44A: On Board/Disp/Taking Charge at/f
    SHIPMENT FROM YANTIAN, CHINA
44B: For Transportation to...
    TO US PORT DESIGNATED BY FORWARDER
44D: Shipment Period
    LATEST SHIPMENT DATE :05/07/25
48: Period for Presentation
    DRAFTS AND DOCUMENTS MUST BE

Standard
Chartered
渣打银行

PURCHASED PRIOR TO THEIR DATES
AFTER FCR ISSUANCE DATE AND WITHIN
TRANSFER VALIDITY.

15/07/05-07:01:12    22CNDWC52P01-0454-050251    5

49: Confirmation Instructions
    WITHOUT

78: Instr to Payg/Acceptg/Negotg Bank
    THIS IS A TRANSFER UNDER LETTER OF CREDIT NO. 100202828 WHICH
    MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE RELATING TO
    THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE TRANSFER
    REFERENCE NO. 99201552 INDICATED ABOVE IN REGARD TO ANY
    DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
    TRANSACTION.

72: Sender to Receiver Information
    RELAY TO
    UNIT 1-9,52/F, SHUN HING SQUARE
    DIWANG COMMERCIAL CENTRE, NO. 5002
    ---------------- Message Trailer ----------------
    {MAC:2D38BBED}
    {CHK:7B96CF48CB90}
*End of Message

Standard
Chartered
渣打银行

7/05-07:01:12    zzONDWC52P01 0454 0502452    5

*** *** Authentication Result: Correct with current key ***

------------------ Instance Type and Transmission ------------------
Copy received from SWIFT
Priority            : Normal
Message Output Reference : 2320 050715SCBLCNSXASHZ2740046455
Correspondent Input Reference : 1126 050715IRVTUS3NAXXX0453332453
------------------ Message Header ------------------
Swift Output  : FIN 701 Issue of a Documentary Credit
Sender      : IRVTUS3NXXX
              BANK OF NEW YORK
              NEW YORK,NY US
Receiver    : SCBLCNSXSHZ
              STANDARD CHARTERED BANK
              (SHENZHEN BRANCH)
              SHENZHEN CN
MUR : DCM0507141659400
------------------ Message Text ------------------
27: Sequence of Total
    2/3
20: Documentary Credit Number
    I99201552
45B: Descripin of Goods &/or Services

    ITEM NO  SKU  SKN  QVC PO    QUANTITY  UNIT PRICE
    {--------  ---  ---  --------

    MERCHANDISE DESCRIPTION
    {-----------
    COLOR/SIZE
    {------
    K5814  {13  000  445825    1,250    15.00
    TEMP-TATIONS CERAMIC AND RATTAN TEXTURED FADE
              14PC SET
    LIME,  }
    K5814  {039  000  445825    1,750    15.00
    EGGPLANT,
    K5814  }396  000  445825    2,000    15.00
    TANGERINE,

    SHIPPING TERMS: FOB YANTIAN, CHINA

46B: Documents Required

    1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
       ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
       SET, FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
       WOOD PACKING MATERIAL.

    2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS

    3. ONE ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED TO THE ORDER OF
       QVC, INC. MARKED FREIGHT COLLECT.

    4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
       FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR:

       A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
          NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
          MULTIPLE PIECES IN SET, FOB COST AND INDICATION
          THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

4/B. Additional Conditions

16/07/05-07:01:12      zzCNDWC52P01-0454-050252               7



PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED. RM 801, 8/F,
DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG THAT THE
AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO. I00365828, THE
BENEFICIARY: COORDINATED STRATEGIC ALLIANCE  62 LEONE LANE
CHESTER, NY 10918 HAS TRANSFERRED UP TO THE AMOUNT INDICATED
ABOVE IN THEIR FAVOR.

UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE.
IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
     FAX NO: 845-469-2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED.

   THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION
   HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
   THIS TRANSFER CREDIT.
   A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN,
   SHENZHEN, SUZKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
   MACAU.

   CENTURY DISTRIBUTION SYSTEMS (HK) LTD
   610 APIAN HOUSE, 1 HENNESSY ROAD
   WANCHAI, HONG KONG.

   TEL 852 2862 2400
   FAX 852 2862 2411

   B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
   NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN.

   CENTURY DISTRIBUTION SYSTEMS (BCPL) LTD
   8. DONG FANG ROAD, 51, ROOM C.
   LIANG FENG MANSION.
   LU JIA ZUI FINANCE DISTRICT
   PUDONG, SHANGHAI 205120, CHINA

   TEL 86 21 5888 6646/6648
   FAX 86 21 5999 6775

2. INSURANCE EFFECTED BY THE APPLICANT.

3. COMBINED SHIPMENTS ARE PERMITTED

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
   WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445925
   ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
   TRANSFEREE.

   THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
   DEDUCTED FROM THE PROCEEDS:
   DISCREPANCY     80.00 (IF ANY)
   REMITTANCE      30.00 (IF ANY)
   TELEX CABLE     20.00 (IF ANY)

**Standard Chartered**
渣打银行

REPRESENTATIVES AT 315-765-4639 OR 315-765-4666

(
( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
( VIA MAIL OR VIA COURIER TO:
( THE BANK OF NEW YORK
( 101 BARCLAY ST.
( TRADE IMAGING DEPT. 8 EAST.
( NEW YORK. NY 10286.
(

WHEN RESPONDING TO THE BANK OF NEW YORK. PLEASE USE SWIFT
ADDRESS IRVTUS3NLCM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT

IF ANY AMENDMENT TO THIS TRANSFER CREDIT IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED

THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO 500
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT. NO MAIL
CONFIRMATION WILL FOLLOW.
WE HEREBEY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE.
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT. WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT. NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.
------------------ Message Trailer ------------------
[MAC:8CEF34FD]
[CHK:42DF6862623F]
'End of Message

# Standard Chartered
## 渣打银行

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br>**1 1 JUL 2005**<br>FOR BANK USE ONLY:<br>USER ID : NOOR H B RAMLI<br>RM : DT |
| KEEP JOY INDUSTRIAL CO. LIMITED<br>RM 801, 8/F DANNIES HOUSE<br>20 LUARD ROAD<br>WANCHAI, HONG KONG<br><br>485656D<br>OLD EXIM ID: . | DATE : 8 July 2005<br>OUR REF : 00675-11-0101820-S<br>ISSUE DATE:  6Jul05 |

| L/C NUMBER | 199201543 | L/C EXPIRY DATE: | 17 August 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 70,500.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed.  If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0101820-S


For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888

25107011

**Standard
Chartered**
渣打银行

Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel :  86 755 82461688
Fax : 86 755 82465108
User : NOOR H B RAMLI

To:
KEEP JOY INDUSTRIAL CO. LIMITED
RM 801, 8/F DANNIES HOUSE
20 LUARD ROAD
WANCHAI, HONG KONG
485656D
OLD EXIM ID: .
RM : DT

Our Reference  : 00675-11-0101820-S
L/C No          : I99201543
Date            : 8 July 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| L/C ADVISING COMM | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.

07.01.07    zzCNDWC52P01-0124-049098    5

Standard
Chartered
渣打银行

\*\*\*   Authentication Result: Correct with current key   \*\*\*

-------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority              : Normal
Message Output Reference : 0148 050707SCBLCNSXASHZ2731934187
Correspondent Input Reference : 1348 050706IRVTUS3NAXXX0445071067
------------------ Message Header ------------------
Swift Output  : FIN 700 Issue of a Documentary Credit
Sender      : IRVTUS3NXXX
              BANK OF NEW YORK
              NEW YORK,NY US

11-10820

Receiver    : SCBLCNSXSHZ
              STANDARD CHARTERED BANK
              (SHENZHEN BRANCH)
              SHENZHEN CN
MUR : DCM05070961357200
-------------- Message Text --------------
27: Sequence of Total
    1/3
40A: Form of Documentary Credit
    IRREVOCABLE
20: Documentary Credit Number
    I99201543
31C: Date of Issue
    050706
31D: Date and Place of Expiry
    050817AT OUR COUNTERS
50: Applicant
    COORDINATED STRATEGIC ALLIANCE
    62 LEONE LANE
    CHESTER, NY 10918
59: Beneficiary - Name & Address
    KEEP JOY INDUSTRIAL CO. LIMITED
    RM 801, 8/F, DANNILS HOUSE
    20 LUARD ROAD
    WANCHAI, HONG KONG
32B: Currency Code, Amount
    Currency    : USD (US DOLLAR)
    Amount      :        #70,500.#
41D: Available With, By... - Name&Addr
    THE BANK OF NEW YORK
    NEW YORK
    BY PAYMENT
42C: Drafts at
    DRAFTS AT SIGHT
42D: Drawee - Name & Address
    DRAWN ON THE BANK OF NEW YORK
    NEW YORK
43P: Partial Shipments
    PARTIAL SHIPMENTS ARE NOT PERMITTED
43T: Transhipment
    TRANSSHIPMENTS ARE NOT PERMITTED
44A: On Board/Disp/Taking Charge at/t
    SHIPMENT FROM YANTIAN, CHINA
44B: For Transportation to...
    TO US PORT DESIGNATED BY FORWARDER
44D: Shipment Period
    LATEST SHIPMENT DATE -05/08/01
48: Period for Presentation
    DRAFTS AND DOCUMENTS MUST BE

Standard
Chartered
渣打银行

PRESENTED NOT LATER THAN 16 DAYS
AFTER THE ISSUANCE DATE AND WITHIN

07/07/05-07:01:07    22CNDWC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-049098    6

TRANSFER VALIDITY.
49: Confirmation Instructions
WITHOUT
78: Instr to Payg/Accptg/Negoto Bank
THIS IS A TRANSFER UNDER LETTER OF CREDIT NO. 00365825 WHICH
MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE RELATING TO
THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE TRANSFER
REFERENCE NO. 89201543 INDICATED ABOVE IN REGARD TO ANY
DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
TRANSACTION.
72: Sender to Receiver Information
PLS RLY TO:
UNIT 1-8, 52/F, SHUN HING SQUARE
DIWANG COMMERCIAL CENTRE, NO. 5002
------------------ Message Trailer ------------------
{MAC:B30B5CD7}
{CHK:50D32F1D03EA}
*End of Message

J-07.01:07      zzCNDWC52P01-0124-049099          7



Standard
Chartered
渣打银行

*** Authentication Result: Correct with current key ***

------------ Instance Type and Transmission ------------
Copy received from SWIFT
Priority            · Normal
Message Output Reference : 0148 0507075CBLCNSXASHZ2731934188
Correspondent Input Reference : 1348 050706IRVTUS3NAXXX0445071068
------------------ Message Header ------------------
Swift Output  · FIN 701 Issue of a Documentary Credit
Sender       : IRVTUS3NXXX
            BANK OF NEW YORK
            NEW YORK,NY US
Receiver     · SCBLCNSXSHZ
            STANDARD CHARTERED BANK
            (SHENZHEN BRANCH)
            SHENZHEN CN
MUR · DCM05070613572200
------------------- Message Text ------------------
27: Sequence of Total
    2/3
20: Documentary Credit Number
    I99201543
45B: Descriptn of Goods &/or Services
    .
    ITEM NO SKU  SKN  QVC PO   QUANTITY UNIT PRICE
    {                                          }
    MERCHANDISE DESCRIPTION
    (------------------
    COLOR/SIZE
    (-----
    K5809  848  000  445834    3,000    11.75
    TEMP-TATIONS LISBEN CERAMIC 2PC SERVING BOWL OR
            PLATTER SET
    BOWLS,
    K5809  849  000  445834    3,000    11.75
    PLATTERS,

    SHIPPING TERMS FOB YANTIAN, CHINA.

46B: Documents Required

    1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
       ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
       SET, FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
       WOOD PACKING MATERIAL.
    .
    2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS.
    .
    3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
       QVC, INC. MARKED FREIGHT COLLECT.
    .
    4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
       FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR:
    .
        A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
           NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
           MULTIPLE PIECES IN SET, FOB COST AND INDICATION
           THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
        B. ONE COPY OF THE PACKING LIST.
        C. ONE COPY OF FORWARDERS CARGO RECEIPT.

Standard
Chartered
渣打银行

3. ONE COPY OF A SIGNED OR STAMPED INSPECTION OR SURVEY
CERTIFICATE FROM:

ANY BRANCH OF INTERTEK TESTING SERVICES LTD
OR
BUREAU VERITAS CONSUMER PRODUCTS SERVICES
OR
QA INTERNATIONAL
OR
ANY INSPECTION COMPANY ON BEHALF OF QA INTERNATIONAL
OR
QVC CHINA INC. SHANGHAI REP OFFICE
STATING THAT THE MERCHANDISE HAS PASSED INSPECTION OR
CONFORMED.
PLEASE CONTACT THE QVC PRE-SHIPMENT FINISHED GOODS AUDIT
DEPARTMENT (484-701-8467) TO ARRANGE FOR AN INSPECTION.

47B: Additional Conditions
PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 801, 8/F,
DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG
THAT OF THE AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO.
I00365829, THE BENEFICIARY, COORDINATED STRATEGIC ALLIANCE
62 LEONE LANE, CHESTER, NY 10918 HAS TRANSFERRED UP TO THE AMOUNT
INDICATED ABOVE IN THEIR FAVOR
.
UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE.
IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
        FAX NO: 845-469-2044
.
1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:

    THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION
    HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
    THIS TRANSFER CREDIT
    A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN,
    SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
    MACAU:

    CENTURY DISTRIBUTION SYSTEMS (HK), LTD.
    616 ASIAN HOUSE, 1 HENNESSY ROAD
    WANCHAI, HONG KONG

    TEL 852 2862 2400
    FAX 852 2862 2411
.
    B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
    NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN:

    CENTURY DISTRIBUTION SYSTEMS (INT'L) LTD
    8, DONG FANG ROAD, 5/F, ROOM C,
    LIANG FENG MANSION,
    LU JIA ZUI FINANCE DISTRICT
    PUDONG, SHANGHAI 205120, CHINA

    TEL 86 21 5888 6646/6648
    FAX 86 21 5888 6775
.
    2. INSURANCE EFFECTED BY THE APPLICANT
.
    3. COMBINED SHIPMENTS ARE PERMITTED.

Standard
Chartered
渣打银行

MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445934.
ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
TRANSFEREE.

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
DISCREPANCY      60.00 (IF ANY)
REMITTANCE      30.00 (IF ANY)
TELEX/CABLE      20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVES AT 315-765-4638 OR 315-765-4666

(
( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
( VIA MAIL OR VIA COURIER TO:
( THE BANK OF NEW YORK,
( 101 BARCLAY ST.
( TRADE IMAGING DEPT. 8 EAST,
( NEW YORK, NY 10286.
(

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE USE SWIFT
ADDRESS IRVTUS3NLCM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT.

IF ANY AMENDMENT TO THIS TRANSFER CREDIT IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED.
THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT, NO MAIL
CONFIRMATION WILL FOLLOW.
WE HEREBY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE.

IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT. NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.
------------------- Message Trailer -------------------

{MAC:9105322A}
{CHK:2F5B656E9176}
*End of Message

Standard
Chartered
渣打银行

*** Authentication Result: Correct with current key ***

-------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority            : Normal
Message Output Reference : 0148 050707SCBLCNSXASHZ2731934180
Correspondent Input Reference : 1348 050706IRVTUS3NAXXX044507106069
------------------- Message Header -------------------
Swift Output  : FIN 701 Issue of a Documentary Credit
Sender        : IRVTUS3NXXX
              BANK OF NEW YORK
              NEW YORK,NY US
Receiver      : SCBLCNSXSHZ
              STANDARD CHARTERED BANK
              (SHENZHEN BRANCH)
              SHENZHEN CN
MUR : DCM0507061357200
------------------- Message Text -------------------
27: Sequence of Total
    3/3
20: Documentary Credit Number
    I00201643
47B: Additional Conditions
    .
--------------- Message Trailer ---------------
{MAC:A72D103E}
{CHK:55171 66B7BF 9}
*End of Message





0 7 JUL 2005

| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : CHONG MEI FONG<br>RM : DT | |
|---|---|---|---|
| KEEP JOY INDUSTRIAL CO.LTD RM 801<br>8/F DANNIES HSE 20 LUARO RD WANCHAI<br>HK<br><br>485656D<br>OLD EXIM ID: , | | DATE : 6 July 2005<br>OUR REF : 00675-11-0101401-S<br>ISSUE DATE: 5Jul05 | |
| L/C NUMBER | I99201525 | L/C EXPIRY DATE: | 17 August 2005 |
| L/C AMOUNT | USD | 85,125.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |
| RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE | | | |

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0101401-S


For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888

2516711



Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel : 86 755 82461688
Fax : 86 755 82465108
User : CHONG MEI FONG

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
485656D
OLD EXIM ID: .
RM : DT

Our Reference : 00675-11-0101401-S
L/C No        : I99201525
Date          : 6 July 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| SZCOM-ELC ADV(ISS) | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.

07:00:55  Case 7:08-cv-03690-SCR   Document 5-3

Standard
Chartered
渣打银行

*** Authentication Result: Correct with current key ***

```
***  ---------------- Instance Type and Transmission --------
***  Copy received from SWIFT
***  Priority        : Normal
***  Message Output Reference : 0134 050706SCBLCNSXASHZ2730932159
***  Correspondent Input Reference : 1334 050705IRVTUS3NAXXX0444030732
***  ---------------- Message Header ---------------
***  Swift Output : FIN 700 Issue of a Documentary Credit
***  Sender      : IRVTUS3NXXX
***             BANK OF NEW YORK
***             NEW YORK,NY US
***  Receiver    : SCBLCNSXSHZ
***             STANDARD CHARTERED BANK
***             (SHENZHEN BRANCH)
***             SHENZHEN CN
***  MUR : DCM05070112271600
***  ---------------- Message Text ----------------
***   27: Sequence of Total
***      1/2
***   40A: Form of Documentary Credit
***      IRREVOCABLE
***   20: Documentary Credit Number
***      I99201525
***   31C: Date of Issue
***      050705
***   31D: Date and Place of Expiry
***      050817AT OUR COUNTERS
***   50: Applicant
***      COORDINATED STRATEGIC ALLIANCE
***      62 LEONE LANE
***      CHESTER, NY 10918
***   59: Beneficiary - Name & Address
***      KEEP JOY INDUSTRIAL CO. LIMITED
***      RM 801, 8/F, DANNIES HOUSE
***      20 LUARD ROAD
***      WANCHAI, HK
***   32B: Currency Code, Amount
***      Currency    : USD (US DOLLAR)
***      Amount      :       #85,125.#
***   41D: Available With.. By.. - Name&Addr
***      THE BANK OF NEW YORK
***      NEW YORK
***      BY PAYMENT
***   42C: Drafts at...
***      DRAFTS AT SIGHT
***   42D: Drawee - Name & Address
***      DRAWN ON THE BANK OF NEW YORK
***      NEW YORK
***   43P: Partial Shipments
***      PARTIAL SHIPMENTS ARE NOT PERMITTED
***   43T: Transhipment
***      TRANSSHIPMENTS ARE NOT PERMITTED
***   44A: On Board/Disp/Taking Charge at/f
***      SHIPMENT FROM YANTIAN, CHINA
***   44B: For Transportation to...
***      TO US PORT DESIGNATED BY FORWARDER
***   44D: Shipment Period
***      LATEST SHIPMENT DATE -05/08/01
***   48: Period for Presentation
***      DRAFTS AND DOCUMENTS MUST BE
***      PRESENTED NOT LATER THAN 16 DAYS
```

*** PRESENTED NOT LATER THAN 15 DAYS
*** AFTER FCR ISSUANCE DATE AND WITHIN
*** 06/07/05-07:00:55        zzCNDWC52P01-0080-048930        13
***
*** TRANSFER VALIDITY.
*** 49: Confirmation Instructions
*** WITHOUT
*** 78: Instr to Payg/Accptg/Negotg Bank
*** THIS IS A TRANSFER UNDER LETTER OF CREDIT NO.I00365760
*** WHICH MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE
*** RELATING TO THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE
*** TRANSFER REFERENCE NO.99201525 INDICATED ABOVE IN REGARD TO ANY
*** DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
*** TRANSACTION.
*** 72: Sender to Receiver Information
*** PLEASE RELAY TO:
*** UNIT 1-8 52/F SHUN HING SQUARE
*** DIWANG COMMERCIAL CENTRE, NO. 5002
*** ------------------ Message Trailer ------------------
*** {MAC:19D68D99}
*** {CHK:7AC3C713695F}
*End of Message

Standard
Chartered
渣打银行

*** Authentication Result: Correct with current key ***

```
------------- Instance Type and Transmission -------
Copy received from SWIFT
Priority              : Normal
Message Output Reference : 0134 050706SCBLCNSXASHZ2730932160
Correspondent Input Reference : 1334 050705IRVTUS3NAXXX0444030733
----------------- Message Header ---------------
Swift Output : FIN 701 Issue of a Documentary Credit
Sender    : IRVTUS3NXXX
          BANK OF NEW YORK
          NEW YORK,NY US
Receiver  : SCBLCNSXSHZ
          STANDARD CHARTERED BANK
          (SHENZHEN BRANCH)
          SHENZHEN CN
MUR : DCM05070112271600
----------------- Message Text -----------------
27: Sequence of Total
   2/2
20: Documentary Credit Number
   I99201525
45B: Descriptn of Goods &/or Services
   .
   ITEM NO SKU  SKN  QVC PO   QUANTITY  UNIT PRICE
   (------   ---  ---  -----   ---------  ---------
   MERCHANDISE DESCRIPTION
   (---------------
   COLOR/SIZE  .
   (----------
   K5808  000  000  445835    7.500    11.35
   TEMP-TATIONS CERAMIC AND RATTAN LISBEN 4PC
          OVENWARE SET
   .
   SHIPPING TERMS: FOB YANTIAN, CHINA
46B: Documents Required
   .
   1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
      ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
      SET, FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
      WOOD PACKING MATERIAL.
   .
   2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS.
   .
   3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
      QVC, INC. MARKED FREIGHT COLLECT.
   .
   4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
      FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR:
   .
      A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
         NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
         MULTIPLE PIECES IN SET, FOB COST AND INDICATION
         THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
      B. ONE COPY OF THE PACKING LIST.
      C. ONE COPY OF FORWARDERS CARGO RECEIPT.
   .
   5. ONE COPY OF A SIGNED OR STAMPED INSPECTION OR SURVEY
      CERTIFICATE FROM:
      ANY BRANCH OF INTERTEK TESTING SERVICES LTD.
      OR
      BUREAU VERITAS CONSUMER PRODUCTS SERVICES
```

Standard
Chartered
渣打银行

QA INTERNATIONAL
OR
ANY INSPECTION COMPANY ON BEHALF OF QA INTERNATIONAL
OR
QVC CHINA INC. SHANGHAI REP OFFICE

STATING THAT THE MERCHANDISE HAS PASSED INSPECTION OR
CONFORMED.

PLEASE CONTACT THE QVC PRE-SHIPMENT FINISHED GOODS AUDIT
DEPARTMENT (484-701-8467) TO ARRANGE FOR AN INSPECTION.

47B: Additional Conditions
PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 801, 8/F,
DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG THAT OF THE
AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO. 100365760, THE
BENEFICIARY, COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE,
CHESTER, NY 10918 HAS TRANSFERRED UP TO THE AMOUNT INDICATED
ABOVE IN THEIR FAVOR.

UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE.
IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
        FAX NO: 845-469-2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:

CENTURY DISTRIBUTION SYSTEMS (HK) LTD.
610 ASIAN HOUSE, 1 HENNESSY ROAD
WANCHAI, HONG KONG

TEL 852 2862 2400
FAX 852 2862 2411

2. COMBINED SHIPMENTS ARE PERMITTED.

3. INSURANCE EFFECTED BY THE APPLICANT.

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
   WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445835.
ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
TRANSFEREE.

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
DISCREPANCY      80.00 (IF ANY)
REMITTANCE       30.00 (IF ANY)
TELEX/CABLE      20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVES AT 315-765-4638 OR 315-765-4666

(
( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
  VIA MAIL OR VIA COURIER TO:

06/07/05-07:00:55    zzCNDWC52P01-0080-048931    16



(THE BANK OF NEW YORK)

(101 BARCLAY ST.
(TRADE IMAGING DEPT. 8 EAST,
(NEW YORK, NY 10286.
(
.
WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE USE SWIFT
ADDRESS IRVTUS3NLCM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT.
.
IF ANY AMENDMENT TO THIS TRANSFER IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED.
THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT. NO MAIL
CONFIRMATION WILL FOLLOW.
WE HEREBEY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE.
.
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT. NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.

---------------- Message Trailer ----------------
{MAC:83493C2C}
{CHK:E9D91C36EEBC}
*End of Message

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : LIM SIN SIEW<br>RM : DF |

**Standard Chartered 渣打银行**

**12 JUL 2005**

| | |
|---|---|
| KEEP JOY INDUSTRIAL CO.LTD RM 801<br>8/F DANNIES HSE 20 LUARO RD WANCHAI<br>HK<br><br>485656D<br>OLD EXIM ID: | DATE : 11 July 2005<br>OUR REF : 00675-11-0102277-S<br>ISSUE DATE:  8Jul05 |

| L/C NUMBER | 199201546 | L/C EXPIRY DATE: | 17 August 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 74,400.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed.  If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0102277-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.
This advice is automatically generated from the computer, no signature is required.

**Any queries please dial our below Customer Service Hot Line:**
**0086 755 82461688 ext 888**

2510701|

Standard
Chartered
渣打银行

Standard
Chartered
渣打银行

Standard
Chartered
渣打银行

Standard
Chartered
渣打银行

ANY INSTRUCTIONS TO AMEND THIS DOCUMENTARY CREDIT MUST BE ...

... SHOULD YOU HAVE ANY QUESTIONS ...
CONFIRMED

PLEASE CONTACT THE ... DEPARTMENT ...

4.7B. *Additional Conditions*
PLEASE ADVISE KEEZ JOY INDUSTRIAL CO. LIMITED, UNIT NO. ...
HARING'S HOUSE, ... HONG KONG).

... THE BENEFICIARY, COORDINATED ... CO. INC. ...,
ONE LANE, CHESTER, NY ... HAS TRANSFERRED ... TO ... AND ...
INDICATE ABOVE BENEFICIARY.

UNLESS OTHERWISE STATED IN THIS ... THE ... DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE ...
PRICES QUOTED AT COST-PRICE BASIS ...

... COMMERCIAL INVOICE
... IN YOUR ... OF ... IN THE ORIGINAL ...

... REF NO. ...

... THE FOLLOWING APPLICABLE ...

THE BELOW IS ... LOADING ...
HOWEVER, SHIPMENTS MUST ... LOADING ...

... SHIPPED FROM THE FOLLOWING IN HONG KONG ...
SHENZHEN SHEKOU ... SHANTOU ... XIAMEN ...
MACAU ...

CERTAIN DISTRIBUTION CENTER (HK) LTD.
... HENNESSY ROAD
... HONG KONG

TEL +852 ...
FAX 852 ... 2411

... SHIPPED FROM THE FOLLOWING ...
NINGBO, TIANJIN, QINGDAO ...

CERTAIN DISTRIBUTION CENTER LTD.
... TRANSPORTATION
CHINA DISTRIBUTION
EP ... MALL, NO. 128 ...
... SHANGHAI ...

TEL 86 21 ...
FAX 86 21 ...

... DOCUMENTS ...
... COMMENCED WITH MERCHANDISE DESCRIPTION ...

... AGENT ...
... TERMS AND CONDITIONS ... PURCHASE ...

Standard
Chartered
渣打银行

NEGOTIATING BANK'S CHARGES, IF ANY, ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.

( DOCUMENTS REQUIRED ONCE (..............)
( VIA MAIL OR VIA COURIER TO
( THE BANK OF NEW YORK.
( 101 BARCLAY ST.
( 11D3E IMAGING DEPT. 2 EAST
( NEW YORK, NY 10286

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE (.........)
DEPARTMENT.

THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
(......)

Message Trailer

Standard
Chartered
渣打银行

*** Authentication Results: Correct with current key ***

--------------- Instance Type and Transmission ---------------
Copy received from SWIFT
Priority               : Normal
Message Output Reference : 0539 000709 ... ..  .. XXASH32740090 B
Correspondent Input Reference : 1730 080708 IRVTUS3NAXXX044714770

---------------------- Message Header ----------------------
Swift Output : FIN 700 Issue of a Documentary Credit
Sender      : IRVTUS3NXXX
            BANK OF NEW YORK
            NEW YORK NY US
Receiver    : SCBLCNSXSHZ
            STANDARD CHARTERED BANK
            SHENZHEN BRANCH
            SHENZHEN CN
MUR : DCMO09700147/2080

---------------------- Message Text ----------------------
27: Sequence of Total
    1/1
20: Documentary Credit Number
    I09201546
47B: Additional Conditions
    .

---------------------- Message Trailer ----------------------
{MAC:0aaeaf0A}
{CHK:5517D000701 0}
End of Message

Standard
Chartered
渣打银行

Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel : 86 755 82461688
Fax : 86 755 82465108
User : LIM SIN SIEW

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
485656D
OLD EXIM ID: .
RM : DT

Our Reference  : 00675-11-0102277-S
L/C No          : I99201546
Date            : 11 July 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| L/C ADVISING COMM | USD | 40.00 | DR |
|---|---|---|---|
| **TOTAL** | USD | 40.00 | DR |

**This advice is generated by computerized system and no authorized signature is required.**

**Standard Chartered**
渣打银行

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : NOOR H B RAMLI<br>RM : DT  **01 AUG 2005** |
| KEEP JOY INDUSTRIAL CO.LTD RM 801<br>8/F DANNIES HSE 20 LUARO RD WANCHAI<br>HK<br>TEL: 25128687<br>FAX. 075525107011<br><br>485656D<br>OLD EXIM ID: | DATE : 29 July 2005<br>OUR REF : 00675-11-0106460-S<br>ISSUE DATE: 28Jul05 |

| L/C NUMBER | 199201610 | L/C EXPIRY DATE: | 30 August 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 143,000.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.

The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.

This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.

As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0106460-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888



Standard
Chartered
渣打银行

Our Reference: 00675-11-0106460-S ISS 000

Sender: IRVTUS3N
THE BANK OF NEW YORK
TRADE SERVICES, REIMBURSEMENT
DEPT. 6023 AIRPORT ROAD
ORISKANY NY 13424, USA

Message Type: MT700

| | | |
|---|---|---|
| 27 | SEQUENCE OF TOTAL | 1/3 |
| 40A | FORM OF L/C (Y/N/T) | IRREVOCABLE |
| 20 | DOCUMENT CREDIT NO | I99201610 |
| 31C | DATE OF ISSUE | 050728 |
| 31D | DATE AND PLACE OF EXPIRE | 050830AT OUR COUNTERS |
| 50 | APPLICANT | COORDINATED STRATEGIC ALLIANCE<br>62 LEONE LANE<br>CHESTER, NY 10918 |
| 59 | BENEFICIARY | KEEP JOY INDUSTRIAL CO. LIMITED<br>RM 801, 8/F, DANNIES HOUSE<br>20 LUARD ROAD<br>WANCHAI, HONG KONG |
| 32B | CURRENCY CODE,AMOUNT | USD143000, |
| 41D | AVAILABLE WITH..BY | THE BANK OF NEW YORK<br>NEW YORK<br>BY PAYMENT |
| 42C | DRAFTS AT | DRAFTS AT SIGHT |
| 42D | DRAWEE | DRAWN ON THE BANK OF NEW YORK<br>NEW YORK |
| 43P | PARTIAL SHIPMENT | PARTIAL SHIPMENTS ARE NOT PERMITTED |
| 43T | TRANSSHIPMENT | TRANSSHIPMENTS ARE NOT PERMITTED |
| 44A | LOADING ON BOARD | SHIPMENT FROM YANTIAN, CHINA |
| 44B | FOR TRANSPORTATION TO | TO US PORT DESIGNATED BY FORWARDER |
| 44D | SHIPMENT PERIOD | LATEST SHIPMENT DATE -05/08/15 |
| 48 | PERIOD FOR PRESENTATION | DRAFTS AND DOCUMENTS MUST BE<br>PRESENTED NOT LATER THAN 15 DAYS<br>AFTER FOR ISSUANCE DATE AND WITHIN<br>TRANSFER VALIDITY. |

CONFIRMATION INSTRUCTION

WITHOUT/ACCEP/NEG

Standard
Chartered
渣打银行

MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE RELATING TO
THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE TRANSFER
REFERENCE NO. 99201610 INDICATED ABOVE IN REGARD TO ANY
DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
TRANSACTION.

72   SENDER TO RECEIVER INF
     PLS RLY TO:
     UNIT 1-8, 52/F, SHUN HING SQUARE
     DIWANG COMMERCIAL CENTRE, NO. 5002

27   SEQUENCE OF TOTAL
     2/3

20   DOCUMENT CREDIT NO
     199201610

45B  DESCRIPTION OF GOODS

     ITEM NO  SKU  SKN  QVC PO    QUANTITY UNIT PRICE
     (------- ----- ----- ---------- -------- ----------
     MERCHANDISE DESCRIPTION
     (---------------------
     COLOR/SIZE
     (--------
     K5788  000  000  445840    13,000    11.00
     TEMP-TATIONS CERAMIC AND RATTAN 8PC OLD WORLD OVENWARE SET

     SHIPPING TERMS FOB YANTIAN, CHINA

46B  DOCUMENTS REQUIRED

     1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S
        NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
        MULTIPLE PIECES IN SET, FOB COST AND INDICATION
        THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

     2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS.

     3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
        QVC, INC. MARKED FREIGHT COLLECT.

     4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
        FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR:

        A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
           NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
           MULTIPLE PIECES IN SET, FOB COST AND INDICATION
           THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
        B. ONE COPY OF THE PACKING LIST.
        C. ONE COPY OF FORWARDERS CARGO RECEIPT.

     5. ONE COPY OF A SIGNED OR STAMPED INSPECTION OR SURVEY
        CERTIFICATE FROM:
        ANY BRANCH OF INTERTEK TESTING SERVICES LTD
        OR
        BUREAU VERITAS CONSUMER PRODUCTS SERVICES
        OR
        QA INTERNATIONAL
        OR
        ANY INSPECTION COMPANY ON BEHALF OF QA INTERNATIONAL
        OR
        QVC CHINA INC. SHANGHAI REP OFFICE



**Standard
Chartered**
渣打银行

CONFORMED.

PLEASE CONTACT THE QVC PRE-SHIPMENT FINISHED GOODS AUDIT
DEPARTMENT (484-701-8467) TO ARRANGE FOR AN INSPECTION.

47B   ADDITIONAL CONDITIONS
PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 801, 8/F,
DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG
THAT OF THE AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO.
I00366363, THE BENEFICIARY, COORDINATED STRATEGIC ALLIANCE
62 LEONE LANE, CHESTER, NY 10918 HAS TRANSFERRED UP TO THE AMOUNT
INDICATED ABOVE IN THEIR FAVOR.

UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE.
IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
        FAX NO: 845-469-2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:

THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION.
HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
THIS TRANSFER CREDIT.
A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN,
   SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
   MACAU

CENTURY DISTRIBUTION SYSTEMS (HK), LTD.
610 ASIAN HOUSE, 1 HENNESSY ROAD
WANCHAI, HONG KONG

TEL 852 2862 2400
FAX 852 2862 2411

B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
   NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN

CENTURY DISTRIBUTION SYSTEMS (INTL) LTD
8, DONG FANG ROAD, 5/F, ROOM C,
LIANG FENG MANSION,
LU JIA ZUI FINANCE DISTRICT
PUDONG, SHANGHAI 205120, CHINA

TEL 86 21 5888 6646/6648
FAX 86 21 5888 6775

2. INSURANCE EFFECTED BY THE APPLICANT.

3. COMBINED SHIPMENTS ARE PERMITTED.

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
        ~ ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445840.
                ~IG CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE

Standard
Chartered
渣打银行

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
DISCREPANCY      80.00 (IF ANY)
REMITTANCE       30.00 (IF ANY)
TELEX/CABLE      20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVES AT 315-765-4638 OR 315-765-4666

(
( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
( VIA MAIL OR VIA COURIER TO:
( THE BANK OF NEW YORK,
( 101 BARCLAY ST.
( TRADE IMAGING DEPT. 8 EAST,
( NEW YORK, NY 10286.
(

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE USE SWIFT
ADDRESS IRVTUS3NLCM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT.

IF ANY AMENDMENT TO THIS TRANSFER CREDIT IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED.

THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT, NO MAIL
CONFIRMATION WILL FOLLOW.
WE HEREBEY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE.
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT, NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.
27    SEQUENCE OF TOTAL
      3/3
20    DOCUMENT CREDIT NO
      199201610
47B   ADDITIONAL CONDITIONS
      .

===== End of Message =====

Our Reference: 00675-11-0106460-S ISS 000

STANDARD CHARTERED BANK CO LTD
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

英国渣打银行有限责任公司
深圳分行信用证通知专用章
For Standard Chartered Bank

-----------------------------------
Authorized Signature

**andard
Chartered
渣打银行**

Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel： 86 755 82461688
Fax : 86 755 82465108
User : NOOR H B RAMLI

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
FAX : 075525107011
485656D
OLD EXIM ID: .
RM : DT

Our Reference  : 00675-11-0106460-S
L/C No         : I99201610
Date           : 29 July 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| | | | |
|---|---|---|---|
| L/C ADVISING COMM | USD | 40.00 | DR |
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.



Standard
Chartered
渣打银行

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : NOOR H B RAMLI<br>RM : DT |
| KEEP JOY INDUSTRIAL CO.LTD RM 801<br>8/F DANNIES HSE 20 LUARO RD WANCHAI<br>HK<br>TEL: 25128687<br>FAX: 075525107011<br><br>485656D<br>OLD EXIM ID: . | DATE : 29 July 2005<br>OUR REF : 00675-11-0106424-S<br>ISSUE DATE: 28Jul05 |

| L/C NUMBER | 199201608 | L/C EXPIRY DATE: | 30 August 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 77,976.00 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

### RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.
This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.
As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0106424-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 755 82461688 ext 888

Standard
Chartered
渣打银行

Our Reference: 00675-11-0106424-S ISS 000

Sender: IRVTUS3N
THE BANK OF NEW YORK
TRADE SERVICES, REIMBURSEMENT
DEPT. 6023 AIRPORT ROAD
ORISKANY NY 13424, USA

Message Type: MT700


| 27 | SEQUENCE OF TOTAL |
| | 1/3 |
| 40A | FORM OF L/C (Y/N/T) |
| | IRREVOCABLE |
| 20 | DOCUMENT CREDIT NO |
| | I99201608 |
| 31C | DATE OF ISSUE |
| | 050728 |
| 31D | DATE AND PLACE OF EXPIRE |
| | 050830AT OUR COUNTERS |
| 50 | APPLICANT |
| | COORDINATED STRATEGIC ALLIANCE |
| | 62 LEONE LANE |
| | CHESTER, NY 10918 |
| 59 | BENEFICIARY |
| | KEEP JOY INDUSTRIAL CO. LIMITED |
| | RM 801, 8/F, DANNIES HOUSE |
| | 20 LUARD ROAD |
| | WANCHAI, HONG KONG |
| 32B | CURRENCY CODE,AMOUNT |
| | USD77976, |
| 41D | AVAILABLE WITH..BY |
| | THE BANK OF NEW YORK |
| | NEW YORK |
| | BY PAYMENT |
| 42C | DRAFTS AT |
| | DRAFTS AT SIGHT |
| 42D | DRAWEE |
| | DRAWN ON THE BANK OF NEW YORK |
| | NEW YORK |
| 43P | PARTIAL SHIPMENT |
| | PARTIAL SHIPMENTS ARE NOT PERMITTED |
| 43T | TRANSSHIPMENT |
| | TRANSSHIPMENTS ARE NOT PERMITTED |
| 44A | LOADING ON BOARD |
| | SHIPMENT FROM YANTIAN, CHINA |
| 44B | FOR TRANSPORTATION TO |
| | TO US PORT DESIGNATED BY FORWARDER |
| 44D | SHIPMENT PERIOD |
| | LATEST SHIPMENT DATE -05/08/15 |
| 48 | PERIOD FOR PRESENTATION |
| | DRAFTS AND DOCUMENTS MUST BE |
| | PRESENTED NOT LATER THAN 15 DAYS |
| | AFTER FCR ISSUANCE DATE AND WITHIN |
| | TRANSFER VALIDITY. |
| | CONFIRMATION INSTRUCTION |
| | WITHOUT |
| | TO PAY/ACCEP/NEG |


Standard
Chartered
渣打银行

MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE RELATING TO
THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE TRANSFER
REFERENCE NO. 99201608 INDICATED ABOVE IN REGARD TO ANY
DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
TRANSACTION.
72    SENDER TO RECEIVER INF
      PLS RLY TO:
      UNIT 1-8, 52/F, SHUN HING SQUARE
      DIWANG COMMERCIAL CENTRE, NO. 5002
27    SEQUENCE OF TOTAL
      2/3
20    DOCUMENT CREDIT NO
      199201608
45B   DESCRIPTION OF GOODS

      ITEM NO SKU  SKN  QVC PO   QUANTITY UNIT PRICE
      (------- ----- ----- ------   -------- ----------
      MERCHANDISE DESCRIPTION
      (---------------------
      COLOR/SIZE
      (---------
      K5806  000  000  445839    7,200   10.83
      TEMPTATIONS CERAMIC AND RATTAN SANTO MAURO 5PC
            OVENWARE SET

      SHIPPING TERMS FOB YANTIAN, CHINA
46B   DOCUMENTS REQUIRED

      1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
      ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
      SET, FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
      WOOD PACKING MATERIAL.

      2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS.

      3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
      QVC, INC. MARKED FREIGHT COLLECT.

      4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
      FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR

         A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
         NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
         MULTIPLE PIECES IN SET, FOB COST AND INDICATION
         THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
         B. ONE COPY OF THE PACKING LIST
         C. ONE COPY OF FORWARDERS CARGO RECEIPT

      5. ONE COPY OF A SIGNED OR STAMPED INSPECTION OR SURVEY
      CERTIFICATE FROM:
      ANY BRANCH OF INTERTEK TESTING SERVICES LTD
      OR
      BUREAU VERITAS CONSUMER PRODUCTS SERVICES
      OR
      QA INTERNATIONAL
      OR
      ANY INSPECTION COMPANY ON BEHALF OF QA INTERNATIONAL
      OR
      QVC CHINA INC. SHANGHAI REP OFFICE



**Standard
Chartered**
渣打银行

CONFORMED.
PLEASE CONTACT THE QVC PRE-SHIPMENT FINISHED GOODS AUDIT
DEPARTMENT (484-701-8467) TO ARRANGE FOR AN INSPECTION.
47B ADDITIONAL CONDITIONS
PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 801, 8/F,
DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG
THAT OF THE AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO.
I00365829, THE BENEFICIARY, COORDINATED STRATEGIC ALLIANCE
62 LEONE LANE, CHESTER, NY 10918 HAS TRANSFERRED UP TO THE AMOUNT
INDICATED ABOVE IN THEIR FAVOR.

UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL
INVOICE.
IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
        FAX NO: 845-469-2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:

THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION.
HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
THIS TRANSFER CREDIT.

A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN,
SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
MACAU.

CENTURY DISTRIBUTION SYSTEMS (HK), LTD.
610 ASIAN HOUSE, 1 HENNESSY ROAD
WANCHAI, HONG KONG

TEL 852 2862 2400
FAX 852 2862 2411

B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN

CENTURY DISTRIBUTION SYSTEMS (INT'L) LTD
8, DONG FANG ROAD, 5/F, ROOM C,
LIANG FENG MANSION,
LU JIA ZUI FINANCE DISTRICT
PUDONG, SHANGHAI 205120, CHINA

TEL 86 21 5888 6646/6648
FAX 86 21 5888 6775

2. INSURANCE EFFECTED BY THE APPLICANT.

        COMBINED SHIPMENTS ARE PERMITTED.



**Standard
Chartered
渣打银行**

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445839.
ALL BANKING CHARGES OUTSIDE THE U.S.A ARE FOR THE ACCOUNT OF THE
TRANSFEREE.

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
DISCREPANCY    80.00 (IF ANY)
REMITTANCE    30.00 (IF ANY)
TELEX/CABLE    20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVES AT 315-765-4638 OR 315-765-4666

(
( DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET
( VIA MAIL OR VIA COURIER TO:
( THE BANK OF NEW YORK,
( 101 BARCLAY ST.
( TRADE IMAGING DEPT. 8 EAST,
( NEW YORK, NY 10286.
(

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE USE SWIFT
ADDRESS IRVTUS3NLCM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT.

IF ANY AMENDMENT TO THIS TRANSFER CREDIT IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED.
THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT, NO MAIL
CONFIRMATION WILL FOLLOW.
WE HEREBEY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE.

27    SEQUENCE OF TOTAL
3/3
20    DOCUMENT CREDIT NO
199201608
47B    ADDITIONAL CONDITIONS
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMIN
ED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM
THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELEASE
THE DOCUMENTS AND EFFECT SETTLEMENT, NOTWITHSTANDING ANY PRIOR
COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.

===== End of Message =====                    英国渣打银行有限责任公司
深圳分行信用证通知专用章



STANDARD CHARTERED BANK CO LTD
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

-----------------------------------
Authorized Signature



Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel :  86 755 82461688
Fax : 86 755 82465108
User : NOOR H B RAMLI

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
FAX : 075525107011
485656D
OLD EXIM ID: .
RM : DT

Our Reference  : 00675-11-0106424-S
L/C No          : I99201608
Date            : 29 July 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| L/C ADVISING COMM | USD | 40.00 | DR |
|---|---|---|---|
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.



# Standard Chartered
## 渣打银行



**0 1 AUG 2005**

| | |
|---|---|
| Standard Chartered Bank<br>SHENZHEN BRANCH<br>52/F SHUN HING SQUARE, DI WANG COMM<br>CENTER, SHEN NAN DONG LU<br>SHENZHEN 518008, CHINA | SWIFT: SCBLCNSXSHZ<br>Tel : 86 755 82461688<br>Fax: 86 755 82465108<br><br>FOR BANK USE ONLY:<br>USER ID : NOOR H B RAMLI<br>RM : DT |
| KEEP JOY INDUSTRIAL CO.LTD RM 801<br>8/F DANNIES HSE 20 LUARO RD WANCHAI<br>HK<br>TEL: 25128687<br>FAX: 075525107011<br><br>485656D<br>OLD EXIM ID: . | DATE : 29 July 2005<br>OUR REF : 00675-11-0106433-S<br>ISSUE DATE: 28Jul05 |

| L/C NUMBER | 199201611 | L/C EXPIRY DATE: | 30 August 2005 |
|---|---|---|---|
| L/C AMOUNT | USD | 33,862.50 | |
| ISSUING BANK | THE BANK OF NEW YORK UNITED STATES OF AMERICA | | |
| APPLICANT | COORDINATED STRATEGIC ALLIANCE 62 LEONE LANE | | |

## RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.
Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.

The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.

This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.

As per L/C terms, all bank charges are for beneficiary's account, please remit us the sum below quoting our reference number 00675-11-0106433-S

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
**0086 755 82461688 ext 888**

**Standard
Chartered
渣打银行**

Our Reference: 00675-11-0106433-S ISS 000

Sender: IRVTUS3N
THE BANK OF NEW YORK
TRADE SERVICES, REIMBURSEMENT
DEPT. 6023 AIRPORT ROAD
ORISKANY NY 13424, USA

Message Type: MT700

| | |
|---|---|
| 27 | SEQUENCE OF TOTAL |
| | 1/3 |
| 40A | FORM OF L/C (Y/N/T) |
| | IRREVOCABLE |
| 20 | DOCUMENT CREDIT NO |
| | I99201611 |
| 31C | DATE OF ISSUE |
| | 050728 |
| 31D | DATE AND PLACE OF EXPIRE |
| | 050830AT OUR COUNTERS |
| 50 | APPLICANT |
| | COORDINATED STRATEGIC ALLIANCE |
| | 62 LEONE LANE |
| | CHESTER, NY 10918 |
| 59 | BENEFICIARY |
| | KEEP JOY INDUSTRIAL CO. LIMITED |
| | RM 801, 8/F, DANNIES HOUSE |
| | 20 LUARD ROAD |
| | WANCHAI, HONG KONG |
| 32B | CURRENCY CODE,AMOUNT |
| | USD33862,5 |
| 41D | AVAILABLE WITH..BY |
| | THE BANK OF NEW YORK |
| | NEW YORK |
| | BY PAYMENT |
| 42C | DRAFTS AT |
| | DRAFTS AT SIGHT |
| 42D | DRAWEE |
| | DRAWN ON THE BANK OF NEW YORK |
| | NEW YORK |
| 43P | PARTIAL SHIPMENT |
| | PARTIAL SHIPMENTS ARE NOT PERMITTED |
| 43T | TRANSSHIPMENT |
| | TRANSSHIPMENTS ARE NOT PERMITTED |
| 44A | LOADING ON BOARD |
| | SHIPMENT FROM YANTIAN, CHINA |
| 44B | FOR TRANSPORTATION TO |
| | TO US PORT DESIGNATED BY FORWARDER |
| 44D | SHIPMENT PERIOD |
| | LATEST SHIPMENT DATE -05/08/15 |
| 48 | PERIOD FOR PRESENTATION |
| | DRAFTS AND DOCUMENTS MUST BE |
| | PRESENTED NOT LATER THAN 15 DAYS |
| | AFTER FOR ISSUANCE DATE AND WITHIN |
| | TRANSFER VALIDITY. |
| 49 | CONFIRMATION INSTRUCTION |
| | WITHOUT |
| | ....AND TO PAY/ACCEP/NEG |



**Standard**
**Chartered**
渣打银行

MUST BE MENTIONED IN ALL DRAWINGS AND CORRESPONDENCE RELATING TO
THIS TRANSACTION. THEREFORE KINDLY DISREGARD THE TRANSFER
REFERENCE NO. 99201611 INDICATED ABOVE IN REGARD TO ANY
DOCUMENTS, DRAWINGS OR CORRESPONDENCE RELATING TO THIS
TRANSACTION.

72   SENDER TO RECEIVER INF
     PLS RLY TO:
     UNIT 1-8, 52/F, SHUN HING SQUARE
     DIWANG COMMERCIAL CENTRE, NO. 5002
27   SEQUENCE OF TOTAL
     2/3
20   DOCUMENT CREDIT NO
     199201611
45B  DESCRIPTION OF GOODS

     ITEM NO  SKU  SKN  QVC PO   QUANTITY UNIT PRICE
     (------- ----- ----- ------    -------- ----------
     MERCHANDISE DESCRIPTION
     (--------------------
     COLOR/SIZE
     (--- -----
     K5825  000  000  445959    3,150   10.75
     TEMP-TATIONS CERAMIC AND RATTAN OLD WORLD 5PC
              OVENWARE SET

     SHIPPING TERMS FOB YANTIAN, CHINA
46B  DOCUMENTS REQUIRED

     1. COMMERCIAL INVOICE INCLUDING THE MANUFACTURER'S NAME AND
        ADDRESS, PRICE BREAKDOWN BY COMPONENT IF MULTIPLE PIECES IN
        SET, FOB COST AND INDICATION THAT THIS SHIPMENT CONTAINS NO
        WOOD PACKING MATERIAL.

     2. ONE COPY OF THE PACKING LIST WITH L X W X H CARTON DIMENSIONS.

     3. ONE ORIGINAL FORWARDERS CARGO RECEIPT ISSUED TO THE ORDER OF
        QVC, INC. MARKED FREIGHT COLLECT.

     4. A SIGNED STATEMENT FROM THE BENEFICIARY STATING THAT THE
        FOLLOWING DOCUMENTS WERE SENT TO THE AGENT OR CONSOLIDATOR:

           A. ONE COPY OF THE INVOICE INCLUDING THE MANUFACTURER'S
              NAME AND ADDRESS, PRICE BREAKDOWN BY COMPONENT IF
              MULTIPLE PIECES IN SET, FOB COST AND INDICATION
              THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
           B. ONE COPY OF THE PACKING LIST
           C. ONE COPY OF FORWARDERS CARGO RECEIPT
47B  ADDITIONAL CONDITIONS

     PLEASE ADVISE KEEP JOY INDUSTRIAL CO. LIMITED, RM 801, 8/F,
     DANNIES HOUSE, 20 LUARD ROAD, WANCHAI, HONG KONG
     THAT OF THE AMOUNT OF OUR IRREVOCABLE LETTER OF CREDIT NO.
     100366364, THE BENEFICIARY, COORDINATED STRATEGIC ALLIANCE
     62 LEONE LANE, CHESTER, NY 10918 HAS TRANSFERRED UP TO THE AMOUNT
     INDICATED ABOVE IN THEIR FAVOR.

     UNLESS OTHERWISE STATED IN THIS TRANSFER, NO OTHER DOCUMENTS
     MUST INDICATE THE PRICE OF THE MERCHANDISE, UNIT
     PRICES, OR TOTAL COST/PRICE BASIS EXCEPT THE COMMERCIAL

**Standard Chartered**
渣打银行

IN ORDER TO EXPEDITE THE PROCESSING OF DOCUMENTS AND PAYMENT
UNDER THIS TRANSFER, KINDLY FAX A COPY OF THE COMMERCIAL INVOICE
AND TRANSPORT DOCUMENT (AS INDICATED IN THE DOCUMENTARY
REQUIREMENTS) TO: COORDINATED STRATEGIC ALLIANCE
    FAX NO: 845-469-2044

1. THE FOLLOWING AGENT OR CONSOLIDATOR MUST BE USED:
   THE BELOW STATEMENT IS ADDITIONAL FORWARDER INFORMATION,
   HOWEVER, SHIPMENTS MUST BE MADE FROM PORT OF LOADING NAMED IN
   THIS TRANSFER CREDIT.

   A. IF SHIPPED FROM THE FOLLOWING PORT: HONG KONG, YANTIAN,
      SHENZHEN, SHEKOU, GUANGZHOU, SHANTOU, XIAMEN, FUZHOU OR
      MACAU

      CENTURY DISTRIBUTION SYSTEMS (HK), LTD.
      610 ASIAN HOUSE, 1 HENNESSY ROAD
      WANCHAI, HONG KONG
      TEL 852 2862 2400
      FAX 852 2862 2411

   B. IF SHIPPED FROM THE FOLLOWING PORT: SHANGHAI, NANJING,
      NINGBO, TIANJIN, QINGDAO, XINGANG OR DALIAN

      CENTURY DISTRIBUTION SYSTEMS (INT'L) LTD
      8, DONG FANG ROAD, 5/F, ROOM C,
      LIANG FENG MANSION,
      LU JIA ZUI FINANCE DISTRICT
      PUDONG, SHANGHAI 205120, CHINA
      TEL 86 21 5888 6646/6648
      FAX 86 21 5888 6775

2. INSURANCE EFFECTED BY THE APPLICANT.

3. COMBINED SHIPMENTS ARE PERMITTED.

4. TRANSFEREE MUST CERTIFY ON THE COMMERCIAL INVOICE THAT THE
   MERCHANDISE SHIPPED AND BEING INVOICED IS IN STRICT COMPLIANCE
   WITH ALL TERMS AND CONDITIONS OF PURCHASE ORDER 445959.
ALL BANKING CHARGES OUTSIDE THE U.S.A. ARE FOR THE ACCOUNT OF THE
TRANSFEREE.

THE FOLLOWING CHARGES ARE FOR THE TRANSFEREE AND WILL BE
DEDUCTED FROM THE PROCEEDS:
DISCREPANCY    80.00 (IF ANY)
REMITTANCE     30.00 (IF ANY)
TELEX/CABLE    20.00 (IF ANY)

NEGOTIATING BANK'S CHARGES, IF ANY ARE FOR THE TRANSFEREE'S
ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS.
ANY QUESTIONS ABOUT CHARGES SHOULD BE REFERRED TO THE SERVICE
REPRESENTATIVES AT 315-765-4638 OR 315-765-4666



Standard
Chartered
渣打银行

( VIA MAIL OR VIA COURIER TO:
( THE BANK OF NEW YORK,
( 101 BARCLAY ST.
( TRADE IMAGING DEPT. 8 EAST,
( NEW YORK, NY 10286.
(

WHEN RESPONDING TO THE BANK OF NEW YORK, PLEASE USE SWIFT
ADDRESS IRVTUS3NLCM TO THE ATTENTION OF THE MAJOR USERS
DEPARTMENT.
.
IF ANY AMENDMENT TO THIS TRANSFER CREDIT IS NOT ACCEPTED BY THE
TRANSFEREE, THE TRANSFEREE'S SIGNED STATEMENT TO THAT EFFECT IS
REQUIRED.
.
THIS TRANSFER CREDIT IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF
COMMERCE PUBLICATION NO.500
THIS TELECOMMUNICATION IS THE OPERATIVE INSTRUMENT, NO MAIL
CONFIRMATION WILL FOLLOW.
WE HEREBEY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE.
.
IN THE EVENT THAT DOCUMENTS PRESENTED HEREUNDER ARE DETERMINED TO
BE DISCREPANT, WE MAY SEEK A WAIVER OF SUCH DISCREPANCIES FROM

27    SEQUENCE OF TOTAL
      3/3
20    DOCUMENT CREDIT NO
      I99201611
47B   ADDITIONAL CONDITIONS
      THE APPLICANT. SHOULD SUCH A WAIVER BE OBTAINED, WE MAY RELE
      ASE
      THE DOCUMENTS AND EFFECT SETTLEMENT, NOTWITHSTANDING ANY PRIOR
      COMMUNICATION TO THE PRESENTER THAT WE ARE HOLDING DOCUMENTS AT
      THE PRESENTER'S DISPOSAL, UNLESS WE HAVE BEEN INSTRUCTED
      OTHERWISE BY THE PRESENTER PRIOR TO OUR RELEASE OF DOCUMENTS.

===== End of Message =====

Our Reference: 00675-11-0106433-S ISS 000

STANDARD CHARTERED BANK CO LTD
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

英国渣打银行有限责任公司
深圳分行信用证通知专用章
For Standard Chartered Bank

-------------------------------------
Authorized Signature



Standard
Chartered
渣打银行

Standard Chartered Bank
SHENZHEN BRANCH
52/F SHUN HING SQUARE, DI WANG COMM
CENTER, SHEN NAN DONG LU
SHENZHEN 518008, CHINA

SWIFT: SCBLCNSXSHZ
Tel : 86 755 82461688
Fax : 86 755 82465108
User : NOOR H B RAMLI

To:
KEEP JOY INDUSTRIAL CO.LTD RM 801
8/F DANNIES HSE 20 LUARO RD WANCHAI
HK
FAX : 075525107011
485656D
OLD EXIM ID: .
RM : DT

Our Reference : 00675-11-0106433-S
L/C No           : 199201611
Date             : 29 July 2005

Re : Settlement Advice

Please be informed that we have received your payment being our banking charges.
Details as follow:

| L/C ADVISING COMM | USD | 40.00 | DR |
|---|---|---|---|
| **TOTAL** | USD | 40.00 | DR |

This advice is generated by computerized system and no authorized signature is required.

P U R C H A S E   O R D E R

```
       COORDINATED STRATEGIC ALLIANCE                            VDR#
       62 LEONE LANE                               PO-No    Page
                                                   490610     1   r2
       CHESTER, NY 10918
                                          PO-Date  Ord-Ty     Chg/Cn
                                                   Drop       Original
                                          04/28/06 Ship       05/12/06

               ****** Duplicate Order ******
       Ordered-From:                      Ship-To:

       KEEPJOY INDUSTRIAL CO.,LIMITED      QVC, INC
       28E WENJIN BLDG                     100 QVC BOULEVARD
       CHUNFENG ROAD LUOHU DISTRICT        KINGSBORO ROAD
       SHENZHEN,                           ROCKY MOUNT, NC 27802


    Buyer              Terms       Ackn Cnfr  FOB        Ship-Via      Cl/Pp
 Matt Migdal           ASSIGNMENT   No   No   YANTIAN    OCEAN CONTAINER


 Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
   1     9,200.00 EA K5798 000000                              07/25/06
                     TEMP-TATIONS VINEYARD 6 PC         9.3000
                     EMBOSSED GRAPE OVENWARE SET     Ext Price =   85,560.00


                Total Pcs =    9,200  Total Ext Price =      85,560.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

```
COORDINATED STRATEGIC ALLIANCE                               VDR#
62 LEONE LANE                                 PO-No    Page
                                              490611     1  r2
CHESTER, NY 10918
                                     PO-Date   Ord-Ty    Chg/Cn
                                                Drop     Original
                                     04/28/06  Ship      05/12/06
```

****** Duplicate Order *******

```
Ordered-From:                        Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED        QVC, INC
28E WENJIN BLDG                       100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT          KINGSBORO ROAD
SHENZHEN,                             ROCKY MOUNT, NC 27802
```

```
   Buyer           Terms        Ackn Cnfr  FOB         Ship-Via       Cl/Pp
Matt Migdal        ASSIGNMENT    No   No   YANTIAN    OCEAN CONTAINER
```

```
Line    Order-Qty UM Item-No/Description         Price/Unit  Req-Date Chg
  1     6,000.00 EA K5800 000000                              09/15/06
                    TEMP-TATIONS TUSCANY 4 PC       11.0000
                    W/ TRIVETS                    Ext Price =    66,000.00
```

```
              Total Pcs =    6,000  Total Ext Price =    66,000.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

## Standard Chartered
## 渣打银行

518002
深圳市罗湖区春风路文绵大厦28E
吉百家实业有限公司

## CREDIT ADVICE
## 收款通知书

**DETAILS OF PAYMENT**
付款明细

/RFB/3959

MEMO. KI PO.S 472572, 469572, 469778
469685, 477184, 477725, 473559

**REMITTER NO**
付款人编号
2006060600042764

**CHEQUE/CREDIT VOUCHER NO**
支票号/进帐单编号

**REMITTER**
付款申请人

/0120005298          COASTAL SALES
ASSOCIATES, INC    62 LEONE LANE
CHESTER, NY 10918

**REMITTING BANK**
付款银行

//FW021905977          UNION STATE
BANK        ORANGEBURG, NY

**BOP Declaration No**
申报单号码

**Export Verification Certificate No**
核销单号码

**BENEFICIARY**
收款人
USD        4856560411

**DATE**
日期                      7-6-2006

**REFERENCE NO**
银行编号                   IT13010606070815

**IN RESPECT OF AN INCOMING PAYMENT FOR**
收款明细如下

**ORIGINAL CCY AMOUNT**  USD        346234.00
原币金额

**EXCHANGE RATE % p.a.**              1.000000000
汇率

**EQUIVALENT CCY AMOUNT**  USD        346234.00
兑换币种及金额

**CHARGES**              USD
费用

COMM ITT                              0.000
转帐费
COMM MISC CHG                         0.000
杂费
COMM TELEX                            0.000
电传费
COMM IN LIEU                          0.000
无兑换手续费

**NET AMOUNT**          USD        346234.00
入账金额

**VALUE DATE**          07/06/2006
划款日期

These deposits and their payments are governed by the laws in effect from time to time in China and are payable only at the branch of Standard Chartered Bank (SCB) in China where the deposits were made. SCB has a discretion to allow withdrawal at other branches in China.

P U R C H A S E     O R D E R

```
COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                               PO-No      Page
                                            469685       1    r0
CHESTER, NY 10918
                                            PO-Date    Ord-Ty    Chg/Cn
                                                       Drop      Original
                                            11/10/05   Ship      11/10/05


      Ordered-From:                  Ship-To:

      KEEPJOY INDUSTRIAL CO.,LIMITED         QVC, INC
      28E WENJIN BLDG                        100 QVC BOULEVARD
      CHUNFENG ROAD LUOHU DISTRICT           KINGSBORO ROAD
      SHENZHEN,                              ROCKY MOUNT, NC 27802
```

```
   Buyer            Terms        Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT    No   No   YANTIAN      OCEAN CONTAINER
```

```
Line   Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1     1,400.00 EA K6401 000000                              02/10/06
                    TEMP-TATIONS FLORAL EMBROIDERY    11.8500
                    7 PC CERAMIC OVENWARE SET      Ext Price =    16,590.00


              Total Pcs =     1,400   Total Ext Price =     16,590.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL

P U R C H A S E    O R D E R

COORDINATED STRATEGIC ALLIANCE                                      VDR#
62 LEONE LANE                                        PO-No      Page
                                                     469778      1   r0
CHESTER, NY 10918
                                          PO-Date   Ord-Ty      Chg/Cn
                                                    Drop        Original
                                          11/10/05  Ship        11/10/05


        Ordered-From:                     Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED    QVC, INC
        28E WENJIN BLDG                   100 QVC BOULEVARD
        CHUNFENG ROAD LUOHU DISTRICT      KINGSBORO ROAD
        SHENZHEN,                         ROCKY MOUNT, NC 27802


    Buyer              Terms         Ackn Cnfr  FOB           Ship-Via    Cl/Pp
Regina Messina         ASSIGNMENT    No   No    YANTIAN       OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description            Price/Unit  Req-Date Chg
 1       2,000.00 EA K6410 000000                                02/01/06
                    TEMP-TATIONS FIESTA 7PC OVAL     10.5800
                    CERAMIC OVENWARE SET            Ext Price =    21,160.00


              Total Pcs =    2,000   Total Ext Price =    21,160.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL

Standard
Chartered
渣打银行

These deposits and their payments are governed by the laws in effect from time to time in China and are payable only at the branch of Standard
Chartered Bank (SCB) in China where the deposits were made. SCB has a discretion to allow withdrawal at other branches in China.

PURCHASE   ORDER

COORDINATED STRATEGIC ALLIANCE                                          VDR#
62 LEONE LANE                                         PO-No     Page
                                                      461513     1   r1
CHESTER, NY 10918
                                           PO-Date   Ord-Ty      Chg/Cn
                                                     Drop        Change
*** This Po# 461513    Replaces TBA100-00 ***   08/26/05   Ship   08/30/05


Ordered-From:                          Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED         QVC NETWORK, INC.
28E WENJIN BLDG                        QVC DRIVE
CHUNFENG ROAD LUOHU DISTRICT           WILROY INDUSTRIAL PARK
SHENZHEN,                              SUFFOLK, VA  23434


    Buyer            Terms         Ackn Cnfr  FOB         Ship-Via      Cl/Pp
Regina Messina    LETTER OF CREDT   No   No  YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description         Price/Unit  Req-Date Chg
  1     12,000.00 EA K5274 000000                         *01/10/06 Chng
                    TEMP-TATIONS 4PC WILD GARDEN     9.9800
                    BAKEWARE                     Ext Price =    119,760.00


              Total Pcs =    12,000  Total Ext Price =    119,760.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                          VDR#
62 LEONE LANE                                          PO-No    Page
                                                       461514    1   r1
CHESTER, NY 10918
                                            PO-Date   Ord-Ty    Chg/Cn
                                                      Drop      Change
*** This Po# 461514    Replaces TBA101-00 ***    08/26/05  Ship    08/30/05


        Ordered-From:                    Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED    QVC NETWORK, INC.
        28E WENJIN BLDG                   QVC DRIVE
        CHUNFENG ROAD LUOHU DISTRICT      WILROY INDUSTRIAL PARK
        SHENZHEN,                         SUFFOLK, VA  23434


    Buyer          Terms        Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Regina Messina   LETTER OF CREDT  No   No  YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1     4,800.00 EA K5277 000000                             *01/10/06 Chng
                   TEMP-TATIONS 2PC WILD GARDEN        4.9400
                   MIXING BOWLS W/HANDLES         Ext Price =    23,712.00


                   Total Pcs =    4,800  Total Ext Price =    23,712.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC

These deposits and their payments are governed by the laws in effect from time to time in China and are payable only at the branch of Standard Chartered Bank (SCB) in China where the deposits were made. SCB has a discretion to allow withdrawal at other branches in China.

# PURCHASE ORDER

COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                                   PO-No    Page
                                                469694     1   r0
CHESTER, NY 10918
                                        PO-Date   Ord-Ty      Chg/Cn
                                                  Drop        Original
                                        11/10/05  Ship        11/10/05


Ordered-From:                           Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED          QVC, INC
28E WENJIN BLDG                         100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT            KINGSBORO ROAD
SHENZHEN,                               ROCKY MOUNT, NC 27802


| Buyer | Terms | Ackn | Cnfr | FOB | Ship-Via | Cl/Pp |
|-------|-------|------|------|-----|----------|-------|
| Regina Messina | ASSIGNMENT | No | No | YANTIAN | OCEAN CONTAINER | |

| Line | Order-Qty | UM | Item-No/Description | Price/Unit | Req-Date Chg |
|------|-----------|----|--------------------|------------|--------------|
| 1 | 2,000.00 | EA | K6397 000000 | | 01/10/06 |
| | | | TEMP-TATIONS DEL SOLE 9PC | 13.0000 | |
| | | | CERAMIC CHIP N DIP SET | Ext Price = | 26,000.00 |

                       Total Pcs =    2,000   Total Ext Price =    26,000.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL

Thursday 12 of Jan 2006, CDSHK                    ->                    Page  1 of 1

| SHIPPER | NON-NEGOTIABLE FORWARDER'S CARGO RECEIPT COPY |
|---|---|
| KEEPJOY INDUSTRIAL CO., LIMITED<br>FLAT 7A,7/F.,KIMLEY COMMERCIAL BUILDING,<br>142-146 QUEEN'S ROAD CENTRAL,HK. | Page 1 of 1<br><br>FCR NO:QVC350125CN006 |

| CONSIGNEE | |
|---|---|
| TO THE ORDER OF QVC.INC., | |

| NOTIFY PARTY | Century Distribution Systems, Inc. |
|---|---|
| BARTHCO INTERNATIONAL INC<br>CITY CENTRE,SUITE 208<br>223 EAST CITY HALL AVENUE<br>NORFOLK, VA 22510  ATTN:JENNIFER JOSTEN<br>TEL:757-314-4300   FAX:757-625-3335 | Date : 01/12/2006<br>To   : KEEPJOY INDUSTRIAL CO., LTD.<br>ATTN : SILY LEE<br>FAX # : 0075525107911<br>ETD  : 01/11/2006 |

| Ocean Vessel | Port of Loading | | |
|---|---|---|---|
| YM EAST<br>31E | YANTIAN,CHINA | | |
| Port of Discharge | Port of Destination | Consignee's Order No. | No of  Original Issued |
| WILMINGTON | WILMINGTON | | 3 |

| PARTICULARS FURNISHED BY SHIPPER |
|---|

| MARKS AND NOS.<br>Container/Seal No | QTY & PACK KIND | DESCRIPTION OF GOODS<br>CY/CY | GROSS WEIGHT<br>KGS | MEASUREMENT<br>CBM |
|---|---|---|---|---|
| UESU4824737/YML7468099 | 1X45' CNTR ONLY | CY/CY   2000 CTNS | 11000.00 | 77.800 |
| PO#469694<br>ITEM#K6397-000000<br>QTY.:1<br>MADE IN CHINA | | CERAMICS<br>TEMP-TATIONS<br>DEL SOLE 3PC<br>CERAMIC CHIP N DIP SET<br><br>FREIGHT COLLECT | | |

TOTAL NUMBER OF PACKAGES   ONE (1) X 45' CNTR ONLY
(IN WORDS)

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| DOCUMENTATION FEE (CY) | 1.00 | FCR | 290.00 | 290.00 |
| CY HANDLING FEE (FCR) | 1.00 | FCR | 75.00 | 75.00 |
| CSI DOCUMENTATION FEE (FCR) | 1.00 | FCR | 195.80 | 195.80 |
| CRC CHARGE (45) | 1.00 | CNTR | 2,662.20 | 2,662.20 |
| Invoice : VIV352938CNO | | | Total HKD): | 3,223.00 |

Please issue cheque payable to "CENTURY DISTRIBUTION
SYSTEMS (INT'L) LIMITED."

| PLACE OF RECEIPT | DATE OF RECEIPT | PLACE OF ISSUE | DATE OF ISSUE |
|---|---|---|---|
| YANTIAN, CHINA | | HONG KONG | |

PURCHASE   ORDER

COORDINATED STRATEGIC ALLIANCE                        VDR#
62 LEONE LANE                              PO-No      Page
                                           469693     1   r0
CHESTER, NY 10918

                                  PO-Date   Ord-Ty    Chg/Cn
                                            Drop      Original
                                  11/10/05  Ship      11/10/05


Ordered-From:                     Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED     QVC, INC
28E WENJIN BLDG                    100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT       KINGSBORO ROAD
SHENZHEN,                          ROCKY MOUNT, NC 27802


   Buyer            Terms        Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT    No   No  YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description         Price/Unit  Req-Date Chg
  1      5,400.00 EA K6399 000000                            01/10/06
                     TEMP-TATIONS DEL OLE 6PC OVAL    9.6500
                     CERAMIC SET                 Ext Price =    52,110.00


            Total Pcs =     5,400   Total Ext Price =    52,110.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL

Wednesday 11 of Jan 2006, CDSHK      ->      Page 1 of 1

| SHIPPER | NON-NEGOTIABLE FORWARDER'S CARGO RECEIPT COPY |
|---|---|
| KEEPJOY INDUSTRIAL CO., LIMITED<br>FLAT 7A, 7/F., HINLEY COMMERCIAL BUILDING,<br>142-146 QUEEN'S ROAD CENTRAL, HK. | Page 1 of 1 |

FCR NO:QDCS50124CN006

| CONSIGNEE | Century Distribution Systems, Inc. |
|---|---|
| TO THE ORDER OF JVO INC., | |

| NOTIFY PARTY | |
|---|---|
| BARTHCO INTERNATIONAL INC | Date : 01-11-2006 |
| CITY CENTRE, SUITE 203 | To : KEEPJOY INDUSTRIAL CO., LTD. |
| 223 EAST CITY HALL AVENUE | ATTN : JOY BBQ |
| NORFOLK, VA 23510  ATTN:JENNIFER JOSTEN | FAX #: 00751-25127611 |
| TEL:757-314-4300  FAX:757-625-3325 | EID : 01-11-2006 |

| Ocean Vessel | Port of loading | | |
|---|---|---|---|
| YM EAST<br>31E | YANTIAN, CHINA | | |
| Port of Discharge | Port of Destination | Consignee's Order No. | No of Original Issued |
| WILMINGTON | WILMINGTON | | 3 |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NOS.<br>Container/Seal No | QTY & PACK KIND | DESCRIPTION OF GOODS<br>CY/CY | GROSS WEIGHT<br>KGS | MEASUREMENT<br>CBM |
|---|---|---|---|---|
| YMLU4481090/YML7463097<br>FSCU9118005/YML7463928 | 1X40 S & 1X40'HQ<br>COLR ONLY | CY/CY | 9555.00<br>11505.00 | 59.780<br>71.980 |
| | | 2450 CTNS<br>2450 CTNS | | |
| | | 4900 CTNS | 21060.00 | 131.760 |
| PO#4864-91<br>ITEM# 76599-300000<br>QTY.:1<br>MADE IN CHINA | | CERAMICS<br>DECORATIONS<br>EEL SIDE TWO<br>OVAL CERAMIC SET | | |
| | | FREIGHT COLLECT | | |

TOTAL NUMBER OF PACKAGES   ONE (1) X 40'S AND ONE (1) X 40'HQ CNTRS ONLY
[IN WORDS]

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| DOCUMENTATION FEE (CY) | 1.00 | FCR | 290.00 | 290.00 |
| CY HANDLING FEE (FCR) | 1.00 | FCR | 75.00 | 75.00 |
| CSI DOCUMENTATION FEE (FCR) | 1.00 | FCR | 195.80 | 195.80 |
| CRC CHARGE (40S) | 2.00 | CNTR | 2,106.30 | 4,212.60 |

Invoice : VIV352937CNC      Total USD): 4,773.40

Please issue cheque payable to "CENTURY DISTRIBUTION
SYSTEMS (HONG KONG) LIMITED."

| PLACE OF RECEIPT | DATE OF RECEIPT | PLACE OF ISSUE | DATE OF ISSUE |
|---|---|---|---|
| YANTIAN, CHINA | | HONG KONG | |

# P U R C H A S E    O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                      PO-No        Page
                                                   469688        1  r0
CHESTER, NY 10918

                                      PO-Date    Ord-Ty      Chg/Cn
                                                 Drop        Original
                                      11/10/05   Ship        11/10/05


    Ordered-From:                     Ship-To:

    KEEPJOY INDUSTRIAL CO.,LIMITED    QVC, INC
    28E WENJIN BLDG                   100 QVC BOULEVARD
    CHUNFENG ROAD LUOHU DISTRICT      KINGSBORO ROAD
    SHENZHEN,                         ROCKY MOUNT, NC 27802


  Buyer           Terms        Ackn.Cnfr  FOB         Ship-Via       Cl/Pp
Regina Messina    ASSIGNMENT    No   No   YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1     1,350.00 EA K6400 000000                              02/10/06
                    TEMP-TATIONS FLORAL EMBROIDERY    12.6400
                    9PC CERAMIC OVENWARE SET       Ext Price =    17,064.00


                  Total Pcs =    1,350   Total Ext Price =    17,064.00
1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL

P U R C H A S E    O R D E R

COORDINATED STRATEGIC ALLIANCE                                     VDR#
62 LEONE LANE                                          PO-No      Page
                                                       469681      1   r0
CHESTER, NY 10918
                                         PO-Date    Ord-Ty       Chg/Cn
                                                    Drop         Original
                                         11/10/05   Ship         11/10/05

        Ordered-From:                    Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED   QVC, INC
        28E WENJIN BLDG                  100 QVC BOULEVARD
        CHUNFENG ROAD LUOHU DISTRICT     KINGSBORO ROAD
        SHENZHEN,                        ROCKY MOUNT, NC 27802

   Buyer              Terms         Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Regina Messina        ASSIGNMENT     No   No   YANTIAN    OCEAN CONTAINER

Line    Order-Qty UM Item-No/Description          Price/Unit   Req-Date Chg
  1     2,500.00 EA K6402 000000                               02/01/06
                    TEMP-TATIONS FLORAL EMBROIDERY    10.7000
                    17PC CERAMIC TEA & SERVING       Ext Price =    26,750.00

                Total Pcs =    2,500   Total Ext Price =    26,750.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL

EXHIBIT B



# KEEPJOY INDUSTRIAL CO., LIMITED

FLAT 7A, 7/F.,KIMLEY COMMERCIAL BUILDING,
142-146 QUEEN'S ROAD CENTRAL, H.K.

## CERTIFICATE

DATE: MAR. 31, 2008

WE ARE STATING THAT MR. WEI XIANGBIN IS OUR COMPANY'S ENGINEER.

## KEEPJOY INDUSTRIAL CO., LIMITED

For and on behalf of
KEEPJOY INDUSTRIAL CO., LIMITED
吉 百 家 實 業 有 限 公 司

Authorized Signature(s)

Application Number

| | | |
|---|---|---|
| Application Number: 200630124449.5 | Plate (KJ-01) | K5798 |
| Application Number: 200630124448.0 | Plate (KJ-02) | K4213 |
| Application Number: 200630124447.6 | Plate (KJ-03) | K5666 |
| Application Number: 200630124446.1 | Plate (KJ-04) | K5800 |
| Application Number: 200630124443.8 | Plate (KJ-05) | K3805 |
| Application Number: 200630124445.7 | Plate (KJ-07) | K5788 |
| Application Number: 200630124441.9 | Plate (KJ-08) | |
| Application Number: 200630124440.4 | Plate (KJ-09) | |
| Application Number: 200630124439.1 | Plate (KJ-10) | |
| Application Number: 200630124438.7 | Plate (KJ-11) | K5821 |
| Application Number: 200630124437.2 | Plate (KJ-12) | K5803 |
| Application Number: 200630124436.8 | Plate (KJ-13) | K6403 |
| Application Number: 200630124442.3 | Plate (KJ-14) | K5285 |
| Application Number: 200630124435.3 | Plate (KJ-15) | |
| Application Number: 200630124434.9 | Plate (KJ-16) | K5280 |
| Application Number: 200630124450.8 | Plate (KJ-17) | K5812 |
| Application Number: 200630124430.0 | Plate (KJ-18) | K6400 |
| Application Number: 200630124433.4 | Plate (KJ-19) | K4315 |
| Application Number: 200630124432.X | Plate (KJ-20) | K6401 |
| Application Number: 200630124431.5 | Plate (KJ-21) | |

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124449.5    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124449.5
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-01)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:
Design Patent Application Letter:    copies: 2,    pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,    pages: 2 for each copy
Fees Cut Application:    copy:1,    page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
                100088  6 West Tuchen Road    Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| **100086**<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |

申请号：200630124449.5

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定,申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下:

**申请号：** 200630124449.5

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称:** 盘子(KJ-01)

**经核实确认国家知识产权局专利局收到如下文件:**

外观设计专利请求书  每份页数:2  份数:2  外观设计图片或照片  每份页数:2  份数:2

费用减缓请求书  每份页数:1  份数:1

**简要说明:**

1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处寄交意见陈述书及挂号条存根,要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请成立有效的识别标志。申请人向我局办理各种手续时,均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的应写明正确的申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

审查员：付小宁                           0630-4-C01561

回函请寄: 100088 北京市海淀区蓟门桥西土城路 6 号   国家知识产权局专利局受理处收<br>(注:凡寄给审查员个人的信函不具有法律效力)





底                                              俯





后                                              前





右                                              左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124448.0    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124448.0
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-02)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

Design Patent Application Letter:    copies: 2,    pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,    pages: 2 for each copy
Fees Cut Application:    copy:1,    page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C0156I
Mail Address: Administrative Department of Patent Office of SIPO
                100088   6 West Tuchen Road   Jinmen Bridge     Haidian District     Beijing, China

# 中华人民共和国国家知识产权局

| 100086 | 发文日期 |
|---|---|
| 北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |

申请号：200630124448.0

## 专利申请受理通知书

　　根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

申请号：　200630124448.0

申请日：　2006 年 7 月 21 日

申请人：　魏湘斌

外观设计名称：　　　盘子(KJ-02)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书 每份页数：2 份数：2 外观设计图片或照片 每份页数：3 份数：2
费用减缓请求书 每份页数：1 份数：1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书后两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请案独有的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具有法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

　　根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应写明正确的申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁　　　　　　0630-4-C01561



后



俯





后

前





右

左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124447.6    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124447.6
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-03)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| | | |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
            100088    6 West Tuchen Road    Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| 100086 | 发文日期 |
| 北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |
| 申请号：200630124447.6 | |

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定,申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下:

**申请号：** 200630124447.6

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-03)

**经核实确认国家知识产权局专利局收到如下文件:**

外观设计专利请求书 每份页数:2 份数:2 外观设计图片或照片 每份页数:3 份数:2

费用减缓请求书 每份页数:1 份数:1

**简要说明:**

1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根,要求办理更正申请手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请具有效的标志。申请人向我局办理各种手续时,均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的应当写明正确的申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁                                                                    0630-4-C01561

20101
2002. 8

回函请寄: 100088 北京市海淀区蓟门桥西土城路 6 号  国家知识产权局专利局受理处收
(注: 凡寄给审查员个人的信函不具有法律效力)



底　　　　　　　　　　　　　　俯

后　　　　　　　　　　　　　　前

右　　　　　　　　　　　　　　左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124446.1    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124446.1
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-04)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| Document | Copies | Pages |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu      0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
               100088   6 West Tuchen Road   Jinmen Bridge     Haidian District     Beijing, China

# 中华人民共和国国家知识产权局

| 100086<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |
| --- | --- |

申请号：200630124446.1

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

申请号：    200630124446.1

申请日：    2006 年 7 月 21 日

申请人：    **魏湘斌**

外观设计名称:    **盘子(KJ-04)**

**经核实确认国家知识产权局专利局收到如下文件:**
外观设计专利请求书  每份页数:2  份数:2  外观设计图片或照片  每份页数:3  份数:2
费用减缓请求书  每份页数:1  份数:1

**简要说明:**

1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根,要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请案有效的识别标志。申请人向我局办理各种手续时,均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的应当明正确写明申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员: 付小宁                        0630-4-C01561

回函请寄: 100088 北京市海淀区蓟门桥西土城路 6 号  国家知识产权局专利局受理处收
(注: 凡寄给审查员个人的信函不具有法律效力)



底

俯

后

前

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124443.8    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124443.8
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-05)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

Design Patent Application Letter:    copies: 2,    pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,    pages: 2 for each copy
Fees Cut Application:    copy:1,    page:1 for each copy

Explanation:

1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
            100088    6 West Tuchen Road    Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| **100086**<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |

申请号：200630124443.8

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124443.8

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：**    碗(KJ-05)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书 每份页数：2  份数：2  外观设计图片或照片 每份页数：3  份数：2
费用减缓请求书  每份页数：1  份数：1

**简要说明：**
1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。
2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请真实有效的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。
3. 寄给审查员个人的文件或汇款不具备法律效力。
4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。
根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应写明正确地申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁                    0630-4-C01561

回函请寄：100088 北京市海淀区蓟门桥西土城路 6 号  国家知识产权局专利局受理处收
(注：凡寄给审查员个人的信函不具有法律效力)





底

俯





后

前







右

左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124445.7    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124445.7
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-07)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

Design Patent Application Letter:   copies: 2,   pages: 2 for each copy
Design's Picture or Photograph:     copies: 2,   pages: 2 for each copy
Fees Cut Application:               copy:1,      page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu      0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
                 100088   6 West Tuchen Road   Jinmen Bridge    Haidian District    Beijing, China



# 中华人民共和国国家知识产权局

| 100086<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |
|---|---|

申请号：200630124445.7

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124445.7

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-07)

经核实确认国家知识产权局专利局收到如下文件：
外观设计专利请求书 每份页数：2 份数：2 外观设计图片或照片 每份页数：3 份数：2
费用减缓请求书 每份页数：1 份数：1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请存在时的标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应写明正确的申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

审查员：付小宁                                0630-4-C01561

中华人民共和国国家知识产权局



底                              俯



后                              前



右                              左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124441.9 (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124441.9
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-08)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| | | |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu      0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
              100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China



## 中华人民共和国国家知识产权局

| 100086<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |
|---|---|

申请号：200630124441.9

### 专利申请受理通知书

　　根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124441.9

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-08)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书　每份页数：2　份数：2　外观设计图片或照片　每份页数：3　份数：2
费用减缓请求书　　每份页数：1　份数：1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请的专用确认标志。申请人向我局办理各种手续时，均应准确，清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局办理处。

　　根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应当正确地写明申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁　　　　　　　0630-4-C01561




底




后

前




右

左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124440.4    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124440.4
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-09)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| | | |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:

1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
                100088   6 West Tuchen Road   Jinmen Bridge      Haidian District      Beijing, China



# 中华人民共和国国家知识产权局

| 100086 | 发文日期 |
|---|---|
| 北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |

申请号：200630124440.4

## 专 利 申 请 受 理 通 知 书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124440.4

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称:** 盘子(KJ-09)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书  每份页数：2  份数：2  外观设计图片或照片  每份页数：3  份数：2
费用减缓请求书  每份页数：1  份数：1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请具有的特别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的，应当正确写明申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁                          0630-4-C01561

 

底                                    俯

 

后                                    前

 

右                                    左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124439.1    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124439.1
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-10)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:
Design Patent Application Letter:    copies: 2,    pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,    pages: 2 for each copy
Fees Cut Application:    copy:1,    page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
        100088    6 West Tuchen Road    Jinmen Bridge    Haidian District    Beijing, China



# 中华人民共和国国家知识产权局

| 100086 | 发文日期 |
|---|---|
| 北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |

申请号：200630124439.1

## 专利申请受理通知书

　　根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124439.1

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-10)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书 每份页数：2 　份数：2 　外观设计图片或照片 每份页数：3 　份数：2
费用减缓请求书 　每份页数：1 　份数：1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请被受理的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

　　根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应当正确注明申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

审查员：付小宁　　　　　　　　　　0630-4-C01561

中华人民共和国国家知识产权局



底

俯



后

前

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124438.7   (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124438.7
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-11)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| | | |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu       0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
              100088   6 West Tuchen Road   Jinmen Bridge     Haidian District     Beijing, China



# 中华人民共和国国家知识产权局

| 100086 | 发文日期 |
|---|---|
| 北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |

申请号：200630124438.7

## 专 利 申 请 受 理 通 知 书

　　根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124438.7

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘(KJ-11)

**经核实确认国家知识产权局专利局收到如下文件：**

外观设计专利请求书 每份页数:2　份数:2　外观设计图片或照片 每份页数:3　份数:2

费用减缓请求书　每份页数:1　份数:1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请具有合法性的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

　　根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应当正确写明申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁　　　　0630-4-C01561



底　　　　　　　　　　　俯

后　　　　　　　　　　　前

右　　　　　　　　　　　左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124437.2    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124437.2
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-12)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

Design Patent Application Letter:    copies: 2,    pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,    pages: 2 for each copy
Fees Cut Application:    copy:1,    page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
        100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China



# 中华人民共和国国家知识产权局

| 100086 | 发文日期 |
|---|---|
| 北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |

**申请号:** 200630124437.2

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定,申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下:

**申请号:** 200630124437.2

**申请日:** 2006 年 7 月 21 日

**申请人:** 魏湘斌

**外观设计名称:** 盘子(KJ-12)

**经核实确认国家知识产权局专利局收到如下文件:**
外观设计专利请求书 每份页数:2 份数:2 外观设计图片或照片 每份页数:3 份数:2
费用减缓请求书 每份页数:1 份数:1

**简要说明:**

1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根,要求办理更正申请日手续。
2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请具有的共同标志。申请人向我局办理各种手续时,均应准确,清晰地写明申请号。
3. 寄给审查员个人的文件或汇款不具备法律效力。
4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的应写明正确的申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员: 付小宁           0630-4-C01561



底

俯

后

前

右

左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124436.8    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124436.8
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-13)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| Document | Copies | Pages |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
            100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China

# 中华人民共和国国家知识产权局

| 100086 | 发文日期 |
|---|---|
| 北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |

申请号：200630124436.8

## 专 利 申 请 受 理 通 知 书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定,申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下:

**申请号：** 200630124436.8

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-13)

经核实确认国家知识产权局专利局收到如下文件:
外观设计专利请求书 每份页数:2 份数:2 外观设计图片或照片 每份页数:3 份数:2
费用减缓请求书 每份页数:1 份数:1

**简要说明:**

1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根,要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请取得专利权的识别标志。申请人向我局办理各种手续时,均应准确,清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的应写明正确的申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员: 付小宁                 0630-4-C01561

 

底                                        俯

 

后                                        前

 

右                                        左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124442.3    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124442.3
Application Date: 2I July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-14)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

Design Patent Application Letter:    copies: 2,    pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,    pages: 2 for each copy
Fees Cut Application:    copy:1,    page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
                 100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China

# 中华人民共和国国家知识产权局

| | 发文日期 |
|---|---|
| 100086<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 2006 年 7 月 25 日 |
| 申请号：200630124442.3 | |

## 专 利 申 请 受 理 通 知 书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定,申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下:

**申请号：** 200630124442.3

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-14)

**经核实确认国家知识产权局专利局收到如下文件:**
外观设计专利请求书 每份页数:2 份数:2 外观设计图片或照片 每份页数:3 份数:2
费用减缓请求书 每份页数:1 份数:1

**简要说明:**
1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根,要求办理更正申请日手续。
2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请具有的唯一识别标志。申请人向我局办理各种手续时,均应准确、清晰地写明申请号。
3. 寄给审查员个人的文件或汇款不具备法律效力。
4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处办理。
　　根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的应写明正确的申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁　　　　　　　　0630-4-C01561



底                                        俯

后                                        前

右                                        左

# 中华人民共和国国家知识产权局

---

**100086**

北京市海淀区北三环西路甲 30 号双天大厦 341
张延航

申请号：200630124435.3

发文日期

2006 年 7 月 25 日

---

## 专利申请受理通知书

　　根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：**　200630124435.3

**申请日：**　2006 年 7 月 21 日

**申请人：**　**魏湘斌**

**外观设计名称：**　　　盆(KJ-15)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书　每份页数：2　份数：2　外观设计图片或照片　每份页数：3　份数：2
费用减缓请求书　　每份页数：1　份数：1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。
2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请案受理的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。
3. 寄给审查员个人的文件或汇款不具备法律效力。
4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处办理。
　　根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的，应写明正确的申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁　　　　　　　　　　　　　0630-4-C01561





底                                                      俯





后                                                      前





右                                                      左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124434.9    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124434.9
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-16)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:
Design Patent Application Letter:    copies: 2,    pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,    pages: 2 for each copy
Fees Cut Application:    copy:1,    page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
                100088    6 West Tuchen Road    Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| | 发文日期 |
|---|---|
| **100086**<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | <br><br>2006 年 7 月 25 日 |

申请号：200630124434.9

## 专 利 申 请 受 理 通 知 书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124434.9

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-16)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书 每份页数：2 份数：2 外观设计图片或照片 每份页数：3 份数：2
费用减缓请求书 每份页数：1 份数：1

**简要说明：**

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请最有效的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的，应写明正确的申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

审查员：付小宁                          0630-4-C01561



底　　　　　　　　　　　　俯



后　　　　　　　　　　　　前



右　　　　　　　　　　　　左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124450.8    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:
  Application Number: 200630124450.8
  Application Date: 21 July 2006
  Applicant: Wei Xiangbin

  Title for the design: Plate (KJ-17)

  After verification, the Patent Office of SIPO confirms to have accepted the following documents:
  Design Patent Application Letter:   copies: 2,   pages: 2 for each copy
  Design's Picture or Photograph:   copies: 2,   pages: 2 for each copy
  Fees Cut Application:   copy: 1,   page: 1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
                100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| 100086<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |
| 申请号：200630124450.8 | |

## 专利申请受理通知书

　　根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124450.8

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-17)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书　每份页数：2　份数：2　外观设计图片或照片　每份页数：3　份数：2
费用减缓请求书　　每份页数：1　份数：1

**简要说明：**
1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。
2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请唯一的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。
3. 寄给审查员个人的文件或汇款不具备法律效力。
4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。
　　根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应当正确地写明申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

审查员：付小宁　　　　　　　　　　　　　0630-4-C01561




底                            俯




后                            前




右                            左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124430.0    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124430.0
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-18)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| | | |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
            100088   6 West Tuchen Road   Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| **100086**<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |

申请号：200630124430.0

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定,申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下:

**申请号:** 200630124430.0

**申请日:** 2006 年 7 月 21 日

**申请人:** 魏湘斌

**外观设计名称:** 盘子(KJ-18)

经核实确认国家知识产权局专利局收到如下文件:
外观设计专利请求书　每份页数:2　份数:2　外观设计图片或照片　每份页数:3　份数:2
费用减缓请求书　　每份页数:1　份数:1

**简要说明:**

1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根,要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请受到有效的识别标志。申请人向我局办理各种手续时,均应准确,清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的,应写明正确的申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

审查员: 付小宁                          0630-4-C01561



底                                    俯



后                                    前



右                                    左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124433.4    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124433.4
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-19)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| | | |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy: 1, | page: 1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
            100088   6 West Tuchen Road   Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| 100086<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br><br>2006 年 7 月 25 日 |

申请号：200630124433.4

## 专利申请受理通知书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

申请号： 200630124433.4

申请日： 2006 年 7 月 21 日

申请人： 魏湘斌

外观设计名称： 盘子(KJ-19)

经核实确认国家知识产权局专利局收到如下文件：
外观设计专利请求书 每份页数：2  份数：2  外观设计图片或照片 每份页数：3  份数：2
费用减缓请求书  每份页数：1  份数：1

简要说明：

1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请日手续。

2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请及专利的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。

3. 寄给审查员个人的文件或汇款不具备法律效力。

4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的应写明正确的申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

中华人民共和国国家知识产权局

| | | |
|---|---|---|
| 审查员：付小宁 | | 0630-4-C01561 |

回函请寄：100088 北京市海淀区蓟门桥西土城路 6 号  国家知识产权局专利局受理处收<br>（注：凡寄给审查员个人的信函不具有法律效力）

 

底                                      俯

 

后                                      前

 

右                                      左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124432.X    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124432.X
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-20)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

| | | |
|---|---|---|
| Design Patent Application Letter: | copies: 2, | pages: 2 for each copy |
| Design's Picture or Photograph: | copies: 2, | pages: 2 for each copy |
| Fees Cut Application: | copy:1, | page:1 for each copy |

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
                100088   6 West Tuchen Road    Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| **100086**<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | **发文日期**<br><br><br>2006 年 7 月 25 日 |

申请号: 200630124432. X

## 专 利 申 请 受 理 通 知 书

根据专利法第二十八条及其实施细则第三十九条、第四十条的规定,申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下:

**申请号:** 200630124432.X

**申请日:** 2006 年 7 月 21 日

**申请人:** 魏湘斌

**外观设计名称:** 盘子(KJ-20)

**经核实确认国家知识产权局专利局收到如下文件:**
外观设计专利请求书 每份页数:2 份数:2 外观设计图片或照片 每份页数:3 份数:2
费用减缓请求书 每份页数:1 份数:1

**简要说明:**

1. 根据专利法第二十八条规定,申请文件是邮寄的,以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时,可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根,要求办理更正申请日手续。
2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号,是该申请案的标识标志。申请人向我局办理各种手续时,均应准确,清晰地写明申请号。
3. 寄给审查员个人的文件或汇款不具备法律效力。
4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。

根据专利法实施细则第九十一条规定,凡向专利局缴纳各种费用的,应写明正确的申请号或专利号以及费用名称,未写明的视为未办理缴费手续。

审查员:付小宁                    0630-4-C01561





底　　　　　　　　　　　　　　俯





后　　　　　　　　　　　　　　前





右　　　　　　　　　　　　　　左

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
25 July 2006

Application No.: 200630124431.5    (barcode)

## Notification for Accepting the Patent Application

Acting under the provision of Article 28 of the Patent Law of China and Article 39, 40 of Rules for the Implementation of the Patent Law of China, the State Intellectual Property Office (SIPO) has accepted the application for patent by the applicant. The application number and date are confirmed and therewith notified as:

Application Number: 200630124431.5
Application Date: 21 July 2006
Applicant: Wei Xiangbin

Title for the design: Plate (KJ-21)

After verification, the Patent Office of SIPO confirms to have accepted the following documents:

Design Patent Application Letter:   copies: 2,   pages: 2 for each copy
Design's Picture or Photograph:    copies: 2,   pages: 2 for each copy
Fees Cut Application:          copy:1,    page:1 for each copy

Explanation:
1. Under the provision of Article 28 of the Patent Law, if the application documents are sent through postal service, the postmark date of sending will be regarded as application date. If there is any discrepancy in this case, the applicant can submit a petition with the registered post counterfoil to the Administrative Department of Patent Office of SIPO to request for a correction.
2. The application number is the code name granted by the SIPO to each accepted application for patent, and as the most effective identification symbol for this application. When the procedures are handled, this number should be marked correctly and clearly.
3. Any document or remittance sent to the inspector personally bear no legal effect.
4. Any intermediate document, sub-case application, and application for native priority should be sent directly to the Administrative Department of Patent Office of SIPO.

Under the provision of Article 91 of the Rules for the Implementation of the Patent Law, when the applicant pays for the fees charged by the Patent Office of SIPO, correct application or patent number and names of fees should be marked correctly, without which will be treated as fees unpaid.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xiaoning Fu        0630-4-C01561
Mail Address: Administrative Department of Patent Office of SIPO
            100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| 100086<br><br>北京市海淀区北三环西路甲 30 号双天大厦 341<br>张延航 | 发文日期<br><br>2006 年 7 月 25 日 |

申请号：200630124431.5

## 专利申请受理通知书

　　根据专利法第二十八条及其实施细则第三十九条、第四十条的规定，申请人提出的专利申请国家知识产权局予以受理。现将确定的申请号和申请日通知如下：

**申请号：** 200630124431.5

**申请日：** 2006 年 7 月 21 日

**申请人：** 魏湘斌

**外观设计名称：** 盘子(KJ-21)

**经核实确认国家知识产权局专利局收到如下文件：**
外观设计专利请求书　每份页数：2　份数：2　外观设计图片或照片　每份页数：3　份数：2
费用减缓请求书　　每份页数：1　份数：1

**简要说明：**
1. 根据专利法第二十八条规定，申请文件是邮寄的，以寄出的邮戳日为申请日。若申请人发现上述申请日与邮寄申请文件之日不一致时，可在收到本通知书起两个月内向国家知识产权局专利局受理处提交意见陈述书及挂号条存根，要求办理更正申请手续。
2. 申请号是国家知识产权局给予每一件被受理的专利申请的代号，是该申请案件的识别标志。申请人向我局办理各种手续时，均应准确、清晰地写明申请号。
3. 寄给审查员个人的文件或汇款均不具备法律效力。
4. 中间文件、分案申请、要求本国优先权的申请应直接寄交国家知识产权局专利局受理处。
　　根据专利法实施细则第九十一条规定，凡向专利局缴纳各种费用的，应写明正确的申请号或专利号以及费用名称，未写明的视为未办理缴费手续。

审查员：付小宁　　　　　　　　　0630-4-C01561

20101
2002.8　　　　回函请寄：100088 北京市海淀区蓟门桥西土城路 6 号　国家知识产权局专利局受理处收
　　　　　　　　　　　　　　　（注：凡寄给审查员个人的信函不具有法律效力）



底                                           俯



后                                           前



右                                           左

## Certificate of Translation

I am familiar with both the English and Chinese languages. I am competent to translate from Chinese to English, or vice versa. The English transalation is a true and accurate version of the Chinese version.

*Lily Lee*

Name

EXHIBIT C

KEEPJOY RECAP

11/30/06

CSA PMTS
$563,368.71  2004 LC PMTS
$3,186.51  2004 WIRE PMTS
$2,177,147.69  2005 LC PMTS
$1,611,924.00  2006 WIRE PMTS
$4,355,626.91  TOTAL PMTS

CREDITS DUE CSA
$119,701.85  TD 6/29/06
$53,966.18  TD 12/5/05
$14,752.50  ROOSTER RETURN ITEM # K6178
$59,753.47  K5810 18PC CANDY STRIPE VD48330458
$136,154.29  REWORK REPORT (ATTACHED)
$11,000.00  ATTORNEY'S FEES
$12,148.87  OUR FREIGHT CHGS FOR REWORK TO QVC
$32,288.13  OUR FREIGHT FOR DEFECTIVES
$56,623.43  SAMPLES
$25,556.67  REPLACEMENT SUPPLIES

TOTAL CSA PMTS/CREDITS  $4,877,572.30

$5,254,003.39 KEEPJOY PO'S

$5,254,003.39

$376,431.09 FINAL BALANCE DUE TO KEEPJOY

## KEEPJOY REWORK REPORT - 11/22/2006

| QVC PO # | Item # | Vendor | Qty QVC Returned to Inventory | Qty Ret'd Rejected to Inventory | Rework Qty | CSA Invoice # | CSA COGS | CSA COGS Credit | Landed Cost | Sell In | Differential | Freight Penalty on resvcs | QVC compliance charge | $2.50 Rework fee | Restock fee 10% | Total Chgback | Total Chgbk with Restock fee | Date QVC returned | Date Rework'd to QVC | Reason for rework | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **8/12/2006** | | | | | | | | | | | | | | | | | | | | | |
| 46711H | K6280 | KEEPJOY | 2393 | 1531 | 841 | 8174 | $9.14 | $16,127.64 | $18.01 | 14 | $3.74 | $1,537.14 | $5,000.00 | | $3,188.29 | $15,144.88 | $18,333.07 | 02/21/06 | 8/18/2006 | broken wires straw lids | |
| 48169I | K6817 | KEEPJOY | 2066 | 1742 | 318 | 8173 | 10.4 | $3,367.20 | 17.09 | 14 | $3.09 | $982.62 | $900.00 | | $2,142.40 | $9,809.82 | $12,862.22 | 02/23/06 | *32400dr, 5/8/06 | paint chipping on lids | |
| 48174I | K6283A | KEEPJOY | 1073 | 1073 | 0 | 8172 | 8.14 | $3,367.20 | 16.01 | 13.27 | $3.74 | $0.00 | $900.00 | | $4,197.30 | $5,434.61 | $23,331.11 | 04/14/06 | 32420000dr, 8,8/06 | broken wires straw lids | |
| 48171K | K6318 | KEEPJOY | 1073 | 1073 | 0 | 8172 | 39.51 | $9,473.40 | 23.40 | 17.16 | $3.57 | $1,770.00 | $900.00 | | $4,323.30 | $17,175.93 | $21,332.23 | 06/26/06 | 10/30/2006 | broken wires straw lids | |
| 48433I | K6310 | KEEPJOY | 860 | 298 | 466 | 8180 | 14.74 | $6,473.00 | 23.60 | 17.16 | $3.46 | $2,864.44 | $900.00 | | $5,084.93 | $11,197.80 | $15,197.80 | 10/17/2006 | | success glue cube plate | |
| 46702I | K6170 | KEEPJOY | 3160 | 3160 | 0 | 8172 | 4.55 | $0.00 | 8.42 | 7.5 | $1.92 | $0.00 | $900.00 | | $1,440.00 | $7,950.00 | $9,390.00 | 12/11/06 | 1/30/2006 | paint chip on wire rack | |
| 47358I | K6178 | KEEPJOY | 36 | 30 | 0 | 8172 | 4.55 | $0.00 | 8.42 | 7.5 | $1.92 | $0.00 | $900.00 | | $897.80 | $646.80 | $640.80 | 8/16/2006 | 8/16/2006 | mold found rattan trivets | |
| 47350I | K6409 | KEEPJOY | 1830 | 1830 | 20 | 8177 | 12.44 | $0.00 | 21.76 | 18 | $3.76 | $0.00 | $4,578.00 | | $2,313.12 | $4,578.00 | $6,888.12 | 08/02/06 | 8/16/2006 | mold found rattan trivets | |
| 47350I | K6409 | KEEPJOY | 1800 | 1800 | 0 | 8177 | 12.44 | $252.80 | 21.76 | 18 | $3.76 | $75.20 | $4,600.00 | | $2,779.20 | $6,778.29 | $6,778.29 | 8/16/2006 | charging by back-397(?) | | |
| 47358I | K6400 | KEEPJOY | 1200 | 1020 | 0 | 8178 | 12.44 | $0.00 | 21.37 | 14 | $3.57 | $0.00 | $2,580.00 | | $4,256.70 | $6,770.29 | $6,320.86 | 8/03/06 | 8/16/2006 | dirty & blk spots on lids | |
| 47358I | K6524 | KEEPJOY | 946 | 807 | 0 | 8178 | 12.35 | $424.35 | 17.37 | 14 | $3.57 | $144.37 | $2,370.00 | | $2,840.72 | $3,921.90 | $4,320.86 | 04/20/06 | 8/16/2006 | dirty & blk spots on lids | |
| 47358I | K6524 | KEEPJOY | 17 | 41 | 17 | 8176 | 18.35 | $115.95 | 17.37 | 14 | $3.57 | $66.89 | $881.18 | | $17.80 | $395.74 | $396.74 | 04/20/06 | mold on the rattan tray | rework done mohwk | |
| 47358I | K6524 | KEEPJOY | 43 | 45 | 8 | 8176 | 10.92 | $0.00 | 20.37 | 16.8 | $3.57 | $0.00 | $172.50 | $500.00 | $45.14 | $273.14 | $461.64 | 06/19/06 | mold on the rattan tray | rework done mohwk | |
| 47358I | K6524 | KEEPJOY | 45 | 45 | 8 | 8176 | 10.92 | $0.00 | 20.37 | 16.8 | $3.46 | $0.00 | $112.50 | | $46.80 | $396.74 | $461.64 | 06/19/06 | mold on the rattan tray | rework done mohwk | |
| 47358I | K6524 | KEEPJOY | 2274 | 2274 | 0 | 8176 | 10.92 | $0.00 | 26.28 | 18.8 | $3.46 | $0.00 | $5,925.00 | | $2,592.41 | $5,925.00 | $8,527.41 | 06/22/06 | mold on the rattan tray | rework done mohwk | |
| 48904I | K6364 | KEEPJOY | 1406 | 1406 | 0 | 8176 | 10.92 | $0.00 | 26.28 | 16.8 | $3.46 | $0.00 | $3,515.00 | | $1,533.55 | $5,615.00 | $6,660.35 | 10/19/06 | mold on the rattan tray | rework done mohwk | |
| | | | | | | | | | | | | | | | | | | | | | **Sub-total** |
| | | | | | | | | | | | | | | | | $100,234.17 | | | | |
| **8/24/2006** | | | | | | | | | | | | | | | | | | | | | |
| 48181I/QA | K6524 | KEEPJOY | 32 | 0 | 32 | | 10.35 | $331.20 | 17.46 | 14 | $3.46 | $110.72 | $80.00 | | $33.12 | $521.92 | $555.04 | 09/25/06 | broken handle on rack | J.T. will advise cost |
| 48200H/QA | K6524 | KEEPJOY | -2 | 0 | -2 | | 10.35 | -$20.70 | 17.46 | 14 | $3.46 | $6.92 | $5.00 | | $2.07 | -$32.62 | -$34.69 | 09/25/06 | broken handle on rack | J.T. will advise cost |
| 48181I/QA | K6524 | KEEPJOY | 1634 | 0 | 1634 | | 16.35 | $16,911.90 | 17.46 | 14 | $3.46 | $5,653.64 | $4,085.00 | | $28,650.54 | $28,341.73 | $28,874.35 | 09/22/06 | broken handle on rack | J.T. will advise cost |
| 48309H/QA | K6524 | KEEPJOY | 29 | 0 | 29 | | 10.35 | $300.15 | 17.46 | 14 | $3.46 | $100.34 | $72.50 | | $30.02 | $503.01 | $533.03 | 09/22/06 | broken handle on rack | J.T. will advise cost |
| 48311H/QA | K6364 | KEEPJOY | 32 | 0 | 32 | | 10.35 | $331.20 | 17.46 | 14 | $3.46 | $110.72 | $80.00 | | $33.12 | $521.92 | $555.04 | 10/19/06 | broken handle on rack | J.T. will advise cost |
| | | | | | | | | | | | | | | | | | | | | | **Sub-total** |
| | | | | | | | | | | | | | | | | $29,920.73 | | | | |
| | | | | | | | | | | | | | | | | | | | | **Grand Total** | |
| | | | | | | | | | | | | | | | | $136,154.29 | | | | |
| **Grand total subject to increase/decrease** | | | | | | | | | | | | | | | | | | | | | |

## KEEPJOY REWORK FREIGHT CHARGES                    11/15/06

| | | | | | |
|---|---|---|---|---|---|
| STATEWIDE | 2518 | $1,187.50 | 8/25/06 | K6400 | |
| STATEWIDE | 2534 | $195.00 | 8/28/06 | | |
| STATEWIDE | 2537 | $475.00 | 8/29/06 | K6394 | |
| STATEWIDE | 2881 | $1,062.50 | 11/2/06 | K6394 | |
| FRAMES | 7100399 | $744.15 | 3/7/06 | K5812 | PO#461593 |
| FRAMES | 7274301 | $744.15 | 3/9/06 | K5280 | PO#461716 |
| FRAMES | 7809569 | $805.86 | 8/9/06 | K6400 | PO#473550 |
| FRAMES | 7945462 | $764.33 | 12/9/05 | K5807 | PO#473171 |
| FRAMES | 7945488 | $691.56 | 12/9/05 | K5807 | PO#473171 |
| FRAMES | 7964869 | $779.73 | 1/20/06 | K6178 | PO#459029 |
| FRAMES | 7964901 | $373.79 | 1/20/06 | K6178 | PO#459029 |
| FRAMES | 8444028 | $807.07 | 9/1/06 | K6394 | PO#489966 |
| FRAMES | 8521205 | $432.76 | 8/9/06 | K5824 | PO#445954 |
| FRAMES | 8539298 | $805.86 | 8/10/06 | K6400 | PO#473550 |
| FRAMES | 8557522 | $294.99 | 8/18/06 | K6400 | PO#473550 |
| FRAMES | 8683617 | $372.90 | 9/8/06 | K5824 | PO#487012 |
| FRAMES | 8757676 | $805.86 | 8/3/06 | K5824 | PO#445954 |
| FRAMES | 8513178 | $805.86 | 10/11/06 | K6400 | PO#473550 |
| | | **$12,148.87** | | | |

*handwritten annotation:* These 2 pos were not from keepjoy