**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No 7:08-cv-03680-SCR**

Coastal Sales Associates, Inc.,

    Plaintiff / Counterdefendant,

vs.

Keepjoy Industrial Company, Limited; and Lily Lee; ABC Corporations I-V; XYZ Limited Liability Companies I-V; Black Partnerships I-V; White Business Entities I-V; and John and Jane Does I-V;

    Defendants / Counterclaimants.

_____/

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Coastal Sales Associates, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**None.**

    DATED this 21st day of May, 2008.

                                    /Arlen L. Olsen/ _____
                                    Arlen L. Olsen, Esq. # AO9905
                                    aolsen@iplawusa.com
                                    SCHMEISER, OLSEN & WATTS, LLP
                                    18 East Unversity Drive, Suite 101
                                    Mesa, Arizona 85201
                                    Telephone: (480) 655-0073
                                    Facsimile: (480) 655-9536
                                    *Attorney for Plaintiff/Counterdefendant*
                                    *Coastal Sales Associates, Inc.*

2

CERTIFICATE OF SERVICE

    I certify that on this 21st day of May, 2008, I electronically transmitted the attached documents to the Clerk's Office using the ECF system for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

    Kevin K. Tung, Esq.
    Lawrence Yang, Esq.

    /Wendy Zepeda/
    Wendy Zepeda
    wzepeda@iplawusa.com