$25 Fee paid E65/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coastal Sales Associates, Inc.        Plaintiff,

- against -

Keepjoy Industrial Company, Ltd., et al        Defendant.

8  cv  03680  SCR

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin K. Tung, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Lawrence(Lixin) Yang
Firm Name:          KEVIN KERVENG TUNG, P.C.
Address:            38-21 Main Street, Suite 3D
City/State/Zip:     Flushing, NY 11354
Phone Number:       7189394633
Fax Number:         7189393116

Lawrence(Lixin) Yang is a member in good standing of the Bar of the States of New York

There are no pending disciplinary proceeding against Lawrence(Lixin) Yang in any State or Federal court.

Dated:       5/29/2008
City, State: Flushing, New York

Respectfully submitted,

Sponsor's  Kevin K. Tung
SDNY Bar   KT-1478
Firm Name: KEVIN KERVENG TUNG, P.C.
Address:   38-21 Main Street, Suite 3D
City/State/Zip: Flushing, NY 11354
Phone Number: (718) 939-4633
Fax Number:   (718) 939-3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Coastal Sales Associates, Inc. Plaintiff,                08 cv 03680 (SCR)

        - against -                                               AFFIDAVIT OF KEVIN K.
                                                         TUNG IN SUPPORT OF
Keepjoy Industrial Company, Ltd., et al, Defendants.     MOTION TO ADMIT
                                                         COUNSEL PRO HAC VICE

---

State of New York    )
                               ) SS:
County of Queens   )

Kevin K. Tung, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at KEVIN KERVENG TUNG, P.C., counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Lawrence(Lixin) Yang as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and the State of New Jersey, and was admitted to practice law in 1999 and 1998 respectively. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lawrence(Lixin) Yang since December 2007.

4. Mr. Yang is an associate at KEVIN KERVENG TUNG, P.C., in Flushing, County of Queens, State of New York.

5. I have found Mr. Yang to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, I am pleased to move the admission of Lawrence(Lixin) Yang, pro hac vice.
7. I respectfully submit a proposed order granting the admission of Lawrence(Lixin) Yang, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lawrence(Lixin) Yang, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: May 29, 2008                         Respectfully submitted,
City, State: Queens, New York
Notarized:

                                                Name of Movant: Kevin K. Tung, Esq.
                                                SDNY Bar Code: KT-1478



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Lixin Yang

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **30th day of January, 2008**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of June, 2008**.



Clerk

**EXHIBIT A**

Case 7:08-cv-03680-SCR  Document 10  Filed 06/12/2008  Page 4 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coastal Sales Associates, Inc.          Plaintiff,

                                                                  8    cv   03680    (SCR)

        - against -

Keepjoy Industrial Company, Ltd.,  Defendant.          **ORDER FOR ADMISSION**
et al                                                              **PRO HAC VICE**
                                                                   **ON WRITTEN MOTION**

Upon the motion of  Kevin K. Tung,          attorney for  Keepjoy Industrial Company, Ltd., et al

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lawrence(Lixin) Yang |
| Firm Name: | KEVIN KERVENG TUNG, P.C. |
| Address: | 38-21 Main Street, Suite 3D |
| City/State/Zip: | Flushing, NY 11354 |
| Telephone/Fax: | 7189394633 |
| Email Address: | lyang@kktlawfirm.com |

is admitted to practice pro hac vice as counsel for   Keepjoy Industrial Company, Ltd., et al  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  White Plains, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

### COASTAL SALES ASSOCIATES, INC.,

**Plaintiff**

v.

### KEEPJOY INDUSTRIAL COMPANY, LIMITED, ET AL,

**Defendants.**

### Case No.: 08CV03680SCR

### Motion to Admit Counsel Pro Hac Vice

I certify that I have served a copy of the foregoing paper upon SCHMEISER, OLSEN & WATTS, Attn: Albert L. Shcmeiser and Autondria S. Minor, attorneys for the Plaintiff, on June 9, 2008, by depositing a copy thereof in the United States mail, postage prepaid, in the envelope addressed to their address as set out below, which address is the last known address of the attorneys to me:

Albert L. Schmeiser
Autondria S. Minor
Attorneys for Plaintiff
SCHMEISER, OLSEN & WATTS, LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Tel: (518) 220-1850
Fax: (518) 220-1857
Email: aschmeiser@iplawusa.com


Dated: May 29, 2008
       Queens, New York


                                    KEVIN KERVENG TUNG, P.C.
                                    Attorneys for Defendants

                                    By_____[signature]_____
                                    Kevin K. Tung, Esq.
                                    SDNY Bar Code: KT-1478
                                    38-21 Main Street, Suite 3D
                                    Flushing, New York 11354
                                    Tel: (718) 939-4633