SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

$25 fee paid E651230

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Coastal Sales Associates, Inc.    Plaintiff,

- against -

Keepjoy Industrial Company, Ltd., et al    Defendant.

8 cv 03680 (SCR)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin K. Tung, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Lawrence(Lixin) Yang
Firm Name:         KEVIN KERVENG TUNG, P.C.
Address:           38-21 Main Street, Suite 3D
City/State/Zip:    Flushing, NY 11354
Phone Number:      7189394633
Fax Number:        7189393116

Lawrence(Lixin) Yang    is a member in good standing of the Bar of the States of New York

There are no pending disciplinary proceeding against Lawrence(Lixin) Yang in any State or Federal court.

Dated:        5/29/2008
City, State:  Flushing, New York

Respectfully submitted,

Sponsor's [signature: Kevin K. Tung]
SDNY Bar KT-1478
Firm Name: KEVIN KERVENG TUNG, P.C.
Address:   38-21 Main Street, Suite 3D
City/State/Zip: Flushing, NY 11354
Phone Number: (718) 939-4633
Fax Number:   (718) 939-3116

SO ORDERED
[signature]
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
6/20/08

Y FILED

SDNY Form Web 10/2006