UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No 7:08-cv-03680-SCR

Coastal Sales Associates, Inc.,

    Plaintiff / Counterdefendant,

vs.

Keepjoy Industrial Company, Limited; and Lily Lee; ABC Corporations I-V; XYZ Limited Liability Companies I-V; Black Partnerships I-V; White Business Entities I-V; and John and Jane Does I-V;

    Defendants / Counterclaimants.
_____/

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern Districts of New York, I, Arlen L. Olsen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Cynthia Dawn Beck
    Schmeiser, Olsen & Watts LLP
    18 East University Drive, Suite 101
    Mesa, Arizona 85201-5946
    480-655-0073 (Main No.)
    480-655-9536 (Facsimile)

Cynthia Dawn Beck is a member in good standing of the Bar of the State of Arizona. There are no pending disciplinary proceeding against Cynthia Dawn Beck in any State or Federal Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No 7:08-cv-03680-SCR

Coastal Sales Associates, Inc.,

    Plaintiff / Counterdefendant,

vs.

Keepjoy Industrial Company, Limited; and Lily Lee; ABC Corporations I-V; XYZ Limited Liability Companies I-V; Black Partnerships I-V; White Business Entities I-V; and John and Jane Does I-V;

    Defendants / Counterclaimants.
_____/

## AFFIDAVIT OF ARLEN L. OLSEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF ALBANY   )

Arlen L. Olsen, being duly sworn, hereby deposes and says as follows:

1. I am Managing Partner at Schmeiser, Olsen & Watts LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Cynthia Dawn Beck as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on February 2, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Cynthia Dawn Beck since 2006.

4. Ms. Beck is an Associate at Schmeiser, Olsen & Watts, LLP in Mesa, Arizona.

5. I have found Ms. Beck to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Cynthia Dawn Beck, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Cynthia Dawn Beck, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Cynthia Dawn Beck, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

SCHMEISER, OLSEN & WATTS, LLP

By: _____
Arlen L. Olsen, Esq.
Bar Roll No. AO9905
*Attorney for Plaintiff/Counterdefendant
Coastal Sales Associates, Inc.*
18 East Unversity Drive, Suite 101
Mesa, Arizona 85201
Email: aolsen@iplawusa.com
Telephone: (480) 655-0073
Facsimile: (480) 655-9536

Sworn to before me this 24th day

of _____June_____, 2008.

_____
Notary Public, State of New York

KELLEY M. BAUER
Notary Public, State of New York
Reg. 01BA4978529
Qualified in Albany County
Commission Expires March 4, 2011

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CYNTHIA DAWN BECK,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on April 12, 2004, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 20th day of June, 2008.

_Leticia V. D'Amore_
Leticia V. D'Amore
Disciplinary Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No 7:08-cv-03680-SCR

Coastal Sales Associates, Inc.,

      Plaintiff / Counterdefendant,

vs.

Keepjoy Industrial Company, Limited; and Lily Lee; ABC Corporations I-V; XYZ Limited Liability Companies I-V; Black Partnerships I-V; White Business Entities I-V; and John and Jane Does I-V;

      Defendants / Counterclaimants.

_____/

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Arlen L. Olsen, attorney for Plaintiff Coastal Sales Associates, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Cynthia Dawn Beck
> Schmeiser, Olsen & Watts LLP
> 18 East University Drive, Suite 101
> Mesa, Arizona 85201-5946
> 480-655-0073 (Main No.)
> 480-655-9536 (Facsimile)
> CBeck@IPlawUSA.com

is admitted to practice pro hac vice as counsel for Plaintiff Coastal Sales Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

2

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscouts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

DATED: _____

                                                _____
                                                United States District/Magistrate Judge