UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 7:08-cv-03680-SCR

COASTAL SALES ASSOCIATES, INC.,

Plaintiff/Counterdefendant

v.

KEEPJOY INDUSTRIAL COMPANY, LIMITED,

Et Al

Defendants/Counterclaimants.

## Voluntary Disclosure of Evidence
## In Support of Defense And Claims of Defendant-Counterclaints

Defendants/Counterclaimants, Keepjoy Industrial Company, Ltd., (Hereafter KIC), by and through their counsel, voluntarily discloses evidence in support of its defense and counterclaims with respect to the instant case that is pending in this Court.

Dated: July 15, 2008

KEVIN KERVENG TUNG, P.C.
Attorneys At Law

By: __/lawrenceyang/_____
    Lawrence(Lixin) Yang, Esq.
    Bar# LY-7450
    Address:
    38-21 Main Street, Suite 3D
    Flushing, NY 11354
    Tel:  (718)939-4633
    Fax: (718)939-4468
    Email: ktung@kktlawfirm.com
    Attorneys For
    Defendants/Counterclaimants

1

CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of July, 2008, I electronically filed the foregoing

with the Clerk of the Court using ECF system which will send notification of such filing

to the following:

Albert L. Schmeiser
Autondria S. Minor
Attorneys for Plaintiff
SCHMEISER, OLSEN & WATTS, LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Tel:  (518) 220-1850
Fax: (518) 220-1857
Email: aschmeiser@iplawusa.com


KEVIN KERVENG TUNG, P.C.
Attorneys At Law

By:  /lawrenceyang/
Lawrence(Lixin) Yang, Esq.
Bar# LY-7450
Address:
38-21 Main Street, Suite 3D
Flushing, NY 11354
Tel:  (718)939-4633
Fax: (718)939-4468
Email: lyang@kktlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 7:08-cv-03680-SCR

COASTAL SALES ASSOCIATES, INC.,

Plaintiff/Counterdefendant

v.

KEEPJOY INDUSTRIAL COMPANY, LIMITED,

Et Al

Defendants/Counterclaimants.

---

### Voluntary Disclosure of Evidence
### In Support of Defense And Claims of Defendant-Counterclaints

  Defendants/Counterclaimants, Keepjoy Industrial Company, Ltd., (Hereafter KIC), by and through their counsel, voluntarily discloses evidence in support of its defense and counterclaims with respect to the instant case that is pending in this Court.

Dated: July 15, 2008

KEVIN KERVENG TUNG, P.C.
Attorneys At Law

By: __/lawrenceyang/_____
  Lawrence(Lixin) Yang, Esq.
  Bar# LY-7450
  Address:
  38-21 Main Street, Suite 3D
  Flushing, NY 11354
  Tel:  (718)939-4633
  Fax: (718)939-4468
  Email: ktung@kktlawfirm.com
  Attorneys For
  Defendants/Counterclaimants

CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of July, 2008, I electronically filed the foregoing

with the Clerk of the Court using ECF system which will send notification of such filing

to the following:

    Albert L. Schmeiser
    Autondria S. Minor
    Attorneys for Plaintiff
    SCHMEISER, OLSEN & WATTS, LLP
    22 Century Hill Drive, Suite 302
    Latham, New York 12110
    Tel:  (518) 220-1850
    Fax: (518) 220-1857
    Email: aschmeiser@iplawusa.com

                KEVIN KERVENG TUNG, P.C.
                     Attorneys At Law

              By:  /lawrenceyang/_____
                 Lawrence(Lixin) Yang, Esq.
                 Bar# LY-7450
                 Address:
                 38-21 Main Street, Suite 3D
                 Flushing, NY 11354
                 Tel:  (718)939-4633
                 Fax: (718)939-4468
                 Email: lyang@kktlawfirm.com

## Intellectual Property Rights Agreement

Party A: Keepjoy Industrial Co., Ltd.
Party B: Xiangbin Wei

This Agreement was entered into by and between Keepjoy Industrial Co., Ltd., (Hereafter the "Employer") and Xiangbin Wei (Hereafter the "Employee") on a mutually voluntary and beneficial basis as required by and in accordance with the Patent Law of People's Republic of China.

1. Term of the Contract:

This Agreement came into effect on January 1, 2004 and shall remain effective for the duration in which the Employee is employed by the Employer.

2. Position and Services

The Employee is hired by the Employer as engineer and production manager in the Company under the 10-year employment contract entered into between the parties. The services required of the Employee include supervising employees at the lower level, product design and engineering, and other corporate and administrative affairs as reasonably required of an employee in like position.

3. Rights, Duties and Liabilities

The Employee agreed that any works, designs, patents created by the Employee during his services for the Employer shall belong to the Employer as work-for-hire. The Employee may file patent applications for his works and designs as an individual on behalf of and for the benefits of the Employer as permitted under the Patent Law of the People's Republic of China. The Employee may transfer the rights to a patent application and/or patents to a third party if authorized by the Employer.   The Employee shall incur liabilities to the Employer for any unauthorized transfer.

Party A: Keepjoy Industrial Co., Ltd.        Party B: Xiangbin Wei

For and on behalf of
**KEEPJOY INDUSTRIAL CO., LIMITED**

By: _____

Authorized Signature(s)

Title:    General Manager

Date: ____2008 . 06 . 06____            Date: 2008 . 06 . 06 .

(Note: This document serves as a written confirmation of the Agreement entered into orally by and between the above two parties on January 1, 2004.)

## 知识产权协议

甲方： Keepjoy Industrial Co., Ltd.
乙方： 魏湘斌

　　本协议由 Keepjoy Industrial Co., Ltd. （以下称"雇主"）和魏湘斌（以下称"雇员"）根据中华人民共和国《专利法》，在自愿互利的基础上达成。

　　一、协议条件
　　本协议于 2004 年 1 月 1 日生效，在雇员受雇于雇主期间持续生效。

　　二、雇员职衔及职责
　　雇员受雇在雇主公司担任工程师和生产部经理，双方劳务合同期为十年。雇员的职责包括监管下级员工，负责产品的设计、制造、工程以及理应由本级别雇员负责的有关公司管理方面的事务。

　　三、权利和义务
　　雇员同意其在受雇期间所创造的所有的作品、设计、专利均为雇佣作品，属于雇主所有。根据中华人民共和国《专利法》，雇主可以代表并为了雇主利益，以个人名义为其作品和设计申请专利。经雇主授权，雇员可以向第三方转让专利及/或专利申请权。如转让未经许可，雇员须承担一切责任。

甲方： Keepjoy Industrial Co., Ltd.　　　乙方： Xiangbin Wei

For and on behalf of
KEEPJOY INDUSTRIAL CO., LIMITED
吉　百　家　實　業　有　限　公　司

签字：

Authorized Signature(s)

职位：

时间： 2008．06．06　　　时间： 2008．06．06

（备注：本文件系上述双方 2004 年 1 月 1 日口头协议的书面确认书。）

# KEEPJOY INDUSTRIAL CO., LTD.

## Patent Application Transfer Authorization

Keepjoy Industrial Co., Ltd.(The Company) hereby authorizes Mr. Xiangbin Wei, engineer and production manager of the Company, to transfer the rights to the patent applications as referenced below and take other measures necessary for such purposes.  The Company understands that this may induce a third party to conduct business in reliance on such authorization and is willing to indemnify Mr. Xiangbin Wei against any liabilities or losses he might incur in connection with such authorization.

Patent Application No:

2 0 0 6 3 0 1 2 4 4 4 9 . 5
2 0 0 6 3 0 1 2 4 4 4 8 . 0
2 0 0 6 3 0 1 2 4 4 4 7 . 6
2 0 0 6 3 0 1 2 4 4 4 6 . 1
2 0 0 6 3 0 1 2 4 4 4 3 . 8
2 0 0 6 3 0 1 2 4 4 4 4 . 2
2 0 0 6 3 0 1 2 4 4 4 5 . 7
2 0 0 6 3 0 1 2 4 4 4 1 . 9
2 0 0 6 3 0 1 2 4 4 4 0 . 4
2 0 0 6 3 0 1 2 4 4 3 9 . 1
2 0 0 6 3 0 1 2 4 4 3 8 . 7
2 0 0 6 3 0 1 2 4 4 3 7 . 2
2 0 0 6 3 0 1 2 4 4 3 6 . 8
2 0 0 6 3 0 1 2 4 4 4 2 . 3
2 0 0 6 3 0 1 2 4 4 3 5 . 3
2 0 0 6 3 0 1 2 4 4 3 4 . 9
2 0 0 6 3 0 1 2 4 4 5 0 . 8
2 0 0 6 3 0 1 2 4 4 3 0 . 0
2 0 0 6 3 0 1 2 4 4 3 3 . 4
2 0 0 6 3 0 1 2 4 4 3 2 . X
2 0 0 6 3 0 1 2 4 4 3 1 . 5

Keepjoy Industrial Co., Ltd
For and on behalf of
KEEPJOY INDUSTRIAL CO., LIMITED
吉 百 家 實 業 有 限 公 司

By: ...................................................
Authorized Signature(s)

Title:  General Manager

Dated:  2008 . 06 . 06
(Note: This document serves as a written confirmation of oral authorization issued to Mr. Xiangbin Wei on September 15, 2006.)

## KEEPJOY INDUSTRIAL CO., LTD.

## 专利申请权转让授权书

Keepjoy Industrial Co., Ltd.（本公司）兹正式授权本公司工程师兼生产部经理魏湘斌先生代表本公司转让以下 21 款专利申请权并处理相关事务。本公司知悉，上述授权可能引起第三方依据本授权书实施交易，故愿意补偿魏湘斌先生因本授权书产生的相关的债务或损失。

专利申请号：

2 0 0 6 3 0 1 2 4 4 4 9 . 5
2 0 0 6 3 0 1 2 4 4 4 8 . 0
2 0 0 6 3 0 1 2 4 4 4 7 . 6
2 0 0 6 3 0 1 2 4 4 4 6 . 1
2 0 0 6 3 0 1 2 4 4 4 3 . 8
2 0 0 6 3 0 1 2 4 4 4 4 . 2
2 0 0 6 3 0 1 2 4 4 4 5 . 7
2 0 0 6 3 0 1 2 4 4 4 1 . 9
2 0 0 6 3 0 1 2 4 4 4 0 . 4
2 0 0 6 3 0 1 2 4 4 3 9 . 1
2 0 0 6 3 0 1 2 4 4 3 8 . 7
2 0 0 6 3 0 1 2 4 4 3 7 . 2
2 0 0 6 3 0 1 2 4 4 3 6 . 8
2 0 0 6 3 0 1 2 4 4 4 2 . 3
2 0 0 6 3 0 1 2 4 4 3 5 . 3
2 0 0 6 3 0 1 2 4 4 3 4 . 9
2 0 0 6 3 0 1 2 4 4 5 0 . 8
2 0 0 6 3 0 1 2 4 4 3 0 . 0
2 0 0 6 3 0 1 2 4 4 3 3 . 4
2 0 0 6 3 0 1 2 4 4 3 2 . X
2 0 0 6 3 0 1 2 4 4 3 1 . 5

Keepjoy Industrial Co., Limited

For and on behalf of
**KEEPJOY INDUSTRIAL CO., LIMITED**
吉 百 家 實 業 有 限 公 司

授权人签字：

Authorized Signature(s) 06.06

职位： 总经理

（备注：本文件系本公司 2006 年 9 月 15 日对魏湘斌先生的口头授权的书面确认书。）

# 中 华 人 民 共 和 国 国 家 知 识 产 权 局

| | 发文日期 |
|---|---|
| 邮政编码：515535<br>　　广东省揭东县玉湖镇郑厝村<br><br>　　魏湘斌 | 2007 年 3 月 28 日 |

申请号或专利号：2006301244480 ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

申请人或专利权人：魏湘斌

发明创造名称：盘子(KJ-02)

## 视 为 未 提 出 通 知 书

　　上述专利申请或专利，申请人或专利权人于<u>2006-11-06</u>提交的<u>著录项目变更申报书</u>，因下列原因该文件视为未提出：

☐未使用专利局统一制定的表格。

☐未在专利法实施细则第九十七条规定的期限内缴纳或者缴足相应费用。

☐缺申请人或者专利代理机构的签章　☐申请人在两个以上，缺全体申请人签章。

☐上述专利申请已委托专利代理机构，应由专利代理机构签章。

☐申请人或专利代理机构签章与请求书中不一致。

☐发明创造名称与请求书中不一致。

☐缺　☐著录项目变更理由　☐全体申请人同意撤回专利申请　☐全体专利权人同意放弃专利权的证明材料。

☐缺变更后　☐权利人地址、邮政编码　☐联系人姓名、地址、邮政编码。

☐缺　☐专利代理机构辞去被委托声明　☐解除专利代理机构委托的解聘书。

☐一份文件同时涉及两个或两个以上申请(专利)案。

☐证明文件是复印件。

☐说明书　☐权利要求书　☐说明书附图的内容有修改，不符合专利法实施细则第五十一条规定。

☐未在专利局＿＿＿＿办理手续补正通知书的期限内答复。

☐未在专利局＿＿＿＿对审查意见通知书答复的补正通知书的期限内答复。

☐关于分案申请　☐递交日在专利法实施细则第五十四条第一款规定的期限届满之后。

☐原案申请　☐已经撤回　☐被视为撤回，且未被恢复权利　☐被驳回且已生效

☑未提交专利法实施细则规定的个人向外国人转让专利申请权或专利权的国务院有关主管部门颁发的《技术出口许可证》或者《自由出口技术合同登记证书》

　　申请人因不可抗拒的事由或者正当理由，延误期限造成权利丧失的，可以依据专利法实施细则第七条第一、第二款和第九十三条规定，请求恢复其权利，缴纳恢复手续费 1000 元。

　　本申请(或专利)处于☑初步审查☐实质审查☐授权☐复审程序，当事人应按提示在所递交文件上注

审查员：程云华　　　　　　　　　　　　审查部门：　外观设计审查部审查业务部

2007 年 3 月 13 日

# State Intellectual Property Office of the People's Republic of China

Wei Xiangbin
515535    Zhengcuo Village
Yuhu Town, Jiedong County
Guangdong Province

Date of Issuance:
28 March 2007

Application or Patent No.: 2006301244480    (barcode)
Applicant or Patent Holder: Wei Xiangbin
Name of Invention: Plate (KJ-02)

## Notification for Invalid Transfer Request

Referring to the above application or patent, the applicant's or patent holder's request for transfer on 6 Nov. 2006, is found invalid on ground that:

☐ the request was not in the uniform form by the State Intellectual Property Office (SIPO).

☐ no or inadequate payment was made within the time stipulated by Article 97 of the Rules for the Implementation of the Patent Law.

☐ no signature or seal of the applicant or agent    ☐ the number of applicants is two or more but signatures or seals are not in full.

☐ the application was entrusted to an agent, but there is no seal of this agent.

☐ signature or seal of the applicant or agent does not conform to that of the application.

☐ the name of invention does not conform to that of the application.

☐ it lacks: ☐the reason of transfer    ☐ agreement of all applicants to withdraw the patent application ☐ proof that all applicants have agreed to give up the patent.

☐ it lacks: ☐ the obligee's address and postal code after transfer    ☐ liaison person's name, address and postal code after transfer.

☐ it lacks: ☐ the entrusted agent's declaration to quit    ☐ dismiss letter to the entrusted agent.

☐ two or more cases of patent or application are involveed in one document;

☐ the proof is in photocopies.

☐ explanation letter ☐ rights claim letter ☐ attached picture    has contents changed and does not conform to Article 51 of the Rules for the Implementation of the Patent Law.

☐ no response has been made to SIPO within the period of Notification of Procedure Amendment.

☐ no response has been made to SIPO within the period of Notification of Review Comment.

☐ in case of split applications: ☐ the application exceeds the effective period stipulated by Item 1 in Article 54 of the Rules for the Implementation of the Patent Law.

☐ the application    ☐has been withdrawn    ☐ is regarded as withdrawn and the rights have not been restored ☐ is rejected and has come into force

■ there is no Technology Export Permit or Free Export of Technology Contract Registration Certificate issued by China's commerce administrative department under the State Council, which is stipulated by the Rules for the Implementation of the Patent Law, as a Chinese citizen transfers patent application rights or patent to a foreigner or foreign company.

Under the provisions of Item 1, 2 in Article 7 and Article 93 of the Rules for the Implementation of the Patent Law, if the applicant, due to force majeure or justified reasons, misses the deadline and loses the rights, he or she can request to restore the rights. The fee is RMB 1000.

State Intellectual Property Office of the People's Republic of China
(Sealed)
Inspector: Cheng Yunhua    of  Industrial Design Review Department
13 March 2007
Mail Address: Administrative Department of Patent Office of SIPO
100088   6 West Tuchen Road   Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| 邮政编码:100086<br>北京市海淀区北三环西路甲 30 号双天大厦 341<br><br>张延航 | 发文日期<br><br>2007 年 3 月 28 日 |
|---|---|

申请号或专利号:2006301244461

申请人或专利权人:魏湘斌

发明创造名称:盘子(KJ-04)

## 视 为 未 提 出 通 知 书

上述专利申请或专利,申请人或专利权人于 <u>2006 年 11 月 6 日</u>提交的否录项目变更申报书,因下列原因该文件视为未提出:

☐未使用专利局统一制定的表格。

☐未在专利法实施细则第九十七条规定的期限内缴纳或者缴足相应费用。

☐缺申请人或者专利代理机构的签章。 ☐申请人在两个以上,缺全体申请人签章。

☐上述专利申请已委托专利代理机构,应由专利代理机构签章。

☐申请人或专利代理机构签章与请求书中不一致。

☐发明创造名称与请求书中不一致。

☐缺 ☐著录项目变更理由 ☐全体申请人同意撤回专利申请 ☐全体专利权人同意放弃专利权的证明材料。

☐缺变更后 ☐权利人地址、邮政编码 ☐联系人姓名、地址、邮政编码。

☐缺 ☐专利代理机构辞去被委托声明 ☐解除专利代理机构委托的解聘书。

☐一份文件同时涉及两个或两个以上申请(专利)案。

☐证明文件是复印件。

☐说明书 ☐权利要求书 ☐说明书附图的内容有修改,不符合专利法实施细则第五十一条规定。

☐未在专利局＿＿＿＿＿＿办理手续补正通知书的期限内答复。

☐未在专利局＿＿＿＿＿＿对审查意见通知书答复的补正通知书的期限内答复。

☐关于分案申请 ☐递交日在专利法实施细则第五十四条第一款规定的期限届满之后。

☐原案申请 ☐已经撤回 ☐被视为撤回,且未被恢复权利 ☐被驳回并已生效

☑缺少国务院对外经济贸易主管部门会同国务院科学技术行政部门批准同意的证明文件。

申请人因不可抗拒的事由或者正当理由,延误期限造成权利丧失的,可以依照专利法实施细则第七条第一、第二款和第九十三条规定,请求恢复其权利,缴纳恢复权手续费 1000 元。

本申请(或专利)处于 ☐初步审查 ☐实质审查 ☑授权 ☐复审程序,答复补正应按照所处在所定文件上注明相应审查程序。

审查员:徐婷妍

审查部门: 外观设计处

2007 年 3 月 16 日

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
28 March 2007

Application or Patent No.: 2006301244461   (barcode)
Applicant or Patent Holder: Wei Xiangbin
Name of Invention: Plate (KJ-04)

## Notification for Invalid Transfer Request

Referring to the above application or patent, the applicant's or patent holder's request for transfer on 6 Nov. 2006, is found invalid on ground that:

☐ the request was not in the uniform form by the State Intellectual Property Office (SIPO).

☐ no or inadequate payment was made within the time stipulated by Article 97 of the Rules for the Implementation of the Patent Law.

☐ no signature or seal of the applicant or agent    ☐ the number of applicants is two or more but signatures or seals are not in full.

☐ the application was entrusted to an agent, but there is no seal of this agent.

☐ signature or seal of the applicant or agent does not conform to that of the application.

☐ the name of invention does not conform to that of the application.

☐ it lacks: ☐the reason of transfer   ☐ agreement of all applicants to withdraw the patent application   ☐ proof that all applicants have agreed to give up the patent.

☐ it lacks: ☐ the obligee's address and postal code after transfer    ☐ liaison person's name, address and postal code after transfer.

☐ it lacks: ☐ the entrusted agent's declaration to quit   ☐ dismiss letter to the entrusted agent.

☐ two or more cases of patent or application are involveed in one document;

☐ the proof is in photocopies.

☐ explanation letter ☐ rights claim letter ☐ attached picture   has contents changed and does not conform to Article 51 of the Rules for the Implementation of the Patent Law.

☐ no response has been made to SIPO within the period of Notification of Procedure Amendment.

☐ no response has been made to SIPO within the period of Notification of Review Comment.

☐ in case of split applications:  ☐ the application exceeds the effective period stipulated by Item 1 in Article 54 of the Rules for the Implementation of the Patent Law.

☐ the application   ☐has been withdrawn   ☐ is regarded as withdrawn and the rights have not been restored ☐ is rejected and has come into force

■ the transfer lacks a joint permit by China's foreign trade administrative department and science & technology administrative department under the State Council.

Under the provisions of Item 1, 2 in Article 7 and Article 93 of the Rules for the Implementation of the Patent Law, if the applicant, due to force majeure or justified reasons, misses the deadline and loses the rights, he or she can request to restore the rights. The fee is RMB 1000.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector: Xu Tingyan      of   Industrial Design Review Department
16 March 2007
Mail Address: Administrative Department of Patent Office of SIPO
100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China

# 中 华 人 民 共 和 国 国 家 知 识 产 权 局

| | |
|---|---|
| 邮政编码：100086<br>北京市海淀区北三环西路甲 30 号双天大厦 341<br><br>张延航 | 发文日期<br><br>2007 年 4 月 4 日 |
| 申请号或专利号：2006301244457 ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | |
| 申请人或专利权人：魏湘斌 | |
| 发明创造名称：盘子(KJ-07) | |

## 视 为 未 提 出 通 知 书

上述专利申请或专利，申请人或专利权人于2006 年 11 月 6 日提交的著录项目变更申报书，因下列原因该文件视为未提出：

☐ 未使用专利局统一制定的表格。

☐ 未在专利法实施细则第九十七条规定的期限内缴纳或者缴足相应费用。

☐ 缺申请人或者专利代理机构的签章。☐ 申请人在两个以上，缺全体申请人签章。

☐ 上述专利申请已委托专利代理机构，应由专利代理机构签章。

☐ 申请人或专利代理机构签章与请求书中不一致。

☐ 发明创造名称与请求书中不一致。

☐ 缺 ☐ 著录项目变更理由 ☐ 全体申请人同意撤回专利申请 ☐ 全体专利权人同意放弃专利权的证明材料。

☐ 缺变更后 ☐ 权利人地址、邮政编码 ☐ 联系人姓名、地址、邮政编码。

☐ 缺 ☐ 专利代理机构辞去被委托声明 ☐ 解除专利代理机构委托的解聘书。

☐ 一份文件同时涉及两个或两个以上申请(专利)案。

☐ 证明文件是复印件。

☐ 说明书 ☐ 权利要求书 ☐ 说明书附图的内容有修改，不符合专利法实施细则第五十一条规定。

☐ 未在专利局 _____ 办理手续补正通知书的期限内答复。

☐ 未在专利局 _____ 对审查意见通知书答复的补正通知书的期限内答复。

☐ 关于分案申请，递交日在专利法实施细则第五十四条第一款规定的期限届满之后。

☐ 原案申请 ☐ 已经撤回 ☐ 被视为撤回，且未被恢复权利 ☐ 被驳回并已生效

☑ 缺国务院对外经济贸易主管部门会同国务院科学技术行政部门批准同意的

申请人因不可抗拒的事由或者正当理由，延误期限造成权利丧失的，可以依照专利法实施细则第七条第一、第二款和第九十二条规定，请求恢复其权利，缴纳恢复手续费 1000 元。

本申请(或专利)处十 ☐ 初步审查 ☐ 实质审查 ☐ 授权 ☐ 复审程序，当事人应按 ____ 在所 ____ 文件上注明相应审查程序。

审查员：张霞

2007 年 3 月 19 日

审查部门：　外观设计 _____ 专利审查业务章

20111
2002.8 ‖‖‖‖‖‖‖‖ 回函请寄：100088 北京市海淀区蓟门桥西土城路 6 号　国家知识产权局专利局受理处收
（注，凡寄给审查员个人的信函或费用不具有法律效力）

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
4 April 2007

Application or Patent No.: 2006301244457   (barcode)
Applicant or Patent Holder: Wei Xiangbin
Name of Invention: Plate (KJ-07)

## Notification for Invalid Transfer Request

Referring to the above application or patent, the applicant's or patent holder's request for transfer on 6 Nov. 2006, is found invalid on ground that:

☐ the request was not in the uniform form by the State Intellectual Property Office (SIPO).

☐ no or inadequate payment was made within the time stipulated by Article 97 of the Rules for the Implementation of the Patent Law.

☐ no signature or seal of the applicant or agent       ☐ the number of applicants is two or more but signatures or seals are not in full.

☐ the application was entrusted to an agent, but there is no seal of this agent.

☐ signature or seal of the applicant or agent does not conform to that of the application.

☐ the name of invention does not conform to that of the application.

☐ it lacks: ☐the reason of transfer   ☐ agreement of all applicants to withdraw the patent application  ☐ proof that all applicants have agreed to give up the patent.

☐ it lacks: ☐ the obligee's address and postal code after transfer       ☐ liaison person's name, address and postal code after transfer.

☐ it lacks: ☐ the entrusted agent's declaration to quit   ☐ dismiss letter to the entrusted agent.

☐ two or more cases of patent or application are involveed in one document;

☐ the proof is in photocopies.

☐ explanation letter ☐ rights claim letter ☐ attached picture   has contents changed and does not conform to Article 51 of the Rules for the Implementation of the Patent Law.

☐ no response has been made to SIPO within the period of Notification of Procedure Amendment.

☐ no response has been made to SIPO within the period of Notification of Review Comment.

☐ in case of split applications:  ☐ the application exceeds the effective period stipulated by Item 1 in Article 54 of the Rules for the Implementation of the Patent Law.

☐ the application   ☐has been withdrawn   ☐ is regarded as withdrawn and the rights have not been restored ☐ is rejected and has come into force

■ the transfer lacks a joint permit by China's foreign trade administrative department and science & technology administrative department under the State Council.

Under the provisions of Item 1, 2 in Article 7 and Article 93 of the Rules for the Implementation of the Patent Law, if the applicant, due to force majeure or justified reasons, misses the deadline and loses the rights, he or she can request to restore the rights. The fee is RMB 1000.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector:Zhang Xia       of   Industrial Design Review Department
19 March 2007
Mail Address: Administrative Department of Patent Office of SIPO
              100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China

2008- 5-28  15:08    SHANGHAI                                    P.1

# 中 华 人 民 共 和 国 国 家 知 识 产 权 局

| | |
|---|---|
| 邮政编码：100086<br>北京市海淀区北三环西路甲 30 号双天大厦 341<br><br>张延航 | 发文日期<br><br>2007 年 3 月 28 日 |

申请号或专利号：2006301244387　‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

申请人或专利权人：魏湘斌

发明创造名称：盆(KJ-11)

## 视 为 未 提 出 通 知 书

　　上述专利申请或专利，申请人或专利权人于 <u>2006-11-06</u> 提交的著录项目变更申报书，因下列原因该文件视为未提出：

☐ 未使用专利局统一制定的表格。

☐ 未在专利法实施细则第九十七条规定的期限内缴纳或者缴足相应费用。

☐ 缺申请人或者专利代理机构的签章 ☐ 申请人在两个以上，缺全体申请人签章。

☐ 上述专利申请已委托专利代理机构，应由专利代理机构签章。

☐ 申请人或专利代理机构签章与请求书中不一致。

☐ 发明创造名称与请求书中不一致。

☐ 缺 ☐ 著录项目变更理由 ☐ 全体申请人同意撤回专利申请 ☐ 全体专利权人同意放弃专利权的证明材料。

☐ 缺变更后 ☐ 权利人地址、邮政编码 ☐ 联系人姓名、地址、邮政编码。

☐ 缺 ☐ 专利代理机构辞去放委托声明 ☐ 解除专利代理机构委托的解聘书。

☐ 一份文件同时涉及两个或两个以上申请(专利)案。

☐ 证明文件处复印件。

☐ 说明书 ☐ 权利要求书 ☐ 说明书附图的内容有修改，不符合专利法实施细则第五十一条规定。

☐ 未在专利局 ＿＿＿＿办理手续补正通知书的期限内答复。

☐ 未在专利局 ＿＿＿＿对审查意见通知书签发的补正通知书的期限内答复。

☐ 关于分案申请 ☐ 递交日在专利法实施细则第五十四条第一款规定的期限届满之后。

☐ 原案申请 ☐ 已经撤回 ☐ 被视为撤回，且未被恢复权利 ☐ 按驳回并已生效。

☑ 未提交专利法实施细则规定的个人向外国人转让专利申请权或者专利权经国务院有关主管部门颁发的《技术出口许可证》或者《自由出口技术合同登记证书》

　　申请人因不可抗拒的事由或者正当理由，延误期限造成权利丧失的，可以根据专利法实施细则第七条第一、第二款和第九十二条规定，请求恢复其权利，缴纳恢复手续费 1000 元。

　　本申请(或专利)处于 ☑ 初步审查 ☐ 实质审查 ☐ 授权 ☐ 复审程序，当事人应按照提示在所递交文件上注

审查员：程云华　　　　　　　　　　　审查部门：　外观设计审查部分室

2007 年 3 月 16 日

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
28 March 2007

Application or Patent No.: 2006301244387    (barcode)
Applicant or Patent Holder: Wei Xiangbin
Name of Invention: Plate (KJ-11)

## Notification for Invalid Transfer Request

Referring to the above application or patent, the applicant's or patent holder's request for transfer on 6 Nov. 2006, is found invalid on ground that:

☐ the request was not in the uniform form by the State Intellectual Property Office (SIPO).

☐ no or inadequate payment was made within the time stipulated by Article 97 of the Rules for the Implementation of the Patent Law.

☐ no signature or seal of the applicant or agent    ☐ the number of applicants is two or more but signatures or seals are not in full.

☐ the application was entrusted to an agent, but there is no seal of this agent.

☐ signature or seal of the applicant or agent does not conform to that of the application.

☐ the name of invention does not conform to that of the application.

☐ it lacks: ☐the reason of transfer    ☐ agreement of all applicants to withdraw the patent application ☐ proof that all applicants have agreed to give up the patent.

☐ it lacks: ☐ the obligee's address and postal code after transfer    ☐ liaison person's name, address and postal code after transfer.

☐ it lacks: ☐ the entrusted agent's declaration to quit    ☐ dismiss letter to the entrusted agent.

☐ two or more cases of patent or application are involveed in one document;

☐ the proof is in photocopies.

☐ explanation letter ☐ rights claim letter ☐ attached picture    has contents changed and does not conform to Article 51 of the Rules for the Implementation of the Patent Law.

☐ no response has been made to SIPO within the period of Notification of Procedure Amendment.

☐ no response has been made to SIPO within the period of Notification of Review Comment.

☐ in case of split applications: ☐ the application exceeds the effective period stipulated by Item 1 in Article 54 of the Rules for the Implementation of the Patent Law.

☐ the application    ☐has been withdrawn    ☐ is regarded as withdrawn and the rights have not been restored ☐ is rejected and has come into force

■ there is no Technology Export Permit or Free Export of Technology Contract Registration Certificate issued by China's commerce administrative department under the State Council, which is stipulated by the Rules for the Implementation of the Patent Law, as a Chinese citizen transfers patent application rights or patent to a foreigner or foreign company.

Under the provisions of Item 1, 2 in Article 7 and Article 93 of the Rules for the Implementation of the Patent Law, if the applicant, due to force majeure or justified reasons, misses the deadline and loses the rights, he or she can request to restore the rights. The fee is RMB 1000.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector:Cheng Yunhua    of    Industrial Design Review Department
16 March 2007
Mail Address: Administrative Department of Patent Office of SIPO
        100088    6 West Tuchen Road    Jinmen Bridge    Haidian District    Beijing, China

# 中华人民共和国国家知识产权局

| 邮政编码: 100086<br>北京市北三环西路甲 30 号双天大厦 341<br><br>张延航 | 发文日期<br><br>2007 年 3 月 28 日 |
|---|---|
| 申请号或专利号: 2006301244368 ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | |
| 申请人或专利权人: 甄湘斌 | |
| 发明创造名称: 盘子(KJ-13) | |

## 视 为 未 提 出 通 知 书

上述专利申请或专利, 申请人或专利权人于 <u>2006 年 11 月 6 日</u>提交的<u>著录项目变更申报书</u>, 因下列原因该文件视为未提出:

☐ 未使用专利局统一制定的表格。

☐ 未在专利法实施细则第九十七条规定的期限内缴纳或者缴足相应费用。

☐ 缺申请人或者专利代理机构的签章  ☐ 申请人在两个以上, 缺全体申请人签字。

☐ 上述专利申请已委托专利代理机构, 应由专利代理机构签章。

☐ 申请人或专利代理机构签章与请求书中不一致。

☐ 发明创造名称与请求书中不一致。

☐ 缺 ☐ 著录项目变更理由 ☐ 全体申请人同意撤回专利申请 ☐ 全体专利权人同意放弃专利权的证明材料。

☐ 缺变更后 ☐ 权利人地址、邮政编码 ☐ 联系人姓名、地址、邮政编码。

☐ 缺 ☐ 专利代理机构辞去被委托声明 ☐ 解除专利代理机构委托的解聘书。

☐ 一份文件同时涉及两个或两个以上申请(专利)案。

☐ 证明文件是复印件。

☐ 说明书 ☐ 权利要求书 ☐ 说明书附图的内容有修改, 不符合专利法实施细则第五十一条规定。

☐ 未在专利局 _____ 办理手续补正通知书的期限内答复。

☐ 未在专利局 _____ 对审查意见通知书答复的补正通知书的期限内答复。

☐ 关于分案申请 ☐ 递交日在专利法实施细则第五十四条第一款规定的期限届满之后。

☐ 原案申请 ☐ 已经撤回 ☐ 被视为撤回, 且未被恢复权利 ☐ 被驳回并已生效。

☑ 缺少国务院对外经济贸易主管部门会同国务院科学技术行政部门批准同意转让的证明文件。

申请人因不可抗拒的事由或者正当理由, 延误期限造成权利丧失的, 可以根据专利法实施细则第七条第一、第二款和第九十三条规定, 请求恢复其权利, 缴纳恢复手续费 1000 元。

本申请(或专利)处于 ☐ 初步审查 ☐ 实质审查 ☑ 授权 ☐ 复审程序, 申请人应按照原在所注文件上注明相应审查程序。

审查员: 徐婷妍

2007 年 3 月 16 日

审查部门:    外观设计审查部

国函请寄: 100088 北京市海淀区蓟门桥西土城路 6 号   国家知识产权局专利局受理处收<br>(注: 凡寄给审查员个人的信函或费用不具有法律效力)

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
28 March 2007

Application or Patent No.: 2006301244368   (barcode)
Applicant or Patent Holder: Wei Xiangbin
Name of Invention: Plate (KJ-13)

## Notification for Invalid Transfer Request

Referring to the above application or patent, the applicant's or patent holder's request for transfer on 6 Nov. 2006, is found invalid on ground that:

☐ the request was not in the uniform form by the State Intellectual Property Office (SIPO).

☐ no or inadequate payment was made within the time stipulated by Article 97 of the Rules for the Implementation of the Patent Law.

☐ no signature or seal of the applicant or agent    ☐ the number of applicants is two or more but signatures or seals are not in full.

☐ the application was entrusted to an agent, but there is no seal of this agent.

☐ signature or seal of the applicant or agent does not conform to that of the application.

☐ the name of invention does not conform to that of the application.

☐ it lacks: ☐the reason of transfer  ☐ agreement of all applicants to withdraw the patent application  ☐ proof that all applicants have agreed to give up the patent.

☐ it lacks: ☐ the obligee's address and postal code after transfer    ☐ liaison person's name, address and postal code after transfer.

☐ it lacks: ☐ the entrusted agent's declaration to quit   ☐ dismiss letter to the entrusted agent.

☐ two or more cases of patent or application are involveed in one document;

☐ the proof is in photocopies.

☐ explanation letter ☐ rights claim letter ☐ attached picture   has contents changed and does not conform to Article 51 of the Rules for the Implementation of the Patent Law.

☐ no response has been made to SIPO within the period of Notification of Procedure Amendment.

☐ no response has been made to SIPO within the period of Notification of Review Comment.

☐ in case of split applications:  ☐ the application exceeds the effective period stipulated by Item 1 in Article 54 of the Rules for the Implementation of the Patent Law.

☐ the application  ☐has been withdrawn  ☐ is regarded as withdrawn and the rights have not been restored ☐ is rejected and has come into force

■ the transfer lacks a joint permit by China's foreign trade administrative department and science & technology administrative department under the State Council.

Under the provisions of Item 1, 2 in Article 7 and Article 93 of the Rules for the Implementation of the Patent Law, if the applicant, due to force majeure or justified reasons, misses the deadline and loses the rights, he or she can request to restore the rights. The fee is RMB 1000.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector:Xu Tingyan     of  Industrial Design Review Department
16 March 2007
Mail Address: Administrative Department of Patent Office of SIPO
           100088  6 West Tuchen Road  Jinmen Bridge   Haidian District   Beijing, China

# 中华人民共和国国家知识产权局

| | |
|---|---|
| 邮政编码:100086<br>北京市海淀区北二环西路甲30号双天大厦341<br><br>张延航 | 发文日期<br><br>2007 年 4 月 4 日 |

申请号或专利号:2006301244353

申请人或专利权人:魏相斌

发明创造名称:盆(KJ-15)

## 视 为 未 提 出 通 知 书

上述专利申请或专利,申请人或专利权人于2006 年 11 月 22 日提交的著录项目变更申报书,因下列原因 该文件视为未提出:

☐未使用专利局统一制定的表格。

☐未在专利法实施细则第九十七条规定的期限内缴纳或者缴足相应费用。

☐缺申请人或者专利代理机构的签章  ☐申请人在两个以上,缺全体申请人签章。

☐上述专利申请已委托专利代理机构,应由专利代理机构签章。

☐申请人或专利代理机构签章与请求书中不一致。

☐发明创造名称与请求书中不一致。

☐缺 ☐著录项目变更理由 ☐全体申请人同意撤回专利申请 ☐全体专利权人同意放弃专利权的证明材料。

☐缺变更后 ☐权利人地址、邮政编码 ☐联系人姓名、地址、邮政编码。

☐缺 ☐专利代理机构辞去被委托声明 ☐解除专利代理机构委托的解聘书。

☐一份文件同时涉及两个或两个以上申请(专利)案。

☐证明文件是复印件。

☐说明书 ☐权利要求书 ☐说明书附图的内容有修改,不符合专利法实施细则第五十一条规定。

☐未在专利局          办理手续补正通知书的期限内答复。

☐未在专利局          对审查意见通知书答复的补正通知书的期限内答复。

☐关于分案申请 ☐递交日在专利法实施细则第五十四条第一款规定的期限届满之后。

☐原案申请 ☐已经撤回 ☐被视为撤回,且未被恢复权利 ☐被驳回并已生效

☑缺因国务院对外经济贸易主管部门会同国务院科学技术行政部门批准同意的证明文件。

申请人因不可抗拒的事由或者正当理由,延误期限造成权利丧失的,可根据专利法实施细则第七条第一、第二款和第九十三条规定,请求恢复其权利,缴纳恢复费1000 元。

本申请(或专利)处于 ☐初步审查 ☐实质审查 ☐授权 ☐复审程序,当事人应按照在所递交文件上注明相应审查程序。

审查员:张院

2007 年 3 月 19 日

审查部门:    外观设计      专利审查业务章

# State Intellectual Property Office of the People's Republic of China

100086
Yanhang Zhang
341 Shuangtian Mansion
30 the North Third Ring Road West
Haidian District
Beijing, China

Date of Issuance:
4 April 2007

Application or Patent No.: 2006301244353    (barcode)
Applicant or Patent Holder: Wei Xiangbin
Name of Invention: Plate (KJ-15)

## Notification for Invalid Transfer Request

Referring to the above application or patent, the applicant's or patent holder's request for transfer on 6 Nov. 2006, is found invalid on ground that:

☐ the request was not in the uniform form by the State Intellectual Property Office (SIPO).

☐ no or inadequate payment was made within the time stipulated by Article 97 of the Rules for the Implementation of the Patent Law.

☐ no signature or seal of the applicant or agent      ☐ the number of applicants is two or more but signatures or seals are not in full.

☐ the application was entrusted to an agent, but there is no seal of this agent.

☐ signature or seal of the applicant or agent does not conform to that of the application.

☐ the name of invention does not conform to that of the application.

☐ it lacks: ☐the reason of transfer  ☐ agreement of all applicants to withdraw the patent application  ☐ proof that all applicants have agreed to give up the patent.

☐ it lacks: ☐ the obligee's address and postal code after transfer      ☐ liaison person's name, address and postal code after transfer.

☐ it lacks: ☐ the entrusted agent's declaration to quit  ☐ dismiss letter to the entrusted agent.

☐ two or more cases of patent or application are involveed in one document;

☐ the proof is in photocopies.

☐ explanation letter ☐ rights claim letter ☐ attached picture    has contents changed and does not conform to Article 51 of the Rules for the Implementation of the Patent Law.

☐ no response has been made to SIPO within the period of Notification of Procedure Amendment.

☐ no response has been made to SIPO within the period of Notification of Review Comment.

☐ in case of split applications: ☐ the application exceeds the effective period stipulated by Item 1 in Article 54 of the Rules for the Implementation of the Patent Law.

☐ the application  ☐has been withdrawn  ☐ is regarded as withdrawn and the rights have not been restored  ☐ is rejected and has come into force

■ the transfer lacks a joint permit by China's foreign trade administrative department and science & technology administrative department under the State Council.

Under the provisions of Item 1, 2 in Article 7 and Article 93 of the Rules for the Implementation of the Patent Law, if the applicant, due to force majeure or justified reasons, misses the deadline and loses the rights, he or she can request to restore the rights. The fee is RMB 1000.

State Intellectual Property Office of the People's Republic of China
(Sealed)

Inspector:Zhang Xia      of   Industrial Design Review Department
19 March 2007
Mail Address: Administrative Department of Patent Office of SIPO
100088   6 West Tuchen Road   Jinmen Bridge   Haidian District   Beijing, China



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:05116
              62 LEONE LANE                          DATE:SEP. 29, 2005
              CHESTER, NY 10918                      L/C NO.:I00367986

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS & BOXES | | FOB YANTIAN,CHINA | |
| K6178 - 000000 | (STONEWARE) | | | |
| MADE IN CHINA | | | | |
| | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K6178    000    000    457029 | | | |
| | TEMP-TATIONS 10" SCALLOPED BAKING DISH WITH ROOSTER VENT | | | |
| | | 6176 SETS | USD    4.55 /SET | USD    28100.80 |
| | | | TOTAL:    USD | 28100.80 |
| | EXTRA MAIL BOX FOR K6178 | 170 PCS | | |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 457029.


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT
CERAMIC:
    10" SCALLOPED BAKING DISH        USD    3.00
    ROOSTER VENT                     USD    0.75
HOLDER:
    10" SCALLOPED BAKING DISH        USD    0.80
        TOTAL:                       USD    4.55


1X40' CONTAINER NO.:    YMLU4876398        SEAL NO.: YML7315949
1X40' CONTAINER NO.:    YMLU4518305        SEAL NO.: YML7315941



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:05159
              62 LEONE LANE                         DATE:OCT. 20, 2005
              CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| K5814 - 039000 | (STONEWARE) | | | |
| MADE IN CHINA | | | | |
| K5814 - 113000 | | | | |
| MADE IN CHINA | | | | |
| K5814 - 396000 | QVC ITEM NO.  SKU  SKN  QVC PO | | | |
| MADE IN CHINA | K5814  039  000  462176 | | | |
| | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - EGGPLANT | | | |
| | | 1100 SETS | USD  15.22 /SET | USD  16742.00 |
| | QVC ITEM NO.  SKU  SKN  QVC PO | | | |
| | K5814  113  000  462176 | | | |
| | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - LIME | | | |
| | | 687 SETS | USD  15.22 /SET | USD  10456.14 |
| | QVC ITEM NO.  SKU  SKN  QVC PO | | | |
| | K5814  396  000  462176 | | | |
| | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - TANGERIN | | | |
| | | 963 SETS | USD  15.22 /SET | USD  14656.86 |
| | | | TOTAL:    USD | 41855.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 462176.
WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
       14" SQUARE BAKING DISH         USD    4.50
       10.5" COVERED OVAL DISH        USD    3.95
       5" SAUCER (4 PCS)              USD    1.60
       OIL,VINEGAR,SALT,PEPPER SET    USD    2.65
HOLDER:
       14" SQUARE BAKING DISH         USD    1.30
       10.5" COVERED OVAL DISH        USD    0.85
       OIL,VINEGAR,SALT,PEPPER SET    USD    0.37

       TOTAL:                         USD   15.22

| 1X45' CONTAINER NO.: | KKFU9067174 | SEAL NO.: CN69350 |
|---|---|---|
| 1X45' CONTAINER NO.: | KKFU9005423 | SEAL NO.: CN69349 |

 **KEEPJOY INDUSTRIAL CO., LIMITED**

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:05160
              62 LEONE LANE                          DATE:OCT 20, 2005
              CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| K5788 - 000000 MADE IN CHINA | CERAMICS (STONEWARE) | | FOB YANTIAN,CHINA | |
| | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K5788    000    000    462169 | | | |
| | TEMP-TATIONS CERAMIC AND RATTAN 12PC OLD WORLD OVENWARE SET | | | |
| | | 3639 SETS | USD   11.75 /SET | USD   42758.25 |
| | | | TOTAL:    USD | 42758.25 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 462169.
WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA
PRICE BREAKDOWN BY COMPONENT

CERAMIC:
    5 3/4" SQUARE BAKING DISH                USD    0.95
    7" OVAL BAKING DISH                      USD    1.40
    13" OVAL DIVIDED BAKING DISH             USD    2.55
    14" SQUARE BAKING DISH                   USD    3.15
HOLDER:
    5 3/4" SQUARE BAKING DISH                USD    0.40
    7" OVAL BAKING DISH                      USD    0.60
    13" OVAL DIVIDED BAKING DISH             USD    0.85
    14" SQUARE BAKING DISH                   USD    1.00
PLASTIC LID:
    5 3/4" SQUARE BAKING DISH                USD    0.10
    7" OVAL BAKING DISH                      USD    0.12
    13" OVAL DIVIDED BAKING DISH             USD    0.28
    14" SQUARE BAKING DISH                   USD    0.35
    TOTAL:                                   USD   11.75

| 1X40' HQ CONTAINER NO.: | CRXU9254895 | SEAL NO.: S678551 |
|---|---|---|
| 1X40' HQ CONTAINER NO.: | MOTU0111858 | SEAL NO.: S678511 |
| 1X40' HQ CONTAINER NO.: | CRXU9908754 | SEAL NO.: S678552 |



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687,      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:05181
62 LEONE LANE                          DATE:OCT. 30, 2005
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| | DECORATIVE CERAMIC ITEM | | FOB SHENZHEN,CHINA | | | |
| PO# 991133 | TEMP-TATIONS 5PC PROVANCE BAKEWARE SET | | | | | |
| | K5285-000000 | 50 SETS | USD | 11.47 /SET | USD | 573.50 |
| PO# 991134 | TEMP-TATIONS 6PC CERAMIC OLD WORLD HOSTESS SET | | | | | |
| | K6236-000000 | 54 SETS | USD | 4.35 /SET | USD | 234.90 |
| PO# 991138 | TEMP-TATIONS 6PC CERAMIC LISBEN HOSTESS SET | | | | | |
| | K1802-000000 | 54 SETS | USD | 4.35 /SET | USD | 234.90 |
| | | | **TOTAL:** | **USD** | | **1043.30** |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

K5285
<u>PRICE BREAKDOWN BY COMPONENT</u>
CERAMIC:          USD        8.07
HOLDER:          USD        3.40
_____
       TOTAL:      USD        11.47

K6236
<u>PRICE BREAKDOWN BY COMPONENT</u>
CERAMIC:          USD        4.35
_____
       TOTAL:      USD        4.35

K1802
<u>PRICE BREAKDOWN BY COMPONENT</u>
CERAMIC:          USD        4.35
_____
       TOTAL:      USD        4.35



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:   COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:05183
             62 LEONE LANE                          DATE:DEC. 08, 2005
             CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|
| | DECORATIVE CERAMIC ITEMS | | FOB SHEKOU,CHINA | | |
| N/M | WIRE HOLDERS | | | | |
| | K6178 WIRE HOLDER | 3000 PCS | USD   0.50 /PC | USD | 1500.00 |
| | K5285 | 48 SETS | USD  11.47 /SET | USD | 550.56 |
| | K5621 | 50 SETS | USD   9.64 /SET | USD | 482.00 |
| | | | TOTAL:    USD | | 2532.56 |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

1X20' CONTAINER NO.: KNLU3389746        SEAL NO.:PON4679321

# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG

Tel:0086-755-25128687    Fax:0086-755-25107011

E-mail: lily@keepjoy.com.cn

## COMMERCIAL INVOICE

| TO MESSER: | COORDINATED STRATEGIC ALLIANCE | INVOICE NO.:05095 |
| | 62 LEONE LANE | DATE:SEP. 09, 2005 |
| | CHESTER, NY 10918 | L/C NO.:I00366972 |

| MARKS &NOS | DESCRIPTION OF GOODS   QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | CERAMICS (STONEWARE) | FOB YANTIAN,CHINA | |
| K3131 - 202000 | | | |
| MADE IN CHINA | QVC ITEM NO.      SKU      SKN      QVC PO | | |
| K3131 - 044000 | K3131              202      000      447723 | | |
| MADE IN CHINA | TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET | | |
| K3131 - 016000 | WHITE                          1367 SETS    USD    7.85 /SET    USD    10730.95 | | |
| MADE IN CHINA | | | |
| K3131 - 011000 | QVC ITEM NO.      SKU      SKN      QVC PO | | |
| MADE IN CHINA | K3131              044      000      447723 | | |
| | TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET | | |
| | HUNTER GREEN              2052 SETS    USD    7.85 /SET    USD    16108.20 | | |
| | | | |
| | QVC ITEM NO.      SKU      SKN      QVC PO | | |
| | K3131              016      000      447723 | | |
| | TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET | | |
| | BURGUNDY                    1978 SETS    USD    7.85 /SET    USD    15527.30 | | |
| | | | |
| | QVC ITEM NO.      SKU      SKN      QVC PO | | |
| | K3131              011      000      447723 | | |
| | TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET | | |
| | BLUE                          1972 SETS    USD    7.85 /SET    USD    15480.20 | | |
| | | TOTAL:    USD | 57846.65 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 447723.

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT

| CERAMIC: | | |
|---|---|---|
| 5 3/4" SQUARE BAKER | USD | 0.80 |
| 5 3/4" SQUARE BAKER | USD | 0.80 |
| 12" SQUARE BAKER | USD | 1.75 |
| 13" SQUARE BAKER | USD | 2.00 |
| HOLDER: | | |
| 5 3/4" SQUARE BAKER | USD | 0.20 |
| 5 3/4" SQUARE BAKER | USD | 0.20 |
| 12" SQUARE BAKER | USD | 0.45 |
| 13" SQUARE BAKER | USD | 0.55 |
| PLASTIC LIDS: | | |
| 5 3/4" SQUARE BAKER | USD | 0.10 |
| 5 3/4" SQUARE BAKER | USD | 0.10 |
| 12" SQUARE BAKER | USD | 0.15 |
| 13" SQUARE BAKER | USD | 0.20 |
| PACKAGE: | USD | 0.55 |
| TOTAL: | USD | 7.85 |

1X40' HQ CONTAINER NO.: XINU8032828   SEAL NO.: YML7332195

1X45' CONTAINER NO.:   WFHU9000802   SEAL NO.: YML7335072

1X45' CONTAINER NO.:   UESU4822415   SEAL NO.: YML7332196



# KEEPJOY INDUSTRIAL CO., LIMITED

**Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.**
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE         INVOICE NO.:06009
62 LEONE LANE                       DATE:JUN. 28,2006
CHESTER, NY 10918

| MARKS & NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 469725 | (STONEWARE) | | | |
| ITEM# K6392 - 000000 | | | | |
| QTY.:  1 | | | | |
| MADE IN CHINA | QVC ITEM NO.    SKU     SKN      QVC PO | | | |
| | K6392         000     000      469725 | | | |
| | TEMP-TATIONS BLUE BRAID SET OF 4 CERAMIC & RATTAN DISH | | | |
| | | 1700 SETS | USD    11.00 /SET | USD    18700.00 |
| | | | TOTAL:    USD | 18700.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 469725.


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


<u>PRICE BREAKDOWN BY COMPONENT FOR K6392</u>
CERAMIC:
   8" BAKER X 4PC                    USD     7.00
WIRE/FERN HOLDER:
   8" BAKER X 4PC                    USD     2.80
PLASTIC LID:
   8" BAKER X 4PC                    USD     1.20
                                     USD     11.00

1X40' CONTAINER NO.:      TGHU4057275              SEAL NO.:     CT36286



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

## COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE       INVOICE NO.:06019
62 LEONE LANE                                    DATE:JAN. 22, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|
| | CERAMICS | | FOB SHENZHEN,CHINA | | |
| THE SHOPPING CHANNEL | | | | | |
| COASTAL SALES ASSOCIATES | | | | | |
| PO# 000756123 | | | | | |
| ITEM# | | | | | |
| ITEM DESCRIPTION: | DETAILS AS PER PO# 756123 | | | | |
| QTY.: | | | | | |
| MADE IN CHINA | | | | | |
| | TEMP-TATION 18PC CANDY STRIPE - TSC ONLY | | | | |
| | 345729 | 1200 SETS | USD   12.00 /SET | USD | 14400.00 |
| | TEMP-TATION 8PC CLASSIC RATTAN BLUE - TSC ONLY | | | | |
| | 345760 BLU NOSZ | 75 SETS | USD   8.50 /SET | USD | 637.50 |
| | TEMP-TATION 8PC CLASSIC RATTAN BURGUNDY - TSC ONLY | | | | |
| | 345760 BRG NOSZ | 75 SETS | USD   8.50 /SET | USD | 637.50 |
| | TEMP-TATION 8PC CLASSIC RATTAN HUNTER GREEN - TSC ONLY | | | | |
| | 345760 HGR NOSZ | 75 SETS | USD   8.50 /SET | USD | 637.50 |
| | TEMP-TATION 8PC CLASSIC RATTAN WHITE - TSC ONLY | | | | |
| | 345760 WHT NOSZ | 75 SETS | USD   8.50 /SET | USD | 637.50 |
| | TEMP-TATION 6PC CERAMIC/RATTAN FLORAL EMBROIDERY - TSC ONLY | | | | |
| | 345761 | 150 SETS | USD   10.40 /SET | USD | 1560.00 |
| | TEMP-TATION 4PC CERAMIC/RATTAN OLD WORLD - TSC ONLY | | | | |
| | 345762 | 150 SETS | USD   9.14 /SET | USD | 1371.00 |
| | | | TOTAL: | USD | 19881.00 |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

1X45' CONTAINER NO.: OOLU5428745       SEAL NO.:  K667083
1X20' CONTAINER NO.: OOLU3336871       SEAL NO.:  K668804



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06021

62 LEONE LANE        DATE:MAR. 30,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 477733 | (STONEWARE) | | | |
| ITEM# K5812 - 000000 | | | | |
| QTY.: 1 | | | | |
| MADE IN CHINA | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K5812    000    000    477733 | | | |
| TEMP-TATIONS FLORAL EMBROIDERY 6PC HANDPAINTED OVENWARE SET | | | | |
| | | 14500 SETS | USD   **10.40** /SET  USD | 150800.00 |
| | | | **TOTAL:**    **USD** | **150800.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS

IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE

ORDER NO 477733


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT

CERAMIC:

|  | 11" ROUND BAKER | USD | 3.38 |
|---|---|---|---|
| | 13" ROUND BAKER | USD | 5.07 |
| WIRE / FERN HOLDER: | | | |
| | 11" ROUND BAKER | USD | 0.85 |
| | 13" ROUND BAKER | USD | 1.10 |
| **TOTAL:** | | **USD** | **10.40** |

| 1X40' HQ CONTAINER NO.: | KKFU7419532 | SEAL NO.: | CT43001 |
|---|---|---|---|
| 1X40' HQ CONTAINER NO.: | KKFU7133791 | SEAL NO.: | CT39994 |
| 1X40' HQ CONTAINER NO.: | KLFU1972328 | SEAL NO.: | CT43072 |
| 1X40' HQ CONTAINER NO.: | KKFU7128542 | SEAL NO.: | CT48524 |
| 1X40' HQ CONTAINER NO.: | KLFU1984777 | SEAL NO.: | CT43073 |
| 1X40' HQ CONTAINER NO.: | KKFU7020692 | SEAL NO.: | CT43003 |

6X40' HQ CONTAINERS



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

## COMMERCIAL INVOICE

TO MESSER:   COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06029
             62 LEONE LANE                           DATE:APR. 18,2006
             CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 481320 | (STONEWARE) | | | |
| ITEM# K5285 - 000000 | | | | |
| QTY.:  1 | | | | |
| MADE IN CHINA | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K5285    000    000    481320 | | | |
| TEMP-TATIONS 5PC PROVANCE BAKEWARE SET | | | | |
| | | 5100 SETS USD | **11.47** /SET USD | 58497.00 |
| | | | TOTAL:    USD | 58497.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 481320


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT
CERAMIC:

| | | | |
|---|---|---|---|
| 11" SQUARE COVERED DISH | USD | 4.27 | |
| 16" BAKING DISH | USD | 3.80 | |
| WIRE/FERN HOLDER: | | | |
| 11" SQUARE COVERED DISH | USD | 1.50 | |
| 16" BAKING DISH | USD | 1.90 | |
| TOTAL: | USD | **11.47** | |

| | | | |
|---|---|---|---|
| 1X40' HQ CONTAINER NO.: | YMLU8008125 | SEAL NO.: YML7605348 | |
| 1X40' HQ CONTAINER NO.: | YMLU8201788 | SEAL NO.: YML7623187 | |
| 1X40' HQ CONTAINER NO.: | YMLU8274341 | SEAL NO.: YML7623188 | |
| 1X45'CONTAINER NO.: | WFHU9010626 | SEAL NO.: YML7623189 | |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06030
62 LEONE LANE        DATE:JUN. 06,2006
CHESTER, NY 10918

| MARKS & NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO#473550 | (STONEWARE) | | | |
| ITEM# K6400 - 000000 | | | | |
| QTY.: 1 | | | | |

MADE IN CHINA    QVC ITEM NO.    SKU    SKN    QVC PO
K6400    000    000    473550
TEMP-TATIONS FLORAL EMBROIDERY 9PC CERAMIC OVENWARE SET

|  | 5500 SETS | USD | 12.64 /SET  USD | 69520.00 |
|---|---|---|---|---|
| | | | TOTAL:    USD | 69520.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO. 473550.


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K6400
CERAMIC:

| | | |
|---|---|---|
| 9.5" SQUARE BAKER | USD | 1.95 |
| 12" SQUARE BAKER | USD | 2.85 |
| 14.5" SQUARE BAKER | USD | 3.79 |

WIRE/FERN HOLDER:

| | | |
|---|---|---|
| 9.5" SQUARE BAKER | USD | 0.95 |
| 12" SQUARE BAKER | USD | 1.25 |
| 14.5" SQUARE BAKER | USD | 1.85 |

|  | | |
|---|---|---|
| TOTAL: | USD | 12.64 |

1X40' HQ CONTAINER NO.:    TGHU7971324        SEAL NO.: YML7705799
1X40' HQ CONTAINER NO.:    WFHU5094378        SEAL NO.: YML7723691
1X40' HQ CONTAINER NO.:    YMLU8133657        SEAL NO.: YML7705798



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE INVOICE NO.:06031
62 LEONE LANE                    DATE:Apri. 28,2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 473555 | (STONEWARE) | | | |
| ITEM# K6401 - 000000 | | | | |
| QTY.: 1 | | | | |
| MADE IN CHINA | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K6401    000    000    473555 | | | |
| TEMP-TATIONS FLORAL EMBROIDERY 7PC CERAMIC OVENWARE SET | | | | |
| | | 5400 SETS | USD   11.85 /SET | USD   63990.00 |
| | | | TOTAL:    USD | 63990.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 473555 / 473559


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:
KEEJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT
CERAMIC:
    11" COVERED DISH        USD    4.68
    13" OVAL DISH            USD    3.92
WIRE/FERN HOLDER:
    11" COVERED DISH        USD    1.35
    13" OVAL DISH            USD    1.90
                            USD   11.85
1X40' CONTAINER NO.:                        SEAL NO.:
1X40' CONTAINER NO.:                        SEAL NO.:
1X40'HQ CONTAINER NO.:                      SEAL NO.:
1X40'HQ CONTAINER NO.:                      SEAL NO.:



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06051 & 06050

62 LEONE LANE                                        DATE:JUN. 21,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 489966 | (STONEWARE) | | | |
| ITEM# K6394 - 000000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| QTY.:  1 | K6394          000       000       489966 | | | |
| MADE IN CHINA | TEMP-TATIONS FIESTA 7PC CERAMIC OVENWARE SET | | | |
| | | 3800 SETS    USD | 10.92 /SET   USD | 41496.00 |
| PO# 489965 | | | | |
| ITEM# K6393 - 000000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| QTY.:  4 | K6393          000       000       489965 | | | |
| MADE IN CHINA | TEMP-TATIONS FIESTA 2PC HAND PAINTED CERAMIC BOWLS | | | |
| | | 1900 SETS    USD | 6.00 /SET  USD | 11400.00 |
| | **TOTAL:** | | **USD** | **52896.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 489966 & 489965


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K6394

    11" COVERED DISH    USD        3.95
    12" SQUARE DISH    USD        3.87
WIRE/FERN HOLDER:
    11" COVERED DISH    USD        1.35
    12" SQUARE DISH    USD        1.75
        TOTAL:    USD       10.92

PRICE BREAKDOWN BY COMPONENT FOR K6393

CERAMIC:
    7" BOWL              USD      2.50
    9" BOWL              USD      3.50
        TOTAL:       USD      6.00

1X45' CONTAINER NO.:    YMLU9503611        SEAL NO.:    YML7720141

1X45' CONTAINER NO.:    YMLU9500588        SEAL NO.:    YML7720296



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06062

62 LEONE LANE                DATE:JULY.28,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 490593 | (STONEWARE) | | | |
| ITEM# K3805 - 061000 | QVC ITEM NO. | SKU | SKN | QVC PO |
| QTY.: 4 | K3805 | 061 | 000 | 490593 |
| MADE IN CHINA | TEMP-TATIONS SET OF 2 OLD WORLD CERAMIC MIXING BOWLS | | | |
| | 10000 SETS | USD | 5.75 /SET | USD | 57500.00 |

|  | **TOTAL:** |  | **USD** | **57500.00** |
|---|---|---|---|---|

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO.: 490593

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT FOR K3805-061000

CERAMIC:

| | | |
|---|---|---|
| 6" BOWL | USD | 2.50 |
| 8" BOWL | USD | 3.25 |
| **TOTAL:** | **USD** | **5.75** |

1X40' HQ CONTAINER NO.:   TRLU5282835            SEAL NO.:  YML7793026

1X40' HQ CONTAINER NO.:   CRXU9841866            SEAL NO.:  YML7793025



# KEEPJOY INDUSTRIAL CO., LIMITED

**Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.**

Tel:0086-755-25128687     Fax:0086-755-25107011

E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE         INVOICE NO.:06063

62 LEONE LANE                          DATE:JULY.28,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 490610 | (STONEWARE) | | | |
| ITEM# K5798 - 000000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| QTY.:  1 | K5798    000    000    490610 | | | |
| MADE IN CHINA | TEMP-TATIONS CERAMIC & RATTAN 6PC VINEYARD OVEN-TO-TABLE | | | |
| | | 9200 SETS    USD | 9.30 /SET | USD    85560.00 |
| | **TOTAL:** | | **USD** | **85560.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO.:  490610


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:
KEEJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


<u>PRICE BREAKDOWN BY COMPONENT FOR K5798</u>
CERAMIC:

|  | | | |
|---|---|---|---|
| 11" BAKER | USD | 2.25 | |
| 13" BAKER | USD | 3.95 | |
| WIRE/FERN HOLDER: | | | |
| 11" BAKER | USD | 1.35 | |
| 13" BAKER | USD | 1.75 | |
| **TOTAL:** | **USD** | **9.30** | |


| | | | |
|---|---|---|---|
| 1X40'CONTAINER NO.: | KKFU1418293 | SEAL NO.: | CX62038 |
| 1X40'CONTAINER NO.: | KKFU1253064 | SEAL NO.: | CX45697 |
| 1X40'CONTAINER NO.: | TGHU4089101 | SEAL NO.: | CX62039 |
| 1X40'CONTAINER NO.: | KLFU1365617 | SEAL NO.: | CX59037 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:  06064
              62 LEONE LANE                            DATE:AUG. 02,2006
              CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS (STONEWARE) | | FOB YANTIAN,CHINA | |

PO# 490608
ITEM# K5666-000000
QTY.: 1
MADE IN CHINA

| | QVC ITEM NO. | SKU | SKN | QVC PO | |
|---|---|---|---|---|---|
| | K5666 | 000 | 000 | 490608 | |

TEMP-TATIONS CERAMIC & RATTAN 6PC ROUND SANTO MAURO OVEN-TO-TABLE

| | 6000 SETS | USD | 9.50 /SET | USD | 57000.00 |
|---|---|---|---|---|---|
| **TOTAL:** | | | **USD** | | **57000.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO.: 490608


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K5666
CERAMIC:
   8.5" ROUND BAKER          USD      2.50
   10.5" ROUND BAKER         USD      3.80
WIRE/FERN HOLDER:
   8.5" ROUND BAKER          USD      0.80
   10.5" ROUND BAKER         USD      1.30
PLASTIC LID:
   8.5" ROUND BAKER          USD      0.45
   10.5" ROUND BAKER         USD      0.65
     **TOTAL:**          **USD**      **9.50**


| 1X40' CONTAINER NO.: | YMLU4522748 | SEAL NO.: | YML7705810 |
|---|---|---|---|
| 1X40' HQ CONTAINER NO.: | YMLU8212334 | SEAL NO.: | YML7791865 |
| 1X40' HQ CONTAINER NO.: | TGHU8043618 | SEAL NO.: | YML7791866 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE    INVOICE NO.:06065
62 LEONE LANE    DATE:AUG.24,2006
CHESTER, NY 10918

| MARKS & NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 491672 | (STONEWARE) | | | |
| ITEM# K4164 - 000000 | | | | |
| QTY.: 1 | | | | |
| MADE IN CHINA | QVC ITEM NO. SKU SKN QVC PO | | | |
| | K4164 000 000 491672 | | | |
| | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/CERAMIC LIDS | | | |
| | | 4500 SETS | USD 10.00 /SET | USD 45000.00 |
| | | | TOTAL: | USD 45000.00 |

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT FOR  K4164
CERAMIC:
    11"  OVAL COVERED DISH    USD    3.40
    13"  OVAL COVERED DISH    USD    3.59
WIRE/FERN HOLDER:
    11"  OVAL COVERED DISH    USD    1.41
    13"  OVAL COVERED DISH    USD    1.60
                        USD    **10.00**

| | | | |
|---|---|---|---|
| 1X40HQ CONTAINER NO.: | GVCU5183555 | SEAL NO.: YML7818462 |
| 1X40HQ CONTAINER NO.: | YMLU6153510 | SEAL NO.: YML7818475 |
| 1X40'HQ CONTAINER NO.: | INKU6342208 | SEAL NO.: YML7818476 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06065 & 06079
              62 LEONE LANE                          DATE:  Aug. 17, 2006
              CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 491672 | (STONEWARE) | | | |
| ITEM# K4164 - 000000 | | | | |
| QTY.: 1 | | | | |
| MADE IN CHINA | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| | K4164   000   000   491672 | | | |
| | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/CERAMIC LIDS | | | |
| | | 5000 SETS | USD   10.00 /SET | USD   50000.00 |
| | DECORATIVE CERAMIC ITEMS | | | |
| | | 500 SETS | USD   10.00 /SET | USD   5000.00 |
| PO# 469726 | | | | |
| ITEM# K6391 - 000000 | | | | |
| QTY.: 1 | | | | |
| MADE IN CHINA | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| | K6391   000   000   469726 | | | |
| | TEMP-TATIONS BLUE BRAID 3PC CERAMIC SERVEWARE SET | | | |
| | | 2095 SETS | USD   8.50 /SET | 17807.50 |
| | | | TOTAL:   USD | 72807.50 |

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT FOR  K4164
CERAMIC:
       11"  OVAL COVERED DISH        USD      3.40
       13"  OVAL COVERED DISH        USD      3.59
WIRE/FERN HOLDER:
       11"  OVAL COVERED DISH        USD      1.41
       13"  OVAL COVERED DISH        USD      1.60
                                     USD     10.00
PRICE BREAKDOWN BY COMPONENT FOR  K6391
CERAMIC:
12.5" CHEESE PLATE                   USD    6.20
5.5" BUTTER KNIFE                    USD    1.20
WIRE HOLDER
12.5"CHEESE PLATE                    USD    1.10
         TOTAL:                      USD    8.50

| 1X40'HQ CONTAINER NO.: | TCNU9084060 | SEAL NO.: YML7667624 |
|---|---|---|
| 1X40'HQ CONTAINER NO.: | YMLU8102110 | SEAL NO.: YML7818519 |
| 1X40'HQ CONTAINER NO.: | TRLU8114964 | SEAL NO.: YML7818518 |
| 1X45' CONTAINER NO.: | UESU4823160 | SEAL NO.: YML7818490 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06066 & 06068
              62 LEONE LANE                          DATE:  SEP. 21, 2006
              CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 490607 | (STONEWARE) | | | |
| ITEM# K5660 - 172000 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| QTY.: 1 | K5660   172   000   490607 | | | |
| MADE IN CHINA TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE RED | | | | |
| | | 1000 SETS | USD   9.10 /SET | USD   9100.00 |
| | | | | |
| PO# 490607 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5660 - 012000 | K5660   012   000   490607 | | | |
| QTY.: 1 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLACK | | | |
| MADE IN CHINA | | 1080 SETS | USD   9.10 /SET | USD   9828.00 |
| | | | | |
| PO# 490607 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5660 - 011000 | K5660   011   000   490607 | | | |
| QTY.: 1 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLUE | | | |
| MADE IN CHINA | | 1120 SETS | USD   9.10 /SET | USD   10192.00 |
| | | | | |
| PO# 490607 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5660 - 061000 | K5660   061   000   490607 | | | |
| QTY.: 1 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE GREEN | | | |
| MADE IN CHINA | | 800 SETS | USD   9.10 /SET | USD   7280.00 |
| | | | | |
| PO# 490611 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5800-000000 | K5800   000   000   490611 | | | |
| QTY.: 1 | TEMP-TATIONS 4PC TUSCANY OVEN-TO-TABLE SET  W/ CERAMIC TRIVETS | | | |
| MADE IN CHINA | | 6000 SETS | USD   11.00 /SET | USD   66000.00 |

TOTAL:    USD    102400.00

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

**ATTACHMENT 1/1 FOR INVOICE NO.: 06066 & 06068**

PRICE BREAKDOWN BY COMPONENT FOR  K5660

CERAMIC:

| | | | |
|---|---|---|---|
| 10"OVAL BAKER | USD | 2.69 |
| 12"OVAL BAKER | USD | 3.80 |

WIRE/ FERN HOLDER:

| | | | |
|---|---|---|---|
| 10"OVAL BAKER | USD | 0.80 |
| 12"OVAL BAKER | USD | 1.10 |

PLASTIC LID:

| | | | |
|---|---|---|---|
| 10"OVAL BAKER | USD | 0.30 |
| 12"OVAL BAKER | USD | 0.41 |
| TOTAL: | **USD** | **9.10** |

PRICE BREAKDOWN BY COMPONENT FOR  K5800

CERAMIC:

| | | | |
|---|---|---|---|
| 10" SQUARE BAKER | USD | 4.04 |
| 12" SQUARE BAKER | USD | 4.20 |

CERAMIC /WIRE HOLDER:

| | | | |
|---|---|---|---|
| 10" SQUARE BAKER | USD | 1.36 |
| 12" SQUARE BAKER | USD | 1.40 |
| TOTAL: | **USD** | **11.00** |

| | | | |
|---|---|---|---|
| 1X40' CONTAINER NO.: | CRXU4580559 | SEAL NO.: | T355023 |
| 1X40'HQ CONTAINER NO.: | MOTU6429975 | SEAL NO.: | T359318 |
| 1X40'HQ CONTAINER NO.: | MOTU0222070 | SEAL NO.: | T362238 |
| 1X40'HQ CONTAINER NO.: | MOTU0436555 | SEAL NO.: | T362234 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:   COORDINATED STRATEGIC ALLIANCE          INVOICE NO.: 06069

62 LEONE LANE                               DATE:JULY.28,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 490594 | (STONEWARE) | | | |
| ITEM# K4213-000000 | QVC ITEM NO. | SKU | SKN | QVC PO |
| QTY.: 1 | K4213 | 000 | 000 | 490594 |
| MADE IN CHINA | TEMP-TATIONS CERAMIC & RATTAN 4-IN-1 FLORAL EMBROIDERY | | | |
| | | 3300 SETS | USD  10.00 /SET | USD  33000.00 |
| | **TOTAL:** | | **USD** | **33000.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS

IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE

ORDER NO.:  490594


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K4213

CERAMIC:

    4 X 7" SQUARE DISH          USD      7.48

WIRE/FERN HOLDER:

    4 X 7" SQUARE DISH          USD      1.42

PLASTIC LID:

    4 X 7" SQUARE DISH          USD      1.10

        **TOTAL:**              **USD   10.00**


| 1X45' CONTAINER NO.: | YMLU9522801 | SEAL NO.: | YML7793063 |
|---|---|---|---|
| 1X45' CONTAINER NO.: | WFHU9001814 | SEAL NO.: | YML7793062 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.: 06081

62 LEONE LANE                    DATE:JULY. 05,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| | CERAMICS STONEWARE | | FOB YANTIAN,CHINA | | | |
| PO# 493084 | QVC ITEM NO. | SKU | SKN | | QVC PO | |
| ITEM# K6405 - 000000 | K6405 | 000 | 000 | | 493084 | |
| QTY.:  1 | TEMP-TATIONS WILD GARDEN 9PC CERAMIC OVENWARE SET | | | | | |
| MADE IN CHINA | 3025 SETS | | USD | 11.27 /SET | USD | 34091.75 |
| | **TOTAL:** | | | | **USD** | **34091.75** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS

IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE

ORDER NO 493084


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


<u>PRICE BREAKDOWN BY COMPONENT FOR K6405</u>

CERAMIC:

| | | |
|---|---|---|
| 7" SQUARE BOWL | USD | 1.50 |
| 10" SQUARE BOWL | USD | 2.95 |
| 12" SQUARE BOWL | USD | 4.17 |

WIRE/FERN HOLDER:

| | | |
|---|---|---|
| 7" SQUARE BOWL | USD | 0.55 |
| 10" SQUARE BOWL | USD | 0.95 |
| 12" SQUARE BOWL | USD | 1.15 |
| TOTAL: | USD | **11.27** |

| 1X40' CONTAINER NO.: | CLHU4739222 | SEAL NO.: | YML7775716 |
|---|---|---|---|
| 1X40' CONTAINER NO.: | CLHU4739541 | SEAL NO.: | YML7705808 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE         INVOICE NO.:06091
              62 LEONE LANE                          DATE:Aug. 10, 2006
              CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOOD | QUANTITY | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| | CERAMICS | | | FOB YANTIAN,CHINA | | |
| PO# 4532011449 | BAKEWARE 6 PC RECTANGULAR SET GREEN | | | | | |
| ITEM# | 551728 GN 00 | 200 SETS | USD | 4.15 /SET | USD | 830.00 |
| QTY.: 2 | BAKEWARE 6 PC RECTANGULAR SET RED | | | | | |
| MADE IN CHINA | 551728 RD 00 | 300 SETS | USD | 4.15 /SET | USD | 1245.00 |
| | BAKEWARE 6 PC RECTANGULAR SET WHITE | | | | | |
| | 551728 WE 00 | 300 SETS | USD | 4.15 /SET | USD | 1245.00 |
| | BAKEWARE 6 PC OVAL SET GREEN | | | | | |
| | 551729 GN 00 | 70 SETS | USD | 4.15 /SET | USD | 290.50 |
| | BAKEWARE 6 PC OVAL SET RED | | | | | |
| | 551729 RD 00 | 100 SETS | USD | 4.15 /SET | USD | 415.00 |
| | BAKEWARE 6 PC OVAL SET WHITE | | | | | |
| | 551729 WE 00 | 70 SETS | USD | 4.15 /SET | USD | 290.50 |
| PO# 4532011450 | BAKEWARE 6 PC RECTANGULAR SET GREEN | | | | | |
| ITEM# | 551728 GN 00 | 300 SETS | USD | 4.15 /SET | USD | 1245.00 |
| QTY.: 2 | BAKEWARE 6 PC RECTANGULAR SET RED | | | | | |
| MADE IN CHINA | 551728 RD 00 | 300 SETS | USD | 4.15 /SET | USD | 1245.00 |
| | BAKEWARE 6 PC RECTANGULAR SET WHITE | | | | | |
| | 551728 WE 00 | 300 SETS | USD | 4.15 /SET | USD | 1245.00 |
| PO# 4532011450 | HOLLY DISH - UK | | | | | |
| ITEM# | 823864 | 1084 SETS | USD | 4.69 /SET | USD | 5083.96 |
| QTY.: 4 | | | | | | |
| MADE IN CHINA | | | | TOTAL: | USD | 13134.96 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 4532011449 & 4532011450

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT 551728 & 551729

| | | |
|---|---|---|
| CERAMIC : | USD | 3.20 |
| FERN HOLDER: | USD | 0.95 |
| TOTAL: | USD | 4.15 |

PRICE BREAKDOWN BY COMPONENT 823864

| | | |
|---|---|---|
| CERAMIC DISH: | USD | 3.24 |
| WIRE/FERN HOLDER: | USD | 1.45 |
| TOTAL: | USD | 4.69 |

1X40'        CONTAINER NO.: HJCU7547630          SEAL NO.: CH0931484



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK

Tel:0086-755-25128687     Fax:0086-755-25107011

E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:     COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06092
               62 LEONE LANE                           DATE:SEP. 07, 2006
               CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 4532011447 | HOLLY DISH - UK | | | |
| ITEM# 823864 | 823864 | 1300 SETS | USD    4.69 /SET | USD    6097.00 |
| QTY.: 4 | | | | |
| MADE IN CHINA | | | | |
| PO# 4532011552 | TEMP-TATIONS OLD WORD 4PC | | | |
| ITEM# 825472 | 825472 | 1000 SETS | USD    9.00 /SET | USD    9000.00 |
| QTY.: 1 | | | | |
| MADE IN CHINA | | | | |
| PO# 4532011552 | TEMP-TATIONS FLORAL EMBROIDERY 6PC SET | | | |
| ITEM# 825470 | 825470 | 1000 SETS | USD   10.40 /SET | USD   10400.00 |
| QTY.: 1 | | | | |
| MADE IN CHINA | | | | |
| | | | TOTAL:     USD | 25497.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 4532011447 & 4532011552.

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT 823864
CERAMIC:

| | | | |
|---|---|---|---|
| 11" OVAL BAKER | | USD | 3.24 |
| WIRE/FERN HOLDER: | | | |
| 11" OVAL BAKER | | USD | 1.45 |
| | Total: | USD | **4.69** |

PRICE BREAKDOWN BY COMPONENT 825472
CERAMIC:

| | | | |
|---|---|---|---|
| 10" OVAL BAKER | | USD | 2.63 |
| 12" OVAL BAKER | | USD | 3.72 |
| WIRE/FERN HOLDER: | | | |
| 10" OVAL BAKER | | USD | 0.80 |
| 12" OVAL BAKER | | USD | 1.10 |
| PLASTIC LID: | | | |
| 10" OVAL BAKER | | USD | 0.30 |
| 12" OVAL BAKER | | USD | 0.45 |
| TOTAL: | | | **9.00** |

PRICE BREAKDOWN BY COMPONENT 825470
CERAMIC:

| | | | |
|---|---|---|---|
| 11" ROUND BAKER | | USD | 3.38 |
| 13" ROUND BAKER | | USD | 5.07 |
| WIRE/FERN HOLDER: | | | |
| 11" ROUND BAKER | | USD | 0.85 |
| 13" ROUND BAKER | | USD | 1.10 |
| TOTAL: | | USD | **10.40** |

1X20' CONTAINER NO.:HJCU8182054               SEAL NO.:CH1124805
1X40' CONTAINER NO.:HJCU4009776               SEAL NO.:CH1139574



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687,     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:     COORDINATED STRATEGIC ALLIANCE          INVOICE NO.: 06203
62 LEONE LANE                                 DATE:AUG. 10, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| | DECORATIVE CERAMIC ITEM | | FOB SHENZHEN,CHINA | | | |
| PO# 991213 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE RED | | | | | |
| | K5660-172000 | 10 SETS | USD | 9.10 /SET | USD | 91.00 |
| | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLACK | | | | | |
| | K5660-012000 | 10 SETS | USD | 9.10 /SET | USD | 91.00 |
| | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLUE | | | | | |
| | K5660-011000 | 10 SETS | USD | 9.10 /SET | USD | 91.00 |
| | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE GREEN | | | | | |
| | K5660-061000 | 10 SETS | USD | 9.10 /SET | USD | 91.00 |
| PO# 991214 | TEMP-TATIONS 4PC TUSCANY OVEN-TO-TABLE SET W/ CERAMIC TRIVETS | | | | | |
| | K5800-000000 | 58 SETS | USD | 11.00 /SET | USD | 638.00 |
| PO# 991172 | TEMP-TATIONS BLUE BRAID 3PC CERAMIC SERVEWARE SET | | | | | |
| | K6391-000000 | 20 SETS | USD | 8.50 /SET | USD | 170.00 |
| | | | **TOTAL:** | **USD** | | **1172.00** |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

K5660
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
    10"OVAL BAKER              USD    2.69
    12"OVAL BAKER              USD    3.80
WIRE/ FERN HOLDER:
    10"OVAL BAKER              USD    0.80
    12"OVAL BAKER              USD    1.10
PLASTIC LID:
    10"OVAL BAKER              USD    0.30
    12"OVAL BAKER              USD    0.41
    TOTAL:                     **USD    9.10**

K5800
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
    10" SQUARE BAKER           USD    4.04
    12" SQUARE BAKER           USD    4.20
WIRE HOLDER:
    10" SQUARE BAKER                  1.36
    12" SQUARE BAKER           USD    1.40
    TOTAL:                     **USD   11.00**

K6391
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
    12.5" CHEESE PLATE         USD    6.20
    5.5" BUTTER KNIFE          USD    1.20
WIRE HOLDER
    12.5"CHEESE PLATE          USD    1.10
    TOTAL:                     **USD    8.50**



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25126687,    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

## COMMERCIAL INVOICE

TO MESSER:   COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06204
            62 LEONE LANE                            DATEJUL.27, 2006
            CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|
| | DECORATIVE CERAMIC ITEMS | | FOB SHENZHEN,CHINA | | |
| PO# 991211 | TEMP-TATIONS CERAMIC & RATTAN 4-IN-1 FLORAL EMBROIDERY | | | | |
| | K4213-000000 | 33 SETS | USD  10.00 /SET | USD | 330.00 |
| PO# 991210 | TEMP-TATIONS SET OF 2 OLD WORLD CERAMIC MIXING BOWLS | | | | |
| | K3805-061000 | 100 SETS | USD  5.75 /SET | USD | 575.00 |
| PO# 991212 | TEMP-TATIONS CERAMIC & RATTAN 6PC VINEYARD OVEN-TO-TABLE | | | | |
| | K5798-000000 | 92 SETS | USD  9.30 /SET | USD | 855.60 |
| PO# 991208 | TEMP-TATIONS CERAMIC & RATTAN 6 PC ROUND SANTO MAURO  OVEN-TO-TABLE | | | | |
| | K5666-000000 | 60 SETS | USD  9.50 /SET | USD | 570.00 |
| PO# 991215 | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/ CERAMIC LIDS | | | | |
| | K4164-000000 | 100 SETS | USD  10.00 /SET | USD | 1000.00 |
| PO# 991221 | TEMP-TATIONS WILD GARDEN 9PC CERAMIC OVENWARE SET | | | | |
| | K6405-000000 | 30 SETS | USD  11.27 /SET | USD | 338.10 |

TOTAL:   USD          3668.70

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

K4213
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
  4 X 7" SQUARE DISH          USD    7.48
WIRE/FERN HOLDER:
  4 X 7" SQUARE DISH          USD    1.42
PLASTIC LID:
  4 X 7" SQUARE DISH          USD    1.10
     TOTAL:                USD   10.00

K3805-061000
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
  6" BOWL                      USD    2.50
  8" BOWL                      USD    3.25
  TOTAL:                       USD    5.75

K5798
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
  11" BAKER                    USD    2.25
  13" BAKER                    USD    3.95
WIRE/FERN HOLDER:
  11" BAKER                    USD    1.35
  13" BAKER                    USD    1.75
    TOTAL:                   USD    9.30

ATTACHED 1/1 FOR INVOICE NO.:06204

K5666

PRICE BREAKDOWN BY COMPONENT

CERAMIC:

| | | | |
|---|---|---|---|
| 8.5" ROUND BAKER | | USD | 2.50 |
| 10.5" ROUND BAKER | | USD | 3.80 |

WIRE/FERN HOLDER:

| | | | |
|---|---|---|---|
| 8.5" ROUND BAKER | | USD | 0.80 |
| 10.5" ROUND BAKER | | USD | 1.30 |

PLASTIC LID:

| | | | |
|---|---|---|---|
| 8.5" ROUND BAKER | | USD | 0.45 |
| 10.5" ROUND BAKER | | USD | 0.55 |
| TOTAL: | | USD | 9.50 |

K4164

PRICE BREAKDOWN BY COMPONENT

CERAMIC:

| | | | |
|---|---|---|---|
| 11" OVAL COVERED DISH | | USD | 3.40 |
| 13" OVAL COVERED DISH | | USD | 3.59 |

WIRE/FERN HOLDER:

| | | | |
|---|---|---|---|
| 11" OVAL COVERED DISH | | USD | 1.41 |
| 13" OVAL COVERED DISH | | USD | 1.60 |
| | | USD | 10.00 |

K6405

PRICE BREAKDOWN BY COMPONENT

CERAMIC:

| | | | |
|---|---|---|---|
| 7" SQUARE BOWL | | USD | 1.50 |
| 10" SQUARE BOWL | | USD | 2.95 |
| 12" SQUARE BOWL | | USD | 4.17 |

WIRE/FERN HOLDER:

| | | | |
|---|---|---|---|
| 7" SQUARE BOWL | | USD | 0.55 |
| 10" SQUARE BOWL | | USD | 0.95 |
| 12" SQUARE BOWL | | USD | 1.15 |
| | TOTAL: | USD | 11.27 |

1X20'  Container No.:  CBHU3446385        Seal No.:  G45592