# Intellectual Property Rights Agreement

Party A: Keepjoy Industrial Co., Ltd.
Party B: Xiangbin Wei

This Agreement was entered into by and between Keepjoy Industrial Co., Ltd., (Hereafter the "Employer") and Xiangbin Wei (Hereafter the "Employee") on a mutually voluntary and beneficial basis as required by and in accordance with the Patent Law of People's Republic of China.

1. Term of the Contract:

This Agreement came into effect on January 1, 2004 and shall remain effective for the duration in which the Employee is employed by the Employer.

2. Position and Services

The Employee is hired by the Employer as engineer and production manager in the Company under the 10-year employment contract entered into between the parties. The services required of the Employee include supervising employees at the lower level, product design and engineering, and other corporate and administrative affairs as reasonably required of an employee in like position.

3. Rights, Duties and Liabilities

The Employee agreed that any works, designs, patents created by the Employee during his services for the Employer shall belong to the Employer as work-for-hire. The Employee may file patent applications for his works and designs as an individual on behalf of and for the benefits of the Employer as permitted under the Patent Law of the People's Republic of China. The Employee may transfer the rights to a patent application and/or patents to a third party if authorized by the Employer. The Employee shall incur liabilities to the Employer for any unauthorized transfer.

Party A: Keepjoy Industrial Co., Ltd.          Party B: Xiangbin Wei

By: _____                    _____
    *For and on behalf of*
    **KEEPJOY INDUSTRIAL CO., LIMITED**
    吉百家實業有限公司
    ........................................
    *Authorized Signature(s)*

Title: General Manager

Date: 2008.06.06                                Date: 2008.06.06

(Note: This document serves as a written confirmation of the Agreement entered into orally by and between the above two parties on January 1, 2004.)

# 知识产权协议

甲方： Keepjoy Industrial Co., Ltd.
乙方： 魏湘斌

本协议由 Keepjoy Industrial Co., Ltd. （以下称"雇主"）和魏湘斌（以下称"雇员"）根据中华人民共和国《专利法》，在自愿互利的基础上达成。

一、协议条件
本协议于 2004 年 1 月 1 日生效，在雇员受雇于雇主期间持续生效。

二、雇员职衔及职责
雇员受雇在雇主公司担任工程师和生产部经理，双方劳务合同期为十年。雇员的职责包括监管下级员工，负责产品的设计、制造、工程以及理应由本级别雇员负责的有关公司管理方面的事务。

三、权利和义务
雇员同意其在受雇期间所创造的所有的作品、设计、专利均为雇佣作品，属于雇主所有。根据中华人民共和国《专利法》，雇员可以代表并为了雇主利益，以个人名义为其作品和设计申请专利。经雇主授权，雇员可以向第三方转让专利及/或专利申请权。如转让未经许可，雇员须承担一切责任。

甲方： Keepjoy Industrial Co., Ltd.     乙方： Xiangbin Wei

For and on behalf of
KEEPJOY INDUSTRIAL CO., LIMITED
吉百家實業有限公司

签字：_____     _____
          Authorized Signature(s)

职位： 总经理

时间： 2008.06.06     时间： 2008.06.06

（备注：本文件系上述双方 2004 年 1 月 1 日口头协议的书面确认书。）

# KEEPJOY INDUSTRIAL CO., LTD.

## Patent Application Transfer Authorization

Keepjoy Industrial Co., Ltd.(The Company) hereby authorizes Mr. Xiangbin Wei, engineer and production manager of the Company, to transfer the rights to the patent applications as referenced below and take other measures necessary for such purposes. The Company understands that this may induce a third party to conduct business in reliance on such authorization and is willing to indemnify Mr. Xiangbin Wei against any liabilities or losses he might incur in connection with such authorization.

Patent Application No:

200630124449.5
200630124448.0
200630124447.6
200630124446.1
200630124443.8
200630124444.2
200630124445.7
200630124441.9
200630124440.4
200630124439.1
200630124438.7
200630124437.2
200630124436.8
200630124442.3
200630124435.3
200630124434.9
200630124450.8
200630124430.0
200630124433.4
200630124432.X
200630124431.5

Keepjoy Industrial Co., Ltd.

*For and on behalf of*
**KEEPJOY INDUSTRIAL CO., LIMITED**
吉百家實業有限公司

By: _____
    *Authorized Signature(s)*

Title: General Manager

Dated: 2008.06.06
(Note: This document serves as a written confirmation of oral authorization issued to Mr. Xiangbin Wei on September 15, 2006.)

# KEEPJOY INDUSTRIAL CO., LTD.

## 专利申请权转让授权书

  Keepjoy Industrial Co., Ltd.（本公司）兹正式授权本公司工程师兼生产部经理魏湘斌先生代表本公司转让以下 21 款专利申请权并处理相关事务。本公司知悉，上述授权可能引起第三方依据本授权实施交易，故愿意补偿魏湘斌先生因本授权书产生的相关的债务或损失。

专利申请号：

200630124449.5
200630124448.0
200630124447.6
200630124446.1
200630124443.8
200630124444.2
200630124445.7
200630124441.9
200630124440.4
200630124439.1
200630124438.7
200630124437.2
200630124436.8
200630124442.3
200630124435.3
200630124434.9
200630124450.8
200630124430.0
200630124433.4
200630124432.X
200630124431.5

Keepjoy Industrial Co., Limited
For and on behalf of
KEEPJOY INDUSTRIAL CO., LIMITED
吉百家實業有限公司

授权人签字：_____
Authorized Signature(s) 2008.06.06

职位：总经理

（备注：本文件系本公司 2006 年 9 月 15 日对魏湘斌先生的口头授权的书面确认书。）