

# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:05116
62 LEONE LANE                                        DATE:SEP. 29, 2005
CHESTER, NY 10918                                    L/C NO.:I00367986

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS & BOXES | | FOB YANTIAN,CHINA | |
| K6178 - 000000 MADE IN CHINA | (STONEWARE) | | | |
| | QVC ITEM NO.    SKU      SKN      QVC PO | | | |
| | K6178            000      000      457029 | | | |
| | TEMP-TATIONS 10" SCALLOPED BAKING DISH WITH ROOSTER VENT | | | |
| | | 6176 SETS | USD    4.55 /SET | USD    28100.80 |
| | | | TOTAL:    USD | 28100.80 |
| | EXTRA MAIL BOX FOR K6178        170 PCS | | | |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 457029.

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT
CERAMIC:
    10" SCALLOPED BAKING DISH          USD    3.00
    ROOSTER VENT                       USD    0.75
HOLDER:
    10" SCALLOPED BAKING DISH          USD    0.80
        TOTAL:                         USD    4.55

1X40' CONTAINER NO.:      YMLU4876398          SEAL NO.: YML7315949
1X40' CONTAINER NO.:      YMLU4518305          SEAL NO.: YML7315941



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:05159
62 LEONE LANE                                DATE:OCT. 20, 2005
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| K5814 - 039000 | (STONEWARE) | | | |
| MADE IN CHINA | | | | |
| K5814 - 113000 | | | | |
| MADE IN CHINA | | | | |
| K5814 - 396000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| MADE IN CHINA | K5814          039      000        462176 | | | |
| | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - EGGPLANT | | | |
| | | 1100 SETS | USD  15.22 /SET | USD  16742.00 |
| | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K5814          113      000        462176 | | | |
| | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - LIME | | | |
| | | 687 SETS | USD  15.22 /SET | USD  10456.14 |
| | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K5814          396      000        462176 | | | |
| | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - TANGERIN | | | |
| | | 963 SETS | USD  15.22 /SET | USD  14656.86 |
| | | | TOTAL:    USD | 41855.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 462176.
WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
MANUFACTURER'S NAME AND ADDRESS:
KEEJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA
PRICE BREAKDOWN BY COMPONENT
CERAMIC:

| | | | |
|---|---|---|---|
| 14" SQUARE BAKING DISH | USD | 4.50 | |
| 10.5" COVERED OVAL DISH | USD | 3.95 | |
| 5" SAUCER (4 PCS) | USD | 1.60 | |
| OIL,VINEGAR,SALT,PEPPER SET | USD | 2.65 | |

HOLDER:

| | | | |
|---|---|---|---|
| 14" SQUARE BAKING DISH | USD | 1.30 | |
| 10.5" COVERED OVAL DISH | USD | 0.85 | |
| OIL,VINEGAR,SALT,PEPPER SET | USD | 0.37 | |

| | | | |
|---|---|---|---|
| TOTAL: | USD | 15.22 | |

1X45' CONTAINER NO.:      KKFU9067174          SEAL NO.: CN69350
1X45' CONTAINER NO.:      KKFU9005423          SEAL NO.: CN69349



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:     COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:05160
62 LEONE LANE                                                      DATE:OCT 20, 2005
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| K5788 - 000000 MADE IN CHINA | CERAMICS (STONEWARE) | | FOB YANTIAN,CHINA | |
| | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K5788         000      000      462169 | | | |
| | TEMP-TATIONS CERAMIC AND RATTAN 12PC OLD WORLD OVENWARE SET | | | |
| | | 3639 SETS | USD   11.75 /SET | USD    42758.25 |
| | | | TOTAL:     USD | 42758.25 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 462169.
WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
MANUFACTURER'S NAME AND ADDRESS:
KEEJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA
PRICE BREAKDOWN BY COMPONENT
CERAMIC:

|  |  |  |
|---|---|---|
| 5 3/4" SQUARE BAKING DISH | USD | 0.95 |
| 7" OVAL BAKING DISH | USD | 1.40 |
| 13" OVAL DIVIDED BAKING DISH | USD | 2.55 |
| 14" SQUARE BAKING DISH | USD | 3.15 |

HOLDER:

|  |  |  |
|---|---|---|
| 5 3/4" SQUARE BAKING DISH | USD | 0.40 |
| 7" OVAL BAKING DISH | USD | 0.60 |
| 13" OVAL DIVIDED BAKING DISH | USD | 0.85 |
| 14" SQUARE BAKING DISH | USD | 1.00 |

PLASTIC LID:

|  |  |  |
|---|---|---|
| 5 3/4" SQUARE BAKING DISH | USD | 0.10 |
| 7" OVAL BAKING DISH | USD | 0.12 |
| 13" OVAL DIVIDED BAKING DISH | USD | 0.28 |
| 14" SQUARE BAKING DISH | USD | 0.35 |
| TOTAL: | USD | 11.75 |

1X40' HQ CONTAINER NO.:    CRXU9254895            SEAL NO.: S678551
1X40' HQ CONTAINER NO.:    MOTU0111858            SEAL NO.: S678511
1X40' HQ CONTAINER NO.:    CRXU9908754            SEAL NO.: S678552



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687,      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:05181
62 LEONE LANE                                       DATE:OCT. 30, 2005
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | DECORATIVE CERAMIC ITEM | | FOB SHENZHEN,CHINA | |
| PO# 991133 | TEMP-TATIONS 5PC PROVANCE BAKEWARE SET | | | |
| | K5285-000000 | 50 SETS | USD  11.47 /SET | USD  573.50 |
| PO# 991134 | TEMP-TATIONS 6PC CERAMIC OLD WORLD HOSTESS SET | | | |
| | K6236-000000 | 54 SETS | USD  4.35 /SET | USD  234.90 |
| PO# 991138 | TEMP-TATIONS 6PC CERAMIC LISBEN HOSTESS SET | | | |
| | K1802-000000 | 54 SETS | USD  4.35 /SET | USD  234.90 |
| | | | TOTAL:    USD | 1043.30 |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

K5285
PRICE BREAKDOWN BY COMPONENT
CERAMIC:        USD        8.07
HOLDER:         USD        3.40
_____
        TOTAL:  USD       11.47

K6236
PRICE BREAKDOWN BY COMPONENT
CERAMIC:        USD        4.35
        TOTAL:  USD        4.35

K1802
PRICE BREAKDOWN BY COMPONENT
CERAMIC:        USD        4.35
        TOTAL:  USD        4.35



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:05183
62 LEONE LANE                              DATE:DEC. 08, 2005
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| N/M | DECORATIVE CERAMIC ITEMS WIRE HOLDERS | | FOB SHEKOU,CHINA | |
| | K6178 WIRE HOLDER | 3000 PCS | USD   0.50 /PC | USD   1500.00 |
| | K5285 | 48 SETS | USD   11.47 /SET | USD   550.56 |
| | K5621 | 50 SETS | USD   9.64 /SET | USD   482.00 |
| | | | TOTAL:     USD | 2532.56 |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

1X20' CONTAINER NO.: KNLU3389746        SEAL NO.:PON4679321



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG

Tel:0086-755-25128687    Fax:0086-755-25107011

E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:05095
62 LEONE LANE                                        DATE:SEP. 09, 2005
CHESTER, NY 10918                                    L/C NO.:I00366972

| MARKS &NOS | DESCRIPTION OF GOODS  QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | CERAMICS (STONEWARE) | FOB YANTIAN,CHINA | |

K3131 - 202000
MADE IN CHINA  QVC ITEM NO.      SKU      SKN      QVC PO
K3131 - 044000  K3131           202      000      447723
MADE IN CHINA  TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET
K3131 - 016000  WHITE                    1367 SETS    USD    7.85 /SET    USD    10730.95
MADE IN CHINA
K3131 - 011000  QVC ITEM NO.      SKU      SKN      QVC PO
MADE IN CHINA  K3131           044      000      447723
TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET
HUNTER GREEN              2052 SETS    USD    7.85 /SET    USD    16108.20

QVC ITEM NO.      SKU      SKN      QVC PO
K3131           016      000      447723
TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET
BURGUNDY                 1978 SETS    USD    7.85 /SET    USD    15527.30

QVC ITEM NO.      SKU      SKN      QVC PO
K3131           011      000      447723
TEMP-TATIONS CERAMIC AND RATTAN 8PC RECTANGULAR BAKE AND SERVE SET
BLUE                     1972 SETS    USD    7.85 /SET    USD    15480.20

                                            TOTAL:    USD        57846.65

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 447723.
WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.
MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA
PRICE BREAKDOWN BY COMPONENT
CERAMIC:

| | | |
|---|---|---|
| 5 3/4" SQUARE BAKER | USD | 0.80 |
| 5 3/4" SQUARE BAKER | USD | 0.80 |
| 12" SQUARE BAKER | USD | 1.75 |
| 13" SQUARE BAKER | USD | 2.00 |

HOLDER:

| | | |
|---|---|---|
| 5 3/4" SQUARE BAKER | USD | 0.20 |
| 5 3/4" SQUARE BAKER | USD | 0.20 |
| 12" SQUARE BAKER | USD | 0.45 |
| 13" SQUARE BAKER | USD | 0.55 |

PLASTIC LIDS:

| | | |
|---|---|---|
| 5 3/4" SQUARE BAKER | USD | 0.10 |
| 5 3/4" SQUARE BAKER | USD | 0.10 |
| 12" SQUARE BAKER | USD | 0.15 |
| 13" SQUARE BAKER | USD | 0.20 |
| PACKAGE: | USD | 0.55 |
| TOTAL: | USD | 7.85 |

1X40' HQ CONTAINER NO.: XINU8032828   SEAL NO.: YML7332195
1X45' CONTAINER NO.:   WFHU9000802  SEAL NO.: YML7335072
1X45' CONTAINER NO.:   UESU4822415  SEAL NO.: YML7332196



# KEEPJOY INDUSTRIAL CO., LIMITED

**Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.**
Tel:0086-755-25128687     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:     COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06009
62 LEONE LANE                              DATE:JUN. 28,2006
CHESTER, NY 10918

| MARKS & NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 469725 | (STONEWARE) | | | |
| ITEM# K6392 - 000000 | | | | |
| QTY.:  1 | | | | |
| MADE IN CHINA | QVC ITEM NO.      SKU      SKN      QVC PO | | | |
| | K6392               000      000          469725 | | | |
| | TEMP-TATIONS BLUE BRAID SET OF 4 CERAMIC & RATTAN DISH | | | |
| | | 1700 SETS | USD    11.00 /SET | USD    18700.00 |
| | | | TOTAL: | USD    18700.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 469725.


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K6392
CERAMIC:

|  | | |
|---|---|---|
| 8" BAKER X 4PC | USD | 7.00 |

WIRE/FERN HOLDER:

|  | | |
|---|---|---|
| 8" BAKER X 4PC | USD | 2.80 |

PLASTIC LID:

|  | | |
|---|---|---|
| 8" BAKER X 4PC | USD | 1.20 |
| | USD | 11.00 |

1X40' CONTAINER NO.:     TGHU4057275          SEAL NO.:     CT36286



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER: COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06019
62 LEONE LANE                                                          DATE:JAN. 22, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|
| | CERAMICS | | FOB SHENZHEN,CHINA | | |
| THE SHOPPING CHANNEL | | | | | |
| COASTAL SALES ASSOCIATES | | | | | |
| PO# 000756123 | | | | | |
| ITEM# | | | | | |
| ITEM DESCRIPTION: | DETAILS AS PER PO# 756123 | | | | |
| QTY.: | | | | | |
| MADE IN CHINA | | | | | |
| | TEMP-TATION 18PC CANDY STRIPE - TSC ONLY | | | | |
| | 345729 | 1200 SETS | USD | 12.00 /SET | USD   14400.00 |
| | TEMP-TATION 8PC CLASSIC RATTAN BLUE - TSC ONLY | | | | |
| | 345760 BLU NOSZ | 75 SETS | USD | 8.50 /SET | USD   637.50 |
| | TEMP-TATION 8PC CLASSIC RATTAN BURGUNDY - TSC ONLY | | | | |
| | 345760 BRG NOSZ | 75 SETS | USD | 8.50 /SET | USD   637.50 |
| | TEMP-TATION 8PC CLASSIC RATTAN HUNTER GREEN - TSC ONLY | | | | |
| | 345760 HGR NOSZ | 75 SETS | USD | 8.50 /SET | USD   637.50 |
| | TEMP-TATION 8PC CLASSIC RATTAN WHITE - TSC ONLY | | | | |
| | 345760 WHT NOSZ | 75 SETS | USD | 8.50 /SET | USD   637.50 |
| | TEMP-TATION 6PC CERAMIC/RATTAN FLORAL EMBROIDERY - TSC ONLY | | | | |
| | 345761 | 150 SETS | USD | 10.40 /SET | USD   1560.00 |
| | TEMP-TATION 4PC CERAMIC/RATTAN OLD WORLD - TSC ONLY | | | | |
| | 345762 | 150 SETS | USD | 9.14 /SET | USD   1371.00 |
| | | | | TOTAL: | USD   19881.00 |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

1X45' CONTAINER NO.: OOLU5428745          SEAL NO.:   K667083
1X20' CONTAINER NO.: OOLU3336871          SEAL NO.:   K668804



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06021

62 LEONE LANE                                        DATE:MAR. 30,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 477733 | (STONEWARE) | | | |
| ITEM# K5812 - 000000 | | | | |
| QTY.:  1 | | | | |
| MADE IN CHINA | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| | K5812    000    000    477733 | | | |
| TEMP-TATIONS FLORAL EMBROIDERY 6PC HANDPAINTED OVENWARE SET | | | | |
| | | 14500 SETS | USD   **10.40** /SET | USD    150800.00 |
| | | | **TOTAL:    USD** | **150800.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS

IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE

ORDER NO 477733


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT

CERAMIC:

      11" ROUND BAKER          USD    3.38

      13" ROUND BAKER          USD    5.07

WIRE / FERN HOLDER:

      11" ROUND BAKER          USD    0.85

      13" ROUND BAKER          USD    1.10

         **TOTAL:**          **USD    10.40**

| 1X40' HQ CONTAINER NO.: | KKFU7419532 | SEAL NO.: | CT43001 |
|---|---|---|---|
| 1X40' HQ CONTAINER NO.: | KKFU7133791 | SEAL NO.: | CT39994 |
| 1X40' HQ CONTAINER NO.: | KLFU1972328 | SEAL NO.: | CT43072 |
| 1X40' HQ CONTAINER NO.: | KKFU7128542 | SEAL NO.: | CT48524 |
| 1X40' HQ CONTAINER NO.: | KLFU1984777 | SEAL NO.: | CT43073 |
| 1X40' HQ CONTAINER NO.: | KKFU7020692 | SEAL NO.: | CT43003 |

6X40' HQ CONTAINERS



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

## COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06029

62 LEONE LANE                                       DATE:APR. 18,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS (STONEWARE) | | FOB YANTIAN,CHINA | |
| PO# 481320 | | | | |
| ITEM# K5285 - 000000 | | | | |
| QTY.: 1 | | | | |

MADE IN CHINA   QVC ITEM NO.      SKU      SKN        QVC PO

K5285            000      000        481320

TEMP-TATIONS 5PC PROVANCE BAKEWARE SET

5100 SETS  USD   **11.47** /SET  USD   58497.00

TOTAL:     USD      58497.00

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 481320


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT

CERAMIC:

| | | |
|---|---|---|
| 11" SQUARE COVERED DISH | USD | 4.27 |
| 16" BAKING DISH | USD | 3.80 |
| WIRE/FERN HOLDER: | | |
| 11" SQUARE COVERED DISH | USD | 1.50 |
| 16" BAKING DISH | USD | 1.90 |
| TOTAL: | USD | **11.47** |

1X40' HQ CONTAINER NO.:    YMLU8008125            SEAL NO.: YML7605348

1X40' HQ CONTAINER NO.:    YMLU8201788            SEAL NO.: YML7623187

1X40' HQ CONTAINER NO.:    YMLU8274341            SEAL NO.: YML7623188

1X45'CONTAINER NO.:      WFHU9010626            SEAL NO.: YML7623189



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06030
62 LEONE LANE        DATE:JUN. 06,2006
CHESTER, NY 10918

| MARKS & NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO#473550 | (STONEWARE) | | | |
| ITEM# K6400 - 000000 | | | | |
| QTY.:  1 | | | | |

MADE IN CHINA      QVC ITEM NO.      SKU        SKN          QVC PO
K6400              000        000          473550

TEMP-TATIONS FLORAL EMBROIDERY 9PC CERAMIC OVENWARE SET

|  | 5500 SETS | USD | 12.64 /SET USD | 69520.00 |
|---|---|---|---|---|
| | | | TOTAL:     USD | 69520.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO. 473550.


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K6400
CERAMIC:

| | | | |
|---|---|---|---|
| | 9.5" SQUARE BAKER | USD | 1.95 |
| | 12" SQUARE BAKER | USD | 2.85 |
| | 14.5" SQUARE BAKER | USD | 3.79 |
| WIRE/FERN HOLDER: | | | |
| | 9.5" SQUARE BAKER | USD | 0.95 |
| | 12" SQUARE BAKER | USD | 1.25 |
| | 14.5" SQUARE BAKER | USD | 1.85 |
| | TOTAL: | USD | 12.64 |

1X40' HQ CONTAINER NO.:      TGHU7971324          SEAL NO.: YML7705799
1X40' HQ CONTAINER NO.:      WFHU5094378          SEAL NO.: YML7723691
1X40' HQ CONTAINER NO.:      YMLU8133657          SEAL NO.:  YML7705798



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE  INVOICE NO.:06031
62 LEONE LANE  DATE:Apri. 28,2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 473555 | (STONEWARE) | | | |
| ITEM# K6401 - 000000 | | | | |
| QTY.: 1 | | | | |

| MADE IN CHINA | QVC ITEM NO. | SKU | SKN | QVC PO |
|---|---|---|---|---|
| | K6401 | 000 | 000 | 473555 |

TEMP-TATIONS FLORAL EMBROIDERY 7PC CERAMIC OVENWARE SET

| | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | 5400 SETS | USD  11.85 /SET | USD  63990.00 |
| | | TOTAL:  USD | 63990.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 473555 / 473559


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT
CERAMIC:

| | | | |
|---|---|---|---|
| 11" COVERED DISH | USD | 4.68 | |
| 13" OVAL DISH | USD | 3.92 | |
| WIRE/FERN HOLDER: | | | |
| 11" COVERED DISH | USD | 1.35 | |
| 13" OVAL DISH | USD | 1.90 | |
| | USD | 11.85 | |

1X40' CONTAINER NO.:  SEAL NO.:
1X40' CONTAINER NO.:  SEAL NO.:
1X40'HQ CONTAINER NO.:  SEAL NO.:
1X40'HQ CONTAINER NO.:  SEAL NO.:



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.:06051 & 06050

62 LEONE LANE        DATE:JUN. 21,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 489966 | (STONEWARE) | | | |
| ITEM# K6394 - 000000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| QTY.:  1 | K6394         000      000         489966 | | | |
| MADE IN CHINA | TEMP-TATIONS FIESTA 7PC CERAMIC OVENWARE SET | | | |
| | | 3800 SETS    USD    10.92 /SET   USD | | 41496.00 |
| PO# 489965 | | | | |
| ITEM# K6393 - 000000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| QTY.:  4 | K6393         000      000         489965 | | | |
| MADE IN CHINA | TEMP-TATIONS FIESTA 2PC HAND PAINTED CERAMIC BOWLS | | | |
| | | 1900 SETS    USD    6.00 /SET  USD | | 11400.00 |
| | **TOTAL:** | | **USD** | **52896.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 489966 & 489965


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K6394
   11" COVERED DISH    USD        3.95
   12" SQUARE DISH    USD        3.87
WIRE/FERN HOLDER:
   11" COVERED DISH    USD        1.35
   12" SQUARE DISH    USD        1.75
       TOTAL:    USD        10.92
PRICE BREAKDOWN BY COMPONENT FOR K6393
CERAMIC:
   7" BOWL            USD    2.50
   9" BOWL            USD    3.50
       TOTAL:    USD    6.00
1X45' CONTAINER NO.:    YMLU9503611        SEAL NO.:    YML7720141
1X45' CONTAINER NO.:    YMLU9500588        SEAL NO.:    YML7720296



# KEEPJOY INDUSTRIAL CO., LIMITED

**Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.**
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE         INVOICE NO.:06062
              62 LEONE LANE                          DATE:JULY.28,2006
              CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 490593 | (STONEWARE) | | | |
| ITEM# K3805 - 061000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| QTY.:  4 | K3805    061    000    490593 | | | |
| MADE IN CHINA | TEMP-TATIONS SET OF 2 OLD WORLD CERAMIC MIXING BOWLS | | | |
| | 10000 SETS    USD    5.75 /SET    USD | | | 57500.00 |
| | **TOTAL:** | | **USD** | **57500.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO.: 490593

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT FOR K3805-061000
CERAMIC:

| | | |
|---|---|---|
| 6" BOWL | USD | 2.50 |
| 8" BOWL | USD | 3.25 |
| **TOTAL:** | **USD** | **5.75** |

1X40' HQ CONTAINER NO.:   TRLU5282835           SEAL NO.: YML7793026
1X40' HQ CONTAINER NO.:   CRXU9841866           SEAL NO.: YML7793025



# KEEPJOY INDUSTRIAL CO., LIMITED

**Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.**

Tel:0086-755-25128687      Fax:0086-755-25107011

E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE            INVOICE NO.:06063

62 LEONE LANE                                DATE:JULY.28,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 490610 | (STONEWARE) | | | |
| ITEM# K5798 - 000000 | QVC ITEM NO.    SKU    SKN    QVC PO | | | |
| QTY.:  1 | K5798          000    000    490610 | | | |
| MADE IN CHINA | TEMP-TATIONS CERAMIC & RATTAN 6PC VINEYARD OVEN-TO-TABLE | | | |
| | | 9200 SETS    USD | 9.30 /SET  USD | 85560.00 |
| | **TOTAL:** | | **USD** | **85560.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO.:  490610

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

<u>PRICE BREAKDOWN BY COMPONENT FOR K5798</u>

| CERAMIC: | | |
|---|---|---|
| 11" BAKER | USD | 2.25 |
| 13" BAKER | USD | 3.95 |
| WIRE/FERN HOLDER: | | |
| 11" BAKER | USD | 1.35 |
| 13" BAKER | USD | 1.75 |
| **TOTAL:** | **USD** | **9.30** |

| 1X40'CONTAINER NO.: | KKFU1418293 | SEAL NO.: | CX62038 |
|---|---|---|---|
| 1X40'CONTAINER NO.: | KKFU1253064 | SEAL NO.: | CX45697 |
| 1X40'CONTAINER NO.: | TGHU4089101 | SEAL NO.: | CX62039 |
| 1X40'CONTAINER NO.: | KLFU1365617 | SEAL NO.: | CX59037 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687    Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

## COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:  06064
62 LEONE LANE                                         DATE:AUG. 02,2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS (STONEWARE) | | FOB YANTIAN,CHINA | |
| PO# 490608 | | | | |
| ITEM# K5666-000000 | | | | |
| QTY.: 1 | | | | |
| MADE IN CHINA | | | | |

| QVC ITEM NO. | SKU | SKN | QVC PO |
|---|---|---|---|
| K5666 | 000 | 000 | 490608 |

TEMP-TATIONS CERAMIC & RATTAN 6PC ROUND SANTO MAURO OVEN-TO-TABLE

| | QUANTITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|
| | 6000 SETS | USD    9.50 /SET | USD | 57000.00 |
| **TOTAL:** | | **USD** | | **57000.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO.: 490608


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K5666

| CERAMIC: | | |
|---|---|---|
| 8.5" ROUND BAKER | USD | 2.50 |
| 10.5" ROUND BAKER | USD | 3.80 |
| WIRE/FERN HOLDER: | | |
| 8.5" ROUND BAKER | USD | 0.80 |
| 10.5" ROUND BAKER | USD | 1.30 |
| PLASTIC LID: | | |
| 8.5" ROUND BAKER | USD | 0.45 |
| 10.5" ROUND BAKER | USD | 0.65 |
| **TOTAL:** | **USD** | **9.50** |

| | | | |
|---|---|---|---|
| 1X40' CONTAINER NO.: | YMLU4522748 | SEAL NO.: | YML7705810 |
| 1X40' HQ CONTAINER NO.: | YMLU8212334 | SEAL NO.: | YML7791865 |
| 1X40' HQ CONTAINER NO.: | TGHU8043618 | SEAL NO.: | YML7791866 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:   COORDINATED STRATEGIC ALLIANCE      INVOICE NO.:06065
62 LEONE LANE                               DATE:AUG.24,2006
CHESTER, NY 10918

| MARKS & NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 491672 | (STONEWARE) | | | |
| ITEM# K4164 - 000000 | | | | |
| QTY.: 1 | | | | |
| MADE IN CHINA | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| | K4164   000   000   491672 | | | |
| | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/CERAMIC LIDS | | | |
| | | 4500 SETS | USD  10.00 /SET | USD  45000.00 |
| | | | TOTAL:   USD | 45000.00 |

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT FOR  K4164
CERAMIC:
    11"  OVAL COVERED DISH       USD       3.40
    13"  OVAL COVERED DISH       USD       3.59
WIRE/FERN HOLDER:
    11"  OVAL COVERED DISH       USD       1.41
    13"  OVAL COVERED DISH       USD       1.60
                         USD      **10.00**

| | | |
|---|---|---|
| 1X40HQ CONTAINER NO.:   GVCU5183555 | SEAL NO.: YML7818462 |
| 1X40HQ CONTAINER NO.:   YMLU6153510 | SEAL NO.: YML7818475 |
| 1X40'HQ CONTAINER NO.:   INKU6342208 | SEAL NO.: YML7818476 |



# KEEPJOY INDUSTRIAL CO., LIMITED

**Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.**
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:   COORDINATED STRATEGIC ALLIANCE      INVOICE NO.:06065 & 06079
62 LEONE LANE                                                    DATE:  Aug. 17, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 491672 | (STONEWARE) | | | |
| ITEM# K4164 - 000000 | | | | |
| QTY.:  1 | | | | |
| MADE IN CHINA | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| | K4164   000   000   491672 | | | |
| | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/CERAMIC LIDS | | | |
| | | 5000 SETS | USD   10.00 /SET | USD   50000.00 |
| | DECORATIVE CERAMIC ITEMS | | | |
| | | 500 SETS | USD   10.00 /SET | USD   5000.00 |
| PO# 469726 | | | | |
| ITEM# K6391 - 000000 | | | | |
| QTY.:  1 | | | | |
| MADE IN CHINA | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| | K6391   000   000   469726 | | | |
| | TEMP-TATIONS BLUE BRAID 3PC CERAMIC SERVEWARE SET | | | |
| | | 2095 SETS | USD   8.50 /SET | USD   17807.50 |
| | | | TOTAL:   USD | 72807.50 |

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT FOR  K4164
CERAMIC:

|  | | |
|---|---|---|
| 11"  OVAL COVERED DISH | USD | 3.40 |
| 13"  OVAL COVERED DISH | USD | 3.59 |
| WIRE/FERN HOLDER: | | |
| 11"  OVAL COVERED DISH | USD | 1.41 |
| 13"  OVAL COVERED DISH | USD | 1.60 |
| | USD | **10.00** |

PRICE BREAKDOWN BY COMPONENT FOR  K6391
CERAMIC:

|  | | |
|---|---|---|
| 12.5" CHEESE PLATE | USD | 6.20 |
| 5.5" BUTTER KNIFE | USD | 1.20 |
| WIRE HOLDER | | |
| 12.5"CHEESE PLATE | USD | 1.10 |
| TOTAL: | **USD** | 8.50 |

| 1X40'HQ CONTAINER NO.: | TCNU9084060 | SEAL NO.: YML7667624 |
|---|---|---|
| 1X40'HQ CONTAINER NO.: | YMLU8102110 | SEAL NO.: YML7818519 |
| 1X40'HQ CONTAINER NO.: | TRLU8114964 | SEAL NO.: YML7818518 |
| 1X45' CONTAINER NO.: | UESU4823160 | SEAL NO.: YML7818490 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06066 & 06068
62 LEONE LANE                                DATE:  SEP. 21, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS (STONEWARE) | | FOB YANTIAN,CHINA | |
| PO# 490607 | | | | |
| ITEM# K5660 - 172000 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| QTY.: 1 | K5660   172   000   490607 | | | |
| MADE IN CHINA | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE RED | | | |
| | | 1000 SETS | USD     9.10 /SET | USD     9100.00 |
| PO# 490607 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5660 - 012000 | K5660   012   000   490607 | | | |
| QTY.: 1 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLACK | | | |
| MADE IN CHINA | | 1080 SETS | USD     9.10 /SET | USD     9828.00 |
| PO# 490607 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5660 - 011000 | K5660   011   000   490607 | | | |
| QTY.: 1 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLUE | | | |
| MADE IN CHINA | | 1120 SETS | USD     9.10 /SET | USD     10192.00 |
| PO# 490607 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5660 - 061000 | K5660   061   000   490607 | | | |
| QTY.: 1 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE GREEN | | | |
| MADE IN CHINA | | 800 SETS | USD     9.10 /SET | USD     7280.00 |
| PO# 490611 | QVC ITEM NO.   SKU   SKN   QVC PO | | | |
| ITEM# K5800-000000 | K5800   000   000   490611 | | | |
| QTY.: 1 | TEMP-TATIONS 4PC TUSCANY OVEN-TO-TABLE SET  W/ CERAMIC TRIVETS | | | |
| MADE IN CHINA | | 6000 SETS | USD     11.00 /SET | USD     66000.00 |
| | | | TOTAL:     USD | 102400.00 |

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

**ATTACHMENT 1/1 FOR INVOICE NO.: 06066 & 06068**

<u>PRICE BREAKDOWN BY COMPONENT FOR  K5660</u>

CERAMIC:

| | | |
|---|---|---|
| 10"OVAL BAKER | USD | 2.69 |
| 12"OVAL BAKER | USD | 3.80 |

WIRE/ FERN HOLDER:

| | | |
|---|---|---|
| 10"OVAL BAKER | USD | 0.80 |
| 12"OVAL BAKER | USD | 1.10 |

PLASTIC LID:

| | | |
|---|---|---|
| 10"OVAL BAKER | USD | 0.30 |
| 12"OVAL BAKER | USD | 0.41 |
| TOTAL: | **USD** | **9.10** |

<u>PRICE BREAKDOWN BY COMPONENT FOR  K5800</u>

CERAMIC:

| | | |
|---|---|---|
| 10" SQUARE BAKER | USD | 4.04 |
| 12" SQUARE BAKER | USD | 4.20 |

CERAMIC /WIRE HOLDER:

| | | |
|---|---|---|
| 10" SQUARE BAKER | USD | 1.36 |
| 12" SQUARE BAKER | USD | 1.40 |
| TOTAL: | **USD** | **11.00** |

| | | | |
|---|---|---|---|
| 1X40' CONTAINER NO.: | CRXU4580559 | SEAL NO.: | T355023 |
| 1X40'HQ CONTAINER NO.: | MOTU6429975 | SEAL NO.: | T359318 |
| 1X40'HQ CONTAINER NO.: | MOTU0222070 | SEAL NO.: | T362238 |
| 1X40'HQ CONTAINER NO.: | MOTU0436555 | SEAL NO.: | T362234 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.
Tel:0086-755-25128687     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:   COORDINATED STRATEGIC ALLIANCE          INVOICE NO.: 06069
62 LEONE LANE                              DATE:JULY.28,2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 490594 | (STONEWARE) | | | |
| ITEM# K4213-000000 | QVC ITEM NO.  SKU  SKN  QVC PO | | | |
| QTY.: 1 | K4213  000  000  490594 | | | |
| MADE IN CHINA | TEMP-TATIONS CERAMIC & RATTAN 4-IN-1 FLORAL EMBROIDERY | | | |
| | | 3300 SETS  USD | 10.00 /SET  USD | 33000.00 |
| | **TOTAL:** | | **USD** | **33000.00** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO.:  490594

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT FOR K4213
CERAMIC:
    4 X 7" SQUARE DISH          USD      7.48
WIRE/FERN HOLDER:
    4 X 7" SQUARE DISH          USD      1.42
PLASTIC LID:
    4 X 7" SQUARE DISH          USD      1.10
        **TOTAL:**                **USD    10.00**

| 1X45' CONTAINER NO.: | YMLU9522801 | SEAL NO.: | YML7793063 |
|---|---|---|---|
| 1X45' CONTAINER NO.: | WFHU9001814 | SEAL NO.: | YML7793062 |



# KEEPJOY INDUSTRIAL CO., LIMITED

**Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK.**
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:     COORDINATED STRATEGIC ALLIANCE          INVOICE NO.: 06081

62 LEONE LANE                                                      DATE:JULY. 05,2006

CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS STONEWARE | | FOB YANTIAN,CHINA | |
| PO# 493084 | QVC ITEM NO. | SKU | SKN | QVC PO |
| ITEM# K6405 - 000000 | K6405 | 000 | 000 | 493084 |
| QTY.: 1 | TEMP-TATIONS WILD GARDEN 9PC CERAMIC OVENWARE SET | | | |
| MADE IN CHINA | 3025 SETS | USD 11.27 /SET | USD | 34091.75 |
| | **TOTAL:** | | **USD** | **34091.75** |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS

IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE

ORDER NO 493084


WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.


MANUFACTURER'S NAME AND ADDRESS:

KEEPJOY INDUSTRIAL CO., LIMITED

28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA


PRICE BREAKDOWN BY COMPONENT FOR K6405

CERAMIC:

    7" SQUARE BOWL       USD     1.50

    10" SQUARE BOWL      USD     2.95

    12" SQUARE BOWL      USD     4.17

WIRE/FERN HOLDER:

    7" SQUARE BOWL       USD     0.55

    10" SQUARE BOWL      USD     0.95

    12" SQUARE BOWL      USD     1.15

            TOTAL:     USD     **11.27**

| 1X40' CONTAINER NO.: | CLHU4739222 | SEAL NO.: | YML7775716 |
|---|---|---|---|
| 1X40' CONTAINER NO.: | CLHU4739541 | SEAL NO.: | YML7705808 |



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK
Tel:0086-755-25128687      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:      COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06091
                62 LEONE LANE                           DATE:Aug. 10, 2006
                CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 4532011449 | BAKEWARE 6 PC RECTANGULAR SET GREEN | | | |
| ITEM# | 551728 GN 00 | 200 SETS   USD | 4.15 /SET  USD | 830.00 |
| QTY.: 2 | BAKEWARE 6 PC RECTANGULAR SET RED | | | |
| MADE IN CHINA | 551728 RD 00 | 300 SETS   USD | 4.15 /SET  USD | 1245.00 |
| | BAKEWARE 6 PC RECTANGULAR SET WHITE | | | |
| | 551728 WE 00 | 300 SETS   USD | 4.15 /SET  USD | 1245.00 |
| | BAKEWARE 6 PC OVAL SET GREEN | | | |
| | 551729 GN 00 | 70 SETS   USD | 4.15 /SET  USD | 290.50 |
| | BAKEWARE 6 PC OVAL SET RED | | | |
| | 551729 RD 00 | 100 SETS   USD | 4.15 /SET  USD | 415.00 |
| | BAKEWARE 6 PC OVAL SET WHITE | | | |
| | 551729 WE 00 | 70 SETS   USD | 4.15 /SET  USD | 290.50 |
| | | | | |
| PO# 4532011450 | BAKEWARE 6 PC RECTANGULAR SET GREEN | | | |
| ITEM# | 551728 GN 00 | 300 SETS   USD | 4.15 /SET  USD | 1245.00 |
| QTY.: 2 | BAKEWARE 6 PC RECTANGULAR SET RED | | | |
| MADE IN CHINA | 551728 RD 00 | 300 SETS   USD | 4.15 /SET  USD | 1245.00 |
| | BAKEWARE 6 PC RECTANGULAR SET WHITE | | | |
| | 551728 WE 00 | 300 SETS   USD | 4.15 /SET  USD | 1245.00 |
| | | | | |
| PO# 4532011450 | HOLLY DISH - UK | | | |
| ITEM# | 823864 | 1084 SETS   USD | 4.69 /SET  USD | 5083.96 |
| QTY.: 4 | | | | |
| MADE IN CHINA | | | TOTAL:      USD | 13134.96 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 4532011449 & 4532011450

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT 551728 & 551729

| | | |
|---|---|---|
| CERAMIC : | USD | 3.20 |
| FERN HOLDER: | USD | 0.95 |
| TOTAL: | USD | 4.15 |

PRICE BREAKDOWN BY COMPONENT 823864

| | | |
|---|---|---|
| CERAMIC DISH: | USD | 3.24 |
| WIRE/FERN HOLDER: | USD | 1.45 |
| TOTAL: | USD | 4.69 |

1X40'          CONTAINER NO.: HJCU7547630          SEAL NO.: CH0931484



# KEEPJOY INDUSTRIAL CO., LIMITED

Flat 7A,7/F., Kimley Commercial Building,142-146 Queen's Road Central, HK

Tel:0086-755-25128687     Fax:0086-755-25107011

E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:     COORDINATED STRATEGIC ALLIANCE     INVOICE NO.:06092
62 LEONE LANE     DATE:SEP. 07, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CERAMICS | | FOB YANTIAN,CHINA | |
| PO# 4532011447 | HOLLY DISH - UK | | | |
| ITEM# 823864 | 823864 | 1300 SETS | USD    4.69 /SET | USD    6097.00 |
| QTY.: 4 | | | | |
| MADE IN CHINA | | | | |
| PO# 4532011552 | TEMP-TATIONS OLD WORD 4PC | | | |
| ITEM# 825472 | 825472 | 1000 SETS | USD    9.00 /SET | USD    9000.00 |
| QTY.: 1 | | | | |
| MADE IN CHINA | | | | |
| PO# 4532011552 | TEMP-TATIONS FLORAL EMBROIDERY 6PC SET | | | |
| ITEM# 825470 | 825470 | 1000 SETS | USD    10.40 /SET | USD    10400.00 |
| QTY.: 1 | | | | |
| MADE IN CHINA | | | | |
| | | | TOTAL:     USD | 25497.00 |

WE ARE STATING THAT THE MERCHANDISE SHIPPED AND BEING INVOICED IS
IN STRICT COMPLIANCE WITH ALL TERMS AND CONDITIONS OF PURCHASE
ORDER NO 4532011447 & 4532011552.

WE ARE STATING THAT THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

MANUFACTURER'S NAME AND ADDRESS:
KEEPJOY INDUSTRIAL CO., LIMITED
28E, WENJIN BLDG., CHUNFENG ROAD, LUOHU DISTRICT, SHENZHEN, CHINA

PRICE BREAKDOWN BY COMPONENT 823864
CERAMIC:
   11" OVAL BAKER                     USD     3.24
WIRE/FERN HOLDER:
   11" OVAL BAKER                     USD     1.45
            Total:     USD     **4.69**
PRICE BREAKDOWN BY COMPONENT 825472
CERAMIC:
   10" OVAL BAKER                     USD     2.63
   12" OVAL BAKER                     USD     3.72
WIRE/FERN HOLDER:
   10" OVAL BAKER                     USD     0.80
   12" OVAL BAKER                     USD     1.10
PLASTIC LID:
   10" OVAL BAKER                     USD     0.30
   12" OVAL BAKER                     USD     0.45
    TOTAL:                     **9.00**
PRICE BREAKDOWN BY COMPONENT 825470
CERAMIC:
   11" ROUND BAKER                     USD     3.38
   13" ROUND BAKER                     USD     5.07
WIRE/FERN HOLDER:
   11" ROUND BAKER                     USD     0.85
   13" ROUND BAKER                     USD     1.10
    TOTAL:                     USD     **10.40**

1X20' CONTAINER NO.:HJCU8182054                     SEAL NO.:CH1124805
1X40' CONTAINER NO.:HJCU4009776                     SEAL NO.:CH1139574



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25128687,     Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

# COMMERCIAL INVOICE

TO MESSER:    COORDINATED STRATEGIC ALLIANCE        INVOICE NO.: 06203
62 LEONE LANE        DATE:AUG. 10, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | DECORATIVE CERAMIC ITEM | | FOB SHENZHEN,CHINA | |
| PO# 991213 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE RED | | | |
| | K5660-172000 | 10 SETS | USD  9.10 /SET | USD  91.00 |
| | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLACK | | | |
| | K5660-012000 | 10 SETS | USD  9.10 /SET | USD  91.00 |
| | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLUE | | | |
| | K5660-011000 | 10 SETS | USD  9.10 /SET | USD  91.00 |
| | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE GREEN | | | |
| | K5660-061000 | 10 SETS | USD  9.10 /SET | USD  91.00 |
| PO# 991214 | TEMP-TATIONS 4PC TUSCANY OVEN-TO-TABLE SET W/ CERAMIC TRIVETS | | | |
| | K5800-000000 | 58 SETS | USD  11.00 /SET | USD  638.00 |
| PO# 991172 | TEMP-TATIONS BLUE BRAID 3PC CERAMIC SERVEWARE SET | | | |
| | K6391-000000 | 20 SETS | USD  8.50 /SET | USD  170.00 |
| | | | **TOTAL:**   **USD** | **1172.00** |

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

K5660
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
   10"OVAL BAKER      USD   2.69
   12"OVAL BAKER      USD   3.80
WIRE/ FERN HOLDER:
   10"OVAL BAKER      USD   0.80
   12"OVAL BAKER      USD   1.10
PLASTIC LID:
   10"OVAL BAKER      USD   0.30
   12"OVAL BAKER      USD   0.41
   TOTAL:      **USD   9.10**

K5800
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
   10" SQUARE BAKER   USD   4.04
   12" SQUARE BAKER   USD   4.20
WIRE HOLDER:
   10" SQUARE BAKER   1.36
   12" SQUARE BAKER   USD   1.40
   TOTAL:      **USD   11.00**

K6391
PRICE BREAKDOWN BY COMPONENT
CERAMIC:
   12.5" CHEESE PLATE  USD   6.20
   5.5" BUTTER KNIFE   USD   1.20
WIRE HOLDER
   12.5"CHEESE PLATE   USD   1.10
   TOTAL:      **USD   8.50**



# KEEPJOY INDUSTRIAL CO., LIMITED

RM. 801,8/F,DANNIES HOUSE,20 LUARD ROAD, WANCHAI,HONG KONG
Tel:0086-755-25126687,      Fax:0086-755-25107011
E-mail: lily@keepjoy.com.cn

## COMMERCIAL INVOICE

TO MESSER:  COORDINATED STRATEGIC ALLIANCE          INVOICE NO.:06204
62 LEONE LANE                          DATEJUL.27, 2006
CHESTER, NY 10918

| MARKS &NOS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|
| | DECORATIVE CERAMIC ITEMS | | FOB SHENZHEN,CHINA | | |
| PO# 991211 | TEMP-TATIONS CERAMIC & RATTAN 4-IN-1 FLORAL EMBROIDERY | | | | |
| | K4213-000000 | 33 SETS | USD 10.00 /SET | USD | 330.00 |
| PO# 991210 | TEMP-TATIONS SET OF 2 OLD WORLD CERAMIC MIXING BOWLS | | | | |
| | K3805-061000 | 100 SETS | USD 5.75 /SET | USD | 575.00 |
| PO# 991212 | TEMP-TATIONS CERAMIC & RATTAN 6PC VINEYARD OVEN-TO-TABLE | | | | |
| | K5798-000000 | 92 SETS | USD 9.30 /SET | USD | 855.60 |
| PO# 991208 | TEMP-TATIONS CERAMIC & RATTAN 6 PC ROUND SANTO MAURO OVEN-TO-TABLE | | | | |
| | K5666-000000 | 60 SETS | USD 9.50 /SET | USD | 570.00 |
| PO# 991215 | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/ CERAMIC LIDS | | | | |
| | K4164-000000 | 100 SETS | USD 10.00 /SET | USD | 1000.00 |
| PO# 991221 | TEMP-TATIONS WILD GARDEN 9PC CERAMIC OVENWARE SET | | | | |
| | K6405-000000 | 30 SETS | USD 11.27 /SET | USD | 338.10 |

TOTAL:   USD          3668.70

WE ARE STATING THAT SHIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL.

K4213
PRICE BREAKDOWN BY COMPONENT
CERAMIC:

| | | |
|---|---|---|
| 4 X 7" SQUARE DISH | USD | 7.48 |

WIRE/FERN HOLDER:

| | | |
|---|---|---|
| 4 X 7" SQUARE DISH | USD | 1.42 |

PLASTIC LID:

| | | |
|---|---|---|
| 4 X 7" SQUARE DISH | USD | 1.10 |
| TOTAL: | USD | 10.00 |

K3805-061000
PRICE BREAKDOWN BY COMPONENT
CERAMIC:

| | | |
|---|---|---|
| 6" BOWL | USD | 2.50 |
| 8" BOWL | USD | 3.25 |
| TOTAL: | USD | 5.75 |

K5798
PRICE BREAKDOWN BY COMPONENT
CERAMIC:

| | | |
|---|---|---|
| 11" BAKER | USD | 2.25 |
| 13" BAKER | USD | 3.95 |

WIRE/FERN HOLDER:

| | | |
|---|---|---|
| 11" BAKER | USD | 1.35 |
| 13" BAKER | USD | 1.75 |
| TOTAL: | USD | 9.30 |

K5666

PRICE BREAKDOWN BY COMPONENT

CERAMIC:

| | | | |
|---|---|---|---|
| 8.5" ROUND BAKER | | USD | 2.50 |
| 10.5" ROUND BAKER | | USD | 3.80 |
| WIRE/FERN HOLDER: | | | |
| 8.5" ROUND BAKER | | USD | 0.80 |
| 10.5" ROUND BAKER | | USD | 1.30 |
| PLASTIC LID: | | | |
| 8.5" ROUND BAKER | | USD | 0.45 |
| 10.5" ROUND BAKER | | USD | 0.65 |
| TOTAL: | | USD | 9.50 |

K4164

PRICE BREAKDOWN BY COMPONENT

CERAMIC:

| | | | |
|---|---|---|---|
| 11" OVAL COVERED DISH | | USD | 3.40 |
| 13" OVAL COVERED DISH | | USD | 3.59 |
| WIRE/FERN HOLDER: | | | |
| 11" OVAL COVERED DISH | | USD | 1.41 |
| 13" OVAL COVERED DISH | | USD | 1.60 |
| | | USD | 10.00 |

K6405

PRICE BREAKDOWN BY COMPONENT

CERAMIC:

| | | | |
|---|---|---|---|
| 7" SQUARE BOWL | | USD | 1.50 |
| 10" SQUARE BOWL | | USD | 2.95 |
| 12" SQUARE BOWL | | USD | 4.17 |
| WIRE/FERN HOLDER: | | | |
| 7" SQUARE BOWL | | USD | 0.55 |
| 10" SQUARE BOWL | | USD | 0.95 |
| 12" SQUARE BOWL | | USD | 1.15 |
| | TOTAL | USD | 11.27 |

| | | | | |
|---|---|---|---|---|
| 1X20' Container No.: | CBHU3446385 | | Seal No.: | G45592 |