| PO# | Item # | PO Qty | Shipped Qty | PO Dates | Inspection Date | Consolid. Date | Vessel Name | ETD | ETA |
|---|---|---|---|---|---|---|---|---|---|
| 477184 | K5788-000000 | 9000 | 9000 | 2006-3-30 | 2006-3-16 | 2006-3-23 | YM-SHANGHAI V.016E | 2006-3-29 | 2006-4-28 |
| 477725 | K5280-000000 | 9000 | 9000 | 2006-3-30 | 2006-3-16 | 2006-3-28 | YM-SOUTH V.082E | 2006-4-5 | 2006-5-2 |
| 477733 | K5812-000000 | 14500 | 14500 | 2006-3-30 | 2006-3-16 | 2006-3-28 | YM-SOUTH V.082E | 2006-4-5 | 2006-5-2 |
| 481320 | K5285-000000 | 5100 | 5100 | 2006-4-25 | N | 2006-4-19 | YM-HAMBURG-V.010E | 2006-4-26 | 2006-5-23 |
| 473550 | K6400-000000 | 5500 | 5500 | 2006-6-16 | N | 2006-6-5 | YM-NORTH V.086E | 2006-6-12 | 2006-7-7 |
| 473555 | K6401-000000 | 4500 | 4500 | 2006-5-15 | N | 2006-5-9 | APL-VIRGINIA-V.008E | 2006-5-15 | 2006-6-10 |
| 473559 | K4315-000000 | 6500 | 6500 | 2006-5-15 | N | 2006-5-9 | APL-VIRGINIA-V.008E | 2006-5-15 | 2006-6-10 |
| 489965 | K6393-000000 | 1900 | 1900 | 2006-6-25 | N | 2006-6-22 | YM-EAST V.084E | 2006-6-26 | 2006-7-19 |
| 489966 | K6394-000000 | 3800 | 3800 | 2006-6-25 | N | 2006-6-22 | YM-EAST V.084E | 2006-6-26 | 2006-7-19 |
| 469725 | K6392-000000 | 1700 | 1700 | 2006-7-1 | N | 2006-6-27 | YM-ZENITH V.079E | 2006-7-3 | 2006-7-28 |
| 490594 | K4213-000000 | 3300 | 3300 | 2006-7-25 | **2006-7-15** | 2006-7-24 | YM WEST V.088E | 2006-7-31 | 2006-8-25 |
| 490593 | K3805-000000 | 10000 | 10000 | 2006-7-25 | **2006-7-15** | 2006-7-24 | YM WEST V.088E | 2006-7-31 | 2006-8-25 |
| 490610 | K5798-000000 | 9200 | 9200 | 2006-7-25 | **2006-7-15** | 2006-7-24 | YM WEST V.088E | 2006-7-31 | 2006-8-25 |
| 490608 | K5666-000000 | 6000 | 6000 | 2006-7-25 | **2006-7-15** | 2006-8-2 | YM NORTH V.087E | 2006-8-7 | 2006-9-1 |
| 491672 | K4164-000000 | 10000 | 5500 | 2006-8-15 | **2006-7-15** | 2006-8-15 | YM EAST V.085E | 2006-8-21 | 2006-9-15 |
| 490607 | K5660-172000 | 1000 | | 2006-9-25 | **2006-8-15** | 2006-9-21 | MOL EXPEDITOR V.033E | 2006-9-21 | 2006-9-25 |
| | K5660-012000 | 1080 | | | | | | | |
| | K5660-011000 | 1120 | | | | | | | |
| | K5660-061000 | 800 | | | | | | | |
| 490611 | K5800-000000 | 6000 | | 2006-9-15 | **2006-8-15** | 2006-9-21 | MOL EXPEDITOR V.033E | 2006-9-21 | 2006-9-25 |
| **493084** | **K6405-000000** | **3025** | **3025** | **2006-7-10** | **N** | **2006-7-2** | **YM-KAOHSIUNG V.014E** | **2006-7-10** | **2006-8-4** |
| 469726 | K6391-000000 | 2100 | 2100 | 2006-8-15 | **2006-7-15** | 2006-8-15 | YM EAST V.085E | 2006-8-21 | 2006-9-15 |

**UK ORDER**

| PO# | Item # | PO Qty | Shipped Qty | PO Dates | Inspection Date | Consolid. Date | Vessel Name | ETD | ETA |
|---|---|---|---|---|---|---|---|---|---|
| 4532011449 | 551728 GN 00 | 200 | 200 | 2006-8-10 | 200 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 RD 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 WE 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551729 GN 00 | 70 | 70 | 70 | 70 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551729 RD 00 | 100 | 100 | 100 | 100 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551729 WE 00 | 70 | 70 | 70 | 70 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| 4532011450 | 551728 GN 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 RD 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 WE 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 823864 | 1100 | 1084 | 1100 | 1084 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |

| INV# | PO# | ITEM # | Description | CSA Price | Order Qty | Total amount |
|---|---|---|---|---|---|---|
| 05116 | 457029 | K6178-000000 | TEMP-TATIONS 10" SCALLOPED BAKING DISH WITH ROOSTER VENT | 4.55 | 6176 sets | 28100.80 |
| 05159 | 462176 | K5814-039000 | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - EGGPLANT | 15.22 | 1100 sets | 16742.00 |
| | | K5814-113000 | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - LIME | 15.22 | 687 sets | 10456.14 |
| | | K5814-396000 | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - TANGERIN | 15.22 | 963 sets | 14656.86 |
| 05160 | 462169 | K5788-000000 | TEMP-TATIONS OLD WORLD 12PC OVENWARE SET W/LIDS | 11.75 | 3639 sets | 42758.25 |
| 05181 | | | CSA SAMPLES | | | 1043.30 |
| 05201-1 | 472205 | K3131 | TEMP-TATIONS 8PC RECT CERAMIC & RATTAN OVENWARE SET | 8.50 | 1125 sets | 9562.50 |
| 05183 | | | CSA SAMPLES | | | 1032.56 |
| 06019 | 345762 | K5810 stock | TSC order | | | 19881.00 |
| 05187 | | | CSA SAMPLES(K3131,300SETS) | | | 2550.00 |
| 06021 | 477733 | K5812-000000 | TEMP-TATIONS FLORAL EMBROIDERY 6PC HANDPAINTED OVENWARE SET | 10.40 | 14500 sets | 150800.00 |
| 06029 | 481320 | K5285-000000 | TEMP-TATIONS 5 PC PROVANCE BAKEWARE SET | 11.47 | 5100 sets | 58497.00 |
| 06031 | 473555 | K6401-000000 | TEMP-TATIONS FLORAL EMBROIDERY 7 PC CERAMIC OVENWARE SET | 11.85 | 4500 sets | 53325.00 |
| 06030 | 473550 | K6400-000000 | TEMP-TATIONS FLORAL EMBROIDERY 9PC CERAMIC OVENWARE SET | 12.64 | 5500 sets | 69520.00 |
| 06050 | 489965 | K6393-000000 | TEMP-TATIONS FIESTA 2PC HAND PAINTED CERAMIC BOWLS | 6.00 | 1900 sets | 11400.00 |
| 06051 | 489966 | K6394-000000 | TEMP-TATIONS FIESTA 7PC CERAMIC OVENWARE SET | 10.92 | 3800 sets | 41496.00 |
| 06009 | 469725 | K6392-000000 | TEMP-TATIONS BLUE BRAID SET OF 4 CERAMIC & RATTAN DISH | 11.00 | 1700 sets | 18700.00 |
| 06081 | 493084 | K6405-000000 | TEMP-TATIONS WILD GARDEN 9PC CERAMIC OVENWARE SET | 11.27 | 3025 sets | 34091.75 |
| 06069 | 490594 | K4213-000000 | TEMP-TATIONS CERAMIC & RATTAN 4-IN-1 FLORAL EMBROIDERY | 10.00 | 3300 sets | 33000.00 |
| 06062 | 490593 | K3805-061000 | TEMP-TATIONS SET OF 2 OLD WORLD CERAMIC MIXING BOWLS | 5.75 | 10000 sets | 57500.00 |
| 06063 | 490610 | K5798-000000 | TEMP-TATIONS CERAMIC & RATTAN 6PC VINEYARD OVEN-TO-TABLE | 9.30 | 9200 sets | 85560.00 |
| 06064 | 490608 | K5666-000000 | TEMP-TATIONS CERAMIC & RATTAN 6 PC ROUND SANTO MAURO OVEN-TO-TABLE | 9.50 | 6000 sets | 57000.00 |
| 06091 | 4532011449,4532011450 | | UK order 1x40' | | | 13134.96 |
| 06203 | | | CSA SAMPLES | | | 1172.00 |
| 06204 | | | CSA SAMPLES | | | 3668.70 |
| 06065 | 491672 | K4164-000000 | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/ CERAMIC LIDS | 10.00 | 10000 sets | 100000.00 |
| 06079 | 469726 | K6391-000000 | TEMP-TATIONS BLUE BRAID 3PC CERAMIC SERVEWARE SET | 8.50 | 2095 sets | 17807.50 |
| 06092 | 4532011447,4532011452 | | UK order 1x40' + 1x20' | | | 25497.00 |

| 06066 | 490607 | K5660-172000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE RED | 9.10 | 1000 sets | 9100.00 |
|---|---|---|---|---|---|---|
|  |  | K5660-012000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLACK | 9.10 | 1080 sets | 9828.00 |
|  |  | K5660-011000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLUE | 9.10 | 1120 sets | 10192.00 |
|  |  | K5660-061000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE GREEN | 9.10 | 800 sets | 7280.00 |
| 06068 | 490611 | K5800-000000 | TEMP-TATIONS 4PC TUSCANY OVEN-TO-TABLE SET W/ CERAMIC TRIVETS | 11.00 | 6000 sets | 66000.00 |

Total: **1081353.32**

| PO# | Item # | PO Qty | Shipped Qty | PO Dates | Inspection Date | Consolid. Date | Vessel Name | ETD | ETA |
|---|---|---|---|---|---|---|---|---|---|
| 477184 | K5788-000000 | 9000 | 9000 | 2006-3-30 | 2006-3-16 | 2006-3-23 | YM-SHANGHAI V.016E | 2006-3-29 | 2006-4-28 |
| 477725 | K5280-000000 | 9000 | 9000 | 2006-3-30 | 2006-3-16 | 2006-3-28 | YM-SOUTH V.082E | 2006-4-5 | 2006-5-2 |
| 477733 | K5812-000000 | 14500 | 14500 | 2006-3-30 | 2006-3-16 | 2006-3-28 | YM-SOUTH V.082E | 2006-4-5 | 2006-5-2 |
| 481320 | K5285-000000 | 5100 | 5100 | 2006-4-25 | N | 2006-4-19 | YM-HAMBURG-V.010E | 2006-4-26 | 2006-5-23 |
| 473550 | K6400-000000 | 5500 | 5500 | 2006-6-16 | N | 2006-6-5 | YM-NORTH V.086E | 2006-6-12 | 2006-7-7 |
| 473555 | K6401-000000 | 4500 | 4500 | 2006-5-15 | N | 2006-5-9 | APL-VIRGINIA-V.008E | 2006-5-15 | 2006-6-10 |
| 473559 | K4315-000000 | 6500 | 6500 | 2006-5-15 | N | 2006-5-9 | APL-VIRGINIA-V.008E | 2006-5-15 | 2006-6-10 |
| 489965 | K6393-000000 | 1900 | 1900 | 2006-6-25 | N | 2006-6-22 | YM-EAST V.084E | 2006-6-26 | 2006-7-19 |
| 489966 | K6394-000000 | 3800 | 3800 | 2006-6-25 | N | 2006-6-22 | YM-EAST V.084E | 2006-6-26 | 2006-7-19 |
| 469725 | K6392-000000 | 1700 | 1700 | 2006-7-1 | N | 2006-6-27 | YM-ZENITH V.079E | 2006-7-3 | 2006-7-28 |
| 490594 | K4213-000000 | 3300 | 3300 | 2006-7-25 | **2006-7-15** | 2006-7-24 | YM WEST V.088E | 2006-7-31 | 2006-8-25 |
| 490593 | K3805-000000 | 10000 | 10000 | 2006-7-25 | **2006-7-15** | 2006-7-24 | YM WEST V.088E | 2006-7-31 | 2006-8-25 |
| 490610 | K5798-000000 | 9200 | 9200 | 2006-7-25 | **2006-7-15** | 2006-7-24 | YM WEST V.088E | 2006-7-31 | 2006-8-25 |
| 490608 | K5666-000000 | 6000 | 6000 | 2006-7-25 | **2006-7-15** | 2006-8-2 | YM NORTH V.087E | 2006-8-7 | 2006-9-1 |
| 491672 | K4164-000000 | 10000 | 5500 | 2006-8-15 | **2006-7-15** | 2006-8-15 | YM EAST V.085E | 2006-8-21 | 2006-9-15 |
| 490607 | K5660-172000 | 1000 |  | 2006-9-25 | **2006-8-15** | 2006-9-21 | MOL EXPEDITOR V.033E | 2006-9-21 | 2006-9-25 |
|  | K5660-012000 | 1080 |  |  |  |  |  |  |  |
|  | K5660-011000 | 1120 |  |  |  |  |  |  |  |
|  | K5660-061000 | 800 |  |  |  |  |  |  |  |
| 490611 | K5800-000000 | 6000 |  | 2006-9-15 | **2006-8-15** | 2006-9-21 | MOL EXPEDITOR V.033E | 2006-9-21 | 2006-9-25 |
| **493084** | **K6405-000000** | **3025** | **3025** | **2006-7-10** | **N** | **2006-7-2** | **YM-KAOHSIUNG V.014E** | **2006-7-10** | **2006-8-4** |
| 469726 | K6391-000000 | 2100 | 2100 | 2006-8-15 | **2006-7-15** | 2006-8-15 | YM EAST V.085E | 2006-8-21 | 2006-9-15 |

**UK ORDER**

| PO# | Item # | PO Qty | Shipped Qty | PO Dates | Inspection Date | Consolid. Date | Vessel Name | ETD | ETA |
|---|---|---|---|---|---|---|---|---|---|
| 4532011449 | 551728 GN 00 | 200 | 200 | 2006-8-10 | 200 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 RD 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 WE 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551729 GN 00 | 70 | 70 | 70 | 70 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551729 RD 00 | 100 | 100 | 100 | 100 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551729 WE 00 | 70 | 70 | 70 | 70 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| 4532011450 | 551728 GN 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 RD 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 551728 WE 00 | 300 | 300 | 300 | 300 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |
| | 823864 | 1100 | 1084 | 1100 | 1084 | 2006-8-10 | HANJIN GOTHENBURG 0026W | 2006-8-10 | 2006-9-4 |

| INV# | PO# | ITEM # | Description | CSA Price | Order Qty | Total amount |
|---|---|---|---|---|---|---|
| 05116 | 457029 | K6178-000000 | TEMP-TATIONS 10" SCALLOPED BAKING DISH WITH ROOSTER VENT | 4.55 | 6176 sets | 28100.80 |
| 05159 | 462176 | K5814-039000 | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - EGGPLANT | 15.22 | 1100 sets | 16742.00 |
| | | K5814-113000 | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - LIME | 15.22 | 687 sets | 10456.14 |
| | | K5814-396000 | TEMP-TATIONS GRADUAL FADE SAMPLER 17PC OVENWARE - TANGERIN | 15.22 | 963 sets | 14656.86 |
| 05160 | 462169 | K5788-000000 | TEMP-TATIONS OLD WORLD 12PC OVENWARE SET W/LIDS | 11.75 | 3639 sets | 42758.25 |
| 05181 | | | CSA SAMPLES | | | 1043.30 |
| 05201-1 | 472205 | K3131 | TEMP-TATIONS 8PC RECT CERAMIC & RATTAN OVENWARE SET | 8.50 | 1125 sets | 9562.50 |
| 05183 | | | CSA SAMPLES | | | 1032.56 |
| 06019 | 345762 | K5810 stock | TSC order | | | 19881.00 |
| 05187 | | | CSA SAMPLES(K3131,300SETS) | | | 2550.00 |
| 06021 | 477733 | K5812-000000 | TEMP-TATIONS FLORAL EMBROIDERY 6PC HANDPAINTED OVENWARE SET | 10.40 | 14500 sets | 150800.00 |
| 06029 | 481320 | K5285-000000 | TEMP-TATIONS 5 PC PROVANCE BAKEWARE SET | 11.47 | 5100 sets | 58497.00 |
| 06031 | 473555 | K6401-000000 | TEMP-TATIONS FLORAL EMBROIDERY 7 PC CERAMIC OVENWARE SET | 11.85 | 4500 sets | 53325.00 |
| 06030 | 473550 | K6400-000000 | TEMP-TATIONS FLORAL EMBROIDERY 9PC CERAMIC OVENWARE SET | 12.64 | 5500 sets | 69520.00 |
| 06050 | 489965 | K6393-000000 | TEMP-TATIONS FIESTA 2PC HAND PAINTED CERAMIC BOWLS | 6.00 | 1900 sets | 11400.00 |
| 06051 | 489966 | K6394-000000 | TEMP-TATIONS FIESTA 7PC CERAMIC OVENWARE SET | 10.92 | 3800 sets | 41496.00 |
| 06009 | 469725 | K6392-000000 | TEMP-TATIONS BLUE BRAID SET OF 4 CERAMIC & RATTAN DISH | 11.00 | 1700 sets | 18700.00 |
| 06081 | 493084 | K6405-000000 | TEMP-TATIONS WILD GARDEN 9PC CERAMIC OVENWARE SET | 11.27 | 3025 sets | 34091.75 |
| 06069 | 490594 | K4213-000000 | TEMP-TATIONS CERAMIC & RATTAN 4-IN-1 FLORAL EMBROIDERY | 10.00 | 3300 sets | 33000.00 |
| 06062 | 490593 | K3805-061000 | TEMP-TATIONS SET OF 2 OLD WORLD CERAMIC MIXING BOWLS | 5.75 | 10000 sets | 57500.00 |
| 06063 | 490610 | K5798-000000 | TEMP-TATIONS CERAMIC & RATTAN 6PC VINEYARD OVEN-TO-TABLE | 9.30 | 9200 sets | 85560.00 |
| 06064 | 490608 | K5666-000000 | TEMP-TATIONS CERAMIC & RATTAN 6 PC ROUND SANTO MAURO OVEN-TO-TABLE | 9.50 | 6000 sets | 57000.00 |
| 06091 | 4532011449,4532011450 | | UK order 1x40' | | | 13134.96 |
| 06203 | | | CSA SAMPLES | | | 1172.00 |
| 06204 | | | CSA SAMPLES | | | 3668.70 |
| 06065 | 491672 | K4164-000000 | TEMP-TATIONS FLORAL EMBROIDERY 6PC OVAL SET W/ CERAMIC LIDS | 10.00 | 10000 sets | 100000.00 |
| 06079 | 469726 | K6391-000000 | TEMP-TATIONS BLUE BRAID 3PC CERAMIC SERVEWARE SET | 8.50 | 2095 sets | 17807.50 |
| 06092 | 4532011447,4532011452 | | UK order 1x40' + 1x20' | | | 25497.00 |

| 06066 | 490607 | K5660-172000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE RED | 9.10 | 1000 sets | 9100.00 |
|---|---|---|---|---|---|---|
|  |  | K5660-012000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLACK | 9.10 | 1080 sets | 9828.00 |
|  |  | K5660-011000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE BLUE | 9.10 | 1120 sets | 10192.00 |
|  |  | K5660-061000 | TEMP-TATIONS CERAMIC & RATTAN 6PC CLOVER OVEN-TO-TABLE GREEN | 9.10 | 800 sets | 7280.00 |
| 06068 | 490611 | K5800-000000 | TEMP-TATIONS 4PC TUSCANY OVEN-TO-TABLE SET W/ CERAMIC TRIVETS | 11.00 | 6000 sets | 66000.00 |

Total: **1081353.32**

| 272-00490475 | | | | | | | | | | | 262239 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shipper's Name and Address<br>KEEPJOY INDUSTRIAL CO LTD | | Shipper's Account Number<br>WICE.WAF.KEEPJOY_INDUS | | | | WICE AIR FREIGHT (HK) LTD<br>13/F 101 WAI YIP STREET<br>KWUN TONG KOWLOON HONG KONG<br>**WICE** Logistics | | | | | | |
| Consignee's Name and Address<br>CSA<br>62 LEONE LANE, CHESTER,<br>NY 10918 USA<br>TEL:001-845-46920000 | | Consignee's Account Number<br>WICE.DJR.CSA | | | | Copies 1,2 and 3 of this Air Waybill are originals and have the same validity<br>It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.<br>272-00490475<br>262239    WICE.WAF.262239 | | | | | | |
| Issuing Carrier's Agent Name and Address<br>WICE AIR FREIGHT (HK) LTD<br>13/F 101 WAI YIP STREET<br>KWUN TONG KOWLOON HONG KONG | | | | | | Accounting Information<br>LOT# 10510078<br>NOTIFY PARTY:<br>SAME AS CONSIGNEE | | | | | | |
| Agent's IATA Code | | | Account No. | | | | | | | | | |
| Airport of Departure (Addr. of first Carrier) and requested Routing<br>HONG KONG | | | | | | | | | | | | |
| to<br>PHL | by first Carrier<br>K4 | to | by | to | by | Currency<br>USD | CHGS Code<br>CC | WT/VAL<br>CO | Other<br>CO | Declared Value for Carriage<br>N.V.D. | Declared Value for Customs<br>PER INVOICE | |
| Airport of Destination<br>PHILADELPHIA | | Flight/Date<br>K4827/11OCT2005 | | Flight/Date | | Amount of Insurance<br>NIL | | | INSURANCE – If carrier offers insurance and such insurance is requested in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance | | | |
| Handling Information<br>TOTAL:(123) CTNS ONLY.<br>(NON-SOLID WOOD PACKING MATERIAL) | | | | | | | | | | | | |

| No. of Pieces | Unit | Gross Weight | kg | Rate Class | Chargeable Weight | Rate /Charge | Commodity Type |
|---|---|---|---|---|---|---|---|
| 123 | CTNS | 1,083.00 | kg | | 1,393.50 | | DECORATIVE CERAMIC ITEM |
| | | | | | | | "FREIGHT COLLECT"<br>123@59cmx32cmx36cm |
| | | Insurance Provided for DJR Logistics, Inc<br>Under Open Cargo Policy No. 498327<br>Of the Ace Insurance Company<br>Customer No 1923200<br>Insured Value $ _____<br>Rate _____    War Risk Rate _____<br>Reference No. _____<br>Insuring Conditions:<br>All Risks _____  ✓ FPA _____ Other _____<br>In the event of a claim call 1-800-762-6653 | | | | | FLAT PACK VOL: 1393.34⁵ | |
| K5810-000000<br>QTY:4<br>FRAGILE<br>MADE IN CHINA | | | | | | | |
| 123.00 | | | | | 1,393.50 | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.<br>WICE AIR FREIGHT (HK) LTD<br>Signature of Shipper or his Agent |
| | Total Other Charges Due Carrier | | |
| Total Prepaid | | Total Collect | |
| Currency Conversion Rates | | Collect Charges in Dest. Currency | OCTOBER 10, 2005    HONG KONG    ANDY WAH |
| For Carrier's Only at Destination | | Charges at Destination    Total Collect Charges | Executed on (Date)    at (Place)    Signature of Issuing Carrier |

2 - ORIGINAL (FOR CONSIGNEE)    262239

☑002


ICE
ogistics

# WICE MARINE SERVICES LTD
## OCEAN BILL OF LADING

**059557**

| | | |
|---|---|---|
| SHIPPER | DOCUMENT NO | B/L NO |
| KEEPJOY INDUSTRIAL CO., LIMITED<br>FLAT 7A,7/F., KIMLEY COMMERCIAL BUILDING,<br>142-146 QUEEN'S ROAD CENTRAL, HK. | SCAC:WICE<br>EXPORT REFERENCES | WICE5N07940 |
| CONSIGNEE<br>CSA<br>62 LEONE LANE, CHESTER, USA<br>NY 10918<br>TEL:001-845-4692000 FAX:001-845-4692044 | DELIVERY AGENT<br>DJR LOGISTICS, INC.<br>FOLCROFT WEST BUSINESS PARK<br>23 INDEPENDENT COURT<br>FOLCROFT, PA 19032 U.S.A<br>TEL: 1-484-494-8535 | |
| NOTIFY PARTY<br>SAME AS CONSIGNEE | ALSO NOTIFY | |
| VESSEL/VOYAGE NO<br>REPULSE BAY V.64E47 | CONTAINER NOs/SEAL NOs<br>PONU1480147/PON4673295 | |
| PLACE OF RECEIPT<br>SHEKOU, CHINA | PORT OF LOADING<br>SHEKOU, CHINA | FINAL DESTINATION (FOR MERCHANT'S REFERENCE ONLY) |
| PORT OF DISCHARGE<br>NEW YORK, NY | PLACE OF DELIVERY<br>NEW YORK, NY | FREIGHT STATUS<br>FREIGHT COLLECT | NUMBER OF ORIGINAL<br>THREE (3) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | | CY/CY<br>SHIPPER'S LOAD & COUNT & SEAL<br>1X40'STD CONTAINER(S) S.T.C<br>2236 CTNS<br>CERAMICS | (KGS)<br>8164.00 | (CBM)<br>58.498 |

"EXPORTER'S CERTIFY THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS (WPM)."

NOV 27, 2005
LADEN ON BOARD

MERCHANT'S DECLARED VALUE OF GOODS
If Merchant enters a value, carrier's limitation of liability per consignment shall not apply and ad valorem freight will be charged (See Clause 18 on reverse).

TOTAL NO OF PACKAGES OR CONTAINERS (IN WORDS)   SAY ONE (1) X 40'STD CONTAINER(S) ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| **EXPRESS RELEASE**<br>ORIGINAL B/LADING SURRENDERED | | | Received from the shipper on this side, the goods of packages herein mentioned to be transported to the port of discharge.<br>Terms of this Bill of Lading continued on reverse side hereof.<br>In witness whereof the carrier by its agent has signed the number of original Bills of Lading stated above. All of this tenor and date, one of which being accomplished the others to stand void.<br>Place and date of issue.<br>SHENZHEN   NOV 27, 2005<br>Signed on behalf of the Carrier<br>WICE MARINE SERVICES LTD |
| TOTAL AMOUNT DUE | | | |

FROM :                              FAX NO. :                          Jan. 01 2002 23:27  P1



# WICE MARINE SERVICES LTD
## OCEAN BILL OF LADING

**059557**

| | |
|---|---|
| DOCUMENT NO: SCAC:WICE | B/L NO: WICES5D08095 |

**SHIPPER**
KEEPJOY INDUSTRIAL CO., LIMITED
FLAT 7A,7/F.,KIMLEY COMMERCIAL BUILDING,
142-146 QUEEN'S ROAD CENTRAL, HK.

**EXPORT REFERENCES**

**CONSIGNEE**
CSA
62 LEONE LANE, CHESTER, USA
NY 10918
TEL:001-845-4692000 FAX:001-845-4692044

**DELIVERY AGENT**
DJR LOGISTICS, INC.
FOLCROFT WEST BUSINESS PARK
23 INDEPENDENT COURT
FOLCROFT, PA 19032 U.S.A
TEL:1-484-494-8535 FAX:1-484-494-4995/6

**NOTIFY PARTY**
SAME AS CONSIGNEE

**ALSO NOTIFY**

**VESSEL/VOYAGE NO**: ORIENTAL BAY V.65E49
**CONTAINER NOS/SEAL NOS**: KNLU3389746/PON4679321
**PLACE OF RECEIPT**: SHEKOU, CHINA
**PORT OF LOADING**: SHEKOU, CHINA
**FINAL DESTINATION** (FOR MERCHANT'S REFERENCE ONLY):
**PORT OF DISCHARGE**: NEW YORK, NY
**PLACE OF DELIVERY**: NEW YORK, NY
**FREIGHT STATUS**: FREIGHT COLLECT
**NUMBER OF ORIGINAL**: THREE (3)

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | | CY/CY<br>SHIPPER'S LOAD & COUNT & SEAL<br>1X20'STD CONTAINER(S) S.T.C<br>398 CTNS<br>DECORATIVE CERAMIC ITEMS<br>WIRE HOLDERS | (KGS)<br>2053.40 | (CBM)<br>26.334 |

"EXPORTER'S CERTIFY THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS (WPM)."

DEC 11,2005
LADEN ON BOARD

**MERCHANT'S DECLARED VALUE OF GOODS**
If Merchant enters a value, carrier's limitation of liability per consignment shall not apply and ad valorem freight will be charged (See Clause 18 on reverse)

**TOTAL NO OF PACKAGES OR CONTAINERS (IN WORDS)**: SAY ONE (1)X20'STD CONTAINER(S) ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | Received from the shipper on this side, the goods of packages herein mentioned to be transported to the port of discharge.<br>Terms of this Bill of Lading continued on reverse side hereof.<br>In witness whereof the carrier by its agent has signed the number of original Bills of Lading stated above. All of this tenor and date, one of which being accomplished the others to stand void.<br>Place and date of issue.  SHENZHEN  DEC 11,2005<br>Signed on behalf of the Carrier<br>WICE MARINE SERVICES LTD |

**EXPRESS RELEASE**
ORIGINAL B/LADING SURRENDERED

**TOTAL AMOUNT DUE**

| 131-80687110 | | | | | | | | | | 262965 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shipper's Name and Address<br>KEEPJOY INDUSTRIAL CO LTD | | Shipper's Account Number<br>WICE.WAF.KEEPJOY_INDUS | | | | **WICE** Logistics | WICE AIR FREIGHT (HK) LTD<br>13/F 101 WAI YIP STREET<br>KWUN TONG KOWLOON HONG KONG | | | | |
| Consignee's Name and Address<br>CSA<br>62 LEONE LANE, CHESTER,<br>NY 10918 USA<br>TEL:001-845-46920000 | | Consignee's Account Number<br>WICE.DJR.CSA | | | | Copies 1,2 and 3 of the Air Waybill are originals and have the same validity<br>It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required  131-80687110<br>262965                 WICE.WAF.262965 | | | | |
| Issuing Carrier's Agent Name and Address<br>WICE AIR FREIGHT (HK) LTD<br>13/F 101 WAI YIP STREET<br>KWUN TONG KOWLOON HONG KONG | | | | | | Accounting Information<br>LOT# 10512111<br>NOTIFY PARTY:<br>SAME AS CONSIGNEE | | | | | |
| Agent's IATA Code | | Account No. | | | | | | | | | |
| Airport of Departure (Addr. of first Carrier) and request Routing<br>HONG KONG | | | | | | | | | | | |
| to<br>JFK | by first Carrier<br>JL | to | by | to | by | Currency<br>USD | CHGS Code | WT/VAL<br>CC | Other<br>CC | Declared Value for Carriage<br>N.V.D. | Declared Value for Customs<br>PER INVOICE |
| Airport of Destination<br>NEW YORK | | Flight/Date<br>JL5604/23DEC2005 | | Flight/Date | | Amount of Insurance<br>NIL | INSURANCE - If carrier offers Insurance and such Insurance is requested in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of Insurance | | | | |
| Handling Information<br>TOTAL:(35)CARTONS ONLY.<br>INVOICE & PACKING LIST ATTACHED.<br>**THIS SHIPMENT DOES NOT CONTAIN WOOD PACKAGING MATERIAL** | | | | | | | | | | | |

| No. of Pieces | Unit | Gross Weight | kg | Rate Class | Chargable Weight | Rate /Charge | Commodity Type |
|---|---|---|---|---|---|---|---|
| 35 | CTNS | 169.00 | kg | | 262.00 | | PLASTIC LIDS<br><br>"FREIGHT COLLECT"<br>33@50cmx35cmx25cm<br>2@69cmx26cmx35cm<br><br>FLAT PACK VOL: 262kg |
| N/M | | | | | | | |
| 35.00 | | | | | 262.00 | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charge Due Agent | | |
| | Total Other Charges Due Carrier | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulation.<br>WICE AIR FREIGHT (HK) LTD<br>Signature of Shipper or his Agent |
| Total Prepaid | | Total Collect | |
| Currency Conversion Rates | | Collect Charges in Dest. Currency | DECEMBER 22,2005   HONG KONG        KEITH LUI |
| For Carrier's Only at Destination | | Charges at Destination | Executed on (Date)         at (Place)      Signature of Issue<br>Total Collect Charges |

2 - ORIGINAL (FOR CONSIGNEE)                                            262965

07/09 2013 15:38 FAX                                                                                      ☒002



# WICE MARINE SERVICES LTD
## OCEAN BILL OF LADING
### 061756

| SHIPPER | DOCUMENT NO | SCAC:NYKS | B/L NO | WICES6309115 |
|---|---|---|---|---|
| KEEPJOY INDUSTRIAL CO., LIMITED<br>FLAT 7A,7/F.,KIMLEY COMMERCIAL BUILDING,<br>142-146 QUEEN'S ROAD CENTRAL, HK. | EXPORT REFERENCES | | | |

| CONSIGNEE | DELIVERY AGENT |
|---|---|
| CSA<br>62 LEONE LANE, CHESTER, USA<br>NY 10918<br>TEL:001-845-4692000 FAX:001-845-4692044 | DJR LOGISTICS, INC.<br>FOLCROFT WEST BUSINESS PARK<br>23 INDEPENDENT COURT<br>FOLCROFT, PA 19032 U.S.A<br>TEL:1-484-494-3535 FAX:1-484-494-4995/6 |

| NOTIFY PARTY | ALSO NOTIFY |
|---|---|
| SAME AS CONSIGNEE | |

| VESSEL/VOYAGE NO | CONTAINER NO/SEAL NO |
|---|---|
| SOPHIA BRITANNIA V.43F09 | TTNU3712481/CN4647257 |

| PLACE OF RECEIPT | PORT OF LOADING | FINAL DESTINATION (FOR MERCHANT'S REFERENCE ONLY) |
|---|---|---|
| SHEKOU, CHINA | SHEKOU, CHINA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | FREIGHT STATUS | NUMBER OF ORIGINAL |
|---|---|---|---|
| NEW YORK, NY | NEW YORK, NY | FREIGHT COLLECT | THREE (3) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | | CY/CY<br><br>SHIPPER'S LOAD & COUNT & SEAL<br>1X20'STD CONTAINER(S) S.T.C<br>450 CTNS<br>WIRE HOLDERS | (KGS)<br>2475.00 | (CBM)<br>29.805 |

**EXPRESS RELEASE**
ORIGINAL B/LADING SURRENDERED

"EXPORTER'S CERTIFY THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS (WPM)."

MAR 06,2006
LADEN ON BOARD

MERCHANT'S DECLARED VALUE OF GOODS
Merchant enters a value, carrier's limitation of liability per consignment shall not apply and ad valorem freight will be charged (See Clause 18 on reverse)

TOTAL NO OF PACKAGES
OR CONTAINERS (IN WORDS)      SAY ONE (1X20'STD CONTAINER(S) ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT | Received from the shipper on this side, the goods or packages herein mentioned to be transported to the port of discharge.<br>Terms of this Bill of Lading continued on reverse side hereof.<br>In witness whereof the carrier by its agent has signed the number of original Bills of Lading stated above. All of this tenor and date, one of which being accomplished the others to stand void.<br>Place and date of issue. |
|---|---|---|---|
| | | | SHENZHEN   MAR 06,2006<br>Signed on behalf of the Carrier<br>WICE MARINE SERVICES LTD |
| TOTAL AMOUNT DUE | | | |

| 131-81138632 | | | | | | | | | | 263684 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Shipper's Name and Address:** KEEPJOY INDUSTRIAL CO LTD
**Shipper's Account Number:** WICE.WAF.KEEPJOY_INDUS

**WICE AIR FREIGHT (HK) LTD**
13/F 101 WAI YIP STREET
KWUN TONG KOWLOON HONG KONG

**WICE Logistics**

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.
It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

131-81138632
263684    WICE.WAF.263684

**Consignee's Name and Address:**
CSA
82 LEONE LANE, CHESTER,
NY 10918 USA
TEL:001-845-46920000

**Consignee's Account Number:** WICE.DJR.CSA

**Accounting Information:**
LOT# 10603144
NOTIFY PARTY:
SAME AS CONSIGNEE

**Issuing Carrier's Agent Name and Address:**
WICE AIR FREIGHT (HK) LTD
13/F 101 WAI YIP STREET
KWUN TONG KOWLOON HONG KONG

**Agent's IATA Code:**
**Account No.:**

**Airport of Departure:** HONG KONG

| to | by first Carrier | to | by | to | by | Currency | CHGS Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | JL | | | | | USD | | CC | CC | N.V.D. | PER INVOICE |

**Airport of Destination:** NEW YORK
**Flight/Date:** JL-5604/15MAR06
**Amount of Insurance:** NIL

INSURANCE - If carrier offers Insurance, and such Insurance is requested in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of Insurance.

**Handling Information:**
TOTAL:(46)CARTONS ONLY.
INVOICE & PACKING LIST ATTACHED.
**THIS SHIPMENT DOES NOT CONTAIN WOOD PACKAGING MATERIAL.**

| No. of Pieces | Unit | Gross Weight | kg | Rate Class | Chargeable Weight | Rate /Charge | Commodity Type |
|---|---|---|---|---|---|---|---|
| 46 | CTNS | 218.00 | kg | | 333.00 | | PLASTIC LIDS |
| | | | | | | | "FREIGHT COLLECT" |
| | | | | | | | 46@51cmx34cmx25cm |
| | | | | | | | FLAT PACK VOL: 332.35kg |
| NM | | | | | | | |
| 46.00 | | | | | 333.00 | | |

Insurance Provided for: DJR Logistics, Inc
Under Open Cargo Policy No. 498327
Of the Ace Insurance Company
Customer No. 1923200
Insured Value: $_____
Rate:_____ War Risk Rate_____
Reference No.:_____
Insuring Conditions:
All Risks_____ FPA_____ Other_____

Other Charges in the event of a claim - U-762-6653

Prepaid / Weight Charge / Collect
Valuation Charge
Tax
Total Other Charges Due Agent
Total Other Charges Due Carrier
Total Prepaid / Total Collect

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

WICE AIR FREIGHT (HK) LTD
Signature of Shipper or his Agent

MARCH 14, 2006     HONG KONG     KEITH LUI
Executed on (Date)   at (Place)   Signature of Issuing Carrier

Currency Conversion Rates / Collect Charges in Dest. Currency
For Carrier's Only at Destination / Charges at Destination / Total Collect Charges

2 - ORIGINAL (FOR CONSIGNEE)     263684

| 023-00740552 | | | 264199 |
|---|---|---|---|

| Shipper's Name and Address | Shipper's Account Number | | WICE AIR FREIGHT (HK) LTD |
|---|---|---|---|
| KEEPJOY INDUSTRIAL CO LTD | WICE.WAF.KEEPJOY_INDUS | **WICE** Logistics | 13/F. 101 WAI YIP STREET KWUN TONG KOWLOON HONG KONG |

Copies 1, 2 and 3 of the Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CSA<br>62 LEONE LANE, CHESTER,<br>USA NY 10918<br>TEL:001-845-46920000 | WICE.DJR.CSA |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

023-00740552    K100365 KC
264199          WICE.WAF.264199

| Issuing Carrier's Agent Name and Address | Accounting Information |
|---|---|
| WICE AIR FREIGHT (HK) LTD<br>13/F 101 WAI YIP STREET<br>KWUN TONG KOWLOON HONG KONG | LOT# 10605024<br>NOTIFY PARTY:<br>SAME AS CONSIGNEE |

| Agent's IATA Code | Account No. |
|---|---|
| | |

| Airport of Departure (Addr. of first Carrier) and requested routing |
|---|
| HONG KONG |

| to | by first Carrier | to | by | to | by | Currency | Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | FX | | | | | USD | | CC | CC | N.V.D. | PER INVOICE |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| NEW YORK | FX-012/07MAY2006 | | NIL |

INSURANCE - If carrier offers insurance and such insurance is requested in accordance with conditions on reverse hereof indicate amount to be insured in figures in box marked amount of insurance.

Handling Information:
TOTAL (84) CTNS ONLY
(NO W.P.M.)
INVOICE AND PACKING LIST ATT'D

| No. of Pieces | Unit | Gross Weight | kg | Rate Class | Chargeable Weight | Rate/Charge | Total | Commodity Type |
|---|---|---|---|---|---|---|---|---|
| 84 | CTNS | 707.00 | kg | | 880.00 | 3.050 | 2,684.00 | CERAMIC HANDLES<br>84@29cmx38cmx57cm<br><br>FLAT PACK VOL: 880kg<br><br><br><br>K5824<br>CERAMIC HANDLES<br>QTY: 24 SETS<br>MADE IN CHINA |
| 84.00 | | | | | 880.00 | | 2,684.00 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | | 2,684.00 | MYC  457.60 |
| | Valuation Charge | | CC   0.85 |
| | | | FOB  272.80 |
| | Tax | | MW   114.40 |
| | | | HC   35.00 |
| | Total Other Charges Due Agent | | |
| | | 880.45 | |
| | Total Other Charges Due Carrier | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable dangerous goods regulations. |
| | Total Prepaid | Total Collect | WICE AIR FREIGHT (HK) LTD |
| | | 3,564.45 | Signature of Shipper or his Agent |
| | Currency Conversion Rates | Collect Charges in Dest. Currency | MAY 04,2006   HONG KONG   JFK ADMIN |
| | For Carrier's Use Only at Destination | Charges at Destination | Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent |
| | | Total Collect Charges | |

264199

| 131 | HKG | 81416414 | | | | | | | DJRHK0600018 |
|---|---|---|---|---|---|---|---|---|---|

| Shipper's Name and Address | Shipper's Account Number | NOT NEGOTIABLE |
|---|---|---|
| KEEPJOY INDUSTRIAL CO., LIMITED<br>28E WENJIN BLDG., CHUNFENG ROAD,<br>LUO HU DISTRICT, SHENZHEN, CHINA | | **Air Waybill** DJR LOGISTICS CHINA LTD<br>Issued by    SUITE 1202 LEVERTECH CENTRE, 69-71<br>KING YIP STREET, KWUN TONG, KOWLOON,<br>HK |
| Consignee's Name and Address | Consignee's Account Number | Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.<br><br>It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |
| CSA<br>52 LEONE LANE, CHESTER, USA<br>NY 10918<br>TEL:001-845-4692000<br>FAX:001-845-4692044 | | |
| Issuing Carrier's Agent Name and City | | Accounting Information   NOTIFY: |
| DJR LOGISTICS CHINA LTD | | SAME AS CONSIGNEE |

| Agent's IATA Code | Account No. |
|---|---|
| | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HONG KONG | | | | | | "FREIGHT PREPAID" | | | JOB:AE06070020 |
| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL Other<br>PPD COLL PPD COLL | Declared Value for Carriage | Declared Value for Customs |
| JFK | JL | | | | | HKD | | PP   PP | N.V.D. | AS PER INV. |
| Airport of Destination | | Flight/Date | | Amount of Insurance | INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |
| NEW YORK | | JL6602    Aug 01,2006 | | NIL | |

Handling Information
TOTAL : SEVENTY-FIVE(75) CARTON(S) ONLY

SCI

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class<br>Commodity<br>Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 75 | 371.0 K | | | 569.0 | PREPAID | AS ARRANGED | PLASTIC LIDS |
| K5824<br>LIDS<br>QTY.:20SETS<br>MADE IN CHINA | | | | | | | DIM: 50x 26x 35cm/ 75<br>V. =   569.0 K |

Insurance Provided for DJR Logistics, Inc<br>Under Open Cargo Policy No. 498327<br>Of the Ace Insurance Company<br>Customer No. 1923200<br>Insured Value $_____<br>Rate _____    War Risk Rate _____

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | Reference No.:_____<br>Insuring Conditions:<br>All Risks _____ FPA _____ Other _____<br>In the event of a claim call 1-900-762-6653 |
| | Valuation Charge | | |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total other Charges Due Carrier | | |
| | | | DJR LOGISTICS CHINA LTD<br>Signature of Shipper or his Agent |
| Total Prepaid | | Total Collect | |
| Currency Conversion Rates | CC Charges in Dest. Currency | Jul 31,2006    HONG KONG    TONY |
| For Carrier Use only at Destination | Charges at Destination | Total Collect Charges | Executed on (date)    at (place)    Signature of Issuing Carrier or its Agent |

DJRHK0600018

| | | |
|---|---|---|
| SZA 00715562 | | DJRHK0600027 |

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable Air Waybill Issued by |
|---|---|---|
| KEEPJOY INDUSTRIAL CO., LIMITED<br>28E, WENJIN BLDG., CHUNFENG RD,<br>LUOHU DISTRICT, SHENZHEN, CHINA | | DJR LOGISTICS CHINA LTD<br>SUITE 1202 LEVERTECH CENTRE, 69-71<br>KING YIP STREET, KWUN TONG, KOWLOON,<br>HK |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| COORDINATED STRATEGIC ALLIANCE<br>62 LEONE LANE, CHESTER, NY 10918,<br>U.S.A. | |

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| DJR LOGISTICS CHINA LTD | NOTIFY:<br>SAME AS CONSIGNEE |

| Agent's IATA Code | Account No. |
|---|---|
| | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | |
|---|---|
| SHENZHEN | "FREIGHT PREPAID"   JOB:AE06090002 |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | Chgs Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHL | FX | | | | | | RMB | | PP | PP | N.V.D. | AS PER INV. |

| Airport of Destination | Flight/Date | Amount of Insurance |
|---|---|---|
| PHILADELPHIA | FX048 Sep 07, 2006 | NIL |

Handling Information
TOTAL : THIRTY-FIVE(35) CARTON(S) ONLY

SCI

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 35 | 573.0 | K | | 573.0 | PREPAID | AS ARRANGED | FERN TRIVETS |
| V/M | | | | | | | |
| | | | | | | | DELIVER TO: TRI PAK |
| | | | | | | | 441 BOOT RD STE 300 DOWNINGTOWN PA 19335 |
| | | | | | | | P#620-873-9850 |
| | | | | | | | DIM: 35x 41x 33cm/ 35 |
| | | | | | | | V. = 276.5 K |

Insurance Provided for DJR Logistics, Inc
Under Open Cargo Policy No. 498327
Of the Ace Insurance Company
Customer No. 1923200
Insured Value: $

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | Rate _____ War Risk Rate _____<br>Reference No. _____<br>Insuring Conditions:<br>All Risks _____ FPA _____ Other _____<br>In the event of a claim call 1-800-762-6653 |
| | Valuation Charge | | |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total other Charges Due Carrier | | |
| | | | DJR LOGISTICS CHINA LTD |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | | Total Collect | |
| Currency Conversion Rates | CC Charges in Dest. Currency | Sep 05, 2006 | HONG KONG   TONY |
| For Carrier Use only at Destination | Charges at Destination | Total Collect Charges | Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent |

DJRHK0600027

OTHER

FROM    (FRI)OCT  8 2006 10:21/ST. 10:21/No. 7500000748 P  1

| 023 | SZX | 00540551 | | DJRHK0600038 |

**Shipper's Name and Address**
KEEPJOY INDUSTRIAL CO., LIMITED
26E, WENJIN BLDG., CHUNFENG RD,
LUOHU DISTRICT, SHENZHEN, CHINA

**NOT NEGOTIABLE**
**Air Waybill** issued by DJR LOGISTICS CHINA LTD
SUITE 1202 LEVERTECH CENTRE, 69-71 KING YIP STREET, KWUN TONG, KOWLOON, HK

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address**
CSA
62 LEONE LANE, CHESTER, USA
NY 10918
TEL: 001-845-469200C

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**
DJR LOGISTICS CHINA LTD

**Accounting Information**   NOTIFY:
SAME AS CONSIGNEE

**Airport of Departure:** SHENZHEN

"FREIGHT PREPAID"    JOB: AE06100002

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHL | FX | | | | | | HKD | | PP | PP | N.V.D. | AS PER INV. |

**Airport of Destination:** PHILADELPHIA   Flight/Date: FX048  Oct 07, 2006  NIL

**Handling Information**
TOTAL : FIFTY-SEVEN (57) CARTON(S) ONLY

SCI

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 57 | | | | | PREPAID | AS ARRANGED | FERN TRIVETS |

N/M

DELIVERY ADDRESS:
TRI PAK
441 BOOT RD STE 300 DOWNINGTOWN
PA 19335  P#610-873-9850
ATTN: JT

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | |
| | Valuation Charge | | |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total other Charges Due Carrier | | |
| | | | DJR LOGISTICS CHINA LTD |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | Total Collect | | |
| Currency Conversion Rates | CC Charges in Dest. Currency | Oct 03, 2006 Executed on (date) | HONG KONG   TONY   a (place)   Signature of Issuing Carrier or its Agent |
| For Carrier Use only at Destination | Charges at Destination | Total Collect Charges | DJRHK0600038 |