P U R C H A S E     O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                      PO-No      Page
                                                   473550       1    r1
CHESTER, NY 10918

                                          PO-Date    Ord-Ty      Chg/Cn
                                                     Drop        Change
                                          03/17/06   Ship      05/02/06


        Ordered-From:                     Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED    QVC, INC. SUFFOLK
        28E WENJIN BLDG                   WILROY INDUSTRIAL PARK
        CHUNFENG ROAD LUOHU DISTRICT      QVC DRIVE
        SHENZHEN,                         SUFFOLK, VA 23434


    Buyer              Terms      Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT     No   No  YANTIAN   OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
 1      5,500.00 EA K6400 000000                            *06/16/06 Chng
                    TEMP-TATIONS FLORAL EMBROIDERY   12.6400
                    9PC CERAMIC OVENWARE SET         Ext Price =    69,520.00


                    Total Pcs =    5,500   Total Ext Price =    69,520.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                          PO-No     Page
                                                       490610      1   r3
CHESTER, NY 10918

                                                  PO-Date   Ord-Ty    Chg/Cn
                                                             Drop     Original
                                                  04/28/06  Ship      05/25/06

                    ****** Duplicate Order ******
          Ordered-From:                       Ship-To:

          KEEPJOY INDUSTRIAL CO.,LIMITED       QVC, INC
          28E WENJIN BLDG                      100 QVC BOULEVARD
          CHUNFENG ROAD LUOHU DISTRICT         KINGSBORO ROAD
          SHENZHEN,                            ROCKY MOUNT, NC 27802


   Buyer              Terms        Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Matt Migdal         ASSIGNMENT      No   No   YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1     9,200.00 EA K5798 000000                              07/25/06
                    TEMP-TATIONS CERAMIC & RATTAN       9.3000
                    6PC VINEYARD OVEN-TO-TABLE     Ext Price =    85,560.00


                    Total Pcs =     9,200   Total Ext Price =     85,560.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                VDR#
62 LEONE LANE                              PO-No      Page
                                           489965      1   r0
CHESTER, NY 10918

                                  PO-Date   Ord-Ty      Chg/Cn
                                            Drop        Original
                                  04/19/06  Ship        04/19/06


Ordered-From:                      Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED      QVC, INC. SUFFOLK
28E WENJIN BLDG                     WILROY INDUSTRIAL PARK
CHUNFENG ROAD LUOHU DISTRICT        QVC DRIVE
SHENZHEN,                           SUFFOLK, VA 23434


| Buyer | Terms | Ackn | Cnfr | FOB | Ship-Via | Cl/Pp |
|-------|-------|------|------|-----|----------|-------|
| Matt Migdal | WIRE | No | No | YANTIAN | OCEAN CONTAINER | |


| Line | Order-Qty | UM | Item-No/Description | Price/Unit | Req-Date Chg |
|------|-----------|----|--------------------|-----------|--------------|
| 1 | 1,900.00 | EA | K6393 000000 | | 06/25/06 |
| | | | TEMP-TATIONS FIESTA 2PC HAND | 6.0000 | |
| | | | PAINTED CERAMIC BOWLS | Ext Price = | 11,400.00 |


                 Total Pcs =    1,900   Total Ext Price =    11,400.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                              PO-No      Page
                                           489966      1   r0
CHESTER, NY 10918

                                    PO-Date   Ord-Ty      Chg/Cn
                                              Drop        Original
                                    04/19/06  Ship        04/19/06


Ordered-From:                       Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED       QVC, INC. SUFFOLK
28E WENJIN BLDG                      WILROY INDUSTRIAL PARK
CHUNFENG ROAD LUOHU DISTRICT         QVC DRIVE
SHENZHEN,                            SUFFOLK, VA 23434


   Buyer           Terms        Ackn Cnfr  FOB        Ship-Via     Cl/Pp
Matt Migdal        WIRE          No   No   YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description        Price/Unit  Req-Date Chg
  1     3,800.00 EA K6394 000000                           06/25/06
                   TEMP-TATIONS FIESTA 7PC         10.9200
                   CERAMIC OVENWARE SET         Ext Price =    41,496.00


                Total Pcs =    3,800   Total Ext Price =    41,496.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

TB ttalRPGsH=A S E 7, 15D R DoEaR Ext Price =    64, 350. 00

COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                                PO-No    Page
                                             457029    1   r0
CHESTER, NY 10918

                                  PO-Date    Ord-Ty    Chg/Cn
                                             Drop      Original
                                  07/26/05   Ship      07/26/05

Ordered-From:                     Ship-To:

KEEPJOY INDUSTRIAL CO., LIMITED   QVC NETWORK, INC.
28E WENJIN BLDG                   QVC DRIVE
CHUNFENG ROAD LUOHU DISTRICT      WILROY INDUSTRIAL PARK
SHENZHEN,                         SUFFOLK, VA  23434

 Buyer            Terms        Ackn Cnfr FOB      Ship-Via      Cl/Pp
TARA McCONNELL    LETTER OF CREDT   No   No  YANTIAN    OCEAN CONTAINER

Line    Order-Qty UM Item-No/Description         Price/Unit  Req-Date Chg
  1     6,350.00 EA K6178 000000                             10/01/05
                    TEMP-TATIONS 10" SCALLOPED       4. 5500
                    BAKING DISH WITH ROOSTER VENT  Ext Price = 28,892.50
                  1.) THIS IS A QVC PO#. PLEASE MARK CARTONS ACCORDINGLY
                  2.) REQUEST DATE = EX PORT DATE
                  3.) ROUTE GOODS TO THE NORFOLK PORT
                  4.) CONSIGN GOODS TO QVC
                  5.) INDIVIDUAL CARTONS MUST BE MARKED WITH COUNTRY OF ORIGIN
                      AND A BAR CODE ON THE LARGEST FLAT SURFACE AT LEAST 1
                      INCH AWAY FROM THE EDGE
                  6.) MASTER CARTONS MUST BE MARKED WITH QVC PO#, QVC ITEM#,
                      QTY, AND COUNTRY OF ORIGIN ON THE 2 SHORT SIDES. A BAR
                      CODE MUST BE PLACED ON 1 OF THE SHORT SIDES AT LEAST 1
                      INCH AWAY FROM THE EDGE
                  7.) CSA WILL PROVIDE THE BAR CODES
                  8.) CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
                  9.) EACH DISH MUST HAVE BURNED IN TEMPTATION LOGO, MADE IN
                      CHINA, AND MADE FOR CSA, INC

P U R C H A S E     O R D E R

```
COORDINATED STRATEGIC ALLIANCE                                      VDR#
62 LEONE LANE                                     PO-No      Page
                                                  469725      1   r0
CHESTER, NY 10918
                                        PO-Date   Ord-Ty      Chg/Cn
                                                   Drop      Original
                                        11/10/05  Ship       11/10/05
```

```
Ordered-From:                       Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED       QVC, INC
28E WENJIN BLDG                      100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT         KINGSBORO ROAD
SHENZHEN,                            ROCKY MOUNT, NC 27802
```

```
   Buyer              Terms      Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT    No   No  YANTIAN   OCEAN CONTAINER
```

```
Line    Order-Qty UM Item-No/Description           Price/Unit  Req-Date Chg
  1      1,700.00 EA K6392 000000                               02/10/06
                     TEMP-TATIONS BLUE BRAID           11.0000
                     SET OF 4 CERAMIC & RATTAN DISH   Ext Price =    18,700.00


                     Total Pcs =    1,700   Total Ext Price =      18,700.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL
11. INCLUDES 4 PLASTIC LIDS

PURCHASE  ORDER

COORDINATED STRATEGIC ALLIANCE                                         VDR#
62 LEONE LANE                                           PO-No      Page
                                                        477733     1  r0
CHESTER, NY 10918

                                              PO-Date    Ord-Ty     Chg/Cn
                                                         Drop       Original
                                              01/20/06   Ship       01/20/06


     Ordered-From:                       Ship-To:

     KEEPJOY INDUSTRIAL CO.,LIMITED      QVC NETWORK, INC.
     28E WENJIN BLDG                     QVC DRIVE
     CHUNFENG ROAD LUOHU DISTRICT        WILROY INDUSTRIAL PARK
     SHENZHEN,                           SUFFOLK, VA  23434


   Buyer              Terms      Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Regina Messina     ASSIGNMENT    No   No   YANTIAN    OCEAN CONTAINER


Line   Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1    14,500.00 EA K5812 000000                             03/15/06
                    TEMP-TATIONS FLORAL EMBROIDERY      10.4000
                    4PC HANDPAINTED OVENWARE SET     Ext Price =   150,800.00


                    Total Pcs =    14,500   Total Ext Price =    150,800.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                          VDR#
62 LEONE LANE                                           PO-No    Page
                                                        490594     1   r1
CHESTER, NY 10918
                                                PO-Date   Ord-Ty    Chg/Cn
                                                          Drop      Original
                                                04/28/06  Ship      05/12/06

                    ****** Duplicate Order *******
         Ordered-From:                    Ship-To:

         KEEPJOY INDUSTRIAL CO.,LIMITED   QVC, INC
         28E WENJIN BLDG                  100 QVC BOULEVARD
         CHUNFENG ROAD LUOHU DISTRICT     KINGSBORO ROAD
         SHENZHEN,                        ROCKY MOUNT, NC 27802

     Buyer          Terms        Ackn Cnfr  FOB          Ship-Via     Cl/Pp
  Matt Migdal       ASSIGNMENT    No   No   YANTIAN    OCEAN CONTAINER

Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
   1    3,300.00 EA K4213 000000                             07/25/06
                    FLORAL EMBROIDERY QUAD           10.0000
                    OVENWARE & SERVE SET W/ LIDS   Ext Price =      33,000.00

                 Total Pcs =     3,300  Total Ext Price =     33,000.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E    O R D E R

```
COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                                  PO-No    Page
                                               490611    1   r2
CHESTER, NY 10918
                                          PO-Date   Ord-Ty    Chg/Cn
                                                    Drop      Original
                                          04/28/06  Ship      05/12/06
```

****** Duplicate Order *******
```
Ordered-From:                        Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED       QVC, INC
28E WENJIN BLDG                      100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT         KINGSBORO ROAD
SHENZHEN,                            ROCKY MOUNT, NC 27802
```

```
  Buyer            Terms        Ackn Cnfr  FOB        Ship-Via    Cl/Pp
Matt Migdal        ASSIGNMENT    No   No  YANTIAN    OCEAN CONTAINER
```

```
Line   Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
 1     6,000.00 EA K5800 000000                               09/15/06
                  TEMP-TATIONS TUSCANY 4 PC        11.0000
                  W/ TRIVETS                    Ext Price =   66,000.00


              Total Pcs =     6,000   Total Ext Price =    66,000.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E    O R D E R

```
                                                                    VDR#
COORDINATED STRATEGIC ALLIANCE
62 LEONE LANE                                    PO-No     Page
                                                 472205      1   r0
CHESTER, NY 10918
                                         PO-Date   Ord-Ty     Chg/Cn
                                                   Drop       Original
                                         11/30/05  Ship       11/30/05
```

Ordered-From:                          Ship-To:

```
KEEPJOY INDUSTRIAL CO.,LIMITED         QVC, INC
28E WENJIN BLDG                        100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT           KINGSBORO ROAD
SHENZHEN,                              ROCKY MOUNT, NC 27802
```

```
   Buyer               Terms         Ackn Cnfr  FOB        Ship-Via       Cl/Pp
Regina Messina         ASSIGNMENT     No   No  YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description              Price/Unit  Req-Date Chg
  1      139.00 EA K3131-011000                                   12/10/05
                    TEMPTATIONS 8PC RECT CERAMIC &       8.5000
                    RATTAN BLUE OVENWARE SET          Ext Price =     1,181.50

  2      489.00 EA K3131-016000                                   12/10/05
                    TEMPTATIONS 8PC RECT CERAMIC &       8.5000
                    RATTAN BURG OVENWARE SET          Ext Price =     4,156.50

  3      393.00 EA K3131-044000                                   12/10/05
                    TEMPTATIONS 8PC RECT CERAMIC &       8.5000
                    RATTAN GREEN OVENWARE SET         Ext Price =     3,340.50

  4      104.00 EA K3131-202000                                   12/10/05
                    TEMPTATIONS 8PC RECT CERAMIC &       8.5000
                    RATTAN WHITE OVENWARE SET         Ext Price =       884.00


              Total Pcs =    1,125   Total Ext Price =     9,562.50
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT

PURCHASE   ORDER

```
                 COORDINATED STRATEGIC ALLIANCE                      VDR#
                 62 LEONE LANE                           PO-No    Page
                                                         462176    1   r0
                 CHESTER, NY 10918
                                                 PO-Date   Ord-Ty    Chg/Cn
                                                           Drop      Original
                                                 09/09/05  Ship      09/09/05


          Ordered-From:                    Ship-To:

                 KEEPJOY INDUSTRIAL CO.,LIMITED     QVC, INC
                 28E WENJIN BLDG                    100 QVC BOULEVARD
                 CHUNFENG ROAD LUOHU DISTRICT       KINGSBORO ROAD
                 SHENZHEN,                          ROCKY MOUNT, NC 27802
```

| Buyer | Terms | Ackn | Cnfr | FOB | Ship-Via | Cl/Pp |
|-------|-------|------|------|-----|----------|-------|
| Regina Messina | LETTER OF CREDT | No | No | YANTIAN | OCEAN CONTAINER | |

| Line | Order-Qty | UM | Item-No/Description | Price/Unit | Req-Date Chg |
|------|-----------|-----|---------------------|------------|--------------|
| 1 | 1,100.00 | EA | K5814 039000 | | 10/25/05 |
| | | | TEMP-TATIONS GRADUAL FADE | 15.2200 | |
| | | | SAMPLER 14PC OVENWARE-EGGPLANT | Ext Price = | 16,742.00 |
| 2 | 687.00 | EA | K5814 113000 | | 10/25/05 |
| | | | TEMP-TATIONS GRADUAL FADE | 15.2200 | |
| | | | SAMPLER 14PC OVENWARE - LIME | Ext Price = | 10,456.14 |
| 3 | 963.00 | EA | K5814 396000 | | 10/25/05 |
| | | | TEMP-TATIONS GRADUAL FADE | 15.2200 | |
| | | | SAMPLER 14PC OVENWARE-TANGERIN | Ext Price = | 14,656.86 |

```
                    Total Pcs =     2,750  Total Ext Price =    41,855.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

PURCHASE ORDER

COORDINATED STRATEGIC ALLIANCE
62 LEONE LANE

CHESTER, NY 10918

| | | VDR# |
|---|---|---|
| PO-No | Page | |
| 462169 | 1  r0 | |

| PO-Date | Ord-Ty | Chg/Cn |
|---|---|---|
| | Drop | Original |
| 09/15/05 | Ship | 09/15/05 |

Ordered-From:                          Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED          QVC, INC
28E WENJIN BLDG                         100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT            KINGSBORO ROAD
SHENZHEN,                               ROCKY MOUNT, NC 27802

| Buyer | Terms | Ackn Cnfr | FOB | Ship-Via | Cl/Pp |
|---|---|---|---|---|---|
| Regina Messina | LETTER OF CREDT | No   No | YANTIAN | OCEAN CONTAINER | |

| Line | Order-Qty | UM | Item-No/Description | Price/Unit | Req-Date Chg |
|---|---|---|---|---|---|
| 1 | 3,680.00 | EA | K5788 000000 | | 10/09/05 |
| | | | TEMP-TATIONS OLD WORLD | 11.7500 | |
| | | | 8PC OVENWARE SET W/LIDS | Ext Price = | 43,240.00 |

Total Pcs =    3,680   Total Ext Price =    43,240.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E    O R D E R

```
COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                               PO-No     Page
                                            491672       1  r4
CHESTER, NY 10918

                                    PO-Date   Ord-Ty      Chg/Cn
                                               Drop       Change
                                    05/01/06  Ship      07/11/06


Ordered-From:                       Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED      QVC, INC
28E WENJIN BLDG                     100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT        KINGSBORO ROAD
SHENZHEN,                           ROCKY MOUNT, NC 27802
```

```
   Buyer              Terms       Ackn Cnfr  FOB         Ship-Via       Cl/Pp
Matt Migdal         ASSIGNMENT      No   No  YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
 1      10,000.00 EA K4164 000000                            *08/15/06 Chng
                     TEMP-TATIONS FLORAL EMBROIDERY    10.0000
                     6PC OVAL SET W/CERAMIC LIDS     Ext Price =   100,000.00


                  Total Pcs =    10,000  Total Ext Price =    100,000.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

```
COORDINATED STRATEGIC ALLIANCE                          VDR#
62 LEONE LANE                               PO-No    Page
                                            469726      1   r1
CHESTER, NY 10918

                                    PO-Date   Ord-Ty    Chg/Cn
                                              Drop      Change
                                    11/10/05  Ship    05/15/06
```

```
Ordered-From:                       Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED      QVC, INC
28E WENJIN BLDG                     100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT        KINGSBORO ROAD
SHENZHEN,                           ROCKY MOUNT, NC 27802
```

```
   Buyer            Terms        Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT    No   No   YANTIAN    OCEAN CONTAINER
```

```
Line    Order-Qty UM Item-No/Description        Price/Unit  Req-Date Chg
  1     2,100.00 EA K6391 000000                           *08/15/06 Chng
                    TEMP-TATIONS BLUE BRAID 3PC      8.5000
                    CERAMIC SERVEWARE SET         Ext Price =    17,850.00


                    Total Pcs =    2,100  Total Ext Price =    17,850.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                          VDR#
62 LEONE LANE                                        PO-No      Page
                                                     473550       1   r1
CHESTER, NY 10918

                                              PO-Date    Ord-Ty      Chg/Cn
                                                          Drop       Change
                                              03/17/06   Ship       05/02/06


       Ordered-From:                          Ship-To:

       KEEPJOY INDUSTRIAL CO.,LIMITED         QVC, INC. SUFFOLK
       28E WENJIN BLDG                        WILROY INDUSTRIAL PARK
       CHUNFENG ROAD LUOHU DISTRICT           QVC DRIVE
       SHENZHEN,                              SUFFOLK, VA 23434


   Buyer              Terms         Ackn Cnfr  FOB         Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT       No   No  YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description              Price/Unit  Req-Date Chg
  1     5,500.00 EA K6400 000000                                *06/16/06 Chng
                    TEMP-TATIONS FLORAL EMBROIDERY        12.6400
                    9PC CERAMIC OVENWARE SET          Ext Price =    69,520.00


              Total Pcs =      5,500   Total Ext Price =    69,520.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                    PO-No      Page
                                                 490610      1   r3
CHESTER, NY 10918

                                        PO-Date   Ord-Ty    Chg/Cn
                                                  Drop      Original
                                        04/28/06  Ship      05/25/06

             ****** Duplicate Order ******
      Ordered-From:                       Ship-To:

      KEEPJOY INDUSTRIAL CO.,LIMITED      QVC, INC
      28E WENJIN BLDG                     100 QVC BOULEVARD
      CHUNFENG ROAD LUOHU DISTRICT        KINGSBORO ROAD
      SHENZHEN,                           ROCKY MOUNT, NC 27802


   Buyer              Terms        Ackn Cnfr  FOB         Ship-Via      Cl/Pp
Matt Migdal        ASSIGNMENT       No   No   YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1    9,200.00 EA K5798 000000                               07/25/06
                   TEMP-TATIONS CERAMIC & RATTAN      9.3000
                   6PC VINEYARD OVEN-TO-TABLE      Ext Price =     85,560.00


             Total Pcs =      9,200   Total Ext Price =     85,560.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E    O R D E R

COORDINATED STRATEGIC ALLIANCE                                VDR#
62 LEONE LANE                                    PO-No      Page
                                                 489965     1   r0
CHESTER, NY 10918
                                          PO-Date    Ord-Ty    Chg/Cn
                                                     Drop      Original
                                          04/19/06   Ship      04/19/06


Ordered-From:                             Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED            QVC, INC. SUFFOLK
28E WENJIN BLDG                           WILROY INDUSTRIAL PARK
CHUNFENG ROAD LUOHU DISTRICT              QVC DRIVE
SHENZHEN,                                 SUFFOLK, VA 23434


   Buyer           Terms        Ackn Cnfr  FOB          Ship-Via     Cl/Pp
Matt Migdal        WIRE         No   No   YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description              Price/Unit  Req-Date Chg
  1     1,900.00 EA K6393 000000                                  06/25/06
                    TEMP-TATIONS FIESTA 2PC HAND         6.0000
                    PAINTED CERAMIC BOWLS            Ext Price =    11,400.00


              Total Pcs =    1,900  Total Ext Price =    11,400.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

PURCHASE ORDER

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                        PO-No    Page
                                                     489966    1   r0
CHESTER, NY 10918
                                              PO-Date   Ord-Ty    Chg/Cn
                                                        Drop      Original
                                              04/19/06  Ship      04/19/06


Ordered-From:                          Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED         QVC, INC. SUFFOLK
28E WENJIN BLDG                        WILROY INDUSTRIAL PARK
CHUNFENG ROAD LUOHU DISTRICT           QVC DRIVE
SHENZHEN,                              SUFFOLK, VA 23434


   Buyer            Terms         Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Matt Migdal         WIRE           No   No   YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description           Price/Unit  Req-Date Chg
  1     3,800.00 EA K6394 000000                               06/25/06
                    TEMP-TATIONS FIESTA 7PC          10.9200
                    CERAMIC OVENWARE SET           Ext Price =   41,496.00


              Total Pcs =    3,800   Total Ext Price =    41,496.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

Total RPG=H=A S E 7, 150 R DoEaR Ext Price =    64, 350. 00

COORDINATED STRATEGIC ALLIANCE                                VDR#
62 LEONE LANE                              PO-No    Page
                                           457029    1   r0
CHESTER, NY 10918

                                    PO-Date   Ord-Ty    Chg/Cn
                                              Drop      Original
                                    07/26/05  Ship      07/26/05


Ordered-From:                      Ship-To:

KEEPJOY INDUSTRIAL CO., LIMITED     QVC NETWORK, INC.
28E WENJIN BLDG                     QVC DRIVE
CHUNFENG ROAD LUOHU DISTRICT        WILROY INDUSTRIAL PARK
SHENZHEN,                           SUFFOLK, VA  23434


   Buyer          Terms        Ackn Cnfr  FOB        Ship-Via    Cl/Pp
TARA McCONNELL   LETTER OF CREDT  No   No  YANTIAN      OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1     6, 350. 00 EA K6178 000000                            10/01/05
                    TEMP-TATIONS 10" SCALLOPED        4. 5500
                    BAKING DISH WITH ROOSTER VENT  Ext Price =   28, 892. 50
                    1.) THIS IS A QVC PO#. PLEASE MARK CARTONS ACCORDINGLY
                    2.) REQUEST DATE = EX PORT DATE
                    3.) ROUTE GOODS TO THE NORFOLK PORT
                    4.) CONSIGN GOODS TO QVC
                    5.) INDIVIDUAL CARTONS MUST BE MARKED WITH COUNTRY OF ORIGIN
                        AND A BAR CODE ON THE LARGEST FLAT SURFACE AT LEAST 1
                        INCH AWAY FROM THE EDGE
                    6.) MASTER CARTONS MUST BE MARKED WITH QVC PO#, QVC ITEM#,
                        QTY, AND COUNTRY OF ORIGIN ON THE 2 SHORT SIDES. A BAR
                        CODE MUST BE PLACED ON 1 OF THE SHORT SIDES AT LEAST 1
                        INCH AWAY FROM THE EDGE
                    7.) CSA WILL PROVIDE THE BAR CODES
                    8.) CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
                    9.) EACH DISH MUST HAVE BURNED IN TEMPTATION LOGO, MADE IN
                        CHINA, AND MADE FOR CSA, INC

P U R C H A S E     O R D E R

```
COORDINATED STRATEGIC ALLIANCE                                      VDR#
62 LEONE LANE                               PO-No      Page
                                            469725      1   r0
CHESTER, NY 10918
                                          PO-Date   Ord-Ty      Chg/Cn
                                                      Drop      Original
                                          11/10/05   Ship      11/10/05
```

```
Ordered-From:                       Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED      QVC, INC
28E WENJIN BLDG                     100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT        KINGSBORO ROAD
SHENZHEN,                           ROCKY MOUNT, NC 27802
```

```
   Buyer              Terms        Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT      No   No  YANTIAN    OCEAN CONTAINER
```

```
Line   Order-Qty UM Item-No/Description           Price/Unit  Req-Date Chg
 1     1,700.00 EA K6392 000000                                02/10/06
                    TEMP-TATIONS BLUE BRAID           11.0000
                    SET OF 4 CERAMIC & RATTAN DISH  Ext Price =    18,700.00


                    Total Pcs =    1,700   Total Ext Price =    18,700.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. PO PENDING QA APPROVAL
11. INCLUDES 4 PLASTIC LIDS

PURCHASE ORDER

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                         PO-No      Page
                                                     477733       1   r0
CHESTER, NY 10918

                                        PO-Date    Ord-Ty      Chg/Cn
                                                   Drop        Original
                                        01/20/06   Ship        01/20/06

Ordered-From:                           Ship-To:

KEEPJOY INDUSTRIAL CO., LIMITED         QVC NETWORK, INC.
28E WENJIN BLDG                         QVC DRIVE
CHUNFENG ROAD LUOHU DISTRICT            WILROY INDUSTRIAL PARK
SHENZHEN,                               SUFFOLK, VA  23434

  Buyer            Terms       Ackn Cnfr  FOB          Ship-Via       Cl/Pp
Regina Messina     ASSIGNMENT   No   No  YANTIAN    OCEAN CONTAINER

Line   Order-Qty UM Item-No/Description           Price/Unit  Req-Date Chg
 1     14,500.00 EA K5812 000000                             03/15/06
                    TEMP-TATIONS FLORAL EMBROIDERY      10.4000
                    4PC HANDPAINTED OVENWARE SET     Ext Price =    150,800.00

                    Total Pcs =   14,500   Total Ext Price =    150,800.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E     O R D E R

```
COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                            PO-No     Page
                                         490594    1   r1
CHESTER, NY 10918
                                    PO-Date   Ord-Ty    Chg/Cn
                                              Drop      Original
                                    04/28/06  Ship      05/12/06
```

****** Duplicate Order *******

```
Ordered-From:                        Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED        QVC, INC
28E WENJIN BLDG                       100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT          KINGSBORO ROAD
SHENZHEN,                             ROCKY MOUNT, NC 27802
```

```
   Buyer          Terms        Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Matt Migdal       ASSIGNMENT    No   No   YANTIAN     OCEAN CONTAINER
```

```
Line   Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1    3,300.00 EA K4213 000000                              07/25/06
                  FLORAL EMBROIDERY QUAD            10.0000
                  OVENWARE & SERVE SET W/ LIDS    Ext Price =    33,000.00
```

```
            Total Pcs =    3,300  Total Ext Price =    33,000.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                               PO-No      Page
                                            490611       1   r2
CHESTER, NY 10918

                                    PO-Date   Ord-Ty     Chg/Cn
                                               Drop      Original
                                    04/28/06  Ship       05/12/06

              ****** Duplicate Order *******
Ordered-From:                          Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED         QVC, INC
28E WENJIN BLDG                        100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT           KINGSBORO ROAD
SHENZHEN,                              ROCKY MOUNT, NC 27802


   Buyer            Terms       Ackn Cnfr  FOB         Ship-Via       Cl/Pp
Matt Migdal         ASSIGNMENT   No   No   YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description         Price/Unit  Req-Date Chg
  1     6,000.00 EA K5800 000000                             09/15/06
                    TEMP-TATIONS TUSCANY 4 PC      11.0000
                    W/ TRIVETS                    Ext Price =     66,000.00


              Total Pcs =     6,000   Total Ext Price =      66,000.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

```
                           P U R C H A S E   O R D E R

            COORDINATED STRATEGIC ALLIANCE                                    VDR#
            62 LEONE LANE                               PO-No      Page
                                                        472205     1   r0
            CHESTER, NY 10918
                                                PO-Date   Ord-Ty      Chg/Cn
                                                          Drop        Original
                                                11/30/05  Ship        11/30/05


       Ordered-From:                            Ship-To:

       KEEPJOY INDUSTRIAL CO.,LIMITED           QVC, INC
       28E WENJIN BLDG                          100 QVC BOULEVARD
       CHUNFENG ROAD LUOHU DISTRICT             KINGSBORO ROAD
       SHENZHEN,                                ROCKY MOUNT, NC 27802


   Buyer              Terms          Ackn Cnfr  FOB         Ship-Via      Cl/Pp
   Regina Messina     ASSIGNMENT     No   No    YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description              Price/Unit Req-Date Chg
  1      139.00 EA K3131-011000                                  12/10/05
                   TEMPTATIONS 8PC RECT CERAMIC &        8.5000
                   RATTAN BLUE OVENWARE SET           Ext Price =    1,181.50

  2      489.00 EA K3131-016000                                  12/10/05
                   TEMPTATIONS 8PC RECT CERAMIC &        8.5000
                   RATTAN BURG OVENWARE SET           Ext Price =    4,156.50

  3      393.00 EA K3131-044000                                  12/10/05
                   TEMPTATIONS 8PC RECT CERAMIC &        8.5000
                   RATTAN GREEN OVENWARE SET          Ext Price =    3,340.50

  4      104.00 EA K3131-202000                                  12/10/05
                   TEMPTATIONS 8PC RECT CERAMIC &        8.5000
                   RATTAN WHITE OVENWARE SET          Ext Price =      884.00


                   Total Pcs =     1,125  Total Ext Price =     9,562.50
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT

P U R C H A S E   O R D E R

```
COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                               PO-No     Page
                                            462176     1   r0
CHESTER, NY 10918
                                    PO-Date   Ord-Ty      Chg/Cn
                                              Drop        Original
                                    09/09/05  Ship        09/09/05


        Ordered-From:                   Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED   QVC, INC
        28E WENJIN BLDG                  100 QVC BOULEVARD
        CHUNFENG ROAD LUOHU DISTRICT     KINGSBORO ROAD
        SHENZHEN,                        ROCKY MOUNT, NC 27802


   Buyer              Terms         Ackn Cnfr  FOB       Ship-Via      Cl/Pp
Regina Messina     LETTER OF CREDT  No   No   YANTIAN   OCEAN CONTAINER
```

| Line | Order-Qty | UM | Item-No/Description | Price/Unit | Req-Date Chg |
|------|-----------|----|--------------------|-----------|--------------|
| 1 | 1,100.00 | EA | K5814 039000 | | 10/25/05 |
| | | | TEMP-TATIONS GRADUAL FADE | 15.2200 | |
| | | | SAMPLER 14PC OVENWARE-EGGPLANT | Ext Price = | 16,742.00 |
| 2 | 687.00 | EA | K5814 113000 | | 10/25/05 |
| | | | TEMP-TATIONS GRADUAL FADE | 15.2200 | |
| | | | SAMPLER 14PC OVENWARE - LIME | Ext Price = | 10,456.14 |
| 3 | 963.00 | EA | K5814 396000 | | 10/25/05 |
| | | | TEMP-TATIONS GRADUAL FADE | 15.2200 | |
| | | | SAMPLER 14PC OVENWARE-TANGERIN | Ext Price = | 14,656.86 |

```
                Total Pcs =    2,750  Total Ext Price =    41,855.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E    O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                        PO-No    Page
                                                     462169     1   r0
CHESTER, NY 10918

                                            PO-Date    Ord-Ty    Chg/Cn
                                                        Drop    Original
                                            09/15/05   Ship     09/15/05


Ordered-From:                           Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED          QVC, INC
28E WENJIN BLDG                         100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT            KINGSBORO ROAD
SHENZHEN,                               ROCKY MOUNT, NC 27802


  Buyer              Terms          Ackn Cnfr  FOB        Ship-Via       Cl/Pp
Regina Messina    LETTER OF CREDT   No   No   YANTIAN    OCEAN CONTAINER


Line   Order-Qty UM Item-No/Description            Price/Unit  Req-Date Chg
 1     3,680.00 EA K5788 000000                                10/09/05
                   TEMP-TATIONS OLD WORLD             11.7500
                   8PC OVENWARE SET W/LIDS         Ext Price =    43,240.00


               Total Pcs =    3,680   Total Ext Price =    43,240.00


1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

```
COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                              PO-No    Page
                                           491672    1   r4
CHESTER, NY 10918

                                  PO-Date   Ord-Ty    Chg/Cn
                                              Drop    Change
                                  05/01/06  Ship    07/11/06
```

```
Ordered-From:                     Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED    QVC, INC
28E WENJIN BLDG                   100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT      KINGSBORO ROAD
SHENZHEN,                         ROCKY MOUNT, NC 27802
```

```
   Buyer          Terms       Ackn Cnfr  FOB        Ship-Via     Cl/Pp
Matt Migdal       ASSIGNMENT    No   No  YANTIAN    OCEAN CONTAINER
```

```
Line    Order-Qty UM Item-No/Description      Price/Unit  Req-Date Chg
 1     10,000.00 EA K4164 000000                         *08/15/06 Chng
                  TEMP-TATIONS FLORAL EMBROIDERY   10.0000
                  6PC OVAL SET W/CERAMIC LIDS      Ext Price =  100,000.00


                  Total Pcs =    10,000  Total Ext Price =   100,000.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

```
COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                               PO-No    Page
                                            469726    1   r1
CHESTER, NY 10918

                                    PO-Date   Ord-Ty    Chg/Cn
                                               Drop      Change
                                    11/10/05   Ship     05/15/06


Ordered-From:                       Ship-To:


KEEPJOY INDUSTRIAL CO.,LIMITED       QVC, INC
28E WENJIN BLDG                      100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT         KINGSBORO ROAD
SHENZHEN,                            ROCKY MOUNT, NC 27802


  Buyer           Terms       Ackn Cnfr  FOB         Ship-Via      Cl/Pp
Regina Messina    ASSIGNMENT   No   No   YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description           Price/Unit  Req-Date Chg
 1      2,100.00 EA K6391 000000                             *08/15/06 Chng
                    TEMP-TATIONS BLUE BRAID 3PC       8.5000
                    CERAMIC SERVEWARE SET          Ext Price =    17,850.00


              Total Pcs =    2,100   Total Ext Price =    17,850.00
```

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR CSA, INC.
10. PO PENDING QA APPROVAL

P U R C H A S E    O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                       PO-No      Page
                                                    493084       1   r0
CHESTER, NY 10918

                                            PO-Date    Ord-Ty    Chg/Cn
                                                       Drop      Original
                                            05/12/06   Ship      05/12/06


        Ordered-From:                       Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED      QVC, INC
        28E WENJIN BLDG                     100 QVC BOULEVARD
        CHUNFENG ROAD LUOHU DISTRICT        KINGSBORO ROAD
        SHENZHEN,                           ROCKY MOUNT, NC 27802


    Buyer            Terms        Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Matt Migdal          ASSIGNMENT    No   No   YANTIAN      OCEAN CONTAINER


Line     Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1     3,025.00 EA K6405 000000                               07/10/06
                    TEMP-TATIONS WILD GARDEN 9PC      11.2700
                    CERAMIC OVENWARE SET            Ext Price =    34,091.75


                Total Pcs =    3,025   Total Ext Price =    34,091.75

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

### PURCHASE ORDER

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                    PO-No      Page
                                                477184       1   r1
CHESTER, NY 10918

                                        PO-Date   Ord-Ty    Chg/Cn
                                                  Drop      Original
*** This Po# 477184    Replaces TBA113-00 ***   01/06/06   Ship    01/13/06


        Ordered-From:                     Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED     QVC NETWORK, INC.
        28E WENJIN BLDG                    QVC DRIVE
        CHUNFENG ROAD LUOHU DISTRICT       WILROY INDUSTRIAL PARK
        SHENZHEN,                          SUFFOLK, VA  23434


   Buyer              Terms          Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Regina Messina      ASSIGNMENT        No   No  YANTIAN    OCEAN CONTAINER


Line   Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
 1      9,000.00 EA K5788 000000                              03/20/06
                    TEMP-TATIONS OLD WORLD           11.3900
                    8PC OVENWARE SET W/LIDS       Ext Price =    102,510.00


            Total Pcs =      9,000   Total Ext Price =    102,510.00


1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                              VDR#
62 LEONE LANE                                         PO-No     Page
                                                      477725      1   r0
CHESTER, NY 10918

                                           PO-Date    Ord-Ty       Chg/Cn
                                                      Drop         Original
                                           01/20/06   Ship         01/20/06


Ordered-From:                              Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED             QVC NETWORK, INC.
28E WENJIN BLDG                            QVC DRIVE
CHUNFENG ROAD LUOHU DISTRICT               WILROY INDUSTRIAL PARK
SHENZHEN,                                  SUFFOLK, VA  23434


    Buyer              Terms        Ackn Cnfr  FOB         Ship-Via      Cl/Pp
 Regina Messina      ASSIGNMENT      No   No  YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
  1     9,000.00 EA K5280 000000                              03/15/06
                    TEMP-TATIONS CERAMIC & RATTAN     9.1400
                    4 PC OLD WORLD OVERWARE SET    Ext Price =     82,260.00


                    Total Pcs =    9,000   Total Ext Price =     82,260.00


1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
ON THE LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON ONE OF THE SHORT SIDE
FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                    PO-No    Page
                                                 481320    1   r0
CHESTER, NY 10918

                                        PO-Date   Ord-Ty     Chg/Cn
                                                  Drop       Original
                                        03/02/06  Ship       03/02/06


Ordered-From:                           Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED          QVC, INC. SUFFOLK
28E WENJIN BLDG                         WILROY INDUSTRIAL PARK
CHUNFENG ROAD LUOHU DISTRICT            QVC DRIVE
SHENZHEN,                               SUFFOLK, VA 23434

  Buyer            Terms         Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Regina Messina     ASSIGNMENT    No   No    YANTIAN    OCEAN CONTAINER


Line     Order-Qty UM Item-No/Description        Price/Unit  Req-Date Chg
  1      5,100.00 EA K5285 000000                            04/25/06
                     TEMP-TATIONS 5 PC PROVANCE  11.4700
                     BAKEWARE SET                Ext Price =    58,497.00


            Total Pcs =    5,100  Total Ext Price =    58,497.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                    PO-No      Page
                                                 473559      1   r0
CHESTER, NY 10918
                                        PO-Date   Ord-Ty      Chg/Cn
                                                  Drop        Original
                                        03/17/06  Ship        03/17/06

Ordered-From:                           Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED          QVC, INC. SUFFOLK
28E WENJIN BLDG                         WILROY INDUSTRIAL PARK
CHUNFENG ROAD LUOHU DISTRICT            QVC DRIVE
SHENZHEN,                               SUFFOLK, VA 23434

  Buyer              Terms         Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Regina Messina       ASSIGNMENT     No   No   YANTIAN     OCEAN CONTAINER

Line    Order-Qty UM Item-No/Description           Price/Unit  Req-Date Chg
  1     6,500.00 EA K4315 000000                              05/15/06
                    TEMP-TATIONS FLORAL EMBROIDERY    5.3000
                    MIXING BOWLS                   Ext Price =    34,450.00

                    Total Pcs =    6,500  Total Ext Price =    34,450.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E     O R D E R

COORDINATED STRATEGIC ALLIANCE                                VDR#
62 LEONE LANE                                    PO-No    Page
                                                 490593    1   r2
CHESTER, NY 10918
                                         PO-Date    Ord-Ty      Chg/Cn
                                                    Drop        Change
                                         04/28/06   Ship        05/25/06


        Ordered-From:                    Ship-To:

        KEEPJOY INDUSTRIAL CO.,LIMITED   QVC, INC
        28E WENJIN BLDG                  100 QVC BOULEVARD
        CHUNFENG ROAD LUOHU DISTRICT     KINGSBORO ROAD
        SHENZHEN,                        ROCKY MOUNT, NC 27802


    Buyer               Terms          Ackn Cnfr  FOB         Ship-Via       Cl/Pp
Matt Migdal             ASSIGNMENT      No   No   YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
 1      10,000.00 EA K3805 000000                             07/25/06 Cncl
    Canceled         TEMP-TATIONS OLD WORLD           5.7500
                     MIXING BOWLS SET OF 2         Ext Price =    57,500.00

 2      10,000.00 EA K3805 061000                             07/25/06 New
                     TEMP-TATIONS SET OF 2 OLD         5.7500
                     WORLD CERAMIC MIXING BOWLS    Ext Price =    57,500.00


                 Total Pcs =    10,000   Total Ext Price =    57,500.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                          VDR#
62 LEONE LANE                                     PO-No      Page
                                                  473555      1    r0
CHESTER, NY 10918

                                            PO-Date    Ord-Ty      Chg/Cn
                                                        Drop       Original
                                            03/17/06   Ship        03/17/06


Ordered-From:                               Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED              QVC, INC. SUFFOLK
28E WENJIN BLDG                             WILROY INDUSTRIAL PARK
CHUNFENG ROAD LUOHU DISTRICT                QVC DRIVE
SHENZHEN,                                   SUFFOLK, VA 23434


    Buyer             Terms         Ackn Cnfr  FOB          Ship-Via      Cl/Pp
Regina Messina        ASSIGNMENT     No   No   YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description              Price/Unit  Req-Date Chg
  1     4,500.00 EA K6401 000000                                  05/15/06
                    TEMP-TATIONS FLORAL EMBROIDERY       11.8500
                    7 PC CERAMIC OVENWARE SET         Ext Price =    53,325.00


                    Total Pcs =     4,500   Total Ext Price =      53,325.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.

P U R C H A S E   O R D E R

COORDINATED STRATEGIC ALLIANCE                                        VDR#
62 LEONE LANE                                      PO-No      Page
                                                   490608        1   r3
CHESTER, NY 10918

                                         PO-Date    Ord-Ty     Chg/Cn
                                                    Drop       Original
                                         04/26/06   Ship       05/12/06

               ****** Duplicate Order *******
Ordered-From:                            Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED           QVC, INC
28E WENJIN BLDG                          100 QVC BOULEVARD
CHUNFENG ROAD LUOHU DISTRICT             KINGSBORO ROAD
SHENZHEN,                                ROCKY MOUNT, NC 27802


   Buyer          Terms          Ackn Cnfr  FOB        Ship-Via      Cl/Pp
Matt Migdal       ASSIGNMENT      No   No   YANTIAN    OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description           Price/Unit  Req-Date Chg
  1     6,000.00 EA K5666 000000                              07/25/06
                  TEMP-TATIONS SANTO MAURO 6 PC
                  ROUND W/ LIDS                      9.5000
                                             Ext Price =      57,000.00


              Total Pcs =    6,000  Total Ext Price =     57,000.00

1. THIS IS A QVC PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. ROUTE GOODS TO THE NORFOLK PORT
4. CONSIGN GOODS TO QVC
5. INDIVIDUAL CARTONS MUST BE MARKED WITH THE COUNTRY OF ORIGIN AND A BAR CODE
MUST BE PLACED ON THE LOWER RIGHT HAND CORNER 1" FROM EITHER EDGE ON ONE OF THE
LARGEST FLAT SURFACE
6. MASTER CARTONS MUST BE MARKED WITH QVC PO #, QVC ITEM #, QTY, AND COUNTRY OF
ORIGIN ON THE 2 SHORT SIDES. A BAR CODE MUST BE PLACED ON  THE LOWER RIGHT HAND
CORNER 1" FROM EITHER EDGE ON ONE OF THE SHORT SIDE FLAT SURFACE
7. CSA WILL PROVIDE THE BAR CODES
8. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
9. EACH DISH MUST HAVE BURNED IN THE TEMP-TATIONS LOGO, MADE IN CHINA, MADE FOR
CSA, INC.
10. THE DISHES HAVE A 10 INCH and 12 INCH DIAMETER, RESPECTIVELY

PURCHASE   ORDER

```
COORDINATED STRATEGIC ALLIANCE                              VDR#
62 LEONE LANE                                   PO-No     Page
                                             4532011552     1   r0
CHESTER, NY 10918
                                          PO-Date   Ord-Ty   Chg/Cn
                                                    Drop      Original
                                          07/14/06  Ship     07/14/06


Ordered-From:                             Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED            QVC UK
28E WENJIN BLDG                           HORNHOUSE LANE
CHUNFENG ROAD LUOHU DISTRICT              KNOWSLEY UNDUSTRIAL PARK
SHENZHEN,                                 L33 7DT
```

| Buyer | Terms | Ackn | Cnfr | FOB | Ship-Via | Cl/Pp |
|-------|-------|------|------|-----|----------|-------|
| Regina Messina | ASSIGNMENT | No | No | YANTIAN | OCEAN CONTAINER | |

```
Line   Order-Qty UM Item-No/Description          Price/Unit  Req-Date Chg
 1     1,000.00 EA 825472                                    09/01/06
                   TEMP-TATIONS OLD WORLD 4PC        9.0000
                                                  Ext Price =    9,000.00

 2     1,000.00 EA 825470                                    09/01/06
                   TEMP-TATIONS FLORAL EMBROIDERY   10.4000
                   6PC SET                          Ext Price =   10,400.00


                   Total Pcs =     2,000  Total Ext Price =    19,400.00
```

1. THIS IS A QVC UK PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. MASTER CARTONS MUST BE MARKED WITH:
    QVC PO#
    QVC ITEM #
    QTY
     COUNTRY OF ORIGIN
4. INNER CARTON MUST BE MARKED WITH QVC ITEM # ON THE BOTTOM RIGHT HAND CORNER
ON THE LONGEST FACE
5. INCLUDE SUFFOCATION WARNING LABELS ON ALL PLASTIC BAGS
6. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
7. UK ITEM # 8245472 = QVC US ITEM # K5280
8. UK ITEM # 825470 = QVC US ITEM # K5812

PURCHASE ORDER

COORDINATED STRATEGIC ALLIANCE
62 LEONE LANE

CHESTER, NY 10918

VDR#

| | PO-No | Page |
|---|---|---|
| | 4532011449 | 1 r0 |

| PO-Date | Ord-Ty | Chg/Cn |
|---|---|---|
| | Drop | Original |
| 07/11/06 | Ship | 07/11/06 |

Ordered-From:

KEEPJOY INDUSTRIAL CO.,LIMITED
28E WENJIN BLDG
CHUNFENG ROAD LUOHU DISTRICT
SHENZHEN,

Ship-To:

QVC UK
HORNHOUSE LANE
KNOWSLEY UNDUSTRIAL PARK
L33 7DT

| Buyer | Terms | Ackn | Cnfr | FOB | Ship-Via | Cl/Pp |
|---|---|---|---|---|---|---|
| Regina Messina | ASSIGNMENT | No | No | YANTIAN | OCEAN CONTAINER | |

| Line | Order-Qty | UM | Item-No/Description | Price/Unit | Req-Date Chg |
|---|---|---|---|---|---|
| 1 | 200.00 | EA | 551728 GN 00 | | 08/10/06 |
| | | | BAKEWARE 6 PC RECTANGULAR SET | 4.1500 | |
| | | | GREEN | Ext Price = | 830.00 |
| 2 | 300.00 | EA | 551728 RD 00 | | 08/10/06 |
| | | | BAKEWARE 6 PC RECTANGULAR SET | 4.1500 | |
| | | | RED | Ext Price = | 1,245.00 |
| 3 | 300.00 | EA | 551728 WE 00 | | 08/10/06 |
| | | | BAKEWARE 6 PC RECTANGULAR SET | 4.1500 | |
| | | | WHITE | Ext Price = | 1,245.00 |
| 4 | 70.00 | EA | 551729 GN 00 | | 08/10/06 |
| | | | BAKEWARE 6 PC OVAL SET -GREEN | 4.1500 | |
| | | | | Ext Price = | 290.50 |
| 5 | 100.00 | EA | 551729 RD 00 | | 08/10/06 |
| | | | BAKEWARE 6 PC OVAL SET - RED | 4.1500 | |
| | | | | Ext Price = | 415.00 |
| 6 | 70.00 | EA | 551729 WE 00 | | 08/10/06 |
| | | | BAKEWARE 6 PC OVAL SET - WHITE | 4.1500 | |
| | | | | Ext Price = | 290.50 |

Total Pcs =      1,040   Total Ext Price =      4,316.00

1. THIS IS A QVC UK PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE

P U R C H A S E   O R D E R

```
COORDINATED STRATEGIC ALLIANCE                                    VDR#
62 LEONE LANE                                     PO-No      Page
                                                  4532011450   1   r0
CHESTER, NY 10918

                                    PO-Date   Ord-Ty    Chg/Cn
                                                Drop     Original
                                    07/13/06   Ship      07/13/06


    Ordered-From:                   Ship-To:

    KEEPJOY INDUSTRIAL CO.,LIMITED  QVC UK
    28E WENJIN BLDG                 HORNHOUSE LANE
    CHUNFENG ROAD LUOHU DISTRICT    KNOWSLEY UNDUSTRIAL PARK
    SHENZHEN,                       L33 7DT
```

```
  Buyer            Terms        Ackn Cnfr  FOB       Ship-Via       Cl/Pp
Regina Messina     ASSIGNMENT    No   No  YANTIAN   OCEAN CONTAINER
```

```
Line   Order-Qty UM Item-No/Description        Price/Unit  Req-Date Chg
 1       300.00 EA 551728 GN 00                           08/10/06
                   BAKEWARE 6 PC RECTANGULAR SET    4.1500
                   GREEN                         Ext Price =    1,245.00

 2       300.00 EA 551728 RD 00                           08/10/06
                   BAKEWARE 6 PC RECTANGULAR SET    4.1500
                   RED                           Ext Price =    1,245.00

 3       300.00 EA 551728 WE 00                           08/10/06
                   BAKEWARE 6 PC RECTANGULAR SET    4.1500
                   WHITE                         Ext Price =    1,245.00

 4     1,100.00 EA 823864                                 08/10/06
                   HOLLY DISH - UK                  4.6900
                                                 Ext Price =    5,159.00


               Total Pcs =    2,000  Total Ext Price =    8,894.00
```

1. THIS IS A QVC UK PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. MASTER CARTONS MUST BE MARKED WITH:
   QVC PO#
   QVC ITEM #
   QTY
   COUNTRY OF ORIGIN
4. INNER CARTON MUST BE MARKED WITH QVC ITEM # XXXXXX ON THE BOTTOM RIGHT HAND
CORNER ON THE LONGEST FACE
5. INCLUDE SUFFOCATION WARNING LABELS ON ALL PLASTIC BAGS
6. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
7. THIS ITEM 823864 IS THE SAME AS QVC ITEM # K4002

```
                          P U R C H A S E    O R D E R


         COORDINATED STRATEGIC ALLIANCE                                    VDR#
         62 LEONE LANE                                       PO-No    Page
                                                          4532011448     1   r0
         CHESTER, NY 10918

                                                    PO-Date   Ord-Ty    Chg/Cn
                                                               Drop     Original
                                                    07/11/06  Ship      07/11/06


         Ordered-From:                         Ship-To:

         KEEPJOY INDUSTRIAL CO.,LIMITED        QVC UK
         28E WENJIN BLDG                       HORNHOUSE LANE
         CHUNFENG ROAD LUOHU DISTRICT          KNOWSLEY UNDUSTRIAL PARK
         SHENZHEN,                             L33 7DT


   Buyer            Terms         Ackn Cnfr  FOB          Ship-Via      Cl/Pp
 Regina Messina     ASSIGNMENT     No   No   YANTIAN      OCEAN CONTAINER


 Line    Order-Qty UM Item-No/Description            Price/Unit  Req-Date Chg
   1      1,300.00 EA 823864                                     10/10/06
                     HOLLY DISH - UK                     4.6900
                                                    Ext Price =    6,097.00


                     Total Pcs =     1,300   Total Ext Price =    6,097.00

 1. THIS IS A QVC UK PO #. PLEASE MARK CARTONS ACCORDINGLY
 2. REQUEST DATE = EX PORT DATE
 3. MASTER CARTONS MUST BE MARKED WITH:
     QVC PO#
     QVC ITEM #
     QTY
     COUNTRY OF ORIGIN
 4. INNER CARTON MUST BE MARKED WITH QVC ITEM # ON THE BOTTOM RIGHT HAND CORNER
 ON THE LONGEST FACE
 5. INCLUDE SUFFOCATION WARNING LABELS ON ALL PLASTIC BAGS
 6. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
   7. THIS ITEM 823864 IS THE SAME AS QVC ITEM # K4002
```

P U R C H A S E    O R D E R

COORDINATED STRATEGIC ALLIANCE                                          VDR#
62 LEONE LANE                                           PO-No     Page
                                                      4532011447    1   r0
CHESTER, NY 10918
                                            PO-Date   Ord-Ty    Chg/Cn
                                                        Drop    Original
                                            07/11/06  Ship      07/11/06


Ordered-From:                          Ship-To:

KEEPJOY INDUSTRIAL CO.,LIMITED         QVC UK
28E WENJIN BLDG                        HORNHOUSE LANE
CHUNFENG ROAD LUOHU DISTRICT           KNOWSLEY UNDUSTRIAL PARK
SHENZHEN,                              L33 7DT


   Buyer              Terms         Ackn Cnfr  FOB          Ship-Via       Cl/Pp
Regina Messina        ASSIGNMENT     No   No   YANTIAN     OCEAN CONTAINER


Line    Order-Qty UM Item-No/Description              Price/Unit  Req-Date Chg
 1      1,300.00 EA 823864                                        09/10/06
                    HOLLY DISH - UK                      4.6900
                                                     Ext Price =      6,097.00


              Total Pcs =      1,300   Total Ext Price =      6,097.00

1. THIS IS A QVC UK PO #. PLEASE MARK CARTONS ACCORDINGLY
2. REQUEST DATE = EX PORT DATE
3. MASTER CARTONS MUST BE MARKED WITH:
    QVC PO#
    QVC ITEM #
    QTY
     COUNTRY OF ORIGIN
4. INNER CARTON MUST BE MARKED WITH QVC ITEM # ON THE BOTTOM RIGHT HAND CORNER
ON THE LONGEST FACE
5. INCLUDE SUFFOCATION WARNING LABELS ON ALL PLASTIC BAGS
6. CSA MUST SIGN OFF ON CARTON MARKS PRIOR TO SHIPMENT
 7. THIS ITEM 823864 IS THE SAME AS QVC ITEM # K4002