AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                           DISTRICT OF                           NEW YORK

**APPEARANCE**

Case Number:  7:08-cv-03680-SCR

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff/Counterdefendant, COASTAL SALES ASSOCIATES, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2008 | *signature* |
| Date | Signature |
| | Autondria S. Minor                                  AM1973 |
| | Print Name                                          Bar Number |
| | Schmeiser, Olsen & Watts, 22 Century Hill Drive, St. 302 |
| | Address |
| | Latham                     NY                       12110 |
| | City                       State                    Zip Code |
| | (518) 220-1850             (518) 220-1857 |
| | Phone Number               Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed the foregoing Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Kevin K. Tung, Esq.
>Lawrence Yang, Esq.
>KEVIN KERVENG TUNG, P.C.
>38-21 Main Street, Suite 3D
>Flushing, NY 11354
>Email: ktung@kktlawfirm.com
>Email: lyang@kktlawfirm.com

Autondria S. Minor
Bar No. AM1973
Schmeiser, Olsen & Watts
Attorneys for Plaintiff/ Counterdefendant
22 Century Hill Drive, Suite 302
Latham, New York 12110
Tel: (518) 220-1850
Fax: (518) 220-1857
Email: aminor@iplawusa.com