UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No 7:08-cv-03680-SCR

Coastal Sales Associates, Inc.,

    Plaintiff / Counterdefendant,

vs.

Keepjoy Industrial Company, Limited; and Lily Lee; ABC Corporations I-V; XYZ Limited Liability Companies I-V; Black Partnerships I-V; White Business Entities I-V; and John and Jane Does I-V;

    Defendants / Counterclaimants.

_____/

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Arlen L. Olsen, attorney for Plaintiff Coastal Sales Associates, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Cynthia Dawn Beck
    Schmeiser, Olsen & Watts LLP
    18 East University Drive, Suite 101
    Mesa, Arizona 85201-5946
    480-655-0073 (Main No.)
    480-655-9536 (Facsimile)
    CBeck@IPlawUSA.com

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: ____]

is admitted to practice pro hac vice as counsel for Plaintiff Coastal Sales Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscouts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

DATED: July 22, 2008

                                                  United States District/Magistrate Judge